EXHIBIT NO. A

1236 BPH:SH 4/21/03

#51

STATE OF RHODE ISLAND
BRISTOL, SC.

PROBATE COURT OF THE
TOWN OF BARRINGTON

ESTATE OF NICHOLAS F. MARCELLO, :
a/k/a NICHOLAS RUDOLPH MARCELLO :

No. 5148

## ORDER

This matter came before the Probate Court of the Town of Barrington on April 7, 2003, upon the petition of Arthur Marcello for admission to probate as the Last Will and Testament of Nicholas F. Marcello that instrument dated March 6, 2002, together with the appointment of Arthur Marcello as Executor pursuant to said Last Will and Testament and the motion of Arthur Marcello for assessment of penalties and fees against James C. Marcello. After hearing thereon and consideration thereof, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. the Last Will and Testament of Nicholas F. Marcelo a/k/a Nicholas Rudolph Marcello dated March 6, 2002, may be and hereby is admitted to Probate as the Last Will and Testament of the decedent.

2. Arthur Marcello is hereby appointed Executor of the Estate of Nicholas F. Marcello a/k/a Nicholas Rudolph Marcello and shall file a bond in the principal sum of $600,000 without surety.

3. The motion to Arthur Marcello for assessment of penalties and/or fees against James C. Marcello is continued to the probate calendar of June 2, 2003.

4. Arthur Marcello, through his attorneys, did duly notify James C. Marcello of the within hearing by certified and ordinary mail sent January 10, 2003; January 16, 2003; February 7, 2003; and March 5, 2003.

ENTER

[signature]
4/21/03

PER ORDER

Lorraine A. [signature]
Probate Clerk

To CERTIFIED MAIL/RETURN
RECEIPT REQUESTED & REGULAR MAIL

James C. Marcello
P. O. Box 180
Barrington, RI 02806

CERTIFIED MAIL/RETURN
RECEIPT REQUESTED & REGULAR MAIL

James C. Marcello
152 Cross Road
Stetson, Maine 04488

David J. Strachman, Esq.
321 South Main Street
Providence, RI 02903

CERTIFICATION

I hereby certify that I mailed a copy of the within to the above.

Dated: April 21, 2003 ____________________

Filed: April 22, 2003

FILMED Sept. 30, 2003