EXHIBIT NO. C

RUDOLPH N. MARCELLO
C(O JAMES MARCELLO,POA
ATTORNEY-IN-FACT FOR RNM
152 CROSS ROAD
STETSON, MAINE 04488
TEL: 1-207-296-3433

MAY 11, 2002

ORRAINE A. DEROIS, CLERK
ARRINGTON PROBATE COURT
83 COUNTY ROAD
ARRINGTON, RI 02806

STATE OF: Rudolph N. Marcello
a/k/a Nickolas R. Marcello
557 Maple Avenue
Barrington, RI 02806
Docket: ___-___-___

)ear Ms. Derois,

Enclosed for filing is:

(2) NOTICES OF REVOCATION BY SUBSEQUENT WRITING & (2) TYPED COPIES OF TESTATOR NICKOLAS R. MARCELLO, SIGNED, ATTESTED, & SUBSCRIBED ON APRIL 26, 2002 TO ARTHUR T. MARCELLO & JOHN A. DESANO,ESQ., REVOKING EVERYTHING ON THE PAPERS (INSTRUMENT PURPORTING TO BE A WILL & ALL OTHER DOCUMENTS) SIGNED BY SAID TESTATOR ON MARCH 6, 2002

PROOF OF SERVICE (CERTIFIED MAIL * RESTRICTED DELIVERY * RETURN RECEIPT REQUESTED)

Thank you for your assistance in this matter.

Sincerely yours,

James Marcello, POA

JAMES MARCELLO,POA
ATTORNEY*IN*FACT & SON OF RUDOLPH N. MARCELLO

cc: (w/encls.)

Arthur T. Marcello
John A. DeSano,Esq.
Rudolph N. Marcello (Testator)
Lorraine Derois, Clerk of Barr.Probate
Carol A. Baker,sw (Depart. of Elderly Affairs)
Betty Barney,RN (Home Careprovider for RNM)
✓ James Marcello,POA (Attorney-in-Fact for RNM)
James Marcello,jr (Grandson of RNM)

TO ARTHUR MARCELLO
I REVOKE EVERYTHING ON THE PAPERS -
I SIGNED AT VICS GAS STATION, ON
MARCH 6, 2002, I DID NOT READ -
WHAT I SIGNED I WANT PAPERS -
RETURNED TO ME.
AFTER I READ THEM -
I MAY RECONSIDER WHAT I HAVE
SIGNED Nicholas [illegible] Marcello

1/26/05

[illegible signature]

Delmar A. Clark

7/2/05

Arthur Marcello
130 Roffee Street
Barrington RI 02806

Mr. Arthur Marcello:

I revoke everything on the papers I signed at Vic's gas station on March 6, 2002. I did not read what I signed, I want the papers returned to me by certified mail. After I read them I may reconsider what I have signed.

Nicholas R Marcello | Date

Notary Public | Date

JOHN DESANO JR.

I REVOKE EVERYTHING ON THE PAPER -
I SIGNED AT VICS GAS STATION -
ON MARCH 6, 2002. I DID NOT READ WHAT -
I HAD SIGNED. I WANT THE PAPERS -
RETURED TO ME.
AFTER I READ THEM I MAY RECONSIDER -
WHAT I HAVE SIGNED

Nicholas R. Marcello

[illegible]

Debra A. Clark

Debra A. Clark
7/2/05



John A Desano
459 Charles St
Providence RI 02904

Mr. DeSano:

I revoke everything on the papers I signed at Vic's gas station on March 6, 2002. I did not read what I signed, I want the papers returned to me by certified mail. After I read them I may reconsider what I have signed.

Nicholas R Marcello
Nicholas R Marcello

4/26/02
Date

Notary Public
7/2/05

7/26/02
Date

No.

IN THE

PROBATE COURT OF BARRINGTON RHODE ISLAND

ESTATE OF: RUDOLPH N. MARCELLO

557 Maple Avenue

Barrington, Rhode Island

Zip: 02806 - Tel: 1-401-245-7190

Petitioner: Attorney-in-Fact, James C. Marcello

## PROOF OF SERVICE

I, JAMES MARCELLO, do swear or declare that on this date, MAY 11, 2002, I have served a conformed copy of the enclosed

NOTICES OF REVOCATION BY SUBSEQUENT WRITING & TYPED COPY OF TESTATOR NICKOLAS R. MARCELLO, SIGNED, ATTESTED, & SUBSCRIBED ON APRIL 26, 2002 TO ARTHUR T. MARCELLO & JOHN A. DESANO,ESQ., REVOKING EVERYTHING ON THE PAPERS (INSTRUMENT PURPORTING TO BE A WILL & ALL OTHER DOCUMENTS) SIGNED BY SAID TESTATOR ON MARCH 6, 2002

on each party to the above proceeding or the party's counsel, and on every other person required to be served, by depositing an envelope containing the above documents in the United States Mail properly addressed to each of them and with postage prepaid CERTIFIED MAIL -- RESTRICTED DELIVERY -- RETURN RECEIPT REQUESTED.

