EXHIBIT NO. D

(RECEIVED TODAY)

# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

## CIVIL FACE SHEET

DISTRICT COURT, ______ DIVISION

| | |
|---|---|
| PLAINTIFF(S) Arthur Marcello, Executor<br>VS.<br>DEFENDANT(S) James Marcello | DEFENDANT(S), James Marcello<br>—<br>PLAINTIFF(S) Arthur Marcello, Executor |
| CASE NO. 03-5880 | CASE NO. 03-5880 |
| ATTORNEY NAME: Bernard P. Healy | ATTORNEY NAME: |

10/01/03 11:14AM 000001#2283 XX16
10/07/03 12:31 COPIES 0001#1315 $1.80
SURCHARGE $10.00

### TYPE OF ACTION

- ☐ Property Damage
- ☐ Personal Injury
- ☐ Contract
- ☐ Book Account
- ■ Landlord and Tenant
  - ■ Possession
  - ☐ Rent, Other
- ☐ Replevin
- ☐ Administrative Appeal
- ■ Note
- ☐ Other Tort
- ☐ Other Action

Date: 6/6/03, 6-12-03

### FILINGS

- ☑ Complaint Filed
- ☑ Summons Filed
- ☐ Answer Filed
- ☐ 3rd Party Comp.

vs. ______

### DEFAULT

08/09/03 11:05AM 000001#0178 XX10 ENTRY FEE $60.00

Date: 7/23/03

☑ Default

Alice Albuquerque, By order: Clerk
CLERK

| DATE | ACTIVITY | JUDGE |
|---|---|---|
| 6-20-03 | Motion to Dismiss. | |
| 6-25-03 | obj. to motion to dismiss | |
| 6-20-03 | obj. to motion to strike | |
| 7-2-03 | Motion for Hearing 7-9-03 Ⓣ 7-16-03 | |
| 7-9-03 | ENTERED UNDER RULE OF COURT | |
| 7/16/03 | Δ failed to appear. Ans. has been | filed. Default |

entered. Π may schedule POC w/Δ

### JUDGMENT

Judgment for: ☐ ~~Plaintiff~~ ☐ Defendant ☐ Counterclaim ☐ Other

- ☐ By Default
- ☐ By Stipulation
- ☐ For Possession
- ☐ After Trial
- ☐ Oral Proof of Claim
- ☐ Execution to Issue on ______
- ☐ Summary Judgment
- ☐ Written Proof of Claim

For Damages: Amount $______ Costs $______ Interest $______

Attorney's Fee $______ Total Judgment $______ Plus Statutory interest.

☐ Soldiers and Sailors Relief Act of 1940 Affidavit filed.

Order: Alice Albuquerque CLERK — Clerk

Enter: [signature] — Judge

Date: 7/23/03

### EXECUTION

8-5-03 ☑ Execution Issued, in the amount of $______.

☐ Execution Returned

☐ Satisfied ☐ Unsatisfied: ☐ In Whole ☐ To extent of $______

### SUPPLEMENTARY PROCEEDINGS

DATE:

- ☐ Citation Issued — Per Order: ______
- ☐ Body Attachment to Issue — Per Order: ______
- ☐ Body Attachment Withdrawn — Per Order: ______
- ☐ Citation to Show Cause Issued — Per Order: ______

D-3 (Rev. 8/92)

**STATE OF RHODE ISLAND**
**DISTRICT COURT**

**NOTICE TO QUIT**
**R.I.G.L. 34-18-37**

May 19, 2003
Date of Mailing

TO: James C. Marcello
557 Maple Avenue
Barrington, RI 02886

James C. Marcello
P. O. Box 180
Barrington, RI 02806

James C. Marcello
152 Cross Road
Stetson, Maine 04488

YOU ARE HEREBY DIRECTED TO VACATE AND REMOVE YOUR PROPERTY AND PERSONAL POSSESSIONS FROM THE PREMISES LOCATED AT 557 MAPLE AVENUE, BARRINGTON, RHODE ISLAND, AND DELIVER CONTROL OF THE PREMISES TO THE LANDLORD/OWNER, ARTHUR MARCELLO, ON OR BEFORE JUNE FIRST, 2003.

THIS NOTICE IS GIVEN FOR THE PURPOSE OF TERMIANTING YOUR TENANCY AND/OR OCCUPATION.

IF YOU FAIL TO VACATE THE PREMISES BY THE DATE SPECIFIED, AN EVICTION ACTION MAY AND WILL BE INSTITUTED AGAINST YOU WITHOUT FURTHER NOTICE. IF YOU BELIEVE YOU HAVE A DEFENSE TO THIS TERMINATION, YOU WILL BE ABLE TO RAISE THIS DEFENSE AT THE COURT HEARING.

ARTHUR MARCELLO, EXECUTOR OF THE
ESTATE OF NICHOLAS MARCELLO,
BY HIS ATTORNEY,

BERNARD P. HEALY (2072)
KIERNAN, PLUNKETT & REDIHAN
91 FRIENDSHIP STREET
PROVIDENCE, RI 02903
(401) 831-2900
(401) 331-7123 FAX

2 #

I CERTIFY THAT I PLACED IN REGULAR U.S. MAIL, FIRST CLASS, POSTAGE PRE-PAID, A COPY OF THIS NOTICE, ADDRESSED TO THE TENANT ON THE 19TH DAY OF MAY, 2003.

---

BERNARD P. HEALY (2072)
KIERNAN, PLUNKETT & REDIHAN
ATTORNEY FOR ARTHUR MARCELLO,
EXECUTOR OF THE ESTATE OF
NICHOLAS MARCELLO