EXHIBIT NO. E

# Last Will and Testament of

NICHOLAS F. MARCELLO

KNOW ALL MEN BY THESE PRESENTS, THAT I, NICHOLAS F. MARCELLO, also known as Nicholas Rudolph Marcello, of the Town of Barrington, County of Bristol and State of Rhode Island, being of sound and disposing mind and memory and over the age of majority, do hereby make, publish, pronounce and declare this to be my LAST WILL and TESTAMENT in the manner and form following, that is to say:

FIRST: I direct my executor, hereinafter named, to pay out of my estate, as soon as conveniently can be done after my decease, all my just debts, funeral expenses and the expenses of the administration of my estate, including all state and federal taxes.

I HEREBY CANCEL AND ANNUL THE WITHIN INSTRUMENT

SECOND: I give, bequeath and devise all of the rest, residue and remainder of my estate, real, personal and mixed, of every kind, nature and description and wheresoever situated, of which I may die seized or possessed or to which I may be entitled at the time of my decease, as follows:

A) 15% to my son, JAMES C. MARCELLO
B) 20% to my brother, ARTHUR T. MARCELLO
C) 25% to be equally divided amongst my grandchildren,
D) 10% to my niece, MARY ANN MARCELLO
E) 10% to my nephew, ARTHUR T. MARCELLO, JR,
F) 10% to my nephew, GAYTON MARCELLO, JR., and
G) 10% to my nephew, THOMAS MARCELLO, Nicholas F Marcello

TO HAVE AND TO HOLD the same unto them, their heirs, executors, administrators and assigns forever. James Marcello

THIRD: I nominate, constitute and appoint my brother, ARTHUR T. MARCELLO, executor of this my LAST WILL and TESTAMENT and I respectfully request that surety upon his official bond as such executor shall not be required by the Probate Court having jurisdiction of the probate of this WILL.

In the event my said brother, Arthur T. Marcello, should predecease me, decline this nomination or be unable to qualify as such executor, then in any such event, I nominate, constitute and appoint my nephew, THOMAS MARCELLO, JR., executor of this my

CANCELING COPY ON JULY 30 2000

LAST WILL and TESTAMENT and I respectfully request that surety upon his official bond as such executor shall not be required by the Probate Court having jurisdiction of the probate of this WILL.

FOURTH: I hereby revoke all former and other WILLS and TESRA-MENTARY DISPOSITIONS by me at any time heretofore made and I declare this and this only to be my LAST WILL and TESTAMENT.

IN WITNESS WHEREOF, I, NICHOLAS F. MARCELLO, have hereunto subscribed my name and affixed my seal to this my LAST WILL and TESTAMENT in the presence of the undersigned witnesses this 22nd day of May ,A.D. 1999.

I HEREBY CANCEL AND ANNUL THE WITHIN INSTRUMENT

Nicholas F. Marcello

NICHOLAS F. MARCELLO

Signed, sealed, published, pronounced and declared by the said NICHOLAS F. MARCELLO as and for his LAST WILL and TESTAMENT in our presence, who have, at his request and in his presence and in the presence of each other set our names as witnesses, after satisfying ourselves that he was of sound and disposing mind and memory, was over the age of majority, knew the extent of his bounty and the objects of his bounty.

Nicholas F. Marcello

| | |
|---|---|
| Hubert Geoffroy<br>NAME | Warren RI<br>ADDRESS |
| | James Marcello |
| [illegible]<br>NAME | Warren RI<br>ADDRESS |

CANCELING ON JULY 3, 2000

COPY

**CERTIFICATE OF SERVICE**

I, James Marcello, Attorney-in-Fact for Rudolph N. Marcello, hereby certify that I have served a conformed copy of:

SPECIAL POWER OF ATTORNEY.
DURABLE POWER OF ATTORNEY TO JAMES C. MARCELLO
REVOKED COPY OF LAST WILL TESTAMENT OF NICHOLAS F. MARCELLO EXECUTED MAY 22,1999.

NEW LAST WILL AND TESTAMENT OF RUDOLPH N. MARCELLO EXECUTED JULY 30,2000.

CERTIFICATE OF AFFIRMATION.

to the follow g by ( ) mailing, and or (✓) in-hand-delivery, the same to them on this __th day of August,2000, by ( ) U.S. Mail, postage prepaid, and or ( ) Certified Mail, and or (✓) in-hand-delivery:

MORPHIS JAMIEL
10 Market Street
Warren, R.I. 02885

DATE: August __,2000

______________________________
Signature of Recipient

BARRINGTON TOWN HALL
ATT: ~~REGISTRY OF DEEDS~~ PROBATE
County Road
Barrington,RI. 02806

[signature], Dep Town Clerk

DATE: August 4,2000

Signature of Recipient

Rudolph N. Marcello
James Marcello

JAMES MARCELLO,P.O.A.
RR2 BOX 2060
Cross Road
Stetson,Maine 04488
PH: 1-207-296-3433