# EXHIBIT NO. F

Nicholas R. Marcello

**POWER OF ATTORNEY FOR SALE OF REAL ESTATE**

KNOW ALL MEN BY THESE PRESENTS, THAT I, NICHOLAS R. MARCELLO, of the Town of Barrington, in the State of Rhode Island, **have made, constituted and appointed, and by these presents, do hereby** make, constitute and appoint my brother, ARTHUR T. MARCELLO, of the Town of Barrington, State of Rhode Island, **my true and lawful attorney to act as follows, that is to say:**

**GIVING AND GRANTING unto my** attorney **full power to sell and** convey all of my right, title and interest in and to any and all of my real estate located in Barrington, Rhode Island, **more especially described in the attached sheet marked "Annex A"** and made a part hereof; either together or in separate parcels or lots, for such price as to my attorney seems advisable, and to give a good **receipt on payment of the consideration or purchase price,** and also **to execute, sign, seal, acknowledge and deliver deeds of general** warranty, with the customary covenants, for said real estate, and to do **every other thing necessary or proper** for carrying into effect and **execution any agreement of sale made by my attorney in such** manner that all my right, title and interest in or to said real estate included in such agreement of sale may be effectually and absolutely conveyed **and assured to the purchaser or the respective purchasers** thereof, **heirs and assigns forever, or to such other person or persons and for** such other of my interest therein and in such manner and form as **shall direct. To execute , on my behalf, all closing** statements and to **make all agreements and arrangements as to the disbursement** and adjustment of funds arising from the sale or sales of the aforesaid real estate.

FURTHER, I do **authorize my aforesaid attorney in fact** to perform all necessary acts in the **execution of the aforesaid** authorizations and hereby authorize my said attorney generally to do any and all acts on my behalf pertaining to the aforesaid real estate with the same validity as I could **effect, if personally present;** hereby ratifying and confirming whatsoever my said attorney shall at any time and by virtue hereof, do in the premises.

This power of attorney shall not be affected in the event I later become incompetent. It is my intention that this power of attorney shall remain in full force and effect and the authority conferred herein shall be exercisable notwithstanding my later incompetency.

FURTHER, this power of attorney shall remain in full force and effect until revoked by me in writing.

IN WITNESS WHEREOF, I, NICHOLAS R. MARCELLO , have hereunto set my hand and seal this 14th day of February , A.D. 1995 .

Executed in the presence of:

MORPHIS A. JAMIEL

NICHOLAS R. MARCELLO

STATE OF RHODE ISLAND

Bristol, sc

In Warren , on the 14th day of February , A.D. 1995 before me personally appeared NICHOLAS R. MARCELLO , to me known and known by me to be the party executing the foregoing instrument and he acknowledged said instrument, by him executed, to be his free act and deed and his voluntary act and deed and he further acknowledged that he had the same explained to him and that he understood the contents and legal significance thereof.

MORPHIS A. JAMIEL

Notary Public

My commission expires on June 9, 1995.

# ANNEX "A"

That lot or parcel of land with all buildings and improvements thereon, situated in the Town of Barrington and State of Rhode Island, bounded and described as follows:

Beginning at a point on the northerly side of Maple Avenue at the southeasterly corner of land conveyed by deed of J. Clifton Allen et al, to Salvatore A. Pezzullo and wife, dated December 3, 1940 and recorded in the records of land Evidence in said Barrington in book 38 at page 535; thence running northerly bounding westerly on said Pezzullo land to land now or lately of Giuseppe Palumbo and wife; thence easterly bounding northerly on said Palumbo land seventy-five (75) feet to land now or lately of Peter Marcello and wife; thence southerly bounding easterly on said Marcello land two hundred twenty five (225) feet to Maple Avenue; thence westerly bounding southerly on said Maple Avenue Seventy-five (75) feet to the point of beginning.

Excepting herefrom that portion of said parcel which has been previously conveyed by Peter Marcello and wife, Jennie Marcello to Gayton A. Marcello and wife, Philomena Marcello which deed is recorded in the land records for the said Town of Barrington in deed book 43 at page 488.

Said parcel is further identified as Lot No. 74 (seventy-four) on Assessors' Plat no. 19 as the same appeared on december 31, 1973.

Clifton K Marcello