# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS

JAMES C. MARCELLO; OLIVIA A. MARCELLO

## DEFENDANTS

STATE OF RHODE ISLAND, ET AL

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Penobscot
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Providence
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

James C Marcello, Pro se
Olivia Marcello, Pro se
152 Cross Rd.
Stetson, ME 04488 (207)296-3433

ATTORNEYS (IF KNOWN)

Patrick Lynch,AG
Office of Attorney General
150 South Main St
Providence, RI 02903 (401)274-4400

## II. BASIS OF JURISDICTION (PLACE AN × IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN × IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated *or* Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Title 18 USCA § 1961 ET SEQ (RICO) STATUTE * Title 42 § 1983 (CIVIL RIGHTS)

## V. NATURE OF SUIT (PLACE AN × IN ONE BOX ONLY)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury — Med Malpractice
- ☐ 365 Personal Injury — Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 Habeas Corpus
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Food & Drug
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC (405(g))
- ☐ 863 DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc
- ☐ 460 Deportation
- ☒ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

## VI. ORIGIN (PLACE AN × IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23

**DEMAND $** $1,500,000.00

*Check YES only if demanded in complaint:*
**JURY DEMAND:** ☒ YES ☐ NO

## VIII. RELATED CASE(S) (See instructions): IF ANY

JUDGE LISI DOCKET NUMBER 05-004 ML

DATE February 6, 2007

SIGNATURE OF ATTORNEY OF RECORD James Marcello

UNITED STATES DISTRICT COURT

JS-44 (Rev. 1/07 RI)

# CIVIL COVER SHEET

**I. (a) PLAINTIFFS**

(b) County of Residence of First Listed Plaintiff ____________
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)

**DEFENDANTS**

County of Residence of First Listed Defendant ____________
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ❒ 1 U.S. Government Plaintiff
- ❒ 3 Federal Question (U.S. Government Not a Party)
- ❒ 2 U.S. Government Defendant
- ❒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❒ 1 | ❒ 1 | Incorporated *or* Principal Place of Business In This State | ❒ 4 | ❒ 4 |
| Citizen of Another State | ❒ 2 | ❒ 2 | Incorporated *and* Principal Place of Business In Another State | ❒ 5 | ❒ 5 |
| Citizen or Subject of a Foreign Country | ❒ 3 | ❒ 3 | Foreign Nation | ❒ 6 | ❒ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**Admiralty**
- ❒ 340 Marine(Injury to Seamen)
- ❒ 120 Marine (Other)

**Admin/Agency Appeals/Other**
- ❒ 890 Other Statutory Actions (APA Appeals, IDEA Appeals, Other)

**Bankruptcy**
- ❒ 422 Appeal 28 U.S.C. § 158
- ❒ 423 Withdrawal 28 U.S.C. § 157

**Banks and Banking**
- ❒ 140 Negotiable Instruments
- ❒ 430 Banks and Banking
- ❒ 875 Customer Challenge to Subpoena (12 U.S.C. § 3410)

**Business and Commercial**

**Anti-trust**
- ❒ 410 Anti-Trust

**Construction Contracts**
- ❒ 130 Miller Act
- ❒ 190 Other Contracts

**Securities Law & Stockholder Suits**
- ❒ 160 Stockholders' Suits
- ❒ 850 Securities/ Commodities/ Exchange

**Other - Business/Comm**
- ❒ 196 Franchise
- ❒ 490 Cable/Satellite TV

**Consumer Credit**
- ❒ 371 Truth in Lending
- ❒ 480 Consumer Credit
- ❒ 190 Other Contracts

**Civil Rights**

**Constitutional Law**
- ❒ 950 Constitutionality of State Statutes
- ❒ 440 Other Civil Rights (Constitutionality of Federal Statutes)

**Elections and Voting**
- ❒ 400 State Reapportionment
- ❒ 441 Voting

**Other - Civil Rights**
- ❒ 440 Other Civil Rights
- ❒ 443 Housing/ Accommodations
- ❒ 444 Welfare
- ❒ 446 Americans with Disabilities

**Copyright & Trademark (Intellectual Property)**
- ❒ 820 Copyright
- ❒ 840 Trademark

**Employment and Employee Benefits**

**Employment Discrimination**
- ❒ 442 Employment
- ❒ 445 Americans with Disabilities- Employment
- ❒ 440 Other -Civil Rights

