UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, ET AL

v. CA No. 07-55S

CONSTABLE ALFRED HARRIS, ET AL

**ORDER OF RECUSAL**

I hereby recuse myself from participation in this litigation.

By Order:

Deputy Clerk

ENTER:

William E. Smith
U.S. District Judge

DATE: 2/26/07