UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, et al

Plaintiffs

vs. **CA NO: 07-055 ML**

STATE OF RHODE ISLAND, et al

Defendants

**MOTION FOR DISQUALIFICATION**

Now come Plaintiffs, James C. Marcello, Olivia A. Marcello, (collectively, the "Marcellos" or "Plaintiffs") and, hereby motions this Court for the disqualification of any and all Defendant lawyers of the law firm Kiernan, Plunkett & Redihan of 91 Friendship St, Providence, RI in representing any and all other co-defendants named in this action by direct or indirect means. Plaintiffs assigns grounds as follows:

**I. Statement of Facts:**

Said defendant lawyers of KPR are charged in said plaintiffs' complaint being the head of the Super Structure to an Enterprise in "estate racketeering activity" under the state and Federal RICO Statute (see cmplt at Identification of Enterprise ¶ I+II Identification of Super Structure);

On March 5, 2007, defendant lawyer Thomas C. Plunkett of law firm KPR mailed to said plaintiffs what it appears to be the assemblance of a entry of appearance, answer, and certification, in what appears to be a ficticious attempt to represent co-defendants Arthur T Marcello, Arthur T Marcello,jr, Thomas Marcello, and Albert Mastriano, in the absence of signing acknowledgment of service, a copy of such hereby annexed as Exhibit 1.

On February 13, 2007, said plaintiffs mailed (16) request for waiver of service of summons and complaints upon defendants for (30) return. No

such signed returns have been made as of the date below, and no such waivers have been inclusive with the said defendant attorney Plunkett's documents above described.

**II. Disqualifying Grounds:**

1. said defendant attorney John A DeSano of said law firm KPR is personally charged with assault, kidnapping, extortion, forgery, counterfeiting, subordination of perjury upon plaintiff James C Marcello's 82½ year old father Rudolph N Marcello on March 6, 2002 (see cmplt count 1 at ¶¶ 5,6,7,9,11), and that, the co-attorneys at KPR should be disqualified from representation because they are liable for his acts under co-conspiracy laws;

2. said defendant lawyers of KPR are charged with designing the felony predicate acts to co-defendants Arthur T Marcello, Arthur T Marcello,jr, Thomas Marcello, and Albert Mastriano, and all others defendants, and should be disqualified from representing them;

3. said defendant lawyers of KPR hold an interest in the larceny of 557 Maple Avenue Barrington RI real and personal property of plaintiffs to the extent of lining their pockets every month on an unlawful debt mortgage being paid by co-defendant Nuno C Neves and Natalia Paiva-Neves, and should be disqualified from representing them and all other co-defendants;

**II. Conclusion**

Therefore the court's allowance of said defendants lawyers of KPR to represent any and all other co-defendants would merely secure and protect the racketeering activity from mere detection and subjection to civil and criminal liabilities, and further work contrary to congresses 1970 organized crime control act intended for victoms to be turned into prosecutors dedicated

in eliminating organized crime and reducing government burdens of prosecution.

## III. Prayer

WHEREFORE, the plaintiffs respectfully pray that the Motion for Disqualification be granted; that the defendant lawyers of the law firm Kiernan, Plunkett & Redihan be disqualified from respresenting any and all other co-defendants in these proceeding by direct or indirect means; and that the court may grant such other and further relief as to the circumstance and justice may require.

Respectfully submitted,

PLAINTIFFS * IN PRO SE

JAMES C. MARCELLO
OLIVIA A. MARCELLO

James Marcello
Olivia Ann Marcello

James & Olivia Marcello
152 Cross Rd
Stetson ME 04488
207 296 3433

CERTIFICATION

I, the undersigned, hereby certify that I have mailed a conformed copy of the MOTION FOR DISQUALIFICATION by regular mail, postage prepaid, on March 9, 2007 to the Defendant Lawyers of the law firm Kiernan, Plunkett & Redihan, of 91 Friendship St, Providence, RI 02903.

James Marcello