**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

JAMES C. MARCELLO;
OLIVIA A. MARCELLO

VS C. A. NO. 07-055 ML

STATE OF RHODE ISLAND, ET AL

ENTRY OF APPEARANCE

I hereby enter my appearance for the defendants, John A. DeSano, Bernard P. Healy, Kiernan, Plunkett & Redihan, Arthur T. Marcello, Arthur T. Marcello, Jr., Thomas Marcello, and to the extent named as defendants, all lawyers in Kiernan, Plunkett & Redihan.

/s/ Robert W. Smith, Esq.
ARMSTRONG, GIBBONS & GNYS
155 South Main Street
Providence, RI 02903

to James and Olivia Marcello
152 Cross Road
Stetson, Maine 04488

CERTIFICATION

I hereby certify that I mailed a copy of the within to the above named.

Dated: March 19, 2007