**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

JAMES C. MARCELLO;
OLIVIA A. MARCELLO

VS C. A. NO. 07-055 ML

STATE OF RHODE ISLAND, ET AL

OBJECTION OF THE DEFENDANTS, JOHN A. DESANO, BERNARD P. HEALY, KIERNAN, PLUNKETT REDIHAN, ARTHUR T. MARCELLO,ARTHUR T. MARCELLO, JR., THOMAS MARCELLO AND ALBERT MASTRIANO, AND TO THE EXTENT NAMED AS DEFENDANTS, ALL LAWYERS IN KIERNAN, PLUNKETT & REDIHAN TO THE PLAINTIFFS' MOTION FOR DISQUALIFICATION

Now come the defendants, John A. DeSano, Bernard P. Healy, Kiernan, Plunkett Redihan, Arthur T. Marcello, Arthur T. Marcello, Jr., Thomas Marcello and Albert Mastriano, and to the extent named as defendants, all lawyers in Kiernan, Plunkett & Redihan, and hereby object to the plaintiffs' motion for disqualification. Said defendants rely on the attached memorandum and request that the plaintiffs' motion be denied.

/s/ Robert W. Smith, Esq.
ARMSTRONG, GIBBONS & GNYS
155 South Main Street
Providence, RI 02903

to James and Olivia Marcello
152 Cross Road
Stetson, Maine 04488

CERTIFICATION

I hereby certify that I mailed a copy of the within to the above named.

Dated: March 19, 2007