**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

JAMES C. MARCELLO;
OLIVIA A. MARCELLO

VS C. A. NO. 07-055 ML

STATE OF RHODE ISLAND, ET AL

MEMORANDUM OF DEFENDANTS, JOHN A. DESANO, BERNARD P. HEALY, KIERNAN, PLUNKETT REDIHAN, ARTHUR T. MARCELLO, ARTHUR T. MARCELLO, JR., THOMAS MARCELLO AND ALBERT MASTRIANO, AND TO THE EXTENT NAMED AS DEFENDANTS, ALL LAWYERS IN KIERNAN, PLUNKETT & REDIHAN IN SUPPORT OF THEIR OBJECTION TO PLAINTIFFS' MOTION FOR DISQUALIFICATION

The plaintiffs have filed a complaint naming as defendants, John A. DeSano, Bernard P. Healy, Kiernan, Plunkett Redihan, Arthur T. Marcello, Arthur T. Marcello, Jr., Thomas Marcello and Albert Mastriano as defendants. A request for waiver of service was sent to "all attorneys of law firm of Kiernan, Plunkett & Redihan" but no such term was used in the listing of defendants in the complaint.

The basis for the motion appears to be that John DeSano is alleged to have committed acts and the "co-attorneys at KPR " are liable for his acts, "defendant lawyers of KPR" are alleged to have designed "the felony predicate acts", and the defendant "lawyers of KPR" are alleged to hold an interest in "the larceny of 557 Maple Avenue, Barrington, RI".

The allegations made by the plaintiffs in the complaint and the motion are false. They are unsupported by any factual evidence. Untrue and unsupported allegations cannot form the basis for a motion of this sort. Further, the allegations as to who are defendants are unclear and improper. The plaintiffs have not articulated any legally sufficient basis for the motion to disqualify. The grounds attempted to be set forth in the motion don't establish any basis for it. Finally, attorney Robert Smith is entering his appearance for these defendants and therefore the matter of representation is no longer in issue.

For the above reasons, the said defendants request that the plaintiffs' motion be denied.

/s/ Robert W. Smith

ARMSTRONG, GIBBONS & GNYS
155 South Main Street
Providence, RI 02903
401-751-1500 TEL.

to James and Olivia Marcello
152 Cross Road
Stetson, Maine 04488

CERTIFICATION

I hereby certify that I mailed a copy of the within to the above named.

Dated: March 19, 2007