UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES C. MARCELLO;<br>OLIVIA A. MARCELLO | : | |
| | : | |
| VS. | | C.A. NO. 07-055 ML |
| | : | |
| STATE OF RHODE ISLAND, ET AL | | |

ENTRY OF APPEARANCE

I hereby enter my appearance for the defendant, Albert Mastriano.

s/ Robert W. Smith
Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903

TO: James and Olivia Marcello
152 Cross Road
Stetson, Maine 04488

CERTIFICATION

I hereby certify that a copy of the within entry of appearance was forwarded to James and Olivia Marcello, 152 Cross Road, Stetson, Maine 04488 on the 20th day of March, 2007, postage prepaid, regular mail.

s/ Jean A. Thorpe