UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES C. MARCELLO;<br>OLIVIA A. MARCELLO | : | |
| | : | |
| VS. | | C.A. NO. 07-055 ML |
| | : | |
| STATE OF RHODE ISLAND, ET AL | | |

ENTRY OF APPEARANCE

I hereby enter my appearance for the defendants, John A. DeSano, Bernard P. Healy, Kiernan, Plunket & Redihan, Arthur T. Marcello, Arthur T. Marcello, Jr., Thomas Marcello, Albert Mastriano and to the extent named as defendants, all lawyers in Kiernan, Plunkett & Redihan.

s/ Robert W. Smith
Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903

CERTIFICATION

I hereby certify that a copy of the within entry of appearance was forwarded to James and Olivia Marcello, 152 Cross Road, Stetson, Maine 04488 on the 19th day of March, 2007, postage prepaid, regular mail.

s/ Jean A. Thorpe