UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO :
OLIVIA A. MARCELLO

VS. : C.A. NO. 07-055 ML

STATE OF RHODE ISLAND, ET AL :

OBJECTION OF THE DEFENDANTS, KIERNAN, PLUNKETT & REDIHAN, JOHN A. DESANO, BERNARD P. HEALY, ARTHUR T. MARCELLO, ARTHUR T. MARCELLO, JR., THOMAS MARCELLO, ALBERT MASTRIANO AND, TO THE EXTENT NAMED AS DEFENDANTS, ALL LAWYERS IN KIERNAN, PLUNKETT & REDIHAN, TO PLAINTIFFS' MOTION FOR DISQUALIFICATION

Now come the defendants, Kiernan, Plunkett & Redihan, John A. DeSano, Bernard P. Healy, Arthur T. Marcello, Arthur T. Marcello, Jr., Thomas Marcello, Albert Mastriano and, to the extent named as defendants, all lawyers in Kiernan, Plunkett & Redihan, and hereby object to the plaintiffs' motion for disqualification. Said defendants rely on the attached memorandum and request that the plaintiffs' motion be denied.

s/ Robert W. Smith
Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
401-751-1500
FAX: 401-751-4124
e-mail: rsmith@agglaw.com

CERTIFICATION

I hereby certify that a copy of the within answer was mailed to James C. Marcello and Olivia A. Marcello, 152 Cross Road, Stetson, Maine 04488 on the 19th day of March, 2006, postage prepaid, regular mail.

s/ Jean Thorpe

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO :
OLIVIA A. MARCELLO

VS. : C.A. NO. 07-055 ML

STATE OF RHODE ISLAND, ET AL :

MEMORANDUM OF THE DEFENDANTS, KIERNAN, PLUNKETT & REDIHAN, JOHN A. DESANO, BERNARD P. HEALY, ARTHUR T. MARCELLO, ARTHUR T. MARCELLO, JR., THOMAS MARCELLO, ALBERT MASTRIANO AND, TO THE EXTENT NAMED AS DEFENDANTS, ALL LAWYERS IN KIERNAN, PLUNKETT & REDIHAN, IN SUPPORT OF THEIR OBJECTION TO PLAINTIFFS' MOTION FOR DISQUALIFICATION

The plaintiffs have filed a complaint naming as defendants, Kiernan, Plunkett & Redihan, John A. DeSano, Bernard P. Healy, Arthur T. Marcello, Arthur T. Marcello, Jr., Thomas Marcello, Albert Mastriano and, to the extent named as defendants, all lawyers in Kiernan, Plunkett & Redihan. A request for waiver of service was sent to "all attorneys of law firm of Kiernan, Plunkett & Redihan" but no such term was used in the listing of defendants in the complaint.

The basis for the motion appears to be that John DeSano is alleged to have committed acts and the "co-attorneys at KPR" are liable for his acts," and the defendant "lawyers of KPR" are alleged to hold an interest in "the larceny of 557 Maple Avenue, Barrington, RI."

The allegations made by the plaintiffs in the complaint and the motion are false. They are unsupported by any factual evidence. Untrue and unsupported allegations cannot form the basis for a motion of this sort. Further, the allegations as to who are defendants are unclear and improper. The plaintiffs have not articulated any legally sufficient basis for the motion to

disqualify. The grounds attempted to be set forth in the motion do not establish any basis for it. Finally, Attorney Robert Smith is entering his appearance for these defendants and, therefore, the matter of representation is no longer an issue.

For the above reasons, the said defendants request that the plaintiffs' motion be denied.

s/ Robert W. Smith
Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
401-751-1500
FAX: 401-751-4124
e-mail: rsmith@agglaw.com

CERTIFICATION

I hereby certify that a copy of the within answer was mailed to James C. Marcello and Olivia A. Marcello, 152 Cross Road, Stetson, Maine 04488 on the 19th day of March, 2006, postage prepaid, regular mail.

s/ Jean Thorpe