UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO :
OLIVIA A. MARCELLO

VS. : C.A. NO. 07-055 ML

STATE OF RHODE ISLAND, ET AL :

AMENDED
ANSWER OF DEFENDANTS, KIERNAN, PLUNKETT & REDIHAN, JOHN A. DESANO, BERNARD P. HEALY, ARTHUR T. MARCELLO, ARTHUR T. MARCELLO, JR., THOMAS MARCELLO, ALBERT MASTRIANO AND, TO THE EXTENT NAMED AS DEFENDANTS, ALL LAWYERS IN KIERNAN, PLUNKETT & REDIHAN, TO PLAINTIFFS' BILL OF COMPLAINT

The defendants, Kiernan, Plunkett & Redihan, John A. DeSano, Bernard P. Healy, Arthur T. Marcello, Arthur T. Marcello, Jr., Thomas Marcello, Albert Mastriano and, to the extent named as defendants, all lawyers in Kiernan, Plunkett & Redihan, for answer to plaintiffs' bill of complaint hereby state the following:

FIRST DEFENSE

Said defendants deny the allegations contained in the Counts entitled Identification of Enterprise, I. Estate Racketeering, II. Identification of Super Structure, A. Kiernan, Plunkett & Redihan, B. Judge Marvin Homonoff of Barrington Probate, C. David Coleman of Barrington Coleman Realty, D. Chief John LaCross of Barrington Police, E. Constable Alfred Harris, F. State of Rhode Island, and III. Identification of Lower Management, A. Resnick, Caffrey & Moretti.

Said defendants deny the allegations contained in the Counts entitled Jurisdictional Statement, I. Jurisdictional Statement, II. Constitutional Rights of Plaintiffs and III. Bill of Complaint.

Said defendants deny the allegations contained in the Counts entitled Count I, 1st Episode, Paragraphs or Sections 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, and 16.

Said defendants deny the allegations contained in the Counts entitled Count 2, 2nd Episode, Paragraphs or Sections 1, 2, 3, 4, 5, 6, 7 and 8.

Said defendants deny the allegations contained in Counts entitled Count 3, 3rd Episode, Paragraphs or Sections 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 and 11.

Said defendants deny the allegations contained in the Counts entitled Count 4, 4th Episode, Paragraphs or Sections 1, 2, 3, 4, 5 and 6.

Said defendants deny the allegations contained in the Counts entitled Count 5, Paragraphs or Sections 1, 2, 3, 4, 5, 6 and 7.

Said defendants deny the allegations contained in the Sections entitled Prayer for Relief, Paragraphs or Sections 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 and 15.

<u>SECOND DEFENSE</u>

This Court lacks subject matter jurisdiction.

<u>THIRD DEFENSE</u>

The said defendants assert the defenses of insufficiency of process, insufficiency of service of process and lack of service.

<u>FOURTH DEFENSE</u>

Plaintiffs' complaint fails to state a claim upon which relief may be granted.

<u>FIFTH DEFENSE</u>

Plaintiffs' action is barred by res judicata.

SIXTH DEFENSE

Plaintiffs' action is barred by collateral estoppel.

SEVENTH DEFENSE

Plaintiffs' action is barred by the applicable Statute of Limitations.

EIGHTH DEFENSE

Plaintiffs are guilty of laches.

NINTH DEFENSE

Plaintiffs have unclean hands.

s/ Robert W. Smith
Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
401-751-1500
FAX: 401-751-4124
e-mail: rsmith@agglaw.com

CERTIFICATION

I hereby certify that a copy of the within answer was mailed to James C. Marcello and Olivia A. Marcello, 152 Cross Road, Stetson, Maine 04488 on the 21st day of March, 2006, postage prepaid, regular mail.

s/ Jean Thorpe