UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, et al

Plaintiffs

vs. **CA NO. 07-055 ML**

STATE OF RHODE ISLAND, et al

Defendants

**MOTION TO COLLECT THE COSTS OF SERVICE**

Now come Plaintiffs, James C. Marcello, Olivia A. Marcello, (collectively the "Marcello" or "Plaintiffs") and, pursuant to Rule 4(d)(5) of the Federal Rules of Civil Procedure, hereby motions to the Court to issue an order against Defendants: Nuno C. Neves & Natalia Paiva-Neves of Barrington, Chief John LaCross of Barrington PD, Judge Marvin Homonoff of Barrington Probate Court, and David Coleman of Coleman Realty in Barrington, to pay over to said plaintiffs the costs incurred by said plaintiffs for service of process, resulting from failure of said defendants to comply with a request to waive service of a summons.

Said failure of Defendants to comply with a request to waive service of a summons and complaint resulting in fees and costs is set forth in the affidavit and Exhibits 1-7 enclosed.

Therefore, Plaintiffs respectfully request that the Motion to Collect the Costs of Service be granted; that the court may issue an order against said defendants to pay the resulting fees and costs; and that the plaintiffs may have any and all other relief as to the circumstance and justice may require.

Respectfully submitted,

PLAINTIFFS * IN PRO SE

James & Olivia Marcello
152 Cross Rd.
Stetson, ME 04488

CERTIFICATION

I, the undersigned hereby certify that I have mailed a conformed copy of the above by regular mail, postage prepaid, on March 29, 2007, to: Nuno & Natalia Paiva-Neves; 557 Maple Ave, Barrington,RI 02806; Chief John LaCross,BPD, 100 Federal Rd, Barrington,RI 02806; Judge Marvin Homonoff, 283 County Rd, Barrington,RI 02806; and David Coleman, 210 County Rd, Barrington,RI 02806.