# EXHIBIT 2

NEWPORT POST OFFICE
NEWPORT, Maine
049539998
2269030953-0098
02/13/2007 (800)275-8777 01:45:43 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| BARRINGTON RI 02806 Priority Mail 1 lb. 0.20 oz. | | | $4.20 |
| Issue PVI: | | | $4.20 |
| PAWTUCKET RI 02862 Priority Mail 1 lb. 0.20 oz. | | | $4.20 |
| Issue PVI: | | | $4.20 |
| BARRINGTON RI 02806 Priority Mail 1 lb. 0.20 oz. | | | $4.20 |
| Issue PVI: | | | $4.20 |
| BARRINGTON RI 02806 Priority Mail 1 lb. 0.20 oz. | | | $4.20 |
| Issue PVI: | | | $4.20 |
| BARRINGTON RI 02806 Priority Mail 1 lb. 0.20 oz. | | | $4.20 |
| Issue PVI: | | | $4.20 |
| BARRINGTON RI 02806 Priority Mail 1 lb. 0.20 oz. | | | $4.20 |
| Issue PVI: | | | $4.20 |
| BARRINGTON RI 02806 Priority Mail 1 lb. 0.20 oz. | | | $4.20 |
| Issue PVI: | | | $4.20 |
| BARRINGTON RI 02806 Priority Mail 1 lb. 0.20 oz. | | | $4.20 |
| Issue PVI: | | | |

NEWPORT POST OFFICE
NEWPORT, Maine
049539998
2269030953-0098
02/13/2007 (800)275-8777 01:23:05 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| $7.80 Lib/Flag Bk | 1 | $7.80 | $7.80 |
| $7.80 Lib/Flag Bk | 1 | $7.80 | $7.80 |
| Total: | | | $15.60 |
| Paid by: | | | |
| Cash | | | $16.00 |
| Change Due: | | | -$0.40 |

Order stamps at USPS.com/shop or call 1-800-Stamp24. Go to USPS.com/clicknship to print shipping labels with postage. For other information call 1-800-ASK-USPS.
Bill#:1000200113511
Clerk:03

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.
Customer Copy

| | |
|---|---|
| BARRINGTON RI 02806 | $4.20 |
| Priority Mail | |
| 1 lb. 0.20 oz. | |
| | ======== |
| Issue PVI: | $4.20 |
| PROVIDENCE RI 02903 | $4.20 |
| Priority Mail | |
| 1 lb. 0.20 oz. | |
| | ======== |
| Issue PVI: | $4.20 |
| CRANSTON RI 02910 | $4.20 |
| Priority Mail | |
| 1 lb. 0.20 oz. | |
| | ======== |
| Issue PVI: | $4.20 |
| PROVIDENCE RI 02907 | $4.20 |
| Priority Mail | |
| 1 lb. 0.20 oz. | |
| | ======== |
| Issue PVI: | $4.20 |
| PROVIDENCE RI 02903 | $4.20 |
| Priority Mail | |
| 1 lb. 0.20 oz. | |
| | ======== |
| Issue PVI: | $4.20 |
| WARWICK RI 02886 | $4.20 |
| Priority Mail | |
| 1 lb. 0.20 oz. | |
| | ======== |
| Issue PVI: | $4.20 |
| BARRINGTON RI 02806 | $4.20 |
| Priority Mail | |
| 1 lb. 0.20 oz. | |
| | ======== |
| Issue PVI: | $4.20 |
| PROVIDENCE RI 02903 | $4.20 |
| Priority Mail | |
| 1 lb. 0.20 oz. | |
| | ======== |
| Issue PVI: | $4.20 |
| | ========== |
| Total: | $67.20 |
| Paid by: | |
| Cash | $100.20 |
| Change Due: | -$33.00 |

Bill#:1000200113594
Clerk:03

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.
Customer Copy

2