# EXHIBIT 3

James C Marcello
152 Cross Rd.
Stetson, ME 04488
(207) 296-3433

March 15, 2007

CERTIFIED MAIL
ARTICLE # 7004 1160 0002 9159 3116

Joseph K. Ford
SHERIFF OF NEWPORT COUNTY
Florence K. Murray Judicial Complex
Newport, RI 02840-2996
Tel: (401) 841-8300

Re: MARCELLO, et al vs. RHODE ISLAND, et al
US DISTRICT COURT OF RI
CA NO. 07-055 ML

Dear Sheriff of Newport County,

Enclosed for service is:

MONEY ORDER ($240.00) PAYABLE TO: RI SHERIFF DEPARTMENT
FOR (4) DEFENDANTS / ORIG+COPY SUMMONS / COMPLAINT

SERVICE ADDRESS & PERSONS AS FOLLOWS:

(1)
NUNO C. NEVES &
NATALIA PAIVA-NEVES
557 MAPLE AVENUE
BARRINGTON, RI 02806
(401) 289-0293

(2)
CHIEF JOHN LACROSS
BARRINGTON POLICE DEPARTMENT
100 FEDERAL ROAD
BARRINGTON, RI 02806
(401) 437-3935

(3)
JUDGE MARVIN HOMONOFF
BARRINGTON PROBATE COURT
283 COUNTY ROAD
BARRINGTON, RI 02806
(401) 247-1900

(4)
DAVID COLEMAN
COLEMAN REALTY OF BARRINGTON
210 COUNTY ROAD
BARRINGTON, RI 02806
(401) 245-3050

If I can be of any assistance to you, please feel free to contact me at the above return address or phone.

Thank you for your assistance in this matter.

Sincerely yours,

James Marcello

James C Marcello

UNITED STATES POSTAL SERVICE®

# CUSTOMER'S RECEIPT

KEEP THIS RECEIPT FOR YOUR RECORDS

PAY TO: RI SHERIFF DEPART.

ADDRESS: NEWPORT, RI 02840-2996

C.O.D. OR USED FOR: 4 SUM+CMPLT - US DC RI-07-055ML

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

| SERIAL NUMBER | YEAR, MONTH, DAY | POST OFFICE | AMOUNT | CLERK |
|---|---|---|---|---|
| 10586215721 | 2007-03-15 | 049530 | $240.00 | 0003 |

NEWPORT POST OFFICE
NEWPORT, Maine
049539998
2269030953-0098
03/15/2007 (800)275-8777 02:11:17 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| Dom. Money Order 10586215721 | | | $240.00 |
| Domestic Money Order Fee | | | $0.95 |
| Subtotal: | | | $240.95 |
| Dom. Money Order 10586215732 | | | $65.00 |
| Domestic Money Order Fee | | | $0.95 |
| Subtotal: | | | $65.95 |
| Dom. Money Order 10586215743 | | | $20.00 |
| Domestic Money Order Fee | | | $0.95 |
| Subtotal: | | | $20.95 |
| $7.80 Lib/Flag Bk | 1 | $7.80 | $7.80 |
| NEWPORT RI 02840 Priority Mail 3 lb. 15.60 oz. | | | $5.60 |
| Return Rcpt (Green Card) | | | $1.85 |
| Certified Label #: 70041160000291593116 | | | $2.40 |
| Issue PVI: | | | $9.85 |
| Total: | | | $345.50 |
| Paid by: Cash | | | $345.50 |

Order stamps at USPS.com/shop or call 1-800-Stamp24. Go to USPS.com/clicknship to print shipping labels with postage. For other information call 1-800-ASK-USPS.
Bill#:1000200127982
Clerk:03

All sales final on stamps and postage
Refunds for guaranteed services only.
Thank you for your business.
Customer Copy

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JOSEPH K. FORD
SHERIFF OF NEWPORT COUNTY
FLORENCE K. MURRAY JUDICIAL COMPLEX
NEWPORT, R.I. 02840-2996

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Diane F Casey ☐ Agent ☐ Addressee

B. Received by (Printed Name): Diane F. Casey

C. Date of Delivery: 3/19/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
■ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) A # 7004 1160 0002 9159 3116

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

7004 1160 0002 9159 3116

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

OFFICIAL USE

NEWPORT RI 02840

| | |
|---|---|
| Postage | $ $5.60 |
| Certified Fee | $2.40 |
| Return Reciept Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $9.85 |

0953
03
Postmark Here
03/15/2007

Sent To: SHERIFF OF NEWPORT COUNTY
Street, Apt No.; or PO Box No.: FLORENCE K MURRAY JUDICIAL COMPLEX
City, State, ZIP+4: NEWPORT, R.I. 02840-2996

PS Form 3800, June 2002 See Reverse for Instructions

2