# EXHIBIT 5

# THIS IS YOUR INVOICE

**SHERIFF OF NEWPORT COUNTY**
Murray Judicial Complex
Newport, Rhode Island 02840

3-23 20 07

Mr. James C. Marcello Esq.

STATE OF RHODE ISLAND
Joseph K. Ford
Sheriff

*Service of Writ of*

71403

3-22 20 07

James C. Marcello
VS
N. News / NP News

| | | | |
|---|---|---|---|
| Services | 60 | – | |
| Copies | | | |
| Travel | | | |
| Garnishee | | | |
| Paid Town Clerk | | | |
| Poundage | | | |
| Paid Witness | | | |
| Keeper and Custody | | | |

Total 60. –

Rec'd Pay't. Pd 3-23-07

# THIS IS YOUR INVOICE

SHERIFF OF NEWPORT COUNTY
Murray Judicial Complex
Newport, Rhode Island 02840

3-23 2007

Mr. James C. Marcello Esq.

STATE OF RHODE ISLAND
Joseph K. Ford
Sheriff

*Service of Writ of*

11404

3-22 2007

James C. Marcello
VS
Chief John Lacross

| | | | |
|---|---|---|---|
| Services | 60 | - | |
| Copies | | | |
| Travel | | | |
| Garnishee | | | |
| Paid Town Clerk | | | |
| Poundage | | | |
| Paid Witness | | | |
| Keeper and Custody | | | |

Total 60. -

Rec'd Pay't. Pd 3-23-07

2

**THIS IS YOUR INVOICE**

SHERIFF OF NEWPORT COUNTY
Murray Judicial Complex
Newport, Rhode Island 02840

3-23 20 07

Mr. James C. Morello Esq.

STATE OF RHODE ISLAND
Joseph K. Ford
Sheriff

*Service of Writ of*

11405

3-22 20 07

James C. Morello
VS
Judge Marvin Homonoff

| | | | |
|---|---|---|---|
| Services | 60 | — | |
| Copies | | | |
| Travel | | | |
| Garnishee | | | |
| Paid Town Clerk | | | |
| Poundage | | | |
| Paid Witness | | | |
| Keeper and Custody | | | |

Total 60. —

Rec'd Pay't. Pd 3-23-07

3

## THIS IS YOUR INVOICE

SHERIFF OF NEWPORT COUNTY
Murray Judicial Complex
Newport, Rhode Island 02840

3-23 2007

Mr. James Marcello Esq.
152 Cross Rd
STATE OF RHODE ISLAND Stetson
Joseph K. Ford ME 04488
Sheriff

*Service of Writ of*

11/4/06

3-22 2007

James C. Marcello
VS
David Coleman

| | | | |
|---|---|---|---|
| Services | 60 | — | |
| Copies | | | |
| Travel | | | |
| Garnishee | | | |
| Paid Town Clerk | | | |
| Poundage | | | |
| Paid Witness | | | |
| Keeper and Custody | | | |

Total 60.—

Rec'd Pay't. Pd 3-23-07

4