# EXHIBIT 6

March 29, 2007

James Marcello, paid
$15.00 for notary
seal

Dennell K. Ham