# EXHIBIT 7

2 CROSS RD
TETSON, ME 04488

7004 1160 0002 9159 3123

7004 1160 0002 9159 3123

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To DAVID DIMARZIO, CLERK
Street, Apt. No.; or PO Box No. US DISTRICT COURT OF RI ONE EXCHANGE TERRACE
City, State, ZIP+4 PROVIDENCE, RI 02903

PS Form 3800, June 2002

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DAVID DIMARZIO, CLERK
US DISTRICT COURT OF RI
ONE EXCHANGE TERRACE
PROVIDENCE, RI 02903

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
■ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 7004 1160 0002 9159 3123

PS Form 3811, A

7004 1160 0002 9159 3123

102595-02-M-1540