UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, et al

Plaintiffs

vs. **CA NO. 07-055 ML**

STATE OF RHODE ISLAND, et al

Defendants

**AFFIDAVIT OF**
**JAMES C. MARCELLO AND OLIVIA A. MARCELLO**

HAVING FIRST BEEN DULY SWORN, James C. Marcello and Olivia A. Marcello, the undersigned affiants, does hereby depose and say as follows:

1. We, James C. Marcello and Olivia A. Marcello, are Pro se Litigants, and we represent Plaintiffs in the above captioned action.

2. Plaintiffs submits this Affidavit in accordance with Rule 4(d)(5) of the Federal Rules of Civil Procedure, for failure of Defendants: Nuno C. Neves and Natalia Paiva-Neves, Chief John LaCross of Barrington BP, Judge Marvin Homonoff of Barrington Probate Court, and David Coleman of Coleman Realty in Barrington, to comply with a request to waive service of summons.

3. Our customary hourly rate for work such as work done in this matter is $100.00 per hour.

4. From February 13, 2007 through March 29, 2007, we have spent 6.00 hours on the case alone on effecting service on the said Defendants, named in (par.2).

5. We have spent a total of 6.00 hours on this case alone effecting service on the said above named defendants (par.2), resulting in attorney's fees totaling $600.00.

6. The said Plaintiffs Marcello costs subsequently incurred in effecting service under subdivision (e), (f), or (h), of Rule 4(d)(5) is $304.60.

7. Defendants: Nuno C. Neves and Natalia Paiva-Neves, Chief John LaCross, Judge Marvin Homonoff, and David Coleman, compounded as follows:

| Plt D a t e | Amount | Fee Hours | I t e m s | $Costs | See Exib | Bal.Due |
|---|---|---|---|---|---|---|
| 02-13-2007 | 200.00 | 2.00 | waiv+cplt | | 1 | $200.00 |
| 02-13-2007 | | | 400 pages | 5.00 | | $005.00 |
| 02-13-2007 | | | 4 lg envs | 4.00 | | $004.00 |
| 02-13-2007 | | | 4 postage | 16.80 | 2p1 | $016.80 |
| 02-13-2007 | | | 4 s en+stps | 2.00 | 2p1 | $002.00 |
| 03-15-2007 | 200.00 | 2.00 | sums+cplt | | 3p1 | $200.00 |
| 03-15-2007 | | 7 | 4 ser fees | 240.95 | 3p2 | $240.95 |
| 03-15-2007 | | | cert+weig | 9.85 | 3p2 | $009.85 |
| 03-15-2007 | | | 400 pages | 5.00 | | $005.00 |
| 03-15-2007 | | | 1 lg env | 1.00 | | $001.00 |
| 03-22-2007 | | | 4 sums+cplt served | | 4 | |
| 03-23-2007 | | | 4 receipts | | 5 | |
| 03-29-2007 | 200.00 | 2.00 | mot t collect affidavit exhibits | | | $200.00 |
| 03-29-2007 | | | notary fee | 15.00 | 6 | $015.00 |
| 03-30-2007 | | | cert+weig (estimate) | 5.00 | 7 | $005.00 |
| TOTAL | 600.00 | 6.00 | + | 304.60 | = | $904.60 |

8. The Plaintiffs resulting attorney fees of $600.00 and costs subsequently incurred in effecting service under subdivision (e), (f), or (h) of Rule 4(d)(5) of $304.60 total $904.60.

**FURTHER AFFIANTS SAYTH NOT.**

Witness his/her hand under the penalties of perjury this 29th day of March, 2007.

AFFIANT--JAMES C. MARCELLO

AFFIANT--OLIVIA A. MARCELLO

PLAINTIFFS * IN PRO SE
152 Cross Rd.
Stetson, ME 04488

**NOTARY'S STATEMENT**

State of Maine )
)SS.
County of Penobscot)

On this day personally appeared James C. Marcello and Olivia A. Marcello, who, having first been sworn, acknowledged the foregoing before me.

**NOTARY PUBLIC**

DENNELL K HAM
NOTARY PUBLIC, MAINE
MY COMMISSION EXPIRES NOVEMBER 18, 2010

DENNELL K. HAM NOTARY PUBLIC MAINE

**CERTIFICATION**

I, the undersigned, hereby certify that I have mailed a copy of the above Affidavit with Exhibits 1-7 by regular mail, postage prepaid, on MARCH 30, 2007, to: Nuno & Natalia Paiva-Neves 557 Maple Ave, Barrington, RI 02806; Chief John LaCross, BPD, 100 Federal Rd, Barrington, RI 02806; Judge Marvin Homonoff, 283 County Rd, Barrington, RI 02806; and David Coleman, 210 County Rd, Barrington, RI 02806.