UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, et al

Plaintiffs

vs. **CA NO. 07-055 ML**

STATE OF RHODE ISLAND, et al

Defendants

**OBJECTION TO MOTION TO STRIKE**

Now come Plaintiffs, James C. Marcello, Olivia A. Marcello, (collectively, the "Marcellos" or "Plaintiffs") and, hereby objects to and moves to strike out the entry of appearance dated March 19, 2007 and Amended Answer of Defendants, KPR, John A. DeSano, Bernard P. Healy, Arthur T. Marcello, Arthur T. Marcello,jr, Thomas Marcello, and Albert Mastriano dated March 21, 2007 filed by attorney Robert W. Smith. Plaintiffs assigns grounds as follows:

**I. Fraud**

1. to the extent that all above said named defendants were all mailed a request for waiver of service of summons and complaint on February 13, 2007 by said plaintiffs, copies of such are hereby annexed;

2. and that said plaintiffs have not received any return signed waivers from the defendants by direct or indirect means;

3. and that said plaintiffs concurr that the attorneys whom entered appearance on behalf of said defendants have cohersed them to not sign and return the waivers as to establish fraudulent grounds to dismiss for lack of service and process;

4. and furthermore the Defendant Lawyers from law firm Kiernan, Plunkett & Redihan have made particular selection to pretense a representation of the above named defendants as a mechanism of protection and safeguard against the allegations of racketeering set forth against them in the complaint;

5. and are compelling this fraud by indirect means upon said attorney Smith as prayed against in plaintiffs motion for disqualification dated March 9, 2007.

**II. Law**

**Rule 4(d)(G)(4) of Fed. Rules of Civil Procedure provides:**

"When the plaintiff files a waiver of service with the court, the action shall proceed, except as provided in paragraph (3), as if a summons and complaint had been served at the time of filing the waiver, and no proof of service shall be required."

**III. Conclusion**

No waivers have been filed with the court, the action cannot proceed, and thee entry of appearances and answers do not constitute of themselves a waiver of service of summons and complaint by said defendants, are premature, and moot **See R.I. Case law: Adams v. Union R. Co.,** 21 R.I. 134, 42 A. 515, 44 L. R. A. 273.

**IV. Prayer**

Therefore, the plaintiffs respectfully request that the Objection to Motion to Strike be granted; that the entry of appearance and answer filed by attorney Robert Smith be striken from the record; and that the court may grant such other and further relief as to the circumstance and justice may require.

Respectfully submitted,

PLAINTIFFS * IN PRO SE

JAMES C. MARCELLO
OLIVIA A. MARCELLO

James & Olivia Marcello
152 Cross Rd.
Stetson ME 04488
207 296 3433

CERTIFICATION

I, the undersigned, hereby certify that I have mailed a conformed copy of the above by regular mail, postage prepaid, on March 26, 2007, to counsel of record indicated below:

Robert W. Smith,Esq
155 South Main St
Providence, RI 02903