UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, et al.

v. CA No. 07-55-T

CONSTABLE ALFRED HARRIS, et al.

**ORDER OF RECUSAL**

I hereby recuse myself from participation in this litigation.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. U.S. District Judge

Date: 4/4/07