UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO :
OLIVIA A. MARCELLO

VS. : C.A. NO. 07-055 ML

STATE OF RHODE ISLAND, ET AL :

OBJECTION OF THE DEFENDANTS, KIERNAN, PLUNKETT & REDIHAN, JOHN A. DESANO, BERNARD P. HEALY, ARTHUR T. MARCELLO, ARTHUR T. MARCELLO, JR., THOMAS MARCELLO, ALBERT MASTRIANO AND, TO THE EXTENT NAMED AS DEFENDANTS, ALL LAWYERS IN KIERNAN, PLUNKETT & REDIHAN, TO PLAINTIFFS' "OBJECTION TO MOTION TO STRIKE"

Now come the defendants, Kiernan, Plunkett & Redihan, John A. DeSano, Bernard P. Healy, Arthur T. Marcello, Arthur T. Marcello, Jr., Thomas Marcello, Albert Mastriano and, to the extent named as defendants, all lawyers in Kiernan, Plunkett & Redihan, and hereby object to what plaintiff has framed as "Objection to Motion to Strike," as more particularly set forth in the accompanying memorandum of law.

s/ Robert W. Smith
Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
401-751-1500
FAX: 401-751-4124
e-mail: rsmith@agglaw.com

CERTIFICATION

I hereby certify that a copy of the within objection was mailed to James C. Marcello and Olivia A. Marcello, 152 Cross Road, Stetson, Maine 04488 on the 9th day of April, 2007, postage prepaid, regular mail.

s/ Jean Thorpe

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES C. MARCELLO<br>OLIVIA A. MARCELLO | : | |
| VS. | : | C.A. NO. 07-055 ML |
| STATE OF RHODE ISLAND, ET AL | : | |

MEMORANDUM OF THE DEFENDANTS, KIERNAN, PLUNKETT & REDIHAN, JOHN A. DESANO, BERNARD P. HEALY, ARTHUR T. MARCELLO, ARTHUR T. MARCELLO, JR., THOMAS MARCELLO, ALBERT MASTRIANO AND, TO THE EXTENT NAMED AS DEFENDANTS, ALL LAWYERS IN KIERNAN, PLUNKETT & REDIHAN, IN SUPPORT OF THEIR OBJECTION TO PLAINTIFFS' "OBJECTION TO MOTION TO STRIKE"

Now come the defendants, Kiernan, Plunkett & Redihan, John A. DeSano, Bernard P. Healy, Arthur T. Marcello, Arthur T. Marcello, Jr., Thomas Marcello, Albert Mastriano and, to the extent named as defendants, all lawyers in Kiernan, Plunkett & Redihan, and hereby object to what plaintiff has framed as "Objection to Motion to Strike" on the grounds that the plaintiff continues to file frivolous motions and materials, as it is without basis in law, without basis in fact and not in compliance with either the Federal Rules of Civil Procedure or any other legal authority.

On March 30, 2007, Magistrate David L. Martin filed a report and recommendation on what the plaintiffs characterize as a Motion for Disqualification. Plaintiffs' "Objection to Motion to Strike" should be summarily denied.

s/ Robert W. Smith
Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
401-751-1500
FAX: 401-751-4124
e-mail: rsmith@agglaw.com

## CERTIFICATION

I hereby certify that a copy of the within memorandum was mailed to James C. Marcello and Olivia A. Marcello, 152 Cross Road, Stetson, Maine 04488 on the 9th day of April, 2007, postage prepaid, regular mail.

s/ Jean Thorpe