UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, et ux.,

*Plaintiffs,*

vs. C.A. No. 07-55 T

STATE OF RHODE ISLAND, et al.,

*Defendants.*

**ENTRY OF APPEARANCE**

I, Michael DeSisto, Esquire (#2444), hereby enter my appearance in the above-captioned matter on behalf of defendants, Marvin Homonoff, John LaCross, and Lorraine Derois (collectively, "Barrington defendants").

Barrington Defendants,
By their Attorney,

*/s/ Michael A. DeSisto*

Michael A. DeSisto (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on April 11, 2007, that it is available for viewing and downloading from the ECF system, and that counsel of record listed below will receive notice via the ECF system:

Mark P. Dolan, Esq.
ricedolan@ricedolan.com

Robert W. Smith, Esq.
rsmith@agglaw.com

Notice by other means will be sent to:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

*/s/ Michael A. DeSisto*

Michael A. DeSisto