UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. MARCELLO, et ux.,<br>*Plaintiffs,*<br>vs.<br>STATE OF RHODE ISLAND, et al.,<br>*Defendants.* | C.A. No. 07-55 T |

**OBJECTION OF DEFENDANTS, LACROSS AND HOMONOFF, TO PLAINTIFFS' MOTION TO COLLECT THE COSTS OF SERVICE**

Now come Defendants, John LaCross and Marvin Homonoff, and hereby object to Plaintiffs' Motion to Collect the Costs of Service. As grounds, these Defendants rely on their Memorandum of Law filed herewith.

Defendants,
John LaCross and Marvin Homonoff
By their attorneys,

*/s/ Michael A. DeSisto*

Michael A. DeSisto (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on April 11, 2007, that it is available for viewing and downloading from the ECF system, and that counsel of record listed below will receive notice via the ECF system:

Mark P. Dolan, Esq.
ricedolan@ricedolan.com

Robert W. Smith, Esq.
rsmith@agglaw.com

Notice by other means will be sent to:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

*/s/ Michael A. DeSisto*

Michael A. DeSisto

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. MARCELLO, et ux.,<br>*Plaintiffs,*<br>vs.<br>STATE OF RHODE ISLAND, et al.,<br>*Defendants.* | C.A. No. 07-55 T |

**MEMORANDUM IN SUPPORT OF OBJECTION OF DEFENDANTS, LACROSS AND HOMONOFF, TO PLAINTIFFS' MOTION TO COLLECT THE COSTS OF SERVICE**

Defendants LaCross and Homonoff hereby object to Plaintiffs' motion to collect the costs of service on the grounds that some of the costs sought by Plaintiffs are not allowable pursuant to Fed. R. Civ. P. 4(d)(5). First, as Plaintiffs should know, an award of attorney's fees is unavailable to *pro se* litigants. *See Marcello v. State of Maine, 238 F.R.D. 113, 117 (D.Me. 2006). ("More specifically, pro se litigants may not collect attorney's fees associated with service of process.")*

Second, with the exception of the invoices from the Sheriff of Newport County, the other nominal expenses sought by Plaintiffs are either not allowable by Rule 4(d)(5) or sufficiently identifiable to be costs of service and/or attributable to these Defendants. The February 13, 2007 items are not expenses connected to the cost of service on March 22, 2005. The March 15, 2007 items, which may be connected to the cost of service, are not differentiated by defendant. Plaintiffs have the burden to prove these costs and the portion, if any, attributable to Defendants

LaCross and Homonoff. The March 29, 2007 notary fee and March 30, 2007 "cert + weig" occurred after service, are not differentiated by defendant and, in the case of the "cert + weig", not properly documented.

With the exception of the sheriff's fee attributable to service of the Complaint upon them, Plaintiffs' Motion for Costs of Service should be denied by this Court.

Defendants,
John LaCross and Marvin Homonoff,
By their attorneys,

*/s/ Michael A. DeSisto*

Michael A. DeSisto (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on April 11, 2007, that it is available for viewing and downloading from the ECF system, and that counsel of record listed below will receive notice via the ECF system:

Mark P. Dolan, Esq., ricedolan@ricedolan.com
Robert W. Smith, Esq., rsmith@agglaw.com

Notice by other means will be sent to:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

*/s/ Michael A. DeSisto*

Michael A. DeSisto