**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

James C. Marcello, et al

v. CA07-55T

Constable Alfred Harris, et al

**REFERRAL ORDER**

Since all of the judges of this Court have recused themselves, this case is hereby referred to the District of New Hampshire for assignment to a judge in that District sitting by designation.

The Clerk shall forward a copy of this order to the District of New Hampshire for assignment but jurisdiction over this case shall remain with the District of Rhode Island which shall enter final judgment and process any appeal. The originals of all documents filed need only be filed in this Court.

The recusal of all of the judges of this court gives rise to an "emergency" with respect to the transferred case as that term is used in 28 U.S.C. §636(f). I therefore concur in the assignment of a Magistrate Judge from the District of New Hampshire to perform the duties specified in 28 U.S.C. §636(a) - (c).

ENTER:

Mary M. Lisi
Chief Judge Mary M. Lisi
date: April 13, 2007

**Concurring Order**

I concur that an emergency exists as specified in the above and that for the duration of this case Magistrate Judge is assigned to perform such duties under 28 U.S.C. §636(a) - (c) as may be assigned to him/her by the District Judge to whom this case is assigned.

Date: Chief Judge, Assignee District