UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, et al

Plaintiffs

vs. **CA NO: 07-055 ML**

STATE OF RHODE ISLAND, et al

Defendants

**OBJECTION TO REPORT & RECOMMENDATION**

Now come the Plaintiffs, James C. Marcello, Olivia A. Marcello and, hereby object to US Magistrate Judge David L. Martin's Report and Recommendation dated March 30, 2007 (docket # 16), and assigns grounds as follows:

**1. Statement of Facts:**

1. On the 5th day of March, 2007, attorney Thomas C. Plunkett did in fact file an entry of appearance, an answer, and certification (docket # 4+5) on the behalf of the defendants, Kiernan, Plunkett & Redihan, John A. DeSano, Bernard P. Healy, Arthur T. Marcello, Arthur T. Marcello,Jr., Thomas Marcello, Albert Mastriano and, to the extent named as defendants, all lawyers in Kiernan, Plunkett & Redihan.

2. On March 9, 2007, plaintiffs moved for disqualfication (docket # 7).

3. On March 19, 2007, attorney Robert Smith made an unauthorized appearance and objection (docket ## 12+13) on the behalf of the above named defendants.

4. On March 26, 2007, Plaintiffs filed Objection to Motion to Strike the unauthorized appearance and answer of att Smith.

5. March 22, 2007, said attorney Thomas C. Plunkett did in fact filed a withdrawal of his appearance (see docket # 15) on behalf of all the above named defendants in the absence, at the time of the said withdrawal, of an order permitting the withdrawal.

6. On April 12, 2007, Plaintiffs filed a Motion for Default Judgment with attachement 1-6.

**2. Report and Recommendation:**

The Report (docket # 16) indicates that attorney Smith

is entering his appearance for these defendants and, therefore, the matter of representation is no longer an issue." (report at 1 ¶ 2). And the report recommends that the motion (plt disqualification motion) be denied as moot. (report at 2 ¶ 1).

3. **Grounds of Objection:**

There are 3 Reasons Why The Report and Recommendation to Denied Plt Motion for Disqualification As Being Moot be Modified:

**A. Default has Presidence over Issue of Representation**

"If defendant's appearance is entered by an attorney, (such as attorney Plunkett) in order that it may be such as will prevent a judgment by default for want of appearance, it must be made by formal notice of his retainer and appearance, or by the filing of a pleading. See Couch v. Mulhane, 63 HowPr (N.Y.) 79."

Attorney Plunkett did in fact file a pleading (docket # 5).

**B. Attorney Thomas Plunkett Defaulted by Nonappearance**

"The withdrawal of defendant's appearance after pleading, works a withdrawal of his plea or answer, and a judgment by default may be entered upon his default as upon nonappearance. See Love v. Hall, 67 Ind. 326." "If the attorney who has entered an appearance for defendant withdraws his appearance (such as attorney Plunkett did withdraw), before further proceedings are had, judgment by default for want of an appearance may then be taken "and the absence of an order permitting the withdrawal cannot be complained of by defendant, as the subsequent entry of judgment is a ratification by the court of the withdrawal. See U.S.--Rio Grande Irr.,etc., Co. v. Gildersleeve,...omitted"

**C. Attorney Smith's Subsequent Appearance is Unauthorized**

Plaintiffs filed objection to motion to strike attorney Smith's appearance and answer on behalf of the same within defendants named. Attorney Smith untimely appearance intrudes upon the presidence of the question of attorney Plunkett's default.

## Conclusion

WHEREFORE, Plaintiffs respectfully request that the Objection to Report and Reccommendation be granted; that the R & R question of plaintiffs motion for disqualification being moot be set aside; that the court may modifiy it's R & R to give presidence to plaintiffs motion for Default Judgment dated April 12, 1007; that the court may strike the appearance and answer of attorney Smith; and such other and further relief as justice may require.

Respectfully submitted,

PLAINTIFFS * IN PRO SE

/s/ James C. Marcello

/s/ Olivia A. Marcello

James & Olivia Marcello
152 Cross Rd
Stetson ME 04488

CERTIFICATION

I, the undersigned hereby certify that I have mailed a conformed copy of the OBJECTION TO REPORT AND RECOMMENDATION by regular mail, postage prepaid, on April 12, 2007, to the following:

Thomas Plunkett,Esq
KIERNAN,PLUNKETT & REDIHAN
91 Friendship St
Providence RI 02903

Robert Smith,Esq
155 S Main St
Providence RI 02903

/s/ James C. Marcello