UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO :
OLIVIA A. MARCELLO

VS. : C.A. NO. 07-055 ML

STATE OF RHODE ISLAND, ET AL :

OBJECTION OF THE DEFENDANTS, KIERNAN, PLUNKETT & REDIHAN, JOHN A. DESANO, BERNARD P. HEALY, ARTHUR T. MARCELLO, ARTHUR T. MARCELLO, JR., THOMAS MARCELLO, ALBERT MASTRIANO AND, TO THE EXTENT NAMED AS DEFENDANTS, ALL LAWYERS IN KIERNAN, PLUNKETT & REDIHAN, TO PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

Now come the defendants, Kiernan, Plunkett & Redihan, John A. DeSano, Bernard P. Healy, Arthur T. Marcello, Arthur T. Marcello, Jr., Thomas Marcello, Albert Mastriano and, to the extent named as defendants, all lawyers in Kiernan, Plunkett & Redihan, and hereby object to the plaintiffs' motion for default judgment. Said defendants rely on the attached memorandum and request that the plaintiffs' motion be denied.

s/ Robert W. Smith

Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
401-751-1500
FAX: 401-751-4124
e-mail: rsmith@agglaw.com

CERTIFICATION

I hereby certify that a copy of the within objection was mailed to James C. Marcello and Olivia A. Marcello, 152 Cross Road, Stetson, Maine 04488; Mark P. Dolan, Esquire, Rice, Dolan & Kershaw, 170 Westminster Street, Suite 900, Providence, Rhode Island 02903; and Michael A. DeSisto, Esquire, 211 Angell Street, P.O. Box 2563, Providence, Rhode Island 02906-2563 on the 17th day of April, 2007, postage prepaid, regular mail.

s/ Jean Thorpe

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO :
OLIVIA A. MARCELLO

VS. : C.A. NO. 07-055 ML

STATE OF RHODE ISLAND, ET AL :

MEMORANDUM OF THE DEFENDANTS, KIERNAN, PLUNKETT & REDIHAN, JOHN A. DESANO, BERNARD P. HEALY, ARTHUR T. MARCELLO, ARTHUR T. MARCELLO, JR., THOMAS MARCELLO, ALBERT MASTRIANO AND, TO THE EXTENT NAMED AS DEFENDANTS, ALL LAWYERS IN KIERNAN, PLUNKETT & REDIHAN, IN SUPPORT OF THEIR OBJECTION TO PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

On March 19, 2007, Robert W. Smith entered his appearance on behalf of defendants, Kiernan, Plunkett & Redihan, John A. DeSano, Bernard P. Healy, Arthur T. Marcello, Arthur T. Marcello, Jr., Thomas Marcello, Albert Mastriano and to the extent named as defendants, all lawyers in Kiernan, Plunkett & Redihan.

Plaintiff's motion for disqualification dated March 9, 2007 and said defendants' objection dated March 19, 2007, were ultimately addressed by Magistrate Martin in his report and recommendation dated March 30, 2007: "Attorney Robert Smith is entering his appearance for these defendants and, therefore, the matter of representation is no longer an issue."

Accordingly, it is impossible to determine the intent of plaintiffs' motion for default judgment, as it is not based on any Federal Rule of Civil Procedure or on any reasonable authority. Therefore, said defendants request that plaintiffs' motion for default judgment be summarily denied.

s/ Robert W. Smith

Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
401-751-1500
FAX: 401-751-4124
e-mail: rsmith@agglaw.com

CERTIFICATION

I hereby certify that a copy of the within memorandum was mailed to James C. Marcello and Olivia A. Marcello, 152 Cross Road, Stetson, Maine 04488; Mark P. Dolan, Esquire, Rice, Dolan & Kershaw, 170 Westminster Street, Suite 900, Providence, Rhode Island 02903; and Michael A. DeSisto, Esquire, 211 Angell Street, P.O. Box 2563, Providence, Rhode Island 02906-2563 on the 17th day of April, 2007, postage prepaid, regular mail.

s/ Jean Thorpe