UNITED STATES DISTRICT COURT
DISTRICT OF RHDOE ISLAND

JAMES C. MARCELLO, et al

Plaintiffs

vs. **CA NO: 07-055 ML**

STATE OF RHODE ISLAND

Defendants

**APPLICATION TO COURT FOR ENTRY OF DEFAULT**

The Plaintiffs, James C. Marcello, Olivia A. Marcello, in the above-entitled action pursuant to Rule 55(b) of the Fed.R.Civ.P., hereby makes consolidated application to the Court for Entry of Default for the plaintiffs and against the defendant(s): Kiernan, Plunkett & Redihan, John A. DeSano, Bernard P. Healy, Arthur T. Marcello, Arthur T. Marcello,Jr., Thomas Marcello, Albert Mastriano, and, to the extent named as defendants, all lawyers in Kiernan, Plunkett & Redihan,

and against the defendant(s): Nuno C. Neves & Natalia Paiva Neves, Chief John LaCross of Barrington PD, Judge Marvin Homonoff of Barrington Probate, and David Coleman of Coleman Realty of Barrington,

and against con-defendant(s): "All Attorneys of law firm" Resnick, Caffrey & Moretti, and Constable Alfred J. Harris, for failure of said defendant(s) to plead, defend, nonappearance, and by obstructing justice on April 6, 2007 at aprx. 10:00 a.m.

Said failure of defendant(s) to plead or otherwise defend is set forth in the affirmation immediately following this application.

**AFFIRMATION OF TRUTH**

The undersigned, upon affirmation of truth, deposes and says:

1. The plaintiffs, James C. Marcello, Olivia A. Marcello, are pro se litigants in this action and has personal knowledge of the facts set forth in this affidiavit.

2. That the plaintiffs herein on the 8th day of February, 2007, filed in the action, (his/her) complaint against the defendant(s) herein.

3. That matters dehors the record show that on the 13th day of February, 2007 with a (30) day deadline return date, plaintiffs duly served, as required by Rule 4 of Fed.R.Civ.P.,

by regular mail, two copies of a Notice of lawsuit and Request for Waiver of Service of Summons, a Waiver of Service of Summons, the Complaint, and a method of return, upon (16) sixteen defendant(s): 1) Constable Alfred Harris, 2) Judge Marvin Homonoff, 3) "All Attorneys of law firm" Resnick, Caffrecy & Moretti, 4) Attorney David Strachman, 5) Kevin Kernan of Jones Moving and Storage, 6) Ava M. Martinelli, pres+treas. of Diamond Funding Corp., 7) "All Attorneys of law firm" Kiernan, Plunkett & Redhihan, 8) Chief John LaCross,BPD, 9) Arthur T. Marcello, 10) Arthur T. Marcello,Jr., 11) Thomas Marcello, 12) Albert Mastriano, 13) Nuno C. Neves & Natalaia Paiva-Neves, 14) Betty Barney,RN, 15) David Coleman, and 16) State of Rhode Island.

4. That within the (30) day deadline respond period indicated in prior ¶ (3), an examination of the court files and records in this action shows that on the 5th day of March, 2007, Attorney Thomas C. Plunkett timely filed an entry of appearance, answer, and certification on behalf of his clients the defendant(s) Kiernan, Plunkett & Redihan, John A. DeSano, Bernard P. Healy, Arthur T. Marcello, Arthur T. Marcello,Jr., Thomas Marcello, Albert Mastriano and, to the extent named as defendants, all lawyers in Kiernan, Plunkett & Redihan.

5. That further examination of the court files and records in this action show that on the 22th day of March, 2007, said attorney Thomas C. Plunkett did in fact file a withdrawal of his appearance on behalf of all the above named defendants in prior ¶ 4; and that said withdrawal of appearance in law works also a withdrawal of his plea and answer of the said defendants' behalf; and that a judgment by default may be entered upon his default as upon nonappearance.

