UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, et al

Plaintiffs

vs. **CA NO: 07-005 ML**

STATE OF RHODE ISLAND, et al

Defendants

**MOTION FOR DEFAULT JUDGMENT**

The Plaintiffs, James C. Marcello, Olivia A. Marcello and, pursuant to Rule 55(b) of Fed.R.Civ.P., hereby motions the Court for Default for the plaintiffs and against the defendant(s) named below and assigns grounds as follows:

1. On the 22nd day of March, 2007, Deputy Sheriff A. Franco # 229, of RI Sheriff Department in Newport, did in fact make duly service of process of summons and complaint on the Defendants: Nuno C. Neves & Natalia Paiva-Neves at 557 Maple Avenue; Chief John LaCross at 100 Federal Road; Judge Marvin Homonoff at 283 County Road; and David Coleman at 210 County Road; all in the town of Barrington, and State of Rhode Island; a copy of the (4) summons with return of service is hereby annexed to this motion, with certfied proof of court filing.

2. That more than 20 days have elapsed since service of the summons and complaint; and

3. That the said defendant(s) herein has/have failed to plead or otherwise defend as to plaintiffs' complaint.

WHEREFORE, Plaintiffs respectfully request that default and the same hereby does enter against all above named defendants for all relief prayed for in their complaint (see prayer for relief at 1 to 5); and that the within matter may be assigned and enjoined with the Motion for Default Judgment dated April 12, 2007 for hearing on Proof of Claim; and such other and further relief as justice may require.

Respectfully submitted,

PLAINTIFFS * IN PRO SE

/s/ James C. Marcello

/s/ Olivia A. Marcello

James & Olivia Marcello
152 Cross Rd.
Stetson, ME 04488

CERTIFICATION

I, the undersigned, hereby certify that I have mailed a conformed copy of the MOTION FOR DEFAULT JUDGMENT and ATTACHMENTS 1 to 10, by regular mail, postage prepaid, on April 16, 2007, to the following:

Thomas C. Plunkett,Esq
KIERNAN,PLUNKETT & REDIHAN
91 Friendship St.
Providence, RI 02903

Robert Smith,Esq
ARMSTRONG, GIBSON & GNYS,LLP
155 South Main St
Providence, RI 02903

Nuno C. Neves &
Natalia Paiva-Neves
557 Maple Avenue
Barrington, RI 02806

Chief John LaCross
BARRINGTON POLICE DEPART.
100 Federal Rd.
Barrington, RI 02806

Judge Marvin Homonoff
BARRINGTON PROBATE COURT
283 County Rd.
Barrington, RI 02806

David Coleman
COLEMAN REALTY OF BARRINGTON
210 County Rd.
Barrington, RI 02806

/s/ James C. Marcello