# ATTACHMENT #


| ITEM | PAGE(S) |
|---|---|
| NUNO C. NEVES & NATALIA PAIVA-NEVES........................ | 1,2 |
| CHIEF JOHN LACROSS, BPD.................................... | 3,4 |
| JUDGE MARVIN HOMONOFF...................................... | 5,6 |
| DAVID COLEMAN.............................................. | 7,8 |
| LETTER HEAD CERTIFIED TO DAVID DIMARZIO, CLERK OF DCRI.... | 9,10 |

# UNITED STATES DISTRICT COURT

_______________ District of _______________

JAMES C. MARCELLO; OLIVIA A. MARCELLO

V.

STATE OF RHODE ISLAND, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 07 055ML

TO: (Name and address of Defendant)

NUNO C. NEVES &
NATALIA PAIVA-NEVES
557 MAPLE AVENUE
BARRINGTON, RI 02806
(401) 289-0293

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JAMES C. MARCELLO
152 CROSS RD.
STETSON, ME 04488
(207) 296-3433

an answer to the complaint which is served on you with this summons, within (21) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

2-8-07

DATE

(By) DEPUTY CLERK

| ...e of the Summons and complaint was made by me | DATE 3-22-07 |
|---|---|
| ...F SERVER (PRINT) A. FRANCO #229 | TITLE DEPUTY SHERIFF |

*...ck one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: (House Kepper)

☐ Returned unexecuted: ______

☐ Other (specify): ______

**STATEMENT OF SERVICE FEES**

| | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-22-07
Date

A. Franco #229
*Signature of Server*

RF SHERIFFS
*Address of Server*

...o who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2

# UNITED STATES DISTRICT COURT

__________ District of __________

JAMES C. MARCELLO; OLIVIA A. MARCELLO

V.

STATE OF RHODE ISLAND, ET AL

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

CA 07 055 ML

TO: (Name and address of Defendant)

CHIEF JOHN LACROSS
BARRINGTON POLICE DEPARTMENT
100 FEDERAL ROAD
BARRINGTON, RI 02806
(401) 437-3935

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JAMES C. MARCELLO
152 CROSS RD.
STETSON, ME 04488
(207) 296-3433

an answer to the complaint which is served on you with this summons, within (21) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

2-8-07

DATE

(By) DEPUTY CLERK

| ..ce of the Summons and complaint was made by me[1] | DATE 3-22-07 |
|---|---|
| ..F SERVER (PRINT) A. FRANCO #229 | TITLE DEPUTY SHERIFF |

..ck one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Barrington Police 100 FEDERAL, Barrington, RI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________

☐ Returned unexecuted: ____________

☐ Other (specify): ____________

## STATEMENT OF SERVICE FEES

| | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-22-07 (Date) — A. Franco #229 (*Signature of Server*)

RI SHERIFFS
*Address of Server*

..o who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

4

# UNITED STATES DISTRICT COURT

District of

JAMES C. MARCELLO; OLIVIA A. MARCELLO

V.

STATE OF RHODE ISLAND, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 07 055 ML

TO: (Name and address of Defendant)

JUDGE MARVIN HOMONOFF
BARRINGTON PROBATE COURT
283 COUNTY ROAD
BARRINGTON, RI 02806
(401) 247-1900

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JAMES C. MARCELLO
152 CROSS RD.
STETSON, ME 04488
(207) 296-3433

2007 MAR 21 A 4:11

an answer to the complaint which is served on you with this summons, within (21) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

0110405

2-8-07

CLERK

DATE

(By) DEPUTY CLERK

| ...ce of the Summons and complaint was made by me[1] | DATE 3-22-07 |
|---|---|
| ...OF SERVER (PRINT) A. FRANCO #229 | TITLE DEPUTY Sheriff |

*...ck one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: LORRAINE (Probate Clerk)

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-22-07 (Date) A. Franco (*Signature of Server*)

RI. SHERIFFS
*Address of Server*

...o who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

District of

JAMES C. MARCELLO; OLIVIA A. MARCELLO

V.

STATE OF RHODE ISLAND, ET AL

## SUMMONS IN A CIVIL CASE

CASE NUMBER: CA 07 055 ML

TO: (Name and address of Defendant)

DAVID COLEMAN
COLEMAN REALTY OF BARRINGTON
210 COUNTY RD.
BARRINGTON, RI 02806
(401) 245-3050

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JAMES C. MARCELLO
152 CROSS RD.
STETSON, ME 04488
(207) 296-3433

2007 MAR 21 A 9:13

an answer to the complaint which is served on you with this summons, within (21) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

0114006

CLERK

2-8-07

DATE

(By) DEPUTY CLERK

7

| ...ce of the Summons and complaint was made by me(1) | DATE 3-22-07 |
| --- | --- |
| ...OF SERVER *(PRINT)* A. FRANCO #229 | TITLE DEPUTY SHERIFF |

*...ck one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: RUTH (SECRATARY)

☐ Returned unexecuted: ______

☐ Other (specify): ______

**STATEMENT OF SERVICE FEES**

| ... | SERVICES | TOTAL |
| --- | --- | --- |
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-22-07
Date

A. Franco #229
*Signature of Server*

RI SHERIFFS
*Address of Server*

...o who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

James C Marcello
152 Cross Rd.
Stetson ME 04488
207 296 3433

March 29, 2007

David DiMarzio, Clerk
US DISTRICT COURT OF RI
One Exchange Terrance
Providence, RI 02903
401 752 7200

Re: Marcello, et al vs. Rhode Island, et al
CA No. 07-055 ML

Dear Mr DiMarzio,

Enclosed for filing is:

1. PROOF OF SERVICE OF SUMMONS & COMPLAINT ON DEFENDANTS:
   NUNO & NATALIA PAIVA-NEVES ON: March 22, 2007
   CHIEF JOHN LACROSS, BPD ON: March 22, 2007
   JUDGE MARVIN HOMONOFF, BPC ON: March 22, 2007
   DAVID COLEMAN, REALTY ON: March 22, 2007

2. MOTION TO COLLECT THE COSTS OF SERVICE

3. AFFIDAVIT OF JAMES C and OLIVIA A MARCELLO

4. EXHIBITS: 1 to 7

Thank you for your assistance in this matter.

Sincerely yours,

James Marcello

James C Marcello

cc: Nuno & Natalia Paiva-Neves
Chief John LaCross, BPD
Judge Marvin Homonoff
David Coleman

CERTIFIED MAIL
ARTICLE # 7004 1160 0002 9159 3123
to: David DiMarzio, Clerk of DCRI

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DAVID DIMARZIO, CLERK
US DISTRICT COURT OF RI
ONE EXCHANGE TERRACE
PROVIDENCE, RI 02903

A. Signature ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

PROVIDENCE RI APR 3 2007 02903

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7004 1160 0002 9159 3123

PS Form 3811, A 7004 1160 0002 9159 3123 102595-02-M-1540

7004 1160 0002 9159 3123

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $2.07 | 0953 |
| Certified Fee | $2.40 | 07 |
| Return Reciept Fee (Endorsement Required) | $1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $6.32 | 03/30/2007 |

Sent To David DiMarzio, Clerk
Street, Apt. No.; or PO Box No. US DISTRICT COURT OF R.I. One Exchange Terrace
City, State, ZIP+4 Providence, RI 02903

PS Form 3800, June 2002 See Reverse for Instructions

10