**IN THE UNITED STATES OF AMERICA**
**FOR THE DISTRICT OF RHODE ISLAND**

**JAMES C. MARCELLO, et al**

**V** **CA No. 07-055 ML**

**STATE OF RHODE ISLAND**

## ENTRY OF APPEARANCE

I hereby enter my appearance for Nuno C. Neves and Natalia Paiva-Neves.

James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886
738-4500

## CERTIFICATION

I hereby certify that on 4/20/07 I mailed a copy of the within to James Marcello, 152 Cross Road, Stetson, ME 04488 and Olivia Marcello, 152 Cross Road, Stetson, ME 04488.