**IN THE UNITED STATES OF AMERICA**
**FOR THE DISTRICT OF RHODE ISLAND**

**JAMES C. MARCELLO, et al**

**V** **CA No. 07-055 ML**

**STATE OF RHODE ISLAND, et al**

**ANSWER AND AFFIRMATIVE DEFENSES OF**
**NUNO C. NEVES AND NATALIA PAIVA-NEVES**

Now come defendants and as their answer hereby state:

**IDENTIFCATION OF ENTERPRISES**

I. Denied
II. (A-F) Denied.
III. (A) Denied.

**JURISDICTIONAL STATEMENT**

I. Denied.

**CONSTITUTIONAL RIGHTS OF PLAINTIFFS**

II. Denied.

**BILL OF COMPLAINT**

III. Denied.

**COUNT I**

**1st Episode**

1-16. Paragraphs 1-16 of Count I are denied.

**COUNT II**

**2nd Episode**

1-8. Paragraphs 1-8 of Count II are denied.

**COUNT III**

**3rd Episode**

1-11. Paragraphs 1-11 of Count III are denied.

**COUNT IV**

**4th Episode**

1-6. Paragraphs 1-6 of Count IV are denied.

**COUNT V**

**Alleged Constitutional Violations**

1-7. Paragraphs 1-7 of Count V are denied.

WHEREFORE Defendants demand judgment against plaintiffs together with interest, fees and costs and for any other relief that the court deems appropriate.

**AFFIRMATIVE DEFENSES**

1. Plaintiffs have failed to state a claim upon which relief can be granted.
2. Jurisdiction.
3. Service of Process.
4. Res Judicata
5. Collateral Estoppel
6. Estoppel
7. Waiver
8. Acquiescence
9. Laches
10. Statute of Frauds

James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886
738-4500

**CERTIFICATION**

I hereby certify that on 4/20/07 I mailed a copy of the within to James Marcello, 152 Cross Rd., Stetson ME 04488 and Olivia Marcello, 152 Cross Rd, Stetson ME 04488.