UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, et al

Plaintiffs

vs. **CA NO: 07-055 ML**

STATE OF RHODE ISLAND, et al

Defendants

**OBJECTION TO MOTION TO VACATE**

Now come Plaintiffs, James C. Marcello, Olivia A. Marcello (collectively the "Marcellos" or "Plaintiffs")and, with all due respect, hereby oppose the attempt by Chief Judge Mary M. Lisi to issue a "Referral Order" on April 13, 2007 to refer this case from the District of Rhode Island to the District of New Hampshire, and moves to vacate the referral order, and assigns grounds as follows:

1. New Hampshire cannot be held to be an "adjoining state".

former R.S. §§ 601 and 637... did not authorize the transfer of a cause from the district court of Alaska to a circuit court in the district of Washington, as, though the district court of Alaska be considered as within the terms of the statute, Washington cannot be held to be an "adjoining state." See Lewis v. Johnson, C.C.Wash. 1898, 90 F. 673.

2. Judge Lisi recused herself on own motion February 22, 2007 whereby deeming said referral order Void.

"Where district judge disqualified himself for cause on his own motion, it was incurable error for him later to resume full control and try case, but he could have, with propriety, carried on mechanical duties or other essential ministeral duties short of adjudication. See Stringer v. U.S., 1956, 233 F.2d 947, 16 Alaska 305."

3. The recusals of (all judges), was not necessary, and does not warrant emergency transfer as court argues, but creates denial of justice through delay:

**Conclusion**

Plaintffs deem this law suit fit to be brought before a jury trial and hereby stand firm and enforce their demand for Trial by Jury and set forth in their complaint; and that their are available judges in this court;

WHEREFORE, Plaintiffs respectfully request that their Objection to Motion to Vacate be granted; that the referral order be deemed void, that the court may appoint an available judge in this court; and such other and further relief as justice may require.

Respectfully submitted,

PLAINTIFFS * IN PRO SE

/s/ James C. Marcello

/s/ Olivia A. Marcello

James & Olivia Marcello
152 Cross Rd.
Stetson, ME 04488
207 296 3433

CERTIFICATION

I, the undersigned, hereby certify that I have mailed a conformed copy of the OBJECTION TO MOTION TO VACATE, by regular mail, postage prepaid, on April 17, 2007, to the following:

Thomas C. Plunkett,Esq
91 Friendship St
Providence, RI 02903

Robert Smith,Esq
155 South Main St
Providence, RI 02903

Michael A. DeSisto,Esq
211 Angell St
Providence, RI 02906

/s/ James C. Marcello