**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JAMES C. MARCELLO AND**
**OLIVIA A. MARCELLO**

**V.** **C.A. NO. 07-055 ML**

**STATE OF RHODE ISLAND, ET AL.**
**DEFENDANTS**

## ENTRY OF APPEARANCE

Now comes Thomas A. Palombo, Assistant Attorney General, and hereby respectfully enters his appearance for and on behalf of Defendant, State of Rhode Island, in the above-captioned civil action.

Respectfully submitted,

DEFENDANT

By its Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Thomas A. Palombo*

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that the within Entry of Appearance was electronically filed with the USDC ECF system on this 24th day of April, 2007 and that I caused a copy to be electronically sent to:

**Robert W. Smith, Esquire**
rsmith@agglaw.com

**Mark P. Dolan, Esquire**
ricedolan@ricedolan.com

**Michael A. DeSisto**
michael@desistolaw.com mary@desistolaw.com

*/s/ Thomas A. Palombo*

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within Entry of Appearance on this 24th day of April, 2007 by first class mail, postage prepaid to:

**James C. Marcello and Olivia A. Marcello, pro se**
152 Cross Road
Stetson, ME 04488

**James Moretti**
Resnick & Caffrey
300 Centerville Road, #300 W
Warwick, RI 02886

*/s/ Thomas A. Palombo*