UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. MARCELLO, et ux., *Plaintiffs,* vs. STATE OF RHODE ISLAND, et al., *Defendants.* | C.A. No. 07-55 _____-DLM |

**OBJECTION OF DEFENDANTS, LACROSS AND HOMONOFF, TO PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

Now come Defendants, John LaCross and Marvin Homonoff, and hereby object to Plaintiffs' Motion for Default Judgment (Document 36). As grounds, these Defendants rely on the filing of their Motion to Dismiss in Lieu of Answer on April 11, 2007, and on their Memorandum of Law filed herewith.

Defendants,
John LaCross and Marvin Homonoff
By their attorneys,

*/s/ Michael A. DeSisto*

Michael A. DeSisto (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on April 24, 2007, that it is available for viewing and downloading from the ECF system, and that counsel of record listed below will receive notice via the ECF system:

Mark P. Dolan, Esq.
ricedolan@ricedolan.com

Robert W. Smith, Esq.
rsmith@agglaw.com

Thomas A. Palombo, Esq.
tpalombo@riag.ri.gov

Notice by other means will be sent to:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

James Moretti, Esq.
RESNICK & CAFFREY
300 Centreville Road, #300W
Warwick, RI 02886
jmoretti@resnickandcaffrey.com

*/s/ Michael A. DeSisto*

Michael A. DeSisto

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. MARCELLO, et ux.,<br>*Plaintiffs,*<br>vs.<br>STATE OF RHODE ISLAND, et al.,<br>*Defendants.* | C.A. No. 07-55 _____-DLM |

**MEMORANDUM IN SUPPORT OF OBJECTION OF DEFENDANTS, LACROSS AND HOMONOFF, TO PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

Defendants, John LaCross and Marvin Homonoff, object to Plaintiffs' Motion for Default Judgment (Document 36) on the grounds that they filed a responsive pleading within the applicable time period. Plaintiffs contend that more than 20 days have elapsed since service of the summons and complaint and that Defendants have failed to plead or otherwise defend Plaintiff's Complaint. However, the summons and complaint were served on Defendants on March 22, 2007 (Documents 18 and 19, respectively). An answer or other responsive pleading was due on April 11, 2007. Defendants filed a Motion to Dismiss in ieu of Answer, pursuant to FED. R. CIV. P. 12(b)(6), on April 11, 2007 (Document 30).

Therefore, Defendants respectfully request that this Court deny Plaintiffs' Motion for Default Judgment (Document 36).

Defendants,
John LaCross and Marvin Homonoff
By their attorneys,

*/s/ Michael A. DeSisto*

Michael A. DeSisto (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on April 24, 2007, that it is available for viewing and downloading from the ECF system, and that counsel of record listed below will receive notice via the ECF system:

Mark P. Dolan, Esq.
ricedolan@ricedolan.com

Thomas A. Palombo, Esq.
tpalombo@riag.ri.gov

Robert W. Smith, Esq.
rsmith@agglaw.com

Notice by other means will be sent to:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

James Moretti, Esq.
RESNICK & CAFFREY
300 Centreville Road, #300W
Warwick, RI 02886
jmoretti@resnickandcaffrey.com

*/s/ Michael A. DeSisto*

Michael A. DeSisto