UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, et al

Plaintiffs

vs. **CA NO: 07-055 ML**

STATE OF RHODE ISLAND, et al

Defendants

**REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**

Plaintiffs, James C. Marcello and Olivia A. Marcello, respectfully submit this brief Reply Memorandum of law in response to Defendants' Memorandum in Opposition (Opp. Memo.) of Kiernan, Plunkett & Redihan, John A. DeSano, Bernard P. Healy, Arthur T. Marcello, Arthur T. Marcello,Jr., Thomas Marcello, Albert Mastriano and, to the extent named as defendants, all Lawyers in Kiernan, Plunkett & Redihan, to the Motion for Default Judgment filed by Plaintiffs.

First, and foremost, Defendants' lack of response to the issue of attorney Plunkett's withdrawal of appearance on March 22, 2007 after plea and answer to complaint working also a withdrawal of his plea and answer on the defendants' behalf and that a judgment by default may be entered upon his default as upon nonappearance, raised by said plaintiffs, constitutes a waiver of the objection and admittance in law See R.I.--Doane v. Simmons, 77 A 775, 31 R.I. 530, 533.

Second and lastly, the enterance of appearance of attorney Smith, subsequent to said plaintiffs' motion for disqualification of attorney Plunkett, does not preclude the said application

for an order of the court for default judgment to be first considered against the said named defendants. Attorney Plunkett's direct failure to address the said motion for disqualification constitutes an admittance in law of the grounds so charged, and the unauthorized subsequent appearance of attorney Smith cannot override the presidence of court to rule on that decision.

THEREFORE, for the reasons set forth herein and in the inital Motion for Default Judgment, Plaintiffs respectfully requst that their Fed. R. Civ. P. Rule 55(b) Motion for Default Judgment and Application to the Court for Entry of Default dated April 16, 2007 be granted; that default and the same hereby does enter against all above named defendants for all relief prayed for in their complaint (see prayer at 1 ato 5); and that the within matter may be assigned for hearing on Proof of Claim; and such other and further relief as justice may require.

Respectfully submitted,

PLAINTIFFS * IN PRO SE

/s/ James C. Marcello

/s/ Olivia A. Marcello
James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488

CERTIFICATION

I, the undersigned, hereby certify that I have mailed a conformed copy of the REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT, by regular mail, postage prepaid, on April 21, 2007, to counsels of record as follows:

Robert Smith,Esq
155 S Main St
Providence, RI 02903

Michael DeSisto,Esq
211 Angell St
Providence, RI 02906

/s/ James C. Marcello