UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO :
OLIVIA A. MARCELLO

VS. : C.A. NO. 07-055 ML

STATE OF RHODE ISLAND, ET AL :

OBJECTION OF THE DEFENDANTS, KIERNAN, PLUNKETT & REDIHAN, JOHN A. DESANO, BERNARD P. HEALY, ARTHUR T. MARCELLO, ARTHUR T. MARCELLO, JR., THOMAS MARCELLO, ALBERT MASTRIANO AND, TO THE EXTENT NAMED AS DEFENDANTS, ALL LAWYERS IN KIERNAN, PLUNKETT & REDIHAN, TO PLAINTIFFS' APPLICATION FOR ENTRY OF DEFAULT

Now come the defendants, Kiernan, Plunkett & Redihan, John A. DeSano, Bernard P. Healy, Arthur T. Marcello, Arthur T. Marcello, Jr., Thomas Marcello, Albert Mastriano and, to the extent named as defendants, all lawyers in Kiernan, Plunkett & Redihan, and hereby object to the plaintiffs' application to court for entry of default on the grounds more particularly set forth in the accompanying memorandum.

Defendants, Kiernan, Plunkett & Redihan, John A. DeSano, Bernard P. Healy, Arthur T. Marcello, Jr., Thomas Marcello, Albert Mastriano and, to the extent named as defendants, all lawyers in Kiernan, Plunkett & Redihan

s/ Robert W. Smith
Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
401-751-1500
FAX: 401-751-4124
e-mail: rsmith@agglaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on April 27, 2007; that it is available for viewing and downloading from the ECF system, and that counsel of record listed below will receive notice via the ECF system:

Michael A. DeSisto
michael@desistolaw.com

Mark P. Dolan, Esquire
ricedolan@ricedolan.com

Thomas A. Palombo, Esquire
tpalombo@riag.ri.gov

Notice by other means will be sent to:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

James Moretti, Esquire
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, Rhode Island 02886

s/Robert W. Smith

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO :
OLIVIA A. MARCELLO

VS. : C.A. NO. 07-055 ML

STATE OF RHODE ISLAND, ET AL :

MEMORANDUM OF THE DEFENDANTS, KIERNAN, PLUNKETT & REDIHAN, JOHN A. DESANO, BERNARD P. HEALY, ARTHUR T. MARCELLO, ARTHUR T. MARCELLO, JR., THOMAS MARCELLO, ALBERT MASTRIANO AND, TO THE EXTENT NAMED AS DEFENDANTS, ALL LAWYERS IN KIERNAN, PLUNKETT & REDIHAN, IN SUPPORT OF THEIR OBJECTION TO PLAINTIFFS' APPLICATION TO COURT FOR ENTRY OF DEFAULT

Plaintiffs are again complaining that, somehow, the answer filed by defendants, Kiernan, Plunkett & Redihan, John A. DeSano, Bernard P. Healy, Arthur T. Marcello; Arthur T. Marcello, Jr.; Thomas Marcello; Albert Mastriano and to the extent named as defendants, all lawyers in Kiernan, Plunkett & Redihan, was withdrawn when Attorney Thomas Plunkett withdrew his appearance on March 22, 2007. Attorney Robert W. Smith entered his appearance on March 20, 2007, for said defendants, Arthur T. Marcello, Jr.; Thomas Marcello; Albert Mastriano and to the extent named as defendants, all lawyers in Kiernan, Plunkett & Redihan. Plaintiffs earlier filed what they framed as motion for disqualification of Attorney Thomas Plunkett on similar, unsupported allegations as are set forth in their motion. Magistrate Judge David Martin filed a report and recommendation on March 30, 2007, denying plaintiff's motion for disqualification on the grounds that the issue was moot, as Attorney Robert W. Smith had entered his appearance for the aforementioned defendants.

Plaintiffs further allege in paragraph 6 of their application to court for entry of default that all of the attorneys of Kiernan, Plunkett & Redihan ere engaged in some behavior to instruct

a Rhode Island State Deputy Sheriff to refrain from making service of a summons and complaint on said firm and also on co-defendants, Resnick, Caffrey & Moretti and Alfred Harris. These outrageous allegations are false and unsupported by any factual evidence. Untrue and unsupported allegations should not be the basis of any motion. Plaintiffs are still attempting to rehash the same issues that are now moot. Defendants, Kiernan, Plunkett & Redihan, John A. DeSano, Bernard P. Healy, Arthur T. Marcello; Arthur T. Marcello, Jr.; Thomas Marcello; Albert Mastriano and to the extent named as defendants, all lawyers in Kiernan, Plunkett & Redihan, answered this case in early March. Furthermore, the allegations of the plaintiffs are unclear, improper, not supported by any Federal Rule of Civil Procedure or any legal authority.

Defendants, Kiernan, Plunkett & Redihan, John A. DeSano, Bernard P. Healy, Arthur T. Marcello; Arthur T. Marcello, Jr.; Thomas Marcello; Albert Mastriano and to the extent named as defendants, all lawyers in Kiernan, Plunkett & Redihan, request that the plaintiffs; motion be summarily denied.

Defendants, Kiernan, Plunkett & Redihan,
John A. DeSano, Bernard P. Healy, Arthur
T. Marcello, Jr., Thomas Marcello, Albert
Mastriano and, to the extent named as
defendants, all lawyers in Kiernan, Plunkett
& Redihan
By their Attorney,

s/ Robert W. Smith

Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
401-751-1500
FAX: 401-751-4124
e-mail: rsmith@agglaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on April 27, 2007; that it is available for viewing and downloading from the ECF system, and that counsel of record listed below will receive notice via the ECF system:

Michael A. DeSisto
michael@desistolaw.com

Mark P. Dolan, Esquire
ricedolan@ricedolan.com

Thomas A. Palombo, Esquire
tpalombo@riag.ri.gov

Notice by other means will be sent to:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

James Moretti, Esquire
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, Rhode Island 02886

s/Robert W. Smith