UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, et al

Plaintiffs

vs. **CA NO: 07-055 ML**

STATE OF RHODE ISLAND, et al

Defendants

**MOTION FOR DEFAULT JUDGMENT**

The Plaintiffs, James C. Marcello, Olivia A. Marcello and, pursuant to Rule 55(b) of Fed.R.Civ.P., hereby motions the Court for Default for the plaintiffs and against the defendant(s) named below and assigns grounds as follows:

1. On the 5th day of March, 2007, attorney Charles C. Plunkett did in fact file an entry of appearance, an answer, and certification (see attachments 1-5) on the behalf of the defendants, Kiernan, Plunkett & Redihan, John A. DeSano, Bernard P. Healy, Arthur T. Marcello, Arthur T. Marcello,Jr., Thomas Marcello, Albert Mastriano and, to the extent named as defendants, all lawyers in Kiernan, Plunkett & Redihan.

2. Subsequently, on the 22th day of March, 20007, said attorney Charles C. Plunkett did in fact filed a withdrawal of his appearance (see attachment 6) on behalf of all the above named defendants; and that said withdrawal of appearance in law works also a withdrawal of his plea and answer on the said defendants' behalf; and that a judgment by default may be entered upon his default as upon nonappearance.

WHEREFORE, Plaintiffs respectfully request that default and the same hereby does enter against all above named defendants for all relief prayed for in their complaint (see prayer at 1 to 5); and that the within matter may be assigned for hearing on Proof of Claim; and such other and further relief as justice may require.

Respectfully submitted,

PLAINTIFFS * IN PRO SE

/s/ James C. Marcello

/s/ Olivia A. Marcello

James & Olivia Marcello
152 Cross Rd.
Stetson, ME 04488
(207) 296-3433

CERTIFICATION

I, the undersigned, hereby certify that I have mailed a conformed copy of the MOTION FOR DEFAULT JUDGMENT and ATTACHMENTS 1-6 by regular mail, postage prepaid, on April 12, 2007, to the following:

Thomas C. Plunkett,Esq
KIERNAN,PLUNKETT & REDIHAN
91 Friendship St
Providence, RI 02903

Robert Smith,Esq
155 S Main St
Providence, RI 02903

Arthur T. Marcello
130 Roffee St
Barrington, RI 02806

Arthur T. Marcello,Jr.
130 Governor Bradford Rd.
Barrington, RI 02806

Thomas Marcello
24 Cove Avenue
Barrington, RI 02806

Albert Mastriano
431 Maple Avenue
Barrington, RI 02806

/s/ James C. Marcello