Case 1:07-cv-00055-T-DLM Document 5 Filed 03/05/2007 Page 1 of 3

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO;
OLIVIA A. MARCELLO

VS C. A. NO. 07-055 ML

STATE OF RHODE ISLAND, ET AL

**ANSWER OF DEFENDANTS, KIERNAN, PLUNKETT & REDIHAN, JOHN A. DESANO, BERNARD P. HEALY, ARTHUR T. MARCELLO, ARTHUR T. MARCELLO, JR., THOMAS MARCELLO, ALBERT MASTRIANO AND, TO THE EXTENT NAMED AS DEFENDANTS, ALL LAWYERS IN KIERNAN, PLUNKETT & REDIHAN, TO PLAINTIFFS' BILL OF COMPLAINT**

The defendants, Kiernan, Plunkett & Redihan, John A. Desano, Bernard P. Healy, Arthur T. Marcello, Arthur T. Marcello, Jr., Thomas Marcello, Albert Mastriano and, to the extent named as defendants, all lawyers in Kiernan, Plunkett & Redihan, for answer to plaintiffs' bill of complaint hereby state the following:

FIRST DEFENSE

Said defendants deny the allegations contained in the Counts entitled Identification of Enterprise, I. Estate Racketeering, II. Identification of Super Structure, A. Kiernan, Plunkett & Redihan, B. Judge Marvin Homonoff of Barrington Probate, C. David Coleman of Barrington Coleman Realty, D. Chief John LaCross of Barrington Police, E. Constable Alfred Harris, F. State of Rhode Island, and III. Identification of Lower Management, A. Resnick, Caffrey & Moretti.

Said defendants deny the allegations contained in the Counts entitled Jurisdictional Statement, I. Jurisdictional Statement, II. Constitutional Rights of Plaintiffs and III. Bill of Complaint.

Said defendants deny the allegations contained in the Counts entitled Count 1, 1st Episode, Paragraphs or Sections 1, 2, 3, 4, 5, 6, 7, 8, 9,10, 11, 12, 13, 14, 15 and 16.

Said defendants deny the allegations contained in the Counts entitled Count 2, 2nd Episode, Paragraphs or Sections 1, 2, 3, 4, 5, 6, 7 and 8.

2