Said defendants deny the allegations contained in the Counts entitled Count 3, 3rd Episode, Paragraphs or Sections 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 and 11.

Said defendants deny the allegations contained in the Counts entitled Count 4, 4th Episode, Paragraphs or Sections 1, 2, 3, 4, 5 and 6.

Said defendants deny the allegations contained in the Counts entitled Count 5, Paragraphs or Sections 1, 2, 3, 4, 5, 6 and 7.

Said defendants deny the allegations contained in the Sections entitled Prayer for Relief, Paragraphs or Sections 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 and 15.

SECOND DEFENSE

This Court lacks subject matter jurisdiction.

THIRD DEFENSE

The said defendants assert the defenses of insufficiency of process, insufficiency of service of process and lack of service.

FOURTH DEFENSE

Plaintiffs' complaint fails to state a claim upon which relief may be granted.

FIFTH DEFENSE

Plaintiffs' action is barred by res judicata.

SIXTH DEFENSE

Plaintiffs' action is barred by collateral estoppel.

SEVENTH DEFENSE

Plaintiffs' action is barred by the applicable Statute of Limitations.

EIGHTH DEFENSE

Plaintiffs are guilty of laches.