NINTH DEFENSE

Plaintiffs have unclean hands.

/s/ Thomas C. Plunkett

Thomas C. Plunkett (1662)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX
***e-mail:*** ***tplunkett@kprlaw.com***

to James and Olivia Marcello
152 Cross Road
Stetson, Maine 04488

CERTIFICATION

I hereby certify that I mailed a copy of the within to the above named.

Dated: March 5, 2007