**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

JAMES C. MARCELLO;
OLIVIA A. MARCELLO

VS C. A. NO. 07-055 ML

STATE OF RHODE ISLAND, ET AL

**CERTIFICATION**

I, Thomas C. Plunkett, Kiernan, Plunkett & Redihan, hereby certify that I mailed a copy of my entry of appearance and the answer on behalf of the defendants, Kiernan, Plunkett & Redihan, John A. Desano, Bernard P. Healy, Arthur T. Marcello, Arthur T. Marcello, Jr., Thomas Marcello, Albert Mastriano and, to the extent named as defendants, all lawyers in Kiernan, Plunkett & Redihan, on James and Olivia Marcello, 52 Cross Road, Stetson, Maine 04488

Dated: March 5, 2007 /s/ Thomas C. Plunkett

cc: Marcello
3-6-07

5