# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO;
OLIVIA A. MARCELLO

VS C. A. NO. 07-055 ML

STATE OF RHODE ISLAND, ET AL

## WITHDRAWAL OF APPEARANCE

I, Thomas C. Plunkett hereby withdraw my appearance as attorney for the defendants, Kiernan, Plunkett & Redihan, John A. DeSano, Bernard P. Healy, Arthur T. Marcello, Arthur T. Marcello, Jr., Thomas Marcello and Albert Mastriano.

/s/ Thomas C. Plunkett

Thomas C. Plunkett (1662)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX
***e-mail:*** tplunkett@kprlaw.com

To: James and Olivia Marcello
152 Cross Road
Stetson, Maine 04488

Robert W. Smith, Esq.
rsmith@agglaw.com

CERTIFICATION

I hereby certify that I mailed a copy of the within to the above named.

Dated: March 22, 2007 /s/ Thomas C. Plunkett