UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, et al

Plaintiffs

vs. **CA NO: 07-055 ML**

STATE OF RHODE ISLAND, et al

Defendants

**MOTION FOR DISQUALIFICATION**

Now come Plaintiffs, James C. Marcello and Olivia A. Marcello, (collectively, the "Marcellos" or "Plaintiffs") and, hereby motions this Court for the disqualification of any and all Defendant lawyers of the law firm Resnick, Caffrey & Moretti of 300 Centerville Rd, # 300W, Warwick, RI in representing any and all other co-defendants named in this action by direct or indirect means. Plaintiffs assigns grounds as follows:

**I. Statement of Facts:**

Said Defendant lawyers of RCM are charged in said plaintiffs' complaint being members to an Enterprise in "estate racketeering activity", within the lower management position therein, under the state and Federal RICO Statute (see cplt at Identification of Enterprise at iv ¶ III. Indentification of lower Management - A. Resnick, Caffrey & Moretti).

On March 22, 2007, service of process of summons and complaint was made on co-defendants Nuno C. Neves and Natalia Paiva-Neves by the RI Sheriff Deparment of Newport. (see Docket File - plt proof of return of service of writ - 3/30/07).

On April 6, 2007 at approx 10:00 am, defendant Lawyers of the law firm RCM, obstructed a RI State Sheriff Department Officer who was engaged at the time in service of said plaintiffs writ and complaint upon them, believed to be Officer Alan P. Verdecchia Deputy Sheriff, by direct or indirect means,

for the intent to avaid service and answer of said writ and obstruct the administration of justice (See docket file - plaintiffs Application to Court for Entry of Default dated April 16, 2007 at 2 ¶ 6).

On April 20, 2007, 8 days after the expiration time to answer, Defendant lawyer James Moretti of law firm RCM mailed to said plaintiffs what it appears to be the assemblance of a entry of appearance, answer, and certification, in what appears to be a ficticious attempt to represent co-defendants Nuno C. Neves and Natalia Paiva-Neves, (see docket file - att James Moretti entry of appearance and answer dated 4/20/07 - if in fact filed).

**II. Disqualifying Grounds:**

1. said defendant lawyers of law firm RCM are being collectively charged with counterfeiting executor deed, collection of unlawful debt mortgage money by direct or indirect means from larceny purchasers of these estate sales, paying property taxes on th stolen estate properties from the proceeds within, and taking a slice of proceeds, and representing the larceny purchasers in all countersuit action by thse victoms (see cplt - Identification of Enterprise - III. Indentification of Lower Management - A. Resnick, Caffrey & Moretti at iv.), and that, the co-defendant attorneys at RCM should be disqualified from representing any and all other co-defendants because they are liable for all acts so charged in said complaint under co-conspiracy laws;

2. said defendant lawyers of law firm RCM are being charged with wrongful death of said plaintiffs' 83 year old Alzheimer Dementia home patient Rudolph N. Marcello (see cplt at Count 1: at 10 sub-count 16), and should be disqualified from representing any and all other co-defendants under co-conspiracy laws;

3. said defendant attorney Caffrey of law firm RCM is being charged

with counterfeiting executor deed for the larceny benefit co-defendant Neves plaintiff father's estate on February 6, 2004 (see complt at Count 4: at 4 sub-count 4), and should be disqualified from representing them;

4. said defendant attorney Moretti of law firm RCM is being charged with conspiring with RI Supreme Court clerk Michael Caffrey in violating constitutional due process of appellate plaintiff James C. Marcello in depriving notice of process of appellate hearing on September 25, 2006 representing the codefendant Neves, (see complt at Count 5: at 6 sub-count 7), and should be disqualified from representing them;

5. said defendant lawyers of law firm RCM hold an interest in the larceny of 557 Maple Avenue Barrington RI real and personal property of plaintiffs to the extent of lining their pockets every month on an unlawful debt motgage being paid by co-defendants Nunoe C. Neves and Natalia Paiva-Neves, and should be disqualified from representing them and all other co-defendants;

## II. Conclusion

Therefore the court's allowance of said defendants lawyers of RCM to represent any and all other co-defendants would merely sercure and protect the racketeering activity from mere detection and subjection to civil and criminal liabilities, would perpetuate more elderly abuse who are targeted victoms to their "estate racketeering enterprise", and further work contrary to congresses 1970 Organized Crime Control Act, intended for victoms as said plaintiffs and his dead father resulting to be turned into prosecutors dedicated in elimnating organized crime and reducing goverment burdens of RICO prosecution on the rise See U.S.--Rotella v. Wood (2000) (citations omitted).

**III. Prayer**

WHEREFORE, the plaintiffs respectfully pray that the Motion for Disqualification be granted; that the defendant lawyers of law firm Resnick, Caffrey & Moretti be disqualified from representing any and all othe co-defendants in these proceedings by direct or indirect means; and that the court may grant such other and further relief as to the circumstance and justice may require.

Respectfully submitted,

PLAINTIFFS * IN PRO SE

/s/ James C. Marcello

/s/ Olivia A. Marcello

James & Olivia Marcello
152 Cross Rd.
Stetson, ME 04488
(207) 296-3433

CERTIFICATION

I, the undersigned, hereby certify that I have mailed a conformed copy of the MOTION FOR DISQUALIFICATION, by regular mail, postage prepaid, on April 23, 2007, to counsels of record and parties indicated below:

Robert Smith,Esq
155 S Main St
Providence, RI 02903

Michael DeSisto,Esq
211 Angell St
Providence, RI 02906

James Moretti,Esq
RESNICK, CAFFREY & MORETTI
300 Centervill Rd #300W
Warwick, RI 02886

Nuno C. Neves &
Natalia Paiva-Neves
557 Maple Avenue
Barrington, RI 02806

/s/ James C. Marcello