**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DAVID DIMARZIO, CLERK
US DISTRICT COURT OF RI
ONE EXCHANGE TERRACE
PROVIDENCE, RI 02903

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☑ Agent ☐ Addressee

B. Received by (Printed Name): James Spray
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

PROVIDENCE RI ANNEX STA 02903 APR 3 2007

3. Service Type
■ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0002 9159 3123

PS Form 3811, A 102595-02-M-1540

7004 1160 0002 9159 3123

7004 1160 0002 9159 3123

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ $2.07 |
| Certified Fee | $2.40 |
| Return Reciept Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $6.32 |

0953 07 Postmark Here 03/30/2007

Sent To: David DiMarzio, Clerk
Street, Apt. No.; or PO Box No.: US DISTRICT COURT OF R.I. One Exchange Terrace
City, State, ZIP+4: Providence, RI 02903

See Reverse for Instructions

A-1