UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

James C. Marcello

VS CA NO. 02-488L

Arthur T. Marcello, et al

ORDER

On November 21, 2002, this court denied the petitioner's motion to proceed in forma pauperis.

On March 14, 2003, a Show Cause Order was entered stating "the filing fee is to be paid by March 28, 2003 or the case would be dismissed". As of this date, no filing fee has been paid.

The case is dismissed without prejudice.

ENTER:
Ronald R. Lagueux
Ronald R. Lagueux
District Judge
Dated: 4/2/03

So Ordered:

Barbara J. D'Amico
Deputy Clerk

A-2