**IN THE UNITED STATES OF AMERICA**
**FOR THE DISTRICT OF RHODE ISLAND**

**JAMES C. MARCELLO, et al**

**V** **CA No. 07-55ML**

**STATE OF RHODE ISLAND, et al**

**DEFENDANTS NUNO NEVES' AND NATALIA PAIVA-NEVES' MOTION TO DISMISS PURSUANT TO F.R.C.P. RULE 12 (b)(5)**

Now come defendants and as their motion pursuant to F.R.C.P. 12 (b)(5) hereby state:

1. Defendants were served with a Summons on or about 3/22/07 (Ex A.)

2. Defendants filed an Answer thereto and the validity of service of process was raised as an Affirmative Defense.

3. The form of the Summons served on defendants was defective and in violation of FRCP Rule 4 (a) because plaintiffs' issued a single Summons to serve multiple defendants (Ex. A). Plaintiffs failed to effect service on each defendant.

4. The service of the Summons also is in violation of FRCP Rule 4 (e) (2) because it was served on Lucy Costa, who is a baby-sitter employed by defendants. She does not reside therein at defendants' home as required by the Rule. She works at defendants home twice a week for five hours each day (Ex. B).

WHEREFORE defendants Nuno-Neves and Natalia Paiva-Neves pray that the complaint filed against them in this matter be dismissed.

James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886
401-738-4500

**CERTIFICATION**

I hereby certify that on 4/26/07 I mailed a copy of the following to:

James Marcello
152 Cross Rd
Stenson, ME 04488

Olivia Marcello
152 Cross Road
Stenston, ME 04488

Michael DeSisto, Esq.
411 Angell St.
Providence, RI 02906

Mark Dolan, Esq.
170 Westminster St., #900
Providence, RI 02903

Robert Smith, Esq.
155 S. Main St., #301
Providence, RI 02903

Thomas Plunkett, Esq.
91 Friendship St.
Providence, RI 02903

Thomas Palumbo, Esq.
Dept. of the Attorney General
155 S. Main St.
Providence, RI 02903

Jan Moretti
_______________________