# UNITED STATES DISTRICT COURT

Exhibit A

District of

JAMES C. MARCELLO; OLIVIA A. MARCELLO

V.

STATE OF RHODE ISLAND, ET AL

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

[redacted] 07 055ML

TO: (Name and address of Defendant)

NUNO C. NEVES &
NATALIA PAIVA-NEVES
557 MAPLE AVENUE
BARRINGTON, RI 02806
(401) 289-0293

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JAMES C. MARCELLO
152 CROSS RD.
STETSON, ME 04488
(207) 296-3433

an answer to the complaint which is served on you with this summons, within (21) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 2-8-07

(By) DEPUTY CLERK

# RETURN OF SERVICE

| | |
|---|---|
| ...ce of the Summons and complaint was made by me[1] | DATE 3-22-07 |
| ...F SERVER *(PRINT)* A. FRANCO #229 | TITLE DEPUTY SHERIFF |

*...ck one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: (House Kepper)

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-22-07
Date

A. Franco #229
*Signature of Server*

RI SHERIFFS
*Address of Server*

...o who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.