**IN THE UNITED STATES OF AMERICA**
**FOR THE DISTRICT OF RHODE ISLAND**

**JAMES C. MARCELLO, et al**

**V** **CA No. 07-55ML**

**STATE OF RHODE ISLAND, et al**

**DEFENDANTS NUNO NEVES' AND NATALIA PAIVA-NEVES' OBJECTION TO PLAINTIFFS' MOTION TO COLLECT COSTS FOR SERVICE**

Now come defendants and hereby object to the plaintiffs' motion to collect costs for service because the service and process are invalid and void. Further, defendants state:

1. Defendants were served with a Summons on or about 3/22/07 (Ex A.)

2. Defendants filed an Answer thereto and the validity of service of process was raised as an Affirmative Defense.

3. The form of the Summons served on defendants was defective and in violation of FRCP Rule 4 (a) because plaintiffs' issued a single Summons to serve multiple defendants (Ex. A). Plaintiffs failed to effect service on each defendant.

4. The service of the Summons also is in violation of FRCP Rule 4 (e) (2) because it was served on Lucy Costa, who is a baby-sitter employed by defendants. She does not reside therein at defendant's home as required by the Rule. She works at defendants' home twice a week for five hours each day (Ex. B).

WHEREFORE defendants Nuno-Neves and Natalia Paiva-Neves pray that plaintiffs' motion to collect cost for service be denied.

James Moretti

James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886
401-738-4500

## CERTIFICATION

I hereby certify that on 4/26/07 I mailed a copy of the following to:

James Marcello
152 Cross Rd
Stenson, ME 04488

Olivia Marcello
152 Cross Road
Stenston, ME 04488

Michael DeSisto, Esq.
411 Angell St.
Providence, RI 02906

Mark Dolan, Esq.
170 Westminster St., #900
Providence, RI 02903

Robert Smith, Esq.
155 S. Main St., #301
Providence, RI 02903

Thomas Plunkett, Esq.
91 Friendship St.
Providence, RI 02903

Thomas Palumbo, Esq.
Dept. of the Attorney General
155 S. Main St.
Providence, RI 02903

Jon Moretti
______________________