EXHIBIT B

**IN THE UNITED STATES OF AMERICA**
**FOR THE DISTRICT OF RHODE ISLAND**

**JAMES C. MARCELLO, et al**

**V** **CA No. 07-55ML**

**STATE OF RHODE ISLAND, et al**

**AFFIDAVIT OF NATALIA PAIVA-NEVES**

Now comes affiant being duly sworn and deposed and says,

1. I am a named party in this matter.

2. I reside at 557 Maple Avenue, Barrington, RI 02806 with my husband, Nuno Neves, and my two small children, ages three and five.

3. I hired Lucy Costa to baby-sit my children. She comes to my home to baby-sit my children two days per work, five hours each day. She has never resided therein. She is the person referred to as "house-keeper" in the summons.

Natalia Paiva-Neves, affiant

Sworn and subscribed to before me in Kent County on 4/25/07.

Notary Public