UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

James C. Marcello, et al.

v. Civil No. 07-cv-55

Constable Alfred Harris, et al.

**ORDER**

Pursuant to the provisions of Rhode Island LR Gen 106, the above-captioned case has been referred to the District of New Hampshire for consideration by a New Hampshire judicial officer, sitting by designation, due to the recusal of the Rhode Island judges. Jurisdiction of the case remains with the Rhode Island District Court.

For the purposes of this action, the provisions of LR Gen 106(b) are suspended. All original pleadings, motions, memos, and filings will continue to be filed with the Clerk in Rhode Island in accordance with that district's Administrative Procedures for Electronic Case Filing. Pro se litigants, however, are not required to file electronically and may continue to file documents in paper format. Absent a court order to the contrary, no courtesy filings need to be filed in the District of New Hampshire.

SO ORDERED.

April 23, 2007

/s/ Steven J. McAuliffe
Steven J. McAuliffe
Chief Judge

cc: Counsel of Record
Clerk, U.S. District Court, Rhode Island