MPD:fm 07-139

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO AND
OLIVIA A. MARCELLO

VS C.A. NO. 07-055 ML

STATE OF RHODE ISLAND, ET AL

**DEFENDANT DAVID COLEMAN,
PROPRIETOR OF COLEMAN REALTY IN BARRINGTON'S
OBJECTION TO PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

Defendant hereby objects to plaintiffs' motion for default judgment. In support of the objection, defendant submits the attached memorandum.

__/s/ Mark Dolan________________

Mark P. Dolan, Esq. #3280
Rice Dolan & Kershaw
Attorneys for Defendant
*David Coleman, proprietor of
Coleman Realty in Barrington*
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800 Phone
(401) 421-7218 Fax

CERTIFICATION

I hereby certify that the following individuals have received a copy of the within document via regular mail:

James and Olivia Marcello
152 Cross Road
Stetson, ME 04488

James Moretti, Esq.
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886

All other counsel of record have received the within document electronically via the Court's ECF system.

DATED: May 2, 2007 ______/s/ Mark Dolan____________________