MPD:fm 07-139

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO AND
OLIVIA A. MARCELLO

VS C.A. NO. 07-055 ML

STATE OF RHODE ISLAND, ET AL

**MEMORANDUM IN SUPPORT OF DEFENDANT DAVID COLEMAN PROPRIETOR OF COLEMAN REALTY IN BARRINGTON'S OBJECTION TO PLAINTIFFS' APPLICATION TO COURT FOR ENTRY OF DEFAULT**

The plaintiffs have now filed an application for entry of default against a number of defendants, including the defendant David Coleman, proprietor of Coleman Realty in Barrington (hereinafter "Coleman"). The application is premised on the allegation that defendant Coleman did not plead or otherwise defend as to plaintiffs' complaint, despite service of process of March 22, 2007. In point of fact, the defendant Coleman filed his answer to the plaintiffs' complaint on April 3, 2007. A copy of the answer is attached as Exhibit A. The plaintiffs' application to the Court for entry of default is without basis and should now be denied.

/s/ Mark Dolan

Mark P. Dolan, Esq. #3280
Rice Dolan & Kershaw
Attorneys for Defendant
*David Coleman, proprietor of*
*Coleman Realty in Barrington*
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800 Phone
(401) 421-7218 Fax

CERTIFICATION

I hereby certify that the following individuals have received a copy of the within document via regular mail:

James and Olivia Marcello
152 Cross Road
Stetson, ME 04488

James Moretti, Esq.
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886

All other counsel of record have received the within document electronically via the Court's ECF system.

DATED: May 2, 2007

_________/s/ Mark Dolan_______________