MPD:fm 07-139

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO AND
OLIVIA A. MARCELLO

VS C.A. NO. 07-055 ML

STATE OF RHODE ISLAND, ET AL

**MEMORANDUM IN SUPPORT OF DEFENDANT DAVID COLEMAN, PROPRIETOR OF COLEMAN REALTY IN BARRINGTON'S MOTION TO AMEND ANSWER TO PLAINTIFFS' COMPLAINT FOR CONSPIRACY, EMBEZZLEMENT & RACKETERRING**

Defendant has only recently learned of prior litigation (James C. Marcello, et al vs. John A. DeSano, et al, C.A. No. 05-004 ML) which would act to operate as *res judicata* and bar the litigation against this defendant in this case. The basis for the defense of *res judicata* has previously been outlined by the defendants Marvin Homonoff, Lorraine Derois, and John LaCross in their memorandum submitted in connection with their motion to dismiss in lieu of answer.

For the above reasons, defendant respectfully requests that his motion now be granted.

/s/ Mark Dolan

Mark P. Dolan, Esq. #3280
Rice Dolan & Kershaw
Attorneys for Defendant
*David Coleman, proprietor of Coleman Realty in Barrington*
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800 Phone
(401) 421-7218 Fax

CERTIFICATION

I hereby certify that the following individuals have received a copy of the within document via regular mail:

James and Olivia Marcello
152 Cross Road
Stetson, ME 04488

James Moretti, Esq.
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886

All other counsel of record have received the within document electronically via the Court's ECF system.

DATED: May 2, 2007

/s/ Mark Dolan