UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, et al

Plaintiffs

vs. **CA NO: 07-055 ML**

STATE OF RHODE ISLAND, et al

Defendants

**REPLY MEMORANDUM OF LAW IN SUPPORT OF WITHDRAWAL IN PART TO MOTIONS**

Plaintiffs, James C. Marcello and Olivia A. Marcello, respectfully submit this brief consolidated Reply Memorandum of Law in response to Defendants' Memorandums in Opposition (Opp. Memos. - Dockets ## 42 + 43) of LaCross, Homonoff and DeRois, to the Motion for Default Judgment and Application to the Court for Entry of Default dated April 16, 2007 filed by Plaintiffs.

**Statement of Facts**

1. On March 22, 2007 Defendants Chief John laCross, Judge Marvin Homonoff, Nuno C. and Natalia Paiva-Neves, and David Coleman, were all duly served with process of summons and complaint.

2. On April 11, 2007, only said Defendants' LaCross and Homonoff, along with Ms DeRois, did make timely answer.

3. Defendant David Coleman made no answer.

4. On April 20, 2007, said defendant Neves made an unauthorized and defaulted answer through attorney James Moretti when only following personal service on said defendant Neves of plaintiffs motion for default judgment and Application to Court for Entry of Default against them on April 16, 2007.

5. On April 12, 2007, postmarked, said Defendants' LaCross, Homonoff, and DeRois mailed their answer to plaintiffs and was received by said plaintiffs on April 16, 2007.

6. On said April 16, 2007, the expiration of (4) days subsequent to answer deadline, plaintiffs produced a motion for default and application and mailed out on such, while said defendants' LaCross, Homonoff, and DeRois answer was coming in.

## Conclusion

THEREFORE, Plaintiffs respectfully move to withdraw in part the said motion for default judgment and application to court for entry of default, to the entent only of the said above defendants Chief John LaCross and Judge Marvin Homonoff, and Lorraine DeRois, who only in fact made timely answer.

Respectfully submitted,

PLAINTIFFS * IN PRO SE

/s/ James C. Marcello

/s/ Olivia A. Marcello
James & Olivia Marcello
152 Cross Rd
Stetson ME 04488

## CERTIFICATION

I, the undersigned, hereby certify that I mailed a conformed copy of the WITHDRAWAL IN PART OF MOTIONS, by regular mailed, postage prepaid, on April 30, 2007, to counsel of record indicated below:

Michael DeSisto,Esq
211 Angell St
Providence RI 02906

Robert Smith,Esq
155 South Main St
Providence RI 02903

Thomas Palombo,Esq
150 South Main St
Providence RI 02903

James Moretti,Esq
300 Centervill Rd #300W
Warwick RI 02886

/s/ James C. Marcello