MPD:fm 07-139

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO AND
OLIVIA A. MARCELLO

VS C.A. NO. 07-055 ML

STATE OF RHODE ISLAND, ET AL

**DEFENDANT DAVID COLEMAN,**
**PROPRIETOR OF COLEMAN REALTY IN BARRINGTON'S**
**OBJECTION TO PLAINTIFFS'**
**MOTION TO COLLECT THE COSTS OF SERVICE**

Defendant hereby objects to plaintiffs' motion to collect the costs of service in the above matter. In support of his objection, defendant submits the attached memorandum of law.

__/s/ Mark Dolan________________
Mark P. Dolan, Esq. #3280
Rice Dolan & Kershaw
Attorneys for Defendant
*David Coleman, proprietor of*
*Coleman Realty in Barrington*
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800 Phone
(401) 421-7218 Fax

CERTIFICATION

I hereby certify that the following individuals have received a copy of the within document via regular mail:

James and Olivia Marcello
152 Cross Road
Stetson, ME 04488

James Moretti, Esq.
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886

All other counsel of record have received the within document electronically via the Court's ECF system.

DATED: May 7, 2007 /s/ Mark Dolan________________

MPD:fm 07-139

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO AND
OLIVIA A. MARCELLO

VS C.A. NO. 07-055 ML

STATE OF RHODE ISLAND, ET AL

**MEMORANDUM IN SUPPORT OF DEFENDANT DAVID COLEMAN, PROPRIETOR OF COLEMAN REALTY IN BARRINGTON'S OBJECTION TO PLAINTIFFS' MOTION TO COLLECT THE COSTS OF SERVICE**

Defendant David Coleman, proprietor of Coleman Realty in Barrington (hereinafter "Coleman") hereby objects to plaintiffs' motion to collect the costs of service on the grounds that some of the costs sought by plaintiffs are not allowable pursuant to Fed.R.Civ.P. 4(d)(5).

The basis for defendant Coleman's objection has previously been outlined by the defendants Marvin Homonoff, Lorraine Derois, and John LaCross in their memorandum submitted in connection with their objection to plaintiffs' motion to collect the costs of service.

For the above reasons, defendant respectfully requests that his motion now be granted.

__/s/ Mark Dolan_______________
Mark P. Dolan, Esq. #3280
Rice Dolan & Kershaw
Attorneys for Defendant
*David Coleman, proprietor of*
*Coleman Realty in Barrington*
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800 Phone
(401) 421-7218 Fax

CERTIFICATION

I hereby certify that the following individuals have received a copy of the within document via regular mail:

James and Olivia Marcello
152 Cross Road
Stetson, ME 04488

James Moretti, Esq.
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886

All other counsel of record have received the within document electronically via the Court's ECF system.

DATED: May 7, 2007

/s/ Mark Dolan________________