**IN THE UNITED STATES OF AMERICA**
**FOR THE DISTRICT OF RHODE ISLAND**

**JAMES MARCELLO, et al**

**V** **CA No. 07-055 ML**

**STATE OF RHODE ISLAND, et al**

## ENTRY OF APPEARANCE

I hereby enter my appearance on behalf of the law firm of Resnick & Caffrey, incorrectly referred to as "Resnick, Caffrey & Moretti".

Jim Moretti

James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886
401- 738-4500

## CERTIFICATION

I hereby certify that on 5/7/07 I mailed a copy of the within to:

James Marcello
152 Cross Rd.
Stetson, ME 04488

Olivia Marcello
152 Cross Rd.
Stetson, ME 04488

Michael DeSisto, Esq.
211 Angell St.
Providence, RI 02906

Mark Dolan, Esq.
170 Westminster St., #900
Providence, RI 02903

Thomas Palumbo, Esq.
Dept. of the Attorney General
150 S. Main St.
Providence, RI 02903

Robert Smith, Esq.
155 S. Main St.
Providence, RI 02903

Jon Moretti
______________________________