**IN THE UNITED STATES OF AMERICA**
**FOR THE DISTRICT OF RHODE ISLAND**

**JAMES MARCELLO, et al**

**V** **CA No. 07-055 ML**

**STATE OF RHODE ISLAND, et al**

**OBJECTION OF RESNICK & CAFFREY (INCORRECTLY REFERRED TO AS "RESNICK, CAFFREY & MORETTI") TO PLAINTIFFS' APPLICATION FOR ENTRY OF DEFAULT**

Now comes the law firm of Resnick & Caffrey and hereby objects to plaintiff's application for entry of default, filed on or about April 19, 2007, to the extent that it may pertain to this defendant. In support of this objection, defendants state:

1. Per plaintiffs' own acknowledgement in its application, the above defendant was never served with a copy of the summons and complaint.

2. In plaintiffs' application, there are simply no facts to support a default entering.

3. Further, plaintiffs waived or passed on the application and served a summons and complaint upon Jeffrey Caffrey on May 4, 2007 (Exhibit A). An answer to the complaint served May 4, 2007 is further being filed along with this objection.

WHEREFORE defendant pray that plaintiffs' application be denied to the extent that it may apply to them.

James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886
401-738-4500

**CERTIFICATION**

I hereby certify that on 5/7/07 I mailed a copy of the within to:

James Marcello
152 Cross Rd.
Stetson, ME 04488

Olivia Marcello
152 Cross Rd.
Stetson, ME 04488

Michael DeSisto, Esq.
211 Angell St.
Providence, RI 02906

Mark Dolan, Esq.
170 Westminster St., #900
Providence, RI 02903

Thomas Palumbo, Esq.
Dept. of the Attorney General
150 S. Main St.
Providence, RI 02903

Robert Smith, Esq.
155 S. Main St.
Providence, RI 02903

[signature]