**IN THE UNITED STATES OF AMERICA**
**FOR THE DISTRICT OF RHODE ISLAND**

**JAMES C. MARCELLO, et al**

**V** **CA No. 07-055 ML**

**STATE OF RHODE ISLAND, et al**

**ANSWER AND AFFIRMATIVE DEFENSES OF JEFFREY CAFFREY AND THE LAW FIRM OF RESNICK & CAFFREY (INCORRECTLY REFERRED TO AS "RESNICK, CAFFREY & MORETTI")**

Now come defendants and as their answer hereby state:

**IDENTIFCATION OF ENTERPRISES**

I. Denied

II. (A-F) Denied.

III. (A) Denied. There is no such law firm named "Resnick, Caffrey & Moretti". The plaintiffs most likely are attempting to bring this action against the firm of Resnick & Caffrey, a partnership, in which attorney Jeffrey Caffrey is a partner and attorney James Moretti is an associate of the firm.

**JURISDICTIONAL STATEMENT**

I. Denied.

**CONSTITUTIONAL RIGHTS OF PLAINTIFFS**

II. Denied.

**BILL OF COMPLAINT**

III. Denied.

**COUNT I**

**1st Episode**

1-16. Paragraphs 1-16 of Count I are denied.

**COUNT II**

**2nd Episode**

1-8. Paragraphs 1-8 of Count II are denied.

**COUNT III**

**3rd Episode**

1-11. Paragraphs 1-11 of Count III are denied.

**COUNT IV**

**4th Episode**

1-6. Paragraphs 1-6 of Count IV are denied.

**COUNT V**

**Alleged Constitutional Violations**

1-7. Paragraphs 1-7 of Count V are denied.

WHEREFORE Defendants demand judgment against plaintiffs together with interest, fees and costs and for any other relief that the court deems appropriate.

**AFFIRMATIVE DEFENSES**

1. Plaintiffs have failed to state a claim upon which relief can be granted.
2. Jurisdiction.
3. Ineffective Process.
4. Ineffective Service of Process.
5. Plaintiffs has brought suit against an improper party.
6. Plaintiffs have brought suit against an improperly named/ designated party.
7. Plaintiffs have brought suit against parties in their improper capacity.
8. Res Judicata.
9. Collateral Estoppel.

10. Estoppel.

11. Waiver.

12. Acquiescence.

13. Laches.

14. Statute of Frauds.

15. Statute of Limitations.

James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886
738-4500

**CERTIFICATION**

I hereby certify that on 5/7/07 I mailed a copy of the within to:

James Marcello
152 Cross Rd.
Stetson ME 04488

Olivia Marcello
152 Cross Rd
Stetson ME 04488.

Michael DeSisto, Esq.
211 Angell St.
Providence, RI 02906

Mark Dolan, Esq.
170 Westminster St., #900
Providence, RI 02903

Thomas Palumbo, Esq.
Department of the Attorney General
150 S. Main Street
Providence, RI 02903

Robert Smith, Esq.
155 S. Main St.
Providence, RI 02903.

______________________________