EXHIBIT A

IN THE UNITED STATES OF AMERICA
FOR THE DISTRICT OF RHODE ISLAND

**JAMES C. MARCELLO, et al**

**V** **CA No. 07-55ML**

**STATE OF RHODE ISLAND, et al**

**DEFENDANTS NUNO NEVES' AND NATALIA PAIVA-NEVES' MOTION TO DISMISS PURSUANT TO F.R.C.P. RULE 12 (b)(5)**

Now come defendants and as their motion pursuant to F.R.C.P. 12 (b)(5) hereby state:

1. Defendants were served with a Summons on or about 3/22/07 (Ex A.)

2. Defendants filed an Answer thereto and the validity of service of process was raised as an Affirmative Defense.

3. The form of the Summons served on defendants was defective and in violation of FRCP Rule 4 (a) because plaintiffs' issued a single Summons to serve multiple defendants (Ex. A). Plaintiffs failed to effect service on each defendant.

4. The service of the Summons also is in violation of FRCP Rule 4 (e) (2) because it was served on Lucy Costa, who is a baby-sitter employed by defendants. She does not reside therein at defendants' home as required by the Rule. She works at defendants home twice a week for five hours each day (Ex. B).

WHEREFORE defendants Nuno-Neves and Natalia Paiva-Neves pray that the complaint filed against them in this matter be dismissed.

James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886
401-738-4500

# CERTIFICATION

I hereby certify that on 4/26/07 I mailed a copy of the following to:

James Marcello
152 Cross Rd
Stenson, ME 04488

Olivia Marcello
152 Cross Road
Stenston, ME 04488

Michael DeSisto, Esq.
411 Angell St.
Providence, RI 02906

Mark Dolan, Esq.
170 Westminster St., #900
Providence, RI 02903

Robert Smith, Esq.
155 S. Main St., #301
Providence, RI 02903

Thomas Plunkett, Esq.
91 Friendship St.
Providence, RI 02903

Thomas Palumbo, Esq.
Dept. of the Attorney General
155 S. Main St.
Providence, RI 02903

Jan Moretti
______________________

# UNITED STATES DISTRICT COURT

District of

JAMES C. MARCELLO; OLIVIA A. MARCELLO

V.

STATE OF RHODE ISLAND, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 07 055ML

TO: (Name and address of Defendant)

NUNO C. NEVES &
NATALIA PAIVA-NEVES
557 MAPLE AVENUE
BARRINGTON, RI 02806
(401) 289-0293

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JAMES C. MARCELLO
152 CROSS RD.
STETSON, ME 04488
(207) 296-3433

an answer to the complaint which is served on you with this summons, within (21) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

J. Noll

(By) DEPUTY CLERK

2-8-07

DATE

## RETURN OF SERVICE

| | |
|---|---|
| ...ce of the Summons and complaint was made by me[1] | DATE 3-22-07 |
| ...OF SERVER (PRINT) A. FRANCO #229 | TITLE DEPUTY SHERIFF |

*...ck one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: (House Kepper)

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-22-07
Date

A. Franco #229
*Signature of Server*

RI SHERIFFS
*Address of Server*

...o who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2

**IN THE UNITED STATES OF AMERICA**
**FOR THE DISTRICT OF RHODE ISLAND**

**JAMES C. MARCELLO, et al**

**V** **CA No. 07-55ML**

**STATE OF RHODE ISLAND, et al**

**AFFIDAVIT OF NATALIA PAIVA-NEVES**

Now comes affiant being duly sworn and deposed and says,

1. I am a named party in this matter.

2. I reside at 557 Maple Avenue, Barrington, RI 02806 with my husband, Nuno Neves, and my two small children, ages three and five.

3. I hired Lucy Costa to baby-sit my children. She comes to my home to baby-sit my children two days per work, five hours each day. She has never resided therein. She is the person referred to as "house-keeper" in the summons.

Natalia Paiva-Neves, affiant

Sworn and subscribed to before me in Kent County on 4/25/07.

Notary Public