**IN THE UNITED STATES OF AMERICA**
**FOR THE DISTRICT OF RHODE ISLAND**

**JAMES MARCELLO, et al**

**V** **CA No. 07-055 ML**

**STATE OF RHODE ISLAND, et al**

**OBJECTION OF NUNO NEVES' AND NATALIA PAIVA-NEVES' TO PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

Now comes Nuno Neves and Natlaia Paiva-Neves and hereby object to plaintiff's motion for default judgment. In support of this objection, defendants state:

1. Defendants filed an answer to the plaintiffs' complaint on April 2007.
2. Defendants also raised the affirmative defense of improper service of process.
3. Defendants were not properly served with the summons and complaint and a motion to dismiss is pending with this court (Exhibit A).

WHEREFORE defendants' pray that plaintiffs' motion be denied.

Jm Moretto

James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886
401-738-4500

**CERTIFICATION**

I hereby certify that on 5/7/07 I mailed a copy of the within to:

James Marcello
152 Cross Rd.
Stetson, ME 04488

Olivia Marcello
152 Cross Rd.
Stetson, ME 04488

Michael DeSisto, Esq.
211 Angell St.
Providence, RI 02906

Mark Dolan, Esq.
170 Westminster St., #900
Providence, RI 02903

Thomas Palumbo, Esq.
Dept. of the Attorney General
150 S. Main St.
Providence, RI 02903

Robert Smith, Esq.
155 S. Main St.
Providence, RI 02903

Jon Moretti