UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, ET AL

Plaintiffs

vs. CA NO: 07-055 ML

STATE OF RHODE ISLAND, ET AL

Defendants

**MOTION TO COLLECT THE COSTS OF SERVICE**

Now come Plaintiffs, James C. Marcello, Olivia A. Marcello, (Collectively the "Marcellos" or "Plaintiffs") and, pursuant to Rule 4(d)(5) of the Federal Rules of Civil Procedure, hereby motions to the Court to issue an order against Defendant "State of Rhode Island", to pay over to said plaintiffs the costs incurred by said plaintiffs for service of process, resulting from failure of said Defendant "State" to comply with a request to waive service of a summons.

Said failure of Defendants to comply with a request to waive service of a summons and complaint resulting in fees and costs is set forth in the Affirmation & Exhibits 1-4 enclosed.

Therefore, Plaintiffs respectfullly request that the Motion to Collect the Costs of Service be granted; that the court may issue an order against said defendants to pay the resulting fees and costs; and that the plaintiffs may have any and all other relief as to the circumstance and justice may require.

Respectfully submitted,

PLAINTIFFS * IN PRO SE

/s/ James C. Marcello

/s/ Olivia A. Marcello
James & Olivia Marcello
152 Cross Rd
Stetson ME 04488

CERTIFICATION

I, the undersigned, herey certify that I have mailed a conformed copy of the above by regular mail, postage prepaid, on the 9th day of May, 2007 to: Thomas A. Palombo,esq,AAG, 150 S Main St, Providence RI 02903; Robert Smith,esq, 155 S Main St, Providence RI 02903; Michael DeSisto,esq, 211 Angell St, Providence RI 02906; Mark Dolan,esq, 170 Westminster St, Providence RI 02903; and James Moretti,esq, 300 Centerville Rd, Warwick RI 02886.

/s/ James C. Marcello