UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, ET AL

Plaintiffs

vs. **CA NO: 07-055 ML**

STATE OF RHODE ISLAND, ET AL

Defendants

**AFFIRMATION OF TRUTH**

The undersigned, upon affirmation of truth, deposes and says:

1. We, James C. Marcello and Olivia A. Marcello, are Pro se Litigants, and we represent Plaintiffs in the above captioned action.

2. Plaintiffs submists this Affirmation in accordance with Rule 4(d)(5) of the Federal Rules of Civil Procedure, for failure of Defendant "State of Rhode Island" to comply with a request to waive service of summons.

3. Our customary hourly rate for work such as work done in this mater is $100.00 per hour.

4. From February 13, 2007 through May, 2007, we have spent **1.50** hours on the case alone on effecting service on the said Defendants "State".

5. We have spent a total of **1.50** hours on this case alone effecting service on the said above named defendant resulting in attorney fees totaling **$150.00**.

6. The said Plaintiff Marcellos' costs subsequently incurred in effecting serviced under subdivision (e), (f), or (h), of Rule 4(d)(5) is **$075.70**.

7. Defendant "State of Rhode Island" compounded as follows:

| Plt D a t e | Amount | Fee Hours | I t e m s | $Costs | See Exib | Bal-Due |
|---|---|---|---|---|---|---|
| 02-13-2007 | 50.00 | .50 | wavi-cplt | | 1 | $050.00 |
| | | | 100p-cplt | 2.00 | | $002.00 |
| | | | 1 lg envs | 1.00 | | $001.00 |
| | | | 1 postage | 4.20 | 2 | $004.20 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 1 stamp | .50 | | $000.50 |
| 04-02-2007 | 50.00 | .50 | sums+cplt | | 3.1 | $050.00 |
| | | | 1 ser fee | 60.00½ | 3.2 | $060.00 |
| | | | cert+weig | 2.50½ | 3.2 | $002.50 |
| | | | 100p-cplt | 2.00 | | $002.00 |
| | | | 1 lg envs | 1.00 | | $001.00 |
| 04-06-2007 | | | 1 sum+cplt sv | | 4 | |
| 05-09-2007 | 50.00 | .50 | m col/aff/exb | | | $050.00 |
| 05-09-2007 | | | 6 stps & ev | 2.50 | | $002.50 |
| TOTAL | 150.00 | 1.50 | + | 75.70 | = | $225.70 |

8. Plaintiffs resulting attorney fees of **$150.00** and costs subsequently incurred in effecting service under subdivision (e), (f), or (h) of Rule 4(d)(5) of **$75.70** totals **$225.70**.

Subscribed to by Affirmation of Truth on this **9th** day of **May, 2007,** and under the penalites of perjury.

/s/ James C. Marcello
AFFIANT

/s/ Olivia A. Marcello
AFFIANT

PLAINTIFFS * IN PRO SE

James & Olivia Marcello
152 Cross Rd
Stetson ME 04488

CERTIFICATION

I, the undersigned, herey certify that I have mailed a conformed copy of the above by regular mail, postage prepaid, on the **09th** day of **May** , 2007 to: Thomas A. Palombo,esq,AAG, 150 S Main St, Providence RI 02903; Robert Smith,esq, 155 S Main St, Providence RI 02903; Michael DeSisto,esq, 211 Angell St, Providence RI 02906; Mark Dolan,esq, 170 Westminster St, Providence RI 02903; and James Moretti,esq, 300 Centerville Rd, Warwick RI 02886.

/s/ James C. Marcello