James C Marcello
152 Cross Rd.
Stetson, ME 04488

April 2, 2007

CERTIFIED MAIL
ARTICLE # 7004 1160 0002 9159 3000

RI STATE SHERIFF
Farley Building - No. 70
Howard Avenue
Cranston, RI 02920
Tel: (401) 462-3648

Re: MARCELLO, et al vs. RHODE ISLAND, et al
US District Court of RI
CA NO. 07-055 ML

Dear RI STATE SHERIFF,

Enclosed for service is:

MONEY ORDER ($240.00) PAYABLE TO: RI STATE SHERIFF
FOR: (4) DEFENDANTS / ORIG+COPY SUMMONS / COMPLAINT

SERVICE ADDRESS & PERSONS AS FOLLOWS:

(1)
CONSTABLE ALFRED HARRIS
287 RAND STREET
CENTRAL FALLS, RI 02863
(401) 728-5954

(2)
PATRICK C. LYNCH, AG
OFFICE OF ATTORNEY GENERAL
150 SOUTH MAIN STREET
PROVIDENCE, RI 02903
(401) 274-4400

(3)
ALL ATTORNEYS OF LAW FIRM
KIERNAN, PLUNKETT & REDIHAN
91 FRIENDSHIP STREET
PROVIDENCE, RI 02903
(401) 831-2900

(4)
ALL ATTORNEYS OF LAW FIRM
RESNICK, CAFFREY & MORETTI
300 CENTERVILLE RD * SUITE.300
SUMMIT WEST
WARWICK, RI 02886
(401) 738-4500

If I can be of any assistance to you, please feel free to contact me at the above return address or phone.

Sincerely yours,

James Marcello

James C Marcello

E-3

UNITED STATES POSTAL SERVICE®

# CUSTOMER'S RECEIPT

KEEP THIS RECEIPT FOR YOUR RECORDS

PAY TO: RI STATE SHERIFF * FARLEY BD * NO.70

ADDRESS: HOWARD AVE * CRANSTON, RI 02920

C. O. D. OR USED FOR: SUMS+CMPLT PET * N/ /RI/KPT/RC

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

SERIAL NUMBER 10586222908 YEAR, MONTH, DAY POST OFFICE AMOUNT CLERK

UNITED STATES POSTAL SERVICE®

# POSTAL MONEY ORDER

15-800 / 000

SERIAL NUMBER 10586222908 YEAR, MONTH, DAY POST OFFICE U.S. DOLLARS AND CENTS

AMOUNT TWO HUNDRED FORTY DOLLARS & 00

PAY TO RI STATE SHERIFF

ADDRESS FARLEY BD, NO.70 * HOWARD AVE, CRANSTON, RI 02920

FROM JAMES C MARCELLO

CLERK

C.O.D. NO. OR USED FOR

:000

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RI STATE SHERIFF
FARLEY BUILDING * NO. 70
HOWARD AVENUE
CRANSTON, RI 02920

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature [signature] ☑ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery 1/5

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ■ Certified Mail ☐ Express Mail
- ☐ Registered ☐ Return Receipt for Merchandise
- ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* # 7004 1160 0002 9159 3000

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

7004 1160 0002 9159 3000

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 5.60 |
| Certified Fee | 2.40 |
| Return Reciept Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.85 |

Postmark Here

Sent To RI STATE SHERIFF
Street, Apt. No.; or PO Box No. FARLEY BD * NO. 70 * HOWARD AVE
City, State, ZIP+4 CRANSTON, RI 02920

PS Form 3800, June 2002 See Reverse for Instructions

E-32