**UNITED STATES OF AMERICA**
**IN THE DISTRICT OF RHODE ISLAND**

**JAMES C. MARCELLO, et al**

**V** **CA No. 07-055ML**

**STATE OF RHODE ISLAND, et al**

**RESNICK & CAFFREY'S, JEFFREY CAFFREY'S AND NUNO NEVES' AND NATALIA PAIVA-NEVES' OBJECTION TO DOCUMENT TITLED "OBJECTION TO MOTION TO STRIKE" FILED BY PLAINTIFFS**

Now comes defendants Resnick & Caffrey, Jeffrey Caffrey and Nuno Neves and Natalia Paiva-Neves and hereby object to a document purportedly filed by plaintiffs entitled "Objection Motion to Strike". To the extent that the court may entertain this document as a motion, defendants object because it fails to state any grounds for granting the requested relief. Defendants further rely on their memorandum of law filed in support hereof.

WHEREFORE defendants pray that plaintiffs' motion be denied.

/s/ James Moretti
James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 0286
401-738-4500

**CERTIFICATION**

I hereby certify that on 5/15/07, I mailed a copy of the within to James Marcello, 1152 Cross Road, Stetson, ME 04488 and Olivia Marcello, 152 Cross Road, Stetson, ME 04488

All other parties were served electronically by the Court's ECF system.

/s/ James Moretti