UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, et al

Plaintiffs

vs. CA NO: 07-055 ML

STATE OF RHODE ISLAND, et al

Defendants

## OBJECTION TO MOTION TO STRIKE

Plaintiffs, James C. Marcello and Olivia A. Marcello, hereby object to and move the court to strike out all pleadings made by defendant Attorney James Moretti,Esq on behalf of his co-defendants Nuno C. Neves and Natalia Paiva-Neves dated April 20th & 26th, of 2007. Plaintiffs assigns grounds as follows:

1. On April 23, 2007, plaintiffs Motion this Court for the Disqualification of defendants "Any and All Attorneys" of the law firm Resnick, Caffrey & Moretti in representing any and all other co-defendants named in this action by direct or indirect. (motion at 1-1).

2. That said attorneys of RCM are being charged with counterfeiting executor deed, wrongful death, collection of unlawful debt mortagae money by direct or indirect means from larceny purchasers co-defendants "Neves" on February 6, 2004. (see cplt at ct:4 sub-ct:4 & 6) and (mot. disq. at 2 ¶¶¶ 1,2,3).

3. That said Defendant attorneys of RCM are disqualified from representing co-defendants under co-conspiracy laws;

4. That the said motion for disqualification is the first order of importance in this matter and is still being held out by the court for considerations.

## Conclusion

Therefore, Plaintiffs respectively request that their Objection to Motion to Strike be granted; that the appearances, pleadings, and all other papers filed by defendant attorney James Moretti,esq of law firm Resnick, Caffrey & Moretti on the behalf of co-defendants Nuno C. Neves and Natalia Paiva-Neves be striken from the record; that the court may order and fix a time for the defendant Neves to seek representation from a non-defendant attorney; and that the court shall make such other and further relief as to the circumstance and justice may require.

Respectfully submitted,

PLAINTIFFS * IN PRO SE

/s/ James C. Marcello

/s/ Olivia A. Marcello

James & Olivia Marcello
152 Cross Rd
Stetson ME 04488
(207) 296-3433

CERTIFICATION

I, the undersigned, hereby certify that I have mailed a conformed copy of the OBJECTION TO MOTION TO STRIKE, by regular mail, postage prepaid, on May 4, 2007, to counsels of record and parties as indicated below:

Nuno & Natalia Neves
557 Maple Avenue
Barrington RI 02806

Michael DeSisto,esq
211 Angell St
Providence RI 02906

Thomas Palombo,esq
150 S Main St
Providence RI 02903

James Moretti,esq
300 Centerville Rd #300W
Warwick RI 02886

Robert Smith,esq
155 S Main St
Providence RI 02903

Mark Dolan,esq
170 Westminster St #900
Providence RI 02903

/s/ James C. Marcello