**UNITED STATES OF AMERICA**
**IN THE DISTRICT OF RHODE ISLAND**

**JAMES MARCELLO, et al**

**V** **CA No. 07-55 ML**

**STATE OF RHODE ISLAND**

**RESNICK & CAFFREY'S, JEFFREY CAFFREY'S and NUNO NEVES' and NATLIA PAIVA-NEVES' MEMORANDUM OF LAW IN SUPPORT OF OBJECTION TO DOCUMENT ENTITLED "OBJECTION MOTION TO STRIKE"**

Now comes the law firm of Resnick & Caffrey, Jeffrey Caffrey and Nuno Neves and Natalia Paiva-Neves and hereby submit this memorandum of law in support of their objection to a document entitled " Objection Motion to Strike" purported filed by Plaintiffs. Said document was filed by plaintiffs after they filed a motion disqualify.

**Travel / Grounds in Support of Objection**

Plaintiffs have filed the above captioned complaint claiming that their rights have been violated by a complex, deliberate and elaborate conspiracy that existed between five Rhode Island Superior Court Justices, a Town Probate Judge, several law firms, various public officials, including the Chief of Police, several court personal, as well as numerous others. This conspiracy arose from the probate of his father's estate and several subsequent misguided actions filed by plaintiffs in the State Court.

Plaintiffs never prevailed in any of the legal proceedings they initiated that are part of the conspiracy. Apparently who ever plaintiffs dealt with in their legal proceedings, including the judges, now are alleged to be co-conspirators in this action and are named as defendants.

Resnick & Caffrey is a law firm that represented Nuno Neves and Natialia Paiva-Neves in one of the State Court actions filed by plaintiffs. That matter was dismissed by summary judgment and affirmed by the RI Supreme Court **Marcello v Neves, 912 A.2d 420 (2006)**. Now,

Resnick & Caffrey and their clients, Mr. & Mrs. Neves, along with the Judge who presided in the matter and a Supreme Court Clerk are accused of now being among the numerous co-conspirators in this action.

Plaintiffs have filed previously filed a confusing, groundless and absurd motion to disqualify Resnick & Caffrey from representing Mr. & Mrs. Neves in this action because the representation "would secure and protect the racketeering activity alleged in the complaint and be contrary to the 1970 Organized Crime Control Act", which was intended for the plaintiffs to act as private prosecutors dedicated to eliminating organized crime in this matter and eliminating the government burden of such prosecutions.

They have now purportedly filed a document entitled "Objection Motion to Strike" based on the same groundless reasons following their motion to disqualify. Plaintiffs have simply failed to assert any valid, recognizable, meritorious and credible facts or grounds to demonstrate a basis that Resnick & Caffrey should be disqualified from representing Mr. & Mrs. Neves or that any pleadings filed by these defendants be stricken. Plaintiffs basically have asserted that the reason for disqualification would be to stop the organized crime activity from continuing.

An actual conflict of interest that would compromise the quality of representation that Resnick & Caffrey would provide to their clients has not been demonstrated.

WHEREFORE defendants pray that plaintiffs' motion for disqualification be denied.

/s/ James Moretti

James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886
401-738-4500

**CERTIFICATION**

I hereby certify that on 5/15/07 a copy of the within was mailed to:

James Marcello
152 cross road
Stetson, ME 04488

Olivia Marcello
152 Cross road
Stetson, ME 04488

/s/ James Moretti

All other parties have been served electronically though the Court's ECF system.

/s/ James Moretti