UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

James C. Marcello and
Olivia A. Marcello

v. Case No. 07-cv-55-SM

State of Rhode Island, et al.

# ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge David L. Martin dated March 30, 2007, for the reasons set forth therein. Plaintiffs' Motion for Disqualification (document no. 7) is hereby denied as moot.

SO ORDERED.

May 14, 2007

Steven J. McAuliffe
Chief Judge
Sitting by Designation

cc: James C. Marcello, pro se
Olivia A. Marcello, pro se
Michael DeSisto, Esq.
Robert Smith, Esq.
Thomas Palombo, Esq.
Mark Dolan, Esq.
James Moretti, Esq.