# UNITED STATES DISTRICT COURT

District of

JAMES C. MARCELLO; OLIVIA A. MARCELLO

V.

STATE OF RHODE ISLAND, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 07 055ML

TO: (Name and address of Defendant)

ATTORNEY JEFFREY F. CAFFREY
RESNICK, CAFFREY & MORETTI
300 CENTERVILLE RD * SUITE.300
WARWICK, RI 02886
(401) 738-4500

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JAMES C. MARCELLO
152 CROSS RD.
STETSON, ME 04488
(207) 296-3433

an answer to the complaint which is served on you with this summons, within (21) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 2-8-07

(By) DEPUTY CLERK

## RETURN OF SERVICE

| ·ce of the Summons and complaint was made by me(1) | DATE |
|---|---|
| ·F SERVER *(PRINT)* | TITLE |

*·ck one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________

☐ Returned unexecuted: ____________

☐ Other (specify): ____________

## STATEMENT OF SERVICE FEES

| ·L | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________
Date

____________
*Signature of Server*

____________
*Address of Server*

·o who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

*State of Rhode Island* *Providence Plantations*

**RHODE ISLAND STATE SHERIFFS**

Varley Building #70, Howard Avenue, Cranston, RI 02920

---

# OUT OF STATE PROOF OF SERVICE

I, hereby certify that on the 4 day of May, 2007 at 1125 am/pm, I served a copy of a/an Sums upon the defendant Attny Jeffrey Caffrey, at 300 Centerville Road Warwick.

In the following manner:

✓ Personal service. Hands in possession to the defendant.

____ By leaving a copy at the defendant's usual place of residence with a person of suitable age and discretion;
Namely: ____________________

____ By serving the registered agent for service of process;
Name of agent: ____________________

____ By serving an officer of the business
Namely: ____________________

____ By tack on order or alternative service as ordered by the court to the defendants dwelling door.

[signature]
Deputy Sheriff

May 4, 07
Date

Subscribed and sworn to in Cranston, County of Providence
State of Rhode Island this 7 day of May A.D. 2007 before me.

[signature]
Notary Public,
My Commission Expires on:
6-16-09

FILED
2007 MAY 15 A 10:59
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND