UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, ET AL

Plaintiffs

vs. **CA NO: 07-055 ML**

STATE OF RHODE ISLAND, ET AL

Defendants

**REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR DISQUALIFICATION**

Plaintiffs, James C. Marcello and Olivia A. Marcello, respectfully submit this brief Reply Memorandum of Law in response to Defendants' Memorandum in Objection (Object. Memo.) to the Motion for Disqualification filed by Plaintiffs.

First, Defendants' Resnick, Caffrey, Moretti, and Nuno C. Neves, Natalia Paiva-Neves Objection Memorandum dated May 10, 2007 to Plaintiffs Motion for Disqualification dated April 23, 2007 is untimely made constituting a waiver of objection.

Second, not withstanding, the probity of all the lawyers of Resnick, Caffrey, Moretti conduct in the transaction of being charged in racketeering activity is in such serious question and directly tied with co-defendant Neves (see cmplt at III. Inden. of Lower Management A. RCM at vi. & ct :4 sub-ct :4) that the representation of said Neves, as desperately pursued by RCM, is merely in effect an interest of protecting themselves from both civil and criminal consequences in violation of Title 18 USC § 1962(b)+(c) of the Federal RICO Statute.

Therefore, for the reasons set forth herein and in the inital Motion and subsequent Objection to Motion to Strike dated May 4, 2007, Plaintiffs respectfully request that their Motion for Disqualification be granted; that the defendant lawyers of law firm Resnick, Caffrey & Moretti be disqualified form representing any and all other co-defendants in these proceedings by direct or indirect means; and that the court may grant such other and further relief as to the circumstance and justice may require.

Respectfully submitted,
PLAINTIFFS * IN PRO SE

/s/ James C. Marcello

/s/ Olivia A. Marcello

James & Olivia Marcello
152 Cross Rd
Stetson ME 04488

CERTIFICATION

I, the undersigned, hereby certify that I have mailed a conformed copy of the REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR DISQUALIFICATION, by regular mail, postage prepaid, on May 15, 2007, to the following:

Nuno & Natalia Paiva-Neves
557 Maple Avenue
Barrington RI 02806

James Moretti,esq
300 Centervill Rd #300W
Warwick RI 02886

Robert Smith,esq
155 S Main St
Providence RI 02903

Michael DeSisto,esq
211 Angell St
Providence RI 02906

Thomas Palombo,esq,AAG
150 S Main St
Providence RI 02903

Mark Dolan,esq
170 Westminster ST #900
Providence RI 02903

/s/ James C. Marcello