UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, et al

Plaintiffs

vs. **CA NO: 07-055 ML**

STATE OF RHODE ISLAND, et al

Defendants

**REPLY MEMORANDUM OF LAW IN SUPPORT OF APPLICATION TO COURT FOR ENTRY OF DEFAULT**

Plaintiffs, James C. Marcello and Olivia A. Marcello, hereby submit this brief Consolidated Reply Memorandum of Law in response to defendants: Memorandum in Objection (Object. Memo.) to the Application to Court for Entry of Default filed by Plaintiffs.

First, Magistrate Judge Martin's R&R 3/30/07 did not deny plaintiff motion for disqualification being moot, as defendants' attorney Smith argue. (Object. Memo. at 1-1) Attorney Smith's subsequent entry of appearance, in substitution of attorney Plunkett's withdrawal of appearance and answer, to plaintiffs' motion for disqualification of att Plunkett, does not preclude the court's first order of importance to rule on the question of default by non-appearance. And because of a collusive agreement of the recusals of two judges in this court preventing an order on the said R&R (see docket ## 2 + 26), it leaves defendants in a temporary state of euphoria.

Second, the obstruction of justice on April 6, 2007 at appox. 10:00 am preformed by defendant attorneys at the law firm of Kiernan, Plunkett & Redihan, instructing RI State Sheriff Deputy Alan P. Verdecchia # 81 who was engaged in service of process, not to serve the summons and complaints on them and also not to serve on defendant lawyers of Resnick, Caffrey &

Moretti and also not to serve on co-defendant Constable Alfred J. Harris as scheduled for service that day is not untrue and unsupported allegations, as defendants' attorney Smith argues. (Object. Memo. at 2-1). The defendants lawyers of KPR are merely showing that they are above the law and in fact they are themselves the State of Rhode Island, to the extent that no municipality or any other branch thereof can conduct it services, investigations, or any of it's functional provision against them (see cplt at ct: 5 subct: 1-7), in the absence of their approval. Because the complaints were in their presence that day the defendants should suffer the consequences of their action.

Third, and lastly, defendant Constable Alfred J. Harris did waive service of process, as defendant Harris argues. (Object. Memo. at 1-1, and Affidavit of A. Harris 4/25/07 at 1 ¶ 1 * a copy of both hereby annexed). The mere fact that defendant Harris sworn under oath that quote: "In February, 2007, I received from the Plaintiffs, James C. Marcello and Olivia A. Marcello ... a "Bill of Complaint" together with a request for my waiver of service" (see aff ¶ 1), is in law an admittance in fact acknowledging service of process constituting a waiver of service of process. A person cannot take two positions in a given matter or situtation that are inconsistent with one another without waiving the one See R.I.--Doane v. Simmons, 77 A. 775, 31 R.I. 530, 533; Dary v. Providence Police Ass'n, 62 A. 513, 515, 27 R.I. 377. Defendant Harris did so waive with the knowledge of the existence of the right, benefit, or advantage in question. Plaintiffs, hereby submit defenants Harris' Objection and Affidavit into the record for evidence of fact.

**Conclusion**

Therefore, for the reasons set forth herein and in the inital Application, Plaintiffs respectfully request that their Application to Court for Entry of Default be granted; that default and the same shall enter againstt defendants: Kiernan, Plunkett & Redihan, John A DeSano, Bernard P Healy, Arthur T. Marcello, Arthur T. Marcello,jr, Thomas Marcello, Albert Mastriano, and extent all attorneys of law firm KPR, and against co-defendants: Nuno C. Neves and Nataliza Paiva-Neves, and against co-defendant David Coleman, and against co-defendant Constable Alfred J. Harris; and that the court shall grant such other and further relief as justice may require.

Respectfully submitted,

PLAINTIFFS * IN PRO SE

/s/ James C. Marcello

/s/ Olivia A. Marcello
James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488
(207) 296 3433

CERTIFICATION

I, the undersigned, hereby certify that I have mailed a conformed copy of the REPLY MEMORANDUM OF LAW IN SUPPORT OF APPLICATION TO COURT FOR ENTRY OF DEFAULT, by regular mail, postage prepaid, on May 3, 2007, to counsels of record and parties indicated below:

Michael DeSisto,esq
211 Angell St
Providence RI 02906

James Moretti,esq
300 Centerville Rd #300W
Warwick RI 02886

Nuno & Natalia Paiva-Neves
557 Maple Avenue
Barrington RI 02806

Robert Smith,esq
155 S Main St
Providence RI 02903

Thomas Palombo,esq,AAG
150 S Main St
Providence RI 02903

Alfred J. Harris
287 Rand Street
Central Fall, RI 02863

/s/ James C. Marcello