UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, et al

Plaintiffs

Vs. CA NO: 07-055 ML

STATE OF RHODE ISLAND, et al

Defendants

**OBJECTION**

Now comes the purported defendant, ALFRED HARRIS, and objects to the application to the court for entry of default against him filed by Plaintiffs, JAMES C. MARCELLO and OLIVA MARCELLO. As grounds therefore, Defendant states that he never waived service of process and has never been served with a summons and complaint in accord with Rule 4 of the United States District Court Rules of Civil Procedure. In support of his objection, this Defendant submits his affidavit and memorandum of law.

The Defendant
ALFRED HARRIS pro se

P.O. Box 1107
Pawtucket, RI 02862
(401) 580-4808