UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, et al

Plaintiffs

Vs. CA NO: 07-055 ML

STATE OF RHODE ISLAND, et al

Defendants

## AFFIDAVIT

I, Alfred Harris, having been sworn do state:

1. In February, 2007, I received from the Plaintiffs, JAMES C. MARCELLO and OLIVA A. MARCELLO a package which contained a "Bill of Complaint" together with a request for my waiver of service.

2. I elected not to waive service of process and I did not sign any agreement to waive process upon me.

3. I never have been served with a summons and complaint or with any other process in accord with Rule 4 of the Rules of Civil Procedure of the United States District Courts.

4. I neither waived service of process nor have I been served with process.

[signature]
Alfred Harris

## NOTARIZATION CLAUSE

The above named person appeared before me, duly sworn and under oath on the 25th day of April, 2007 and executed the herein document.

[signature]
Expires: 5/13/08

2

# ATTACHMENTS

OBJECTION OF DEFENDANT ALFRED J. HARRIS

AFFIDAVIT OF DEFENDANT ALFRED J. HARRIS