UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, ET AL

Plaintiffs

vs. **CA NO: 07-055 SM**

STATE OF RHODE ISLAND, ET AL

Defendants

**MOTION TO COURT FOR DETERMINATION OF IT'S OWN JURISDICTION AND FOR DEFAULT JUDGMENT**

To His Honorable Chief Judge McAuliffe of the District Court for the District of New Hampshire.

Greetings:

Plaintiffs, James C. Marcello, Olivia A. Marcello, (collectively the "Marcellos" or "Plaintiffs"), respectfully move this Court, the US District Court of New Hampshire, for determination of it's own jurisdiction of this cause of action filed by said plaintiffs in the U.S. District Court of Rhode Island and assigns grounds as follows:

**I. Statement of Facts:**

1. On February 8, 2007, said plaintiffs have now filed a forth law suit, since their original suit filed in November of 2002, in the US District Court of Rhode Island against said defendants regarding numerous counts of Federal Rico violations.

2. On February 22, 2007, US DCRI Judge Mary Lisi (...recused [her]self from participation in the above-referenced matter.) (docket # 2).

3. On March 5, 2007, Defendant attorney Thomas A. Plunkett of the Defendant law firm Kiernan, Plunkett & Redihan, entered an unlawful appearance and answer on behalf of his co-defendants attorney John A. DeSano, attorney

Bernard P. Healy, Arthur T. Marcello, Arthur T. Marcello,jr, Thomas Marcello, and Albert Mastriano, and all the attorneys of law firm Kiernan, Plunkett & Redihan. (see docket # 4 & 5)

4. On March 13, 2007, US DCRI Judge Lisi, after disqualifying herself, made an order referring this case to a (non-adjoining state) District of New Hampshire for assigment to a judge in that District sitting by designation. (see docket # 31 - referral order)

5. On March 19, 2007, plaintiffs filed a Motion for Disqualification of said above defendant attorney Plunkett. (see docket # 7)

6. On March 22, 2007, defendant attorney Plunkett withdrawed his appearance and answer on behalf of co-defendants and waived his right to objection to the grounds sited by said plaintiffs in their disqualification motion. (see docket # 15)

7. On April 12, 2007, plaintiffs move for Motion for Default Judgment against said defendant attorney Plunkett and his represented co-defendants named in above ¶ 3.

8. On April 16, 2007, plaintiffs move for Application to the Court for Entry of Default Judgment against said defendant attorney Thomas A. Plunkett and his all his represented co-defendants as stated in ¶ 3.

9. On April 17, 2007, plaintiffs filed an Objection to Motion to Vacate the above said referral order issued by disqualified Judge Lisi on the grounds of it being void for lack of authority in the judge to issue and for further grounds that US District Court of New Hampshire is not an adjoining state. A copy of said objection motion to vacate is hereby annexed in (2) two page form at Addendum 1 & 2.

10. Subsequent to the filing of said plaintiffs motion for default judgment and application to court for entry of default judgment against said above named defendants, the court has not assigned the matter for hearing on proof of claim as requested by plaintiffs is said motion for default judgment.

11. On May 14, 2007, the Honorable Chief Judge Steven J. McAuliffe, issue an order indicating on it's face the said (Plaintiffs' Motion for Disqualification (document # 7) is hereby denied as moot). A copy of such is hereby annexed at Add :3.

**II. Argument and Law:**

1. To the extent that the US DCNH has acquired competent jurisdiction as a magistrate judge from a valid order of referral signed by US DCRI Judge lisi, 28 USC § 636(b)(1)(B) and (C) provides authority for review of default judgments.

2. To the extent that the US DCNH has acquired competent jurisdiction as a Chief Judge sitting by designation, as indicated on face of Judge McAuliffe order dated May 14, 2007 (see docket # 73), then Rule 55(b) of Fed. R. Civ. P. being invoked by said plaintiffs in their application to the court for entry of default judgment, is applicable.

3. To the extent that the order of referral is void, then the said Order of Judge McAuliffe dated May 14, 2007 and all the proceedings thereof, may be coram non juris and void.

**III. Conclusion**

Therefore, Plaintiffs respectfully request that this US DCNH may determine it's jurisdiction;

1. that to the extent that the court may find competent juridiction from a valid order of referral that this court may move further on the said plaintiffs motion for default judgment and application for entry thereof;

2. that to the extent that the court may find no jurisdiction in the assigned matter from a void order of referral that this court may remand the referral back to the US DCRI for proper adjoining state such as the US Court House, Massachusetts Federal District Court, One Court house Way - Suite # 2300, Boston, MA 02210;

3. and that the court may grant such other and further relief to the plaintiffs as to the circumstance and justice may require.

Respectfully submitted,

PLAINTIFFS * IN PRO SE

/s/ James C. Marcello

/s/ Olivia A. Marcello

James & Olivia Marcello
152 Cross Rd
Stetson ME 04488
207 296 3433

CERTIFICATION

I, the undersigned, hereby certify that I have mailed a conformed copy of the above by regular mail, postage prepaid, on the **18 day of MAY, 2007**, to counsels of record indicated below:

Robert Smith,esq
155 S Main St
Providence RI 02903

James Moretti,esq
300 Centerville Rd
Warwick RI 02886

Michael DeSisto,esq
211 Angell St
Providence RI 02906

Mark Dolan,esq
175 Westminster St
Providence RI 02903

Thomas Palombo,esq,aag
150 S Main St
Providence RI 02903

David DiMarzio, Clerk
US DISTRICT COURT OF RI
One Exchange Terrace
Providence RI 02903

Warren B. Rudmen US Courthouse
US DISTRICT COUR OF NH
55 Pleasant St * Rm. 110
Concord, NH 03301

/s/ James C. Marcello