UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, ET AL

Plaintiffs

vs. **CA NO: 07-055 ML**

STATE OF RHODE ISLAND, ET AL

Defendants

**MOTION TO FIX TIME FOR PAYMENT OF AMOUNT FOUND DUE BY U.S. DISTRICT JUDGE**

The Plaintiffs in the above entitled cause moves that a time be fixed in which the amount found ordered to be paid over to said plaintiffs by the U.S. District Court Magistrate Judge James R. Muirhead on May 7, 2007, a copy of docket text hereby annexed (non-receipt of order), against the Defendants: Nuno & Natalia Paiva-Neves, Chief John LaCross of Barrington PD, Probate Judge Marvin Homonoff, and David Coleman of Barrington Coleman Realty, granting [21] Motion to Collect the Costs of Service as to sheriff's fees only, or in default thereof, subject to the conditions of the court.

Wherefore, the Plaintiffs move that an order be entered fixing a time thereof, and any and all other relief as the circumstance and justice may require.

Respectfully submitted,

PLAINTIFFS* IN PRO SE

/s/ James C. Marcello

/s/ Olivia A. Marcello

James & Olivia Marcello
152 Cross Rd
Stetson ME 04488

CERTIFICATION

I, the undersigned hereby certify that I have mailed a conformed copy of the above by regular mail, postage prepaid, on May 16, 2007, to counsels of record: Michael DeSisto,esq, 211 Angell St, Providence RI 02906; Robert Smith,esq, 155 S Main St, Providence RI 02903; Mark Dolan,esq, 175 Westminister St, Providence RI 02903; and Thomas Palombo,esq,aag, 150 S Main St, Providence RI 02903. James Moretti,esq, 300 Centerville Rd, Warwick RI 02886.

/s/ James C. Marcello