## Orders on Motions

1:07-cv-00055 Marcello et al v. Constable Alfred Harris et al

**U.S. District Court**

**District of Rhode Island**

Notice of Electronic Filing

The following transaction was received from Jackson, Ryan entered on 5/8/2007 at 4:15 PM EDT and filed on 5/8/2007

**Case Name:** Marcello et al v. Constable Alfred Harris et al
**Case Number:** 1:07-cv-55
**Filer:**
**Document Number:**

**Docket Text:**
TEXT ORDER granting [21] Motion to Collect the Costs of Service as to sheriff's fees only. So Ordered by Magistrate Judge James R Muirhead on 5/7/07. (Jackson, Ryan)

The following document(s) are associated with this transaction:

**1:07-cv-55 Notice will be electronically mailed to:**

Michael A. DeSisto michael@desistolaw.com, mary@desistolaw.com

Mark P. Dolan ricedolan@ricedolan.com

Thomas A. Palombo tpalombo@riag.ri.gov, mdifonzo@riag.ri.gov; mike.grant@doc.ri.gov

Robert W. Smith rsmith@agglaw.com

**1:07-cv-55 Notice will be delivered by other means to:**

James C. Marcello
152 Cross Road
Stetson, ME 04488

Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

James Moretti
Resnick & Caffrey
300 Centerville Rod
#300 W
Warwick, RI 02886
jmoretti@resnickandcaffrey.com