UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, ET AL

Plaintiffs

vs. **CA NO: 07-055 ML**

STATE OF RHODE ISLAND, ET AL

Defendants

**MOTION TO COLLECT THE COSTS OF SERVICE**

Now come plaintiffs, James C. Marcello, Olivia A. Marcello, (Collectively the "Marcellos" or "Plaintiffs") and, pursuant to Rule 4(d)(5) of the Federal Rules of civil Procedure, hereby motions to the Court to issue an order against Defendants Attorney John A. DeSano and Attorney Jeffrey F. Caffrey, to pay over to said plaintiffs the costs incurred by said plaintiffs for service of process, resulting from failure of said Defendants to comply with a request to waive service of a summons.

Said failure of Defendants to comply with a request to waive service of a summons and ocmplaint resulting in fees and costs is set forth in the Affirmation & Exhibits 1-7 enclosed.

Therefore, Plaintiffs respectfully request that the Motion to Collect the Costs of Service be granted; that the court may issue an order against said defendants to pay the resulting fees and costs; and that the plaintiffs may have any and all other relief as to the circustance and justice may require.

Respectfully submitted,

PLAINTIFFS * IN PRO SE

/s/ James C. Marcello

/s/ Olivia A. Marcello

James & Olivia Marcello
152 Cross Rd
Stetson ME 04488

CERTIFICATION

I, the undersigned, hereby certify that I have mailed a conformed copy of the above by regular mail, postage prepaid,on the 16thday of May, 2007, to: Robert Smith,esq, 155 S Main St, Providence RI 02903; James Moretti,esq, 300 Centerville Rd, Warwick RI 02886; Mark Dolan,esq, 175 Westminster St, Providence RI 02903; Thomas Palombo,esq,aag, 150 S Main St, Providence RI 02903; and Michael DeSisto,esq, 211 Angell St, Providence RI 02906.

/s/ James C. Marcello