UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, ET AL

Plaintiffs

vs. **CA NO: 07-055 ML**

STATE OF RHODE ISLAND, ET AL

Defendants

**AFFIRMATION OF TRUTH**

The undersigned, upon affirmation of truth, deposes and says:

1. We, James C. Marcello and Olivia A. Marcello, are pro se Litigants, and we represent Plaintiffs in the above captioned action.

2. Plaintiffs submits this Affirmation in accordance with Rule 4(d)(5) of the Federal Rules of Civil Procedure, for failure of Defendants Attoney John A. DeSano and Attorney Jeffrey F. Caffrey to comply with a request to waive sercie of summons.

3. Our customary hourly rate for work such as work done in this matter is **$100.00** per hour.

4. From February 13, 2007 through May 16, 2007, we have spent **4.00** hours on the case alone on effecting service on the said defendants "DeSano" and "Caffrey".

5. We have spent a total of **4.00** hours on this case alone effecting service on the said above named defendants resulting in attorney fees totaling **$400.00**.

6. The said Plaintiffs Marcellos' costs subsequently incurred in effecting service under subdivisions (d), (f), or (h), of Rule 4(d)(5) is **$148.00**.

7. Defendants "DeSano" and "Caffrey" compounded as follows:

| PLT<br>D A T E | AMOUNT | FEES<br>HOURS | I T E M S | C O S T | SEE<br>EXIB | BAL*DUE |
|---|---|---|---|---|---|---|
| 02-13-2007 | 100.00 | 1.00 | wavi-cplt | | 1 | $100.00 |
| | | | 200p-cplt | $004.00 | | $004.00 |
| | | | 2 lg envs | $002.00 | | $002.00 |
| | | | P.1 | | | |
| | | | 2 postage | $008.40 | 2.2 | $008.40 |
| | | | 2 r stamp | $001.00 | | $001.00 |
| 04-02-2007 | 100.00 | 1.00 | 2 s+c out | | 3.1 | $100.00 |
| | | | 2 ser fee | $120.00 | 3.2 | $120.00 |
| | | | cert+weig | $005.00½ | 3.2 | $005.00 |
| | | | 200p cplt | $004.00 | | $004.00 |
| | | | 1 lg env | $001.00 | | $001.00 |
| 04-10-2007pm | | | 2 s+c ret | | 4 | |
| 04-24-2007re | | | received | | | |
| 05-01-2007 | 050.00 | .50 | 2 s+c out | | 5 | $050.00 |
| 05-04-2007 | | | served | | 6 | |
| 05-11-2007 | 050.00 | .50 | to court | | 7 | $050.00 |
| 05-16-2007 | 100.00 | 1.00 | m col/aff/ex | | | $100.00 |
| 05-1602007 | | | 6 stps & en | $003.00 | | $003.00 |
| **TOTAL** | **400.00** | **4.00** | **+** | **$148.00** | **=** | **$548.00** |

8. Plaintiffs resulting attorney fees of **$400.00** and costs subsequently incurred in effecting service under subdivision (e), (f), or (h) of Rule 4(d)(5) of **$148.00** totals **$548.00**.

Subscribed to by Affirmation of Truth on this **16th day of May, 2007,** and under the penalties of perjury.

Respectfully submitted,

PLAINTIFFS * IN PRO SE

/s/ James C. Marcello

/s/ Olivia A. Marcello
James & Olivia Marcello
152 Cross Rd
Stetson ME 04488

CERTIFICATION

I, the undersigned, hereby certify that I have mailed a conformed copy of the above by regular mail, postage prepaid,on the **16th day of May**, 2007, to counsels of record indicated below:

Robert Smith,esq, 155 S Main St, Providence RI 02903;

James Moretti,esq, 300 Centerville Rd, Warwick RI 02886;

Mark Dolan,esq, 175 Westminster St, Providence RI 02903;

Thomas Palombo,esq,aag, 150 S Main St, Providence RI 02903;

Michael DeSisto,esq, 211 Angell St, Providence RI 02906.

/s/ James C. Marcello