51

PA-4107

RC-4247

**Rhode Island State Sheriff's Department**
Varley Building #70
Howard Avenue, Cranston, RI 02920
Office 462-3649 Fax 462-3636
CIVIL DIVISION

April 9, 2007

TO: MR. JAMES C MARCELLO

THESE ARE THE SUMMONS & COMPLAINT WE COULD'NT SERVE. WE NEED AN ORIGINAL SUMMON W/ EACH ATTORNEYS NAME AND A COPY OF THE COMPLAINT FOR EACH DEFENDANT YOU WANT US TO SERVE. WE HAVE THE $120.00 DOLLARS YOU SEND FORTHIS 2 SERVICES.

IF THERE IS MORE ATTORNEYS WE WILL NEED ADDITIONAL $60.00 FOR EACH SERVICE W/ ORIGINAL SUMMONS AND A COPY OF THE COMPLAINT.

THANK YOU

CARMEN ROSARIO
ADMINISTRATIVE AIDE

4