James C Marcello
152 Cross Rd
Stetson, ME 04488
(207) 296-3433

May 1, 2007

RI STATE SHERIFF
C/O Carmen Rosario, Admin.A.
Farley Building # 70
Howard Avenue
Cranston, RI 02920
(401) 462-3648/3649

RE: MARCELLO, ET AL V RHODE ISLAND, ET AL
DCRI * CA NO: 07-055 ML

Dear Carmen,

Enclosed for service is:

MONEY ORDER ($60.00) PAYABLE TO: RI STATE SHERIFF
(3) DEFENDANTS / ORIG + COPY SUMS / COMPLAINTS

($120.00) IS ON ACCOUNT * SEE ATTACHED LETTER FROM CARMEN ROSARIO, AA, DATED APRIL 9, 2007

SERVICE ADDRESS & PERSONS AS FOLLOWS:

(1)
CONSTABLE ALFRED J. HARRIS
287 RAND STREET
CENTRAL FALLS, RI 02863

(2)
ATTORNEY JOHN A. [illegible]
KIERNAN, PLUNKETT & REDIHAN
31 FRIENDSHIP STREET
PROVIDENCE, RI 02903

(3)
ATTORNEY JEFFREY F. CAFFREY
RESNICK, CAFFREY & MORETTI
300 CENTERVILLE RD * #300W
WARWICK, RI 02886

Questions or concerns feel free to contact me at the above return address or phone.

Sincerely yours,

/s/ James C. Marcello