James C Marcello
152 Cross Rd
Stetson ME 04438
207 296 3433

May 11, 2007

David DiMarzio, Clerk
US DISTRICT COURT OF RI
One Exchange Terrace
Providence RI 02903

Re: Marcello, et al v. Rhode Island, et al
CA No: 07-055 ML

Dear Mr. DiMarzio,

Enclosed for filing is:

PROOF OF SERVICE SUMMONS AND COMPLAINT ON DEFENDANTS:

1. ATTORNEY JOHN A. DESANO ON: MAY 4, 2007
WITH ATTACHED OUT OF STATE PROOF OF SERVICE

2. ATTORNEY JEFFREY F. CAFFREY ON: MAY 4, 2007
WITH ATTACHED OUT OF STATE PROOF OF SERVICE

Thank you for your assistance in this matter.

Sincerely yours,

/s/ James C. Marcello