**IN THE UNITED STATES OF AMERICA**
**FOR THE DISTRICT OF RHODE ISLAND**

**JAMES MARCELLO**

**V** **CA No. 07-055 ML**

**STATE OF RHODE ISLAND, et al**

**JEFFREY CAFFREY AND RESNICK & CAFFREY'S**
**OBJECTION TO PLAINTIFF'S MOTION**
**TO COLLECT COSTS OF SERVICE**

Now comes defendants Jeffrey Caffrey and Resnick & Caffrey and with good cause, hereby object to plaintiffs' motion to collect the costs of service. In support of this objection, defendants rely on their memorandum of law.

/s/ James Moretti

James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886
738-4500

**CERTIFICATION**

I hereby certify that on I mailed a copy of the within to James Marcello, 152 Cross Road, Stetson, ME 04488 and Olivia Marcello, 152 Stetson, ME 04488.

All other parties were served electronically via the court's ECF system.

/s/ James Moretti

**IN THE UNITED STATES OF AMERICA**
**FOR THE DISTRICT OF RHODE ISLAND**

**JAMES MARCELLO, et al**

**V** **CA No. 07-055 ML**

**STATE OF RHODE ISLAND, et al**

**JEEFREY CAFFREY'S AND RESNICK & CAFFREY'S MEMORANDUM OF LAW IN SUPPORT OF THEIR OBJECTION TO PLANITFFS' MOTION TO COLLECT COSTS OF SERVICE**

**Facts/Argument**

Plaintiffs seek to collect the costs of service and "attorney fees" for the service of a summons and complaint on Jeffrey Caffrey, Esq. on May 4, 2007. The motion is based on defendants' previous denial of a request made by plaintiffs' for waiver of service of summons made by plaintiffs and dated February 13, 2004 (Ex. A).

Plaintiffs' motion should be denied. There was good cause not to accept the request for waiver of the service of summons because it was incorrect. **F.R.C.P. 4 (d)(2).** The request for the waiver was purportedly made upon "All Attorneys of Resnick Caffrey & Moretti". Service could not have been properly effectuated by that means.

Plaintiffs' also seek to recover "attorney fees" in their motion. The motion is improper because:

A) Plaintiffs' are proceeding pro se and have not incurred attorney fees;

B) F.R.C.P. 4 (d) (2) only pertains to costs;

C) This court has ruled on a similar motion and issued an order on 5/8/07.

**Conclusion**

For the above reasons, plaintiffs' motion to collect costs for service should be denied.

/s/ James Moretti
James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886
738-4500

**CERTIFICATION**

I hereby certify that on I mailed a copy of the within to James Marcello, 152 Cross Road, Stetson, ME 04488 and Olivia Marcello, 152 Cross Road, Stetson, ME 04488.

All other parties were served electronically via the court's ECF system.

/s/ James Moretti