**IN THE UNTIED STATES OF AMERICA**
**FOR THE DISTRICT OF RHODE ISLAND**

**JAMES MARCELLO**

**V** **CA No. 07-055 ML**

**STATE OF RHODE ISLAND, et al**

**CERTIFICATION**

I hereby certify that on May 24, 2007, I mailed a copy of Jeffrey Caffrey's and Resnick and Caffrey's Objection to Plaintiff's Motion to Collect Cost, with Supporting Memorandum along with a copy of this Certification to James Marcello, 152 Cross Road, Stetson, ME 04488 and Olivia Marcello, 152 Cross Road, Stetson, ME 04488.

All other parties received a copy of the within document electronically through the court's ECF system.

/s/ James Moretti