**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JAMES C. MARCELLO AND**
**OLIVIA A. MARCELLO**

**V.** **C.A. NO. 07-055 ML**

**STATE OF RHODE ISLAND, ET AL.**

**OBJECTION TO MOTION FOR COSTS OF SERVICE**

Now comes Defendant, State of Rhode Island, ("State" or "Defendant") and, pursuant to Fed. R. Civ. P. Rule 4(d)(2) hereby objects to the Plaintiffs' motion to collect the costs of service of the Summons and Complaint on the State in this action. In support hereof, Defendant State submits the accompanying Memorandum of Law.

WHEREFORE, Defendant State respectfully requests that the Plaintiffs' motion to collect costs of service be denied.

DEFENDANT
By its Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Thomas A. Palombo*

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995

## CERTIFICATION

I, the undersigned, hereby certify that the within Motion was electronically filed with the USDC ECF system on this 31st day of May, 2007 and that I caused a copy to be electronically sent to:

**Robert W. Smith, Esquire**
rsmith@agglaw.com

**Mark P. Dolan, Esquire**
ricedolan@ricedolan.com

**Michael A. DeSisto**
michael@desistolaw.com mary@desistolaw.com

/s/ Thomas A. Palombo

## CERTIFICATION

I hereby certify that I mailed a true copy of the within Motion and Memorandum on this 31st day of May, 2007 by first class mail, postage prepaid to:

**James C. Marcello and Olivia A. Marcello, pro se**
152 Cross Road
Stetson, ME 04488

**James Moretti**
Resnick & Caffrey
300 Centerville Road, #300 W
Warwick, RI 02886

*/s/ Thomas A. Palombo*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JAMES C. MARCELLO AND**
**OLIVIA A. MARCELLO**

**V.** **C.A. NO. 07-055 ML**

**STATE OF RHODE ISLAND, ET AL.**

**MEMORANDUM IN SUPPORT OF DEFENDANT'S OBJECTION TO PLAINTIFFS' MOTION FOR COSTS OF SERVICE**

This Memorandum of Law supports the Objection filed by Defendant, State of Rhode Island ("State" or "Defendant"), pursuant to Rule 4(d)(2) of the Federal Rules of Civil Procedure to the Motion for Costs of Service filed by Plaintiffs, the Marcellos. For the reasons set forth herein, Defendant State respectfully requests that the Plaintiffs' Motion be denied.

The Plaintiffs filed a Complaint against the State of Rhode Island and others on February 8, 2007. (Docket #1). On February 13, 2007 the Plaintiffs mailed the State a "Waiver of Service of Summons" form, informing the State that yet another lawsuit had been initiated against them and requested that the State waive its right to service in accordance with the Rules of Civil Procedure. (Plaintiffs' Motion, Exhibit 1). The State did not respond to the Plaintiffs' request. The Deputy Sheriff served the State with a Summons and Complaint on April 6, 2007. (Plaintiffs' Motion, Exhibit 4.2). The Plaintiffs now move to collect their alleged costs of service of the Summons and Complaint against the State and their alleged "attorney's fees."

Respectfully, the State is expressly exempt from the obligation to avoid unnecessary costs of serving the summons pursuant to Rule 4 of the Federal Rules of

Civil Procedure. Rule 4(d)(2) identifies the entities obligated to avoid the unnecessary costs of serving the summons. Rule 4 (d)(2) states in pertinent part, "[a]n individual, corporation, or association that is subject to service under subdivision (e), (f), or (h) and that receives notice of an action in the manner provided in this paragraph has a duty to avoid unnecessary costs of serving the summons. To avoid costs, the plaintiff may notify such a defendant of the commencement of the action and request that the defendant waive service of a summons." Fed.R.Civ.P. Rule 4(d)(2). State governments are not included with this provision, since they are subject to the provisions of Fed.R.Civ.P. Rule 4 (j).

