UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, ET AL

Plaintiffs

vs. **CA NO: 07-055 ML**

STATE OF RHODE ISLAND, ET AL

Defendants

**MOTION TO COLLECT THE COSTS OF SERVICE**

Now come Plaintiffs, James C. Marcello, Olivia A. Marcello, (Collectively the "Marcellos" or "Plaintiffs") and, pursuant to Rule 4(d)(5) of the Federal Rules of Civil Procedure, hereby motions to the Court to issue an order against Defendant(s): 1) **Constable Alfred J. Harris** ; 2) ________________ ; 3) ________________ ; 4) ________________ ; to pay over to said plaintiffs the costs incurred by said plaintiffs for service of process, resulting from failure of said Defendant(s) to comply with a request to waive service of a summons.

Said failure of Defendant(s) to comply with a request to waive service of a summons and complaint resulting in fees and costs is set forth in the Affirmation & Exhibits 1-7 enclosed.

**Therefore**, Plaintiffs respectfully request that the Motion to Collect the Costs of Service be granted; that the court may issue an order against said defendant(s) to pay the resulting fees and costs; and that the plaintiffs may have any and all other relief as to the circumstance and justice may require.

Respectfully submitted,

PLAINTIFFS * IN PRO SE

JAMES C. MARCELLO
OLIVIA A. MARCELLO

/s/ James C. Marcello

/s/ Olivia A. Marcello

James & Olivia Marcello
152 Cross Rd
Stetson ME 04488
(207) 296-3433

**CERTIFICATION**

I, the undersigned, hereby certify that I have mailed a conformed copy of the following:

1. **MOTION TO COLLECT THE COSTS OF SERVICE**
2. 
3. 
4. 
5. 

by regular U.S. Mail, postage prepaid, on the **21st day of May**, **2007**, to counsels of record and parties as indicated below:

Michael DeSisto,esq.
211 Angell St
Providence RI 02906

Robert Smith,esq.
155 S Main St
Providence RI 02903

Thomas Palombo,esq.aag,
150 S Main St
Providence RI 02903

Mark Dolan,esq.
175 Westminister St
Providence RI 02903

James Moretti,esq.
300 Centerville Rd
Warwick RI 02886

Constable Alfred Harris
287 Rand St
Central Falls RI 02863

/s/ James C. Marcello