UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES C. MARCELLO<br>OLIVIA A. MARCELLO | : | |
| VS. | : | C.A. NO. 07-055 ML |
| STATE OF RHODE ISLAND, ET AL | : | |

OBJECTION OF THE DEFENDANT, JOHN A. DESANO,
TO PLAINTIFFS' MOTION TO COLLECT THE COSTS OF SERVICE

Now comes the defendant, John A. DeSano, and, pursuant to Federal Rules of Civil Procedure Rule 4(d)(5), hereby objects to the plaintiffs' motion to collect the costs of service of the summons and complaint, allegedly made on John A. DeSano, as more particularly set forth in the accompanying memorandum of law.

Defendant, John A. DeSano
By his Attorney,

s/ Robert W. Smith

Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
401-751-1500
FAX: 401-751-4124
e-mail: rsmith@agglaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on June 1, 2007; that it is available for viewing and downloading from the ECF system, and that counsel of record listed below will receive notice via the ECF system:

Michael A. DeSisto
michael@desistolaw.com

Mark P. Dolan, Esquire
ricedolan@ricedolan.com

Thomas A. Palombo, Esquire
tpalombo@riag.ri.gov

Notice by other means will be sent to:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

James Moretti, Esquire
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, Rhode Island 02886

Alfred Harris pro se
P.O. Box 1107
Pawtucket, Rhode Island 02862

s/Robert W. Smith

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO :
OLIVIA A. MARCELLO

VS. : C.A. NO. 07-055 ML

STATE OF RHODE ISLAND, ET AL :

MEMORANDUM IN SUPPORT OF DEFENDANT, JOHN A. DESANO'S, OBJECTION TO PLAINTIFFS' MOTION TO THE COLLECT COSTS OF SERVICE

Plaintiffs have filed a motion to collect the costs of service and have attached what is captioned "Affirmation of Truth" listing a customarily hourly rate that the plaintiffs claim to charge and which includes alleged expenses made to serve defendants, John A. DeSano and Jeffrey F. Caffrey. Plaintiffs' motion does not break down the costs involved in the alleged service of each defendant but lumps the two together and adds attorneys' fees. Plaintiffs claim that their motion stems from costs incurred for service of process resulting from failure of defendant, John A. DeSano, to comply with the request to waive service of a summons. Plaintiffs' request for waiver of service of summons was never properly made. Therefore, there was good cause not to accept plaintiffs' request for waiver of service of summons. Plaintiffs' motion should be denied.

Plaintiffs also seek to recover attorneys' fees in their motion. Plaintiffs have filed this action pro se and have not incurred attorneys' fees. Federal Rule of Civil Procedure 4(d)(5) only pertains to the recovery of costs.

Accordingly, plaintiffs' motion to collect costs of service should be summarily denied.

Defendant, John A. DeSano
By his Attorney,

s/ Robert W. Smith
Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
401-751-1500
FAX: 401-751-4124
e-mail: rsmith@agglaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on June 1, 2007; that it is available for viewing and downloading from the ECF system, and that counsel of record listed below will receive notice via the ECF system:

Michael A. DeSisto
michael@desistolaw.com

Mark P. Dolan, Esquire
ricedolan@ricedolan.com

Thomas A. Palombo, Esquire
tpalombo@riag.ri.gov

Notice by other means will be sent to:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

James Moretti, Esquire
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, Rhode Island 02886

Alfred Harris pro se
P.O. Box 1107
Pawtucket, Rhode Island 02862

s/Robert W. Smith