UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, ET AL

Plaintiffs

vs. **CA NO: 07-055 ML**

STATE OF RHODE ISLAND, ET AL

Defendants

**AFFIRMATION OF TRUTH**

The undersigned, upon affirmation of truth, deposes and says:

1. We, James C. Marcello and Olivia A. Marcello, are pro se Litigants, and we represent Plaintiffs in the above captioned action.

2. Plaintiffs submits this Affirmation in accordance with Rule 4(d)(5) of the Fed. R. Civ. P., for failure of Defendant(s): 1( **Constable Alfred J. Harris** ; 2) ______ ; 3) ______ ; 4) ______ ; to comply with a request to waive service of summons.

3. Our customary hourly rate for work such as work done in this matter is **$100.00** per hour.

4. From **February 13th, , 2007** through **May 21st , 2007,** we have spent **2.50** hours on the case alone on effecting service on the said within named defendant(s).

5. We have spent a total of **2.50** hours on this case alone effecting service on the said within named defendants resulting in attorney fees totaling **$250.00**.

6. The said Plaintiffs Marcellos' costs subsequently incurred in effecting service under subdivision (d), (f), or (h), of Rule 4(d)(5) is **$80.20**.

7. Within named Defendant(s): 1) **Constable Alfred J. Harris** ; 2) ______ ; 3) ______ ; 4) ______ ; have compounded as follows:

| PLT D A T E | AMOUNT | FEES HOURS | I T E M S | C O S T | SEE EXIB | BAL*DUE |
|---|---|---|---|---|---|---|
| 02-13-2007 | 50.00 | .50 | waiv+cplt | | 1 | $050.00 |
| | | | 100p-cplt | $002.00 | | $002.00 |
| | | | 1 lg envs | $001.00 | | $001.00 |
| | | | 1 postage | $004.20 | 2.1 | $004.20 |
| | | | 1 rt post | $000.50 | | $000.50 |
| 04-02-2007 | 50.00 | .50 | 1 s+c out | | 3.1 | $050.00 |
| | | | 1 ser fee | $060.00 | 3.2 | $060.00 |
| | | | cert+weig | $002.50¼ | 3.2 | $002.50 |
| | | | 100p-cplt | $002.00 | | $002.00 |
| | | | 1 lg env | $001.00 | | $001.00 |
| 04-18-2007 | | | 1 s+c ret | | 4 | |
| 05-01-2007 | 25.00 | .25 | 1 s+c out | | 5 | $025.00 |
| 05-11-2007 | | | served | | 6 | |
| 05-18-2007 | 25.00 | .25 | to court | | 7 | $025.00 |
| 05-21-2007 | 100.00 | 1.00 | m col/af/ex | | | $100.00 |
| 05-21-2007 | | | 7 env+post | $007.00 | | $007.00 |
| **TOTAL** | **$250.00** | **2.50** | **+** | **$ 80.20** | **=** | **$330.20** |

8. Plaintiffs resulting attorney fees of **$ 250.00** and costs subsequently incurred in effecting service under subdivision (e), (f), or (h) of Rule 4(d)(5) of **$80.20** totals **$330.20**.

Subscribed to by Affirmation of Truth on this **21st** day of **May**, **2007**, under penalties of perjury.

Respectfully submitted,

PLAINTIFFS * IN PRO SE

JAMES C. MARCELLO
OLIVIA A. MARCELLO

/s/ James C. Marcello

/s/ Olivia A. Marcello

James & Olivia Marcello
152 Cross Rd
Stetson ME 04488
(207) 296-3433

## CERTIFICATION

I, the undersigned, hereby certify that I have mailed a conformed copy of the following:

1. **AFFIRMATION OF TRUTH**
2. **EXHIBITS 1 thru 7**
3. ______
4. ______
5. ______

by regular U.S. Mail, postage prepaid, on the **21st day of May**, **2007**, to counsels of record and parties as indicated below:

Michael DeSisto,esq.
211 Angell St
Providence RI 02906

Robert Smith,esq.
155 S Main St
Providence RI 02903

Thomas Palombo,esq.aag,
150 S Main St
Providence RI 02903

Mark Dolan,esq.
175 Westminister St
Providence RI 02903

James Moretti,esq.
300 Centerville Rd
Warwick RI 02886

Constable Alfred Harris
287 Rand St
Central Falls RI 02863

/s/ James C. Marcello