NEWPORT POST OFFICE
NEWPORT, Maine
049539998
2269030953-0098
02/13/2007 (800)275-8777 01:45:43 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| BARRINGTON RI 02806 Priority Mail 1 lb. 0.20 oz. | | | $4.20 |
| Issue PVI: | | | $4.20 |
| PAWTUCKET RI 02862 Priority Mail 1 lb. 0.20 oz. | | | $4.20 |
| Issue PVI: | | | $4.20 |
| BARRINGTON RI 02806 Priority Mail 1 lb. 0.20 oz. | | | $4.20 |
| Issue PVI: | | | $4.20 |
| BARRINGTON RI 02806 Priority Mail 1 lb. 0.20 oz. | | | $4.20 |
| Issue PVI: | | | $4.20 |
| BARRINGTON RI 02806 Priority Mail 1 lb. 0.20 oz. | | | $4.20 |
| Issue PVI: | | | $4.20 |
| BARRINGTON RI 02806 Priority Mail 1 lb. 0.20 oz. | | | $4.20 |
| Issue PVI: | | | $4.20 |
| BARRINGTON RI 02806 Priority Mail 1 lb. 0.20 oz. | | | $4.20 |
| Issue PVI: | | | $4.20 |
| BARRINGTON RI 02806 Priority Mail 1 lb. 0.20 oz. | | | $4.20 |

NEWPORT POST OFFICE
NEWPORT, Maine
049539998
2269030953-0098
02/13/2007 (800)275-8777 01:23:05 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| $7.80 Lib/Flag Bk | 1 | $7.80 | $7.80 |
| $7.80 Lib/Flag Bk | 1 | $7.80 | $7.80 |
| Total: | | | $15.60 |

Paid by:
Cash $16.00
Change Due: -$0.40

Order stamps at USPS.com/shop or call 1-800-Stamp24. Go to USPS.com/clicknship to print shipping labels with postage. For other information call 1-800-ASK-USPS.
Bill#:1000200113511
Clerk:03

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.
Customer Copy

2.1

1 lb. 0.20 oz.

========

Issue PVI: $4.20

PROVIDENCE RI 02903 $4.20
Priority Mail
1 lb. 0.20 oz.

========

Issue PVI: $4.20

CRANSTON RI 02910 $4.20
Priority Mail
1 lb. 0.20 oz.

========

Issue PVI: $4.20

PROVIDENCE RI 02907 $4.20
Priority Mail
1 lb. 0.20 oz.

========

Issue PVI: $4.20

PROVIDENCE RI 02903 $4.20
Priority Mail
1 lb. 0.20 oz.

========

Issue PVI: $4.20

WARWICK RI 02886 $4.20
Priority Mail
1 lb. 0.20 oz.

========

Issue PVI: $4.20

BARRINGTON RI 02806 $4.20
Priority Mail
1 lb. 0.20 oz.

========

Issue PVI: $4.20

PROVIDENCE RI 02903 $4.20
Priority Mail
1 lb. 0.20 oz.

========

Issue PVI: $4.20

==========

Total: $67.20

Paid by:
Cash $100.20
Change Due: -$33.00

Bill#:1000200113594
Clerk:03

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.
Customer Copy

22