James C Marcello
152 Cross Rd.
Stetson, ME 04488

April 2, 2007

CERTIFIED MAIL
ARTICLE # **7004 1160 0002 9159 3000**

RI STATE SHERIFF
Farley Building - No. 70
Howard Avenue
Cranston, RI 02920
Tel: (401) 462-3648

Re: MARCELLO, et al vs. RHODE ISLAND, et al
US District Court of RI
CA NO. 07-055 ML

Dear RI STATE SHERIFF,

Enclosed for service is:

MONEY ORDER ($240.00) PAYABLE TO: RI STATE SHERIFF
FOR: (4) DEFENDANTS / ORIG+COPY SUMMONS / COMPLAINT

SERVICE ADDRESS & PERSONS AS FOLLOWS:

(1)
CONSTABLE ALFRED HARRIS
287 RAND STREET
CENTRAL FALLS, RI 02863
(401) 723-5954

(2)
PATRICK C. LYNCH,AG
OFFICE OF ATTORNEY GENERAL
150 SOUTH MAIN STREET
PROVIDENCE, RI 02903
(401) 274-4400

(3)
ALL ATTORNEYS OF LAW FIRM
KIERNAN,PLUNKETT & REDIHAN
91 FRIENDSHIP STREET
PROVIDENCE, RI 02903
(401) 831-2900

(4)
ALL ATTORNEYS OF LAW FIRM
RESNICK,CAFFREY & MORETTI
300 CENTERVILLE RD * SUITE.300
SUMMIT WEST
WARWICK, RI 02886
(401) 738-4500

If I can be of any assistance to you, please feel free to contact me at the above return address or phone.

Sincerely yours,

James Marcello

James C Marcello

3.1

UNITED STATES POSTAL SERVICE®

# CUSTOMER'S RECEIPT

KEEP THIS RECEIPT FOR YOUR RECORDS

PAY TO, RI STATE SHERIFF * FARLEY BD * NO.70

ADDRESS HOWARD AVE * CRANSTON, RI 02920

C. O. D. OR USED FOR SUBJ+CMPLT REC * [illegible]

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

| SERIAL NUMBER | YEAR, MONTH, DAY | POST OFFICE | AMOUNT | CLERK |
|---|---|---|---|---|
| 10586222908 | | | | |

UNITED STATES POSTAL SERVICE®

# POSTAL MONEY ORDER

15-800
000

| SERIAL NUMBER | YEAR, MONTH, DAY | POST OFFICE | U.S. DOLLARS AND CENTS |
|---|---|---|---|
| 10586222908 | | | |

TWO HUNDRED FORTY DOLLARS & 00¢

AMOUNT

PAY TO RI STATE SHERIFF

ADDRESS FARLEY BD. NO.70 * HOWARD AVE

CRANSTON, RI 02920

FROM JAMES C MARCELLO

CLERK

C.O.D. NO. OR USED FOR

⑆000

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RI STATE SHERIFF
FARLEY BUILDING * NO. 70
HOWARD AVENUE
CRANSTON, RI 02920

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery 1/5

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
■ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) # 7004 1160 0002 9159 3000

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

7004 1160 0002 9159 3000

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 5.60 |
| Certified Fee | 2.40 |
| Return Reciept Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.85 |

Postmark Here

Sent To RI STATE SHERIFF

Street, Apt. No.; or PO Box No. FARLEY BD * NO. 70 * HOWARD AVE

City, State, ZIP+4 CRANSTON, RI 02920

PS Form 3800, June 2002 See Reverse for Instructions

32