RETURNED

James C Marcello
152 Cross Rd.
Stetson, ME 04488

April 2, 2007

CERTIFIED MAIL
ARTICLE # **7004 1160 0002 9159 3000**

RI STATE SHERIFF
Farley Building - No. 70
Howard Avenue
Cranston, RI 02920
Tel: (401) 462-3648

Re: MARCELLO, et al vs. RHODE ISLAND, et al
US District Court of RI
CA NO. 07-055 ML

Dear RI STATE SHERIFF,

Enclosed for service is:

MONEY ORDER ($240.00) PAYABLE TO: RI STATE SHERIFF
FOR: (4) DEFENDANTS / ORIG+COPY SUMMONS / COMPLAINT

SERVICE ADDRESS & PERSONS AS FOLLOWS:

(1)
CONSTABLE ALFRED HARRIS
287 RAND STREET
CENTRAL FALLS, RI 02863
~~(401) 728-5954~~
BAD #

(2)
PATRICK C. LYNCH, AG
OFFICE OF ATTORNEY GENERAL
150 SOUTH MAIN STREET
PROVIDENCE, RI 02903
(401) 274-4400

(3)
ALL ATTORNEYS OF LAW FIRM
KIERNAN, PLUNKETT & REDIHAN
91 FRIENDSHIP STREET
PROVIDENCE, RI 02903
(401) 831-2900

(4)
ALL ATTORNEYS OF LAW FIRM
RESNICK, CAFFREY & MORETTI
300 CENTERVILLE RD * SUITE.300
SUMMIT WEST
WARWICK, RI 02886
(401) 738-4500

If I can be of any assistance to you, please feel free to contact me at the above return address or phone.

Sincerely yours,

James Marcello

James C Marcello

SERVICE CHARGE $5.00

4.1

ICART #60

Security enhanced document. See back for details.

**STATE OF RHODE ISLAND**
**GENERAL FUND**
VARLEY BUILDING # 70
HOWARD AVE
CRANSTON, RI 02920

1130

DATE April 11, 2007 57-1/115 RI 10420

PAY TO THE ORDER OF James Marcello $ 55.00

Fifty Five and 00/100 DOLLARS

Bank of America

ACH R/T 011500010

FOR Refund #22285

⑈001130⑈ ⑆011500010⑆ 003940335777⑈

42