James C Marcello
152 Cross Rd
Stetson, ME 04488
(207) 296-3433

May 1, 2007

RI STATE SHERIFF
C/O Carmen Rosario, Admin.A.
Farley Building # 70
Howard Avenue
Cranston, RI 02920
(401) 462-3648/3649

RE: MARCELLO, ET AL V RHODE ISLAND, ET AL
DCRI * CA NO: 07-055 ML

Dear Carmen,

Enclosed for service is:

MONEY ORDER ($60.00) PAYABLE TO: RI STATE SHERIFF
(3) DEFENDANTS / ORIG + COPY SUMS / COMPLAINTS

($120.00) IS ON ACCOUNT * SEE ATTACHED LETTER FROM CARMEN ROSARIO, AA, DATED APRIL 9, 2007

SERVICE ADDRESS & PERSONS AS FOLLOWS:

(1)
CONSTABLE ALFRED J. HARRIS
237 RAND STREET
CENTRAL FALLS, RI 02863

(2)
ATTORNEY JOHN A. DESANO
KIERNAN, PLUNKETT & REDIHAN
91 FRIENDSHIP STREET
PROVIDENCE, RI 02903

(3)
ATTORNEY JEFFREY F. CAFFREY
RESNICK, CAFFREY & MORETTI
300 CENTERVILLE RD * #300W
WARWICK, RI 02886

Questions or concerns feel free to contact me at the above return address or phone.

Sincerely yours,

/s/ James C. Marcello

5

PM-4 10 7
RC-4 24 7

Rhode Island State Sheriff's Department
Varley Building #70
Howard Avenue, Cranston, RI 02920
Office 462-3649 Fax 462-3636
CIVIL DIVISION

April 9, 2007

TO: MR. JAMES C MARCELLO

THESE ARE THE SUMMONS & COMPLAINT WE COULD'NT SERVE. WE NEED AN ORIGINAL SUMMON W/ EACH ATTORNEYS NAME AND A COPY OF THE COMPLAINT FOR EACH DEFENDANT YOU WANT US TO SERVE. WE HAVE THE $120.00 DOLLARS YOU SEND FORTHIS 2 SERVICES.

IF THERE IS MORE ATTORNEYS WE WILL NEED ADDITIONAL $60.00 FOR EACH SERVICE W/ ORIGINAL SUMMONS AND A COPY OF THE COMPLAINT.

THANK YOU

CARMEN ROSARIO
ADMINISTRATIVE AIDE

**CUSTOMER'S RECEIPT** DO NOT SEND THIS RECEIPT FOR PAYMENT
KEEP IT FOR YOUR RECORDS

| SERIAL NUMBER | YEAR, MONTH, DAY | POST OFFICE | U.S. DOLLARS AND CENTS |
| --- | --- | --- | --- |
| 92959196927 | 070501 | 044880 | **60*00 |

| | |
| --- | --- |
| PAY TO: RI STATE SHERIFF | CHECKWRITER IMPRINT AREA |
| ADDRESS: FARLEY BD #70 | FROM: JAMES C MARCELLO |
| HOWARD AVE | ADDRESS: 152 CROSS RD |
| C.O.D. NO. OR USED FOR: CRANSTON RI 02920 | STETSON ME 04488 |

This receipt is your guarantee for a refund of your money order if it is lost or stolen, provided you fill in the *Pay To* and *From* information on the money order in the space provided. No claim for improper payment permitted 2 years after payment. If your money order is lost or stolen, present this receipt and file a claim for a refund at your Post Office.

An inquiry Form 6401 may be filed at any time for a fee. A replacement will not be issued until 60 days after the money order purchase date, provided the money order has not been paid.

52