97 5 18 7

James C Marcello
152 Cross Rd
Stetson ME 04488
207 296 3433

May 18, 2007

David DiMarzio, Clerk
US DISTRICT COURT OF RI
One Exchange Terrace
Providence RI 02903
401 752 7200

Re: Marcello, et al v. Rhode Island, et al
CA No: 07-055 ML

Dear Mr. DiMarzio,

Enclosed for filing is:

PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT:

1. CONSTABLE ALFRED J. HARRIS <u>ON: **MAY 11, 2007**</u>

Thank you for your assistance in this matter,

Sincerely yours,

<u>/s/ James C. Marcello</u>

7