The names and addresses of those served are as follows:

Arthur T. Marcello
130 Roffee Street
Barrington, RI 02806

KIERNAN, PLUNKETT, & REDIHAN
ATTN: John A. DeSano,Esq.
91 Friendship Street
Providence, RI 02903

Rudolph N. Marcello
aka Nickolas R Marcello
557 Maple Avenue
Barrington, RI 02806

Lorraine A. Derois, Clerk
BARRINGTON PROBATE COURT
283 County Road
Barrington, RI 02806

RI DEPARTMENT OF ELDERLY AFFAIRS
ATTN: Carol A. Baker,sw
160 Pine Street
Providence, RI 02903-3708

Betty Barney,RN
Home Careprovider for
Rudolph N. Marcello
77 Dorr Avenue
East Providence, RI 02915

James Marcello
Attorney-in-Fact for RNM
152 Cross Road
Stetson, ME 04488

James Marcello,jr
598 Arcade Avenue
Seekonk, MASS 02771

I declare under penalty of perjury that the forgoing is true and correct.

Executed on: MAY 11, 2002.

James Marcello, POA

JAMES MARCELLO
Attorney-in-Fact for RNM
152 Cross Road
Stetson, Maine 04488
Tel: 1-207-296-3433

8/16/02

Rudolph N. Marcello
C(O James Marcello,poa
152 Cross Road
Stetson, Maine 04488
Tel: 1-207-296-3433

August 16, 2002

Lorraine A DeRois, Clerk
BARRINGTON PROBATE COURT
283 County Road]
Barrington, RI 02806

ESTATE OF: Rudolph N. Marcello
a/k/a Nickolas R. Marcello
557 Maple Avenue
Barrington, RI 02806
Docket: ___-___-___

Dear Lorraine,

Enclosed for filing is:

COPY OF RETURN CERTIFIED RECEIPTS - COMPLETION OF SERVICE ON MAY 15+16, 2002 - UPON: JOHN A. DESANO,ESQ. & ARTHUR T. MARCELLO OF: NICKOLAS R. MARCELLO'S REVOCATION LETTERS ATTACHED AT A: 1-2, B: 1-2

RUDOLPH N. MARCELLO'S MOTION COMPELLING PRODUCTION OF INSTRUMENT DATED MARCH 6, 2002 PURPORTING TO BE A WILL

CERTIFICATE OF AFFIRMATION IN SUPPORT OF MOTION COMPELLING PRODUCTION OF INSTRUMENT PURPORTING TO BE A WILL & ATTACMENTS A-1, A-2, B, + C

PROOF OF SERVICE

Thank you for your assistance in this matter.

Sincerely yours,

James Marcello

JAMES MARCELLO,POA
Attorney-in-fact for R.N.M.

cc: Rudolph N. Marcello (testator)
James Marcello,poa
Lorraine DeRois,Clerk of Probate
John A. DeSano,Esq.,Possessor of Purport Will
Carol A. Baker,sw,Department of Elderly Affairs

7

RETURN 5 · 17 · 02

SERVICE COMPLETE

ON: ARTHUR T. MARCELLO 5 *16*02 & JOHN A. DESANO 5 *15*02 & RUDOLPH N. MARCELLO 5 *16*02 & LORRAINE A. DEROIS __*__*__ & CAROL A. BAKER 5 *15* 02 & BETTY BARNEY 5 *20*02 & JAMES MARCELLO,JR 5 *21*02 & JAMES MARCELLO,SN __*__*__

(REVOCATION LETTERS DATED APR.26,02 OF NICKOLAS MARCELLO - REVOKING DOCUMENTS SIGNED ON MAR.6,02)

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TIERNAN, PLUNKETT & REDIHAN
ATT: JOHN A. DESANO,ESQ.
1 FRIENDSHIP STREET
PROVIDENCE, RI 02903

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)
B. Date of Delivery 5/15/02
C. Signature X [signature] ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☑ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☑ Yes

2. Article Number (Copy from service label) 7000 0600 0022 1673 1696

PS Form 3811, July 1999 Domestic Return Receipt 102595-00-M-0952

RECEIVED BY JM,PCA 5-17-02

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ARTHUR T. MARCELLO
130 ROFFEE STREET
BARRINGTON, RI 02806

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)
B. Date of Delivery 5/16/02
C. Signature X Arthur T. Marcello ☑ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☑ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☑ Yes