**ERISA**
- ❒ 791 Employment Ret. Inc. Security Act

**Other Employment Benefits**
- ❒ 190 Other - Contract
- ❒ 442 Other - Employment

**Environmental Law**
- ❒ 893 Environmental Matters

**Indian Law**
- ❒ 890 Other Statutory Actions

**Insurance**
- ❒ 110 Insurance Contract

**Labor and Occupational Safety**
- ❒ 660 Occupational Safety/Health
- ❒ 710 Fair Labor Standards Act
- ❒ 720 Labor/Management Relations
- ❒ 730 Labor/Management Reporting and Disclosure Act
- ❒ 740 Railway Labor Act
- ❒ 790 Other Labor Litigation

**Miscellaneous Civil Cases**
- ❒ 150 Recovery of Overpayment and Enforcement of Judgment (Collections)
- ❒ 151 Medicare Act
- ❒ 152 Recovery of Defaulted Student Loans (excluding Veterans)
- ❒ 153 Recovery of Overpayment of Veterans' Benefits
- ❒ 370 Other Fraud
- ❒ 440 Other Civil Rights (Immigration/Deportation)
- ❒ 450 Commerce
- ❒ 460 Deportation
- ❒ 610 Agriculture
- ❒ 620 Other Food and Drug
- ❒ 625 Drug related seizure of property
- ❒ 630 Liquor Laws
- ❒ 640 Railroad and Truck

**Miscellaneous Civil Cases Continued**
- ❒ 650 Airline Regs.
- ❒ 690 Other (Forfeiture)
- ❒ 690 Other (Health Care)
- ❒ 810 Selective Service
- ❒ 870 Taxes (U.S. Plaintiff or Defendant)
- ❒ 871 IRS-Third Party (26 U.S.C. § 7609)
- ❒ 890 Other Statutory Actions
- ❒ 891 Agricultural Acts
- ❒ 892 Economic Stabilization Act
- ❒ 894 Energy Allocation Act
- ❒ 895 Freedom of Information Act
- ❒ 900 Appeal of Fee Determination under Equal Access to Justice Act

**Patents (Intellectual Property)**
- ❒ 830 Patents

**Prisoner Petitions**
- ❒ 510 Motions to Vacate Sentence (2254)
- ❒ 510 Motions to Vacate Sentence (2255)
- ❒ 530 General (Habeas)
- ❒ 535 Death Penalty
- ❒ 540 Mandamus and Other
- ❒ 550 Civil Rights (1983)
- ❒ 555 Prison Conditions(1983)

**Real and Personal Property**
- ❒ 210 Land Condemnation
- ❒ 220 Foreclosure
- ❒ 230 Rent, Lease and Ejectment
- ❒ 240 Torts to Land
- ❒ 290 All other Real Property
- ❒ 380 Other Personal Property Damage

**RICO**
- ❒ 470 RICO

**Social Security**
- ❒ 861 HIA (1395ff)
- ❒ 862 Black Lung (923)
- ❒ 863 DIWC/DIWW (405(g))
- ❒ 864 SSID Title XVI
- ❒ 865 RSI (405(g))

**Torts and Personal Injury**

**Mass Torts**
- ❒ 360 Other Personal Injury

**Products Liability**
- ❒ 195 Contract Product Liability
- ❒ 245 Tort Product Liability
- ❒ 315 Airplane Product Liability
- ❒ 345 Marine Product Liability
- ❒ 355 Motor Vehicle Product Liability
- ❒ 365 Personal Injury Product Liability
- ❒ 385 Property Damage Product Liability

**Professional Malpractice**
- ❒ 362 Personal Injury - Med. Malpractice

**Motor Vehicle Accidents/Slip and Fall**
- ❒ 350 Motor Vehicles
- ❒ 360 Other Personal Injury

**Other Torts and Personal Injury incl. Asbestos cases**
- ❒ 360 Other Personal Injury (Fed. Tort Claims Act)
- ❒ 310 Airplane
- ❒ 320 Assault, Libel and Slander
- ❒ 330 Federal Employers' Liability
- ❒ 360 Other Personal Injury
- ❒ 368 Asbestos Personal Injury

*CONTINUED ON REVERSE SIDE*