6. That matter dehors the record show that on the 6th day of April, 2007, approx. 10:00 a.m. the defendant(s) did obstruct justice to the extent that "All Attorneys of Law firm" Kiernan, Plunett & Redihan, individually, collectively, and with knowledge of the Officer's capacity, did in fact succeed in instructing a RI State Deputy Sheriff Alan P. Verdecchia # 81, who was present in said KPR Law Firm at the time and engaged in the service of said plaintiffs' summons and complaint, not to make service of said writ on them, and not only on them, but also not to make service of said writ on co-defendant "All attorneys of law Firm" Resnick, Caffrey & Moretti, and con-defendant Constable Alfred Harris.

7. That a further examination of the court files and records in this action shows that the said defendant(s): Nuno C. Neves & Natalia Paiva-Neves, Chief John LaCross, Judge Marvin Homonoff, and David Coleman, were duly served with a copy of the summons together with a copy of plaintiff's complaint on 22nd day of March, 2007.

8. That more than 20 days have elapsed since service of the summons and complaint; and

9. That the said defendant(s) in above ¶ 7 herein has/have failed to plead or other wise defend as to plaintiffs' complaint; and

10. That this affirmation of truth is executed by affiants herein in accordance with Rule 55(b) of the Fed.R.Civ.P., for the purpose of enabling the plaintiffs herein to obtain an entry of default against the said defendant(s) herein for his/her failure to plead or otherwise defend as to the plaitniffs' complaint.

/s/ James C. Marcello
AFFIANT

/s/ Olivia A. Marcello
AFFIANT

Subscribed to by Affirmation of Truth on this 16th day of April, 2007. and under the penalties of perjury.

**AFFIRMATION OF TRUTH AS TO MILITARY SERVICE AND COMPETENCY**

The undersigned, upon affirmation of truth, deposes and says:

That the defendant(s) was not at the time of the commencement of the above action, nor is now in the Military Sevice of the United States as defined in Article I of the (Soldiers' and Sailors' Civil Relief Act of 1940) as amended, nor an infant or an incompetent.

/s/ James C. Marcello
AFFIANT

/s/ Olivia A. Marcello
AFFIANT

Subscribed to by Affirmation of Truth on this 16th day of April, 2007, and under the penalties of perjury.

**ENTRY OF DEFAULT**

It appearing that the defendant(s) in the above action, has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

**DEFAULT** is hereby entered for the plaintiffs and against said defendant(s) this ____ day of ________________________,2007.

______________________________
**US DISTRICT COURT JUDGE (DCRI)**

# CERTIFICATION

I, the undersigned, hereby certify that I have mailed a conformed copy of the APPLICATION TO COURT FOR ENTRY OF DEFAULT, by regular mail, postage prepaid, on April 16, 2007, to the following indicated below:

Thomas C. Plunkett,Esq
"All Attorneys of Law Firm"
KIERNAN, PLUNKETT & REDIHAN
91 Friendship St
Providence, RI 02903

Judge Marvin Homonoff
Barrington Probate Court
283 County Rd.
Barrington, RI 02806

Robert Smith, Esq
ARMSTRONG, GIBSON & GNYS,LLP
155 South Main St
Providence, RI 02903

David Coleman
Coleman Realty of Barrington
210 County Rd.
Barrington, RI 02806

"All Attorneys of law Firm"
RESNICK, CAFFREY & MORETTI
300 Centerville Rd * Suite 300
Summit West
Warwick, RI 02886

Constable Alfred J. Harris
287 Rand St
Central Fall, RI 02863-2511

Arthur T Marcello
130 Roffee St
Barrington, RI 02806

Arthur T Marcello,Jr.
114 Governor Bradford
Barrington, RI 02806

Thomas Marcello
24 Cove Avenue
Barrington, RI 02806

Albert Mastriano
431 Maple Avenue
Barrington, RI 02806

Nuno C. Neves &
Natalia Paiva-Neves
557 Maple Avenue
Barrington, RI 02806

Chief John LaCross
Barrington Police Depart.
100 Federal Rd
Barrington, RI 02806

/s/ James C. Marcello