The Marcello Plaintiffs should be well aware that the State is not subject to Rule 4(d), given that their efforts to collect the costs of service in Marcello v. State of Maine, et al., No. CV 06-68-B-W, were addressed by District Judge Woodcock of the United States District Court for the District of Maine in his Order dated October 19, 2006. Marcello v. Maine, 238 F.R.D. 113, 66 Fed.R.Serv.3d 566 (D.Me. 2006). In Footnote 1, noting that defendants Third District Court and the State of Maine had executed and filed a waiver in the case, Judge Woodcock stated, "… they are not included in the Plaintiffs' motion and would not be subject to Rule 4(d) in any event. *See* Fed.R.Civ.P. Rule 4(d)(2), (j)." Marcello v. Maine at 115.

The only entities obligated to avoid the unnecessary costs of service are those identified in Rule 4, subdivisions (e) individuals within a judicial district of the United States; (f) individuals in a foreign country; and (h) corporations and associations. The duty to avoid unnecessary costs does not apply to defendants subject to service pursuant to subdivision (j). Fed.R.Civ.P. Rule 4(j). Rule 4(j) addresses service upon foreign, state or local governments. Clearly, the State of Rhode Island, which is subject to service

pursuant to Rule 4(j), is exempt from the Federal Rules of Civil Procedure Rule 4(d)(2) obligation to waive service of a summons to avoid unnecessary costs.

The advisory committee's note explains that the Rule exempts the United States, as well as other governments and entities subject to service under subdivision (j), "for the reason that its mail receiving facilities are inadequate to assure that the notice is actually received by the correct person…" Fed.R.Civ.P. Rule 4, advisory committee's note (1993). Again, respectfully, the State has no knowledge, information or understanding as to why it is once again a named Defendant in a Federal Civil Action brought by the Marcellos.

WHEREFORE, Defendant State respectfully requests that the Plaintiffs' Motion to Collect the Costs of Service be denied, and such other and further relief as justice may require.

Respectfully submitted,

DEFENDANT
By its Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Thomas A. Palombo*

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that the within Motion was electronically filed with the USDC ECF system on this 31st day of May, 2007 and that I caused a copy to be electronically sent to:

**Robert W. Smith, Esquire**
rsmith@agglaw.com

**Mark P. Dolan, Esquire**
ricedolan@ricedolan.com

**Michael A. DeSisto**
michael@desistolaw.com mary@desistolaw.com

/s/ Thomas A. Palombo

______________________________

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within Motion and Memorandum on this 31st day of May, 2007 by first class mail, postage prepaid to:

**James C. Marcello and Olivia A. Marcello, pro se**
152 Cross Road
Stetson, ME 04488

**James Moretti**
Resnick & Caffrey
300 Centerville Road, #300 W
Warwick, RI 02886

*/s/ Thomas A. Palombo*

______________________________

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JAMES C. MARCELLO AND**
**OLIVIA A. MARCELLO**

**V.** **C.A. NO. 07-055 ML**

**STATE OF RHODE ISLAND, ET AL.**

**<u>OBJECTION TO MOTION FOR COSTS OF SERVICE</u>**

Now comes Defendant, State of Rhode Island, ("State" or "Defendant") and, pursuant to Fed. R. Civ. P. Rule 4(d)(2) hereby objects to the Plaintiffs' motion to collect the costs of service of the Summons and Complaint on the State in this action. In support hereof, Defendant State submits the accompanying Memorandum of Law.

WHEREFORE, Defendant State respectfully requests that the Plaintiffs' motion to collect costs of service be denied.