2. Article Number (Copy from service label) 7000 0600 0022 1673 1672

PS Form 3811, July 1999 Domestic Return Receipt 102595-00-M-0952

RECEIVED BY JM,PCA 5-18-02

HOME OUT DAD
5-18-02
GO SAT
D YOU SIGN
HIS CERT CARD?
NS: BROTHER
I HEAR FOE
IS A GO - SAID
HIS PAPERS DON'T
MEAN NOTHING

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DOLPH N. MARCELLO
k/a NICKOLAS R. MARCELLO
7 MAPLE AVENUE
RRINGTON, RI 02806

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)

B. Date of Delivery 5-16-02

C. Signature X [illegible] Marcello ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☑ Yes

2. Article Number (Copy from service label)
7000 0600 0022 1673 1689

PS Form 3811, July 1999 Domestic Return Receipt 102595-00-M-0952

RECEIVED
BY JK, DCA
5-18-02

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DEPART OF ELDERLY AFFAIRS
T: CAROL A. BAKER, SW
0 PINE STREET
OVIDENCE, RI 02903-3708

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)

B. Date of Delivery 5/13/02

C. Signature X F. Settemont ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☑ Yes

2. Article Number (Copy from service label)
7000 0600 0022 1673 1719

PS Form 3811, July 1999 Domestic Return Receipt 102595-00-M-0952

RECEIVED
BY JK, DCA
5-18-02

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BETTY BARNEY, RN
HOME CAREPROVIDER FOR RNM
77 DORR AVENUE
EAST PROVIDENCE, RI 02915

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)

B. Date of Delivery 5-20-02

C. Signature X Betty Barney ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☑ Yes

2. Article Number (Copy from service label)
7000 0600 0022 1673 1726

PS Form 3811, July 1999 Domestic Return Receipt 102595-00-M-0952

9

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JAMES MARCELLO, JR.
598 ARCADE AVENUE
SEEKONK, MASS 02771

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (*Please Print Clearly*) James Marcello
B. Date of Delivery

C. Signature
X James Marcello ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

5-21-02 KC

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ■ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☑ Yes

2. Article Number (*Copy from service label*)
7000 0600 0022 1673 1733

PS Form 3811, July 1999 Domestic Return Receipt 102595-00-M-0952

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

LORRAINE A. DEROIS, CLERK
BARRINGTON PROBATE COURT
283 COUNTY ROAD
BARRINGTON, RI 02806

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (*Please Print Clearly*)
B. Date of Delivery

C. Signature
X L Derois ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☑ Yes

2. Article Number (*Copy from service label*)
7000 0600 0022 1673 1702

PS Form 3811, July 1999 Domestic Return Receipt 102595-00-M-0952

No.

IN THE

PROBATE COURT OF BARRINGTON RHODE ISLAND

ESTATE OF: RUDOLPH N. MARCELLO

557 Maple Avenue

Barrington, Rhode Island

Zip: 02806 - Tel: 1-401-245-7190

Petitioner: Attorney-in-Fact, James C. Marcello

## PROOF OF SERVICE

I, JAMES MARCELLO, do swear or declare that on this date, AUGUST 16, 2002, I have served a conformed copy of the enclosed:

COPY OF RETURN CERTIFIED RECEIPTS - COMPLETION OF SERVICE - UPON: JOHN A DESANO & ARTHUR T MARCELLO OF [NICKOLAS R MARCELLO REVOCATION LETTERS] & ATT A-B

RUDOLPH N. MARCELLO'S MOTION COMPELLING PRODUCTION OF INSTRUMENT DATED MARCH 6, 2002 PURPORTING TO BE A WILL

CERTIFICATE OF AFFIRMATION IN SUPPORT OF MOTION COMPELLING PRODUCTION OF INSTRUMENT PURPORTING TO BE A WILL & ATTACHMENTS A-1, A-2, B, + C

On each party to the above proceeding or the party's counsel, and on every other person required to be served, by depositing an envelope containing the above documents in the United States Mail properly addressed to each of them and with postage prepaid.

The names and addresses of those served are as follows:

| | | | |
|---|---|---|---|
| Rudolph N. Marcello<br>557 Maple Avenue<br>Barrington, RI 02806 | James Marcello,poa<br>152 Cross Road<br>Stetson, Maine 04488 | John A. DeSano,Esq.<br>91 Friendship Street<br>Providence, RI 02903 | RI DEPARTMENT OF ELDERLY AFFAIRS<br>ATTN: Carol A. Baker,sw<br>160 Pine Street<br>Providence, RI 02903-3708 |

I declare under penalty of perjury that the forgoing is true and correct.

Executed on: AUGUST 16, 2002.

James Marcello

JAMES MARCELLO,POA
Attorney-in-Fact for RNM
152 Cross Road
Stetson, Maine 04488
Tel: 1-207-296-3433

JB