DEFENDANT
By its Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Thomas A. Palombo*

______________________________
Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that the within Motion was electronically filed with the USDC ECF system on this 31st day of May, 2007 and that I caused a copy to be electronically sent to:

**Robert W. Smith, Esquire**
rsmith@agglaw.com

**Mark P. Dolan, Esquire**
ricedolan@ricedolan.com

**Michael A. DeSisto**
michael@desistolaw.com mary@desistolaw.com

/s/ Thomas A. Palombo

______________________

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within Motion and Memorandum on this 31[st] day of May, 2007 by first class mail, postage prepaid to:

**James C. Marcello and Olivia A. Marcello, pro se**
152 Cross Road
Stetson, ME 04488

**James Moretti**
Resnick & Caffrey
300 Centerville Road, #300 W
Warwick, RI 02886

*/s/ Thomas A. Palombo*

______________________

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JAMES C. MARCELLO AND**
**OLIVIA A. MARCELLO**

**V. C.A. NO. 07-055 ML**

**STATE OF RHODE ISLAND, ET AL.**

**MEMORANDUM IN SUPPORT OF DEFENDANT'S OBJECTION TO PLAINTIFFS' MOTION FOR COSTS OF SERVICE**

This Memorandum of Law supports the Objection filed by Defendant, State of Rhode Island ("State" or "Defendant"), pursuant to Rule 4(d)(2) of the Federal Rules of Civil Procedure to the Motion for Costs of Service filed by Plaintiffs, the Marcellos. For the reasons set forth herein, Defendant State respectfully requests that the Plaintiffs' Motion be denied.

The Plaintiffs filed a Complaint against the State of Rhode Island and others on February 8, 2007. (Docket #1). On February 13, 2007 the Plaintiffs mailed the State a "Waiver of Service of Summons" form, informing the State that yet another lawsuit had been initiated against them and requested that the State waive its right to service in accordance with the Rules of Civil Procedure. (Plaintiffs' Motion, Exhibit 1). The State did not respond to the Plaintiffs' request. The Deputy Sheriff served the State with a Summons and Complaint on April 6, 2007. (Plaintiffs' Motion, Exhibit 4.2). The Plaintiffs now move to collect their alleged costs of service of the Summons and Complaint against the State and their alleged "attorney's fees."

Respectfully, the State is expressly exempt from the obligation to avoid unnecessary costs of serving the summons pursuant to Rule 4 of the Federal Rules of

Civil Procedure. Rule 4(d)(2) identifies the entities obligated to avoid the unnecessary costs of serving the summons. Rule 4 (d)(2) states in pertinent part, "[a]n individual, corporation, or association that is subject to service under subdivision (e), (f), or (h) and that receives notice of an action in the manner provided in this paragraph has a duty to avoid unnecessary costs of serving the summons. To avoid costs, the plaintiff may notify such a defendant of the commencement of the action and request that the defendant waive service of a summons." Fed.R.Civ.P. Rule 4(d)(2). State governments are not included with this provision, since they are subject to the provisions of Fed.R.Civ.P. Rule 4 (j).

The Marcello Plaintiffs should be well aware that the State is not subject to Rule 4(d), given that their efforts to collect the costs of service in Marcello v. State of Maine, et al., No. CV 06-68-B-W, were addressed by District Judge Woodcock of the United States District Court for the District of Maine in his Order dated October 19, 2006. Marcello v. Maine, 238 F.R.D. 113, 66 Fed.R.Serv.3d 566 (D.Me. 2006). In Footnote 1, noting that defendants Third District Court and the State of Maine had executed and filed a waiver in the case, Judge Woodcock stated, "… they are not included in the Plaintiffs' motion and would not be subject to Rule 4(d) in any event. *See* Fed.R.Civ.P. Rule 4(d)(2), (j)." Marcello v. Maine at 115.

The only entities obligated to avoid the unnecessary costs of service are those identified in Rule 4, subdivisions (e) individuals within a judicial district of the United States; (f) individuals in a foreign country; and (h) corporations and associations. The duty to avoid unnecessary costs does not apply to defendants subject to service pursuant to subdivision (j). Fed.R.Civ.P. Rule 4(j). Rule 4(j) addresses service upon foreign, state or local governments. Clearly, the State of Rhode Island, which is subject to service

pursuant to Rule 4(j), is exempt from the Federal Rules of Civil Procedure Rule 4(d)(2) obligation to waive service of a summons to avoid unnecessary costs.

The advisory committee's note explains that the Rule exempts the United States, as well as other governments and entities subject to service under subdivision (j), "for the reason that its mail receiving facilities are inadequate to assure that the notice is actually received by the correct person…" Fed.R.Civ.P. Rule 4, advisory committee's note (1993). Again, respectfully, the State has no knowledge, information or understanding as to why it is once again a named Defendant in a Federal Civil Action brought by the Marcellos.

WHEREFORE, Defendant State respectfully requests that the Plaintiffs' Motion to Collect the Costs of Service be denied, and such other and further relief as justice may require.

Respectfully submitted,

DEFENDANT
By its Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Thomas A. Palombo*
______________________________

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that the within Motion was electronically filed with the USDC ECF system on this 31st day of May, 2007 and that I caused a copy to be electronically sent to:

**Robert W. Smith, Esquire**
rsmith@agglaw.com

**Mark P. Dolan, Esquire**
ricedolan@ricedolan.com

**Michael A. DeSisto**
michael@desistolaw.com mary@desistolaw.com

/s/ Thomas A. Palombo
______________________________

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within Motion and Memorandum on this 31st day of May, 2007 by first class mail, postage prepaid to:

**James C. Marcello and Olivia A. Marcello, pro se**
152 Cross Road
Stetson, ME 04488

**James Moretti**
Resnick & Caffrey
300 Centerville Road, #300 W
Warwick, RI 02886

*/s/ Thomas A. Palombo*
______________________________

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JAMES C. MARCELLO AND**
**OLIVIA A. MARCELLO**

**V.** **C.A. NO. 07-055 ML**

**STATE OF RHODE ISLAND, ET AL.**

**OBJECTION TO MOTION FOR COSTS OF SERVICE**

Now comes Defendant, State of Rhode Island, ("State" or "Defendant") and, pursuant to Fed. R. Civ. P. Rule 4(d)(2) hereby objects to the Plaintiffs' motion to collect the costs of service of the Summons and Complaint on the State in this action. In support hereof, Defendant State submits the accompanying Memorandum of Law.

WHEREFORE, Defendant State respectfully requests that the Plaintiffs' motion to collect costs of service be denied.

DEFENDANT
By its Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Thomas A. Palombo*

______________________________
Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that the within Motion was electronically filed with the USDC ECF system on this 31st day of May, 2007 and that I caused a copy to be electronically sent to:

**Robert W. Smith, Esquire**
rsmith@agglaw.com

**Mark P. Dolan, Esquire**
ricedolan@ricedolan.com

**Michael A. DeSisto**
michael@desistolaw.com mary@desistolaw.com

/s/ Thomas A. Palombo

______________________________

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within Motion and Memorandum on this 31st day of May, 2007 by first class mail, postage prepaid to:

**James C. Marcello and Olivia A. Marcello, pro se**
152 Cross Road
Stetson, ME 04488

**James Moretti**
Resnick & Caffrey
300 Centerville Road, #300 W
Warwick, RI 02886

*/s/ Thomas A. Palombo*

______________________________

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JAMES C. MARCELLO AND**
**OLIVIA A. MARCELLO**

**V. C.A. NO. 07-055 ML**

**STATE OF RHODE ISLAND, ET AL.**

**MEMORANDUM IN SUPPORT OF DEFENDANT'S OBJECTION TO PLAINTIFFS' MOTION FOR COSTS OF SERVICE**

This Memorandum of Law supports the Objection filed by Defendant, State of Rhode Island ("State" or "Defendant"), pursuant to Rule 4(d)(2) of the Federal Rules of Civil Procedure to the Motion for Costs of Service filed by Plaintiffs, the Marcellos. For the reasons set forth herein, Defendant State respectfully requests that the Plaintiffs' Motion be denied.

The Plaintiffs filed a Complaint against the State of Rhode Island and others on February 8, 2007. (Docket #1). On February 13, 2007 the Plaintiffs mailed the State a "Waiver of Service of Summons" form, informing the State that yet another lawsuit had been initiated against them and requested that the State waive its right to service in accordance with the Rules of Civil Procedure. (Plaintiffs' Motion, Exhibit 1). The State did not respond to the Plaintiffs' request. The Deputy Sheriff served the State with a Summons and Complaint on April 6, 2007. (Plaintiffs' Motion, Exhibit 4.2). The Plaintiffs now move to collect their alleged costs of service of the Summons and Complaint against the State and their alleged "attorney's fees."

Respectfully, the State is expressly exempt from the obligation to avoid unnecessary costs of serving the summons pursuant to Rule 4 of the Federal Rules of

Civil Procedure. Rule 4(d)(2) identifies the entities obligated to avoid the unnecessary costs of serving the summons. Rule 4 (d)(2) states in pertinent part, "[a]n individual, corporation, or association that is subject to service under subdivision (e), (f), or (h) and that receives notice of an action in the manner provided in this paragraph has a duty to avoid unnecessary costs of serving the summons. To avoid costs, the plaintiff may notify such a defendant of the commencement of the action and request that the defendant waive service of a summons." Fed.R.Civ.P. Rule 4(d)(2). State governments are not included with this provision, since they are subject to the provisions of Fed.R.Civ.P. Rule 4 (j).

The Marcello Plaintiffs should be well aware that the State is not subject to Rule 4(d), given that their efforts to collect the costs of service in Marcello v. State of Maine, et al., No. CV 06-68-B-W, were addressed by District Judge Woodcock of the United States District Court for the District of Maine in his Order dated October 19, 2006. Marcello v. Maine, 238 F.R.D. 113, 66 Fed.R.Serv.3d 566 (D.Me. 2006). In Footnote 1, noting that defendants Third District Court and the State of Maine had executed and filed a waiver in the case, Judge Woodcock stated, "… they are not included in the Plaintiffs' motion and would not be subject to Rule 4(d) in any event. *See* Fed.R.Civ.P. Rule 4(d)(2), (j)." Marcello v. Maine at 115.

The only entities obligated to avoid the unnecessary costs of service are those identified in Rule 4, subdivisions (e) individuals within a judicial district of the United States; (f) individuals in a foreign country; and (h) corporations and associations. The duty to avoid unnecessary costs does not apply to defendants subject to service pursuant to subdivision (j). Fed.R.Civ.P. Rule 4(j). Rule 4(j) addresses service upon foreign, state or local governments. Clearly, the State of Rhode Island, which is subject to service

pursuant to Rule 4(j), is exempt from the Federal Rules of Civil Procedure Rule 4(d)(2) obligation to waive service of a summons to avoid unnecessary costs.

The advisory committee's note explains that the Rule exempts the United States, as well as other governments and entities subject to service under subdivision (j), "for the reason that its mail receiving facilities are inadequate to assure that the notice is actually received by the correct person…" Fed.R.Civ.P. Rule 4, advisory committee's note (1993). Again, respectfully, the State has no knowledge, information or understanding as to why it is once again a named Defendant in a Federal Civil Action brought by the Marcellos.

WHEREFORE, Defendant State respectfully requests that the Plaintiffs' Motion to Collect the Costs of Service be denied, and such other and further relief as justice may require.

Respectfully submitted,

DEFENDANT
By its Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Thomas A. Palombo*

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that the within Motion was electronically filed with the USDC ECF system on this 31st day of May, 2007 and that I caused a copy to be electronically sent to:

**Robert W. Smith, Esquire**
rsmith@agglaw.com

**Mark P. Dolan, Esquire**
ricedolan@ricedolan.com

**Michael A. DeSisto**
michael@desistolaw.com mary@desistolaw.com

/s/ Thomas A. Palombo

______________________________

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within Motion and Memorandum on this 31st day of May, 2007 by first class mail, postage prepaid to:

**James C. Marcello and Olivia A. Marcello, pro se**
152 Cross Road
Stetson, ME 04488

**James Moretti**
Resnick & Caffrey
300 Centerville Road, #300 W
Warwick, RI 02886

*/s/ Thomas A. Palombo*

______________________________