UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO :
OLIVIA A. MARCELLO

VS. : C.A. NO. 07-055 ML

STATE OF RHODE ISLAND, ET AL :

OBJECTION OF THE DEFENDANTS, KIERNAN, PLUNKETT & REDIHAN, JOHN A. DESANO, BERNARD P. HEALY, ARTHUR T. MARCELLO, ARTHUR T. MARCELLO, JR., THOMAS MARCELLO, ALBERT MASTRIANO AND, TO THE EXTENT NAMED AS DEFENDANTS, ALL LAWYERS IN KIERNAN, PLUNKETT & REDIHAN, TO PLAINTIFFS' MOTION FOR DETERMINATION OF ITS OWN JURISDICTION AND FOR DEFAULT JUDGMENT

Now come the defendants, Kiernan, Plunkett & Redihan, John A. DeSano, Bernard P. Healy, Arthur T. Marcello, Arthur T. Marcello, Jr., Thomas Marcello, Albert Mastriano and, to the extent named as defendants, all lawyers in Kiernan, Plunkett & Redihan, and hereby object to the plaintiffs' motion to court for determination of its own jurisdiction and for default judgment on the grounds more particularly set forth in the accompanying memorandum of law.

Defendants
By their attorney,

s/ Robert W. Smith

Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
401-751-1500
FAX: 401-751-4124
e-mail: rsmith@agglaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on June 1, 2007; that it is available for viewing and downloading from the ECF system, and that counsel of record listed below will receive notice via the ECF system:

Michael A. DeSisto
michael@desistolaw.com

Mark P. Dolan, Esquire
ricedolan@ricedolan.com

Thomas A. Palombo, Esquire
tpalombo@riag.ri.gov

Notice by other means will be sent to:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

James Moretti, Esquire
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, Rhode Island 02886

Alfred Harris pro se
P.O. Box 1107
Pawtucket, Rhode Island 02862

s/Robert W. Smith

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO :
OLIVIA A. MARCELLO

VS. : C.A. NO. 07-055 ML

STATE OF RHODE ISLAND, ET AL :

MEMORANDUM OF THE DEFENDANTS, KIERNAN, PLUNKETT & REDIHAN, JOHN A. DESANO, BERNARD P. HEALY, ARTHUR T. MARCELLO, ARTHUR T. MARCELLO, JR., THOMAS MARCELLO, ALBERT MASTRIANO AND, TO THE EXTENT NAMED AS DEFENDANTS, ALL LAWYERS IN KIERNAN, PLUNKETT & REDIHAN, IN SUPPORT OF THEIR OBJECTION TO PLAINTIFFS' MOTION FOR DETERMINATION OF ITS OWN JURISDICTION AND FOR DEFAULT JUDGMENT

The plaintiffs continue to file frivolous motions with this Court in light of specific Court orders denying the same. This Court entered an order, dated May 14, 2007, approving the report and recommendation of Magistrate Judge David L. Martin, dated March 30, 2007. Both plaintiffs' motions for disqualification and for default judgment on similar grounds have been denied. Plaintiffs' motion to Court for determination of its own jurisdiction and for default judgment should be summarily denied.

Defendants
By their attorney,

s/ Robert W. Smith

Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
401-751-1500
FAX: 401-751-4124
e-mail: rsmith@agglaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on June 1, 2007; that it is available for viewing and downloading from the ECF system, and that counsel of record listed below will receive notice via the ECF system:

Michael A. DeSisto
michael@desistolaw.com

Mark P. Dolan, Esquire
ricedolan@ricedolan.com

Thomas A. Palombo, Esquire
tpalombo@riag.ri.gov

Notice by other means will be sent to:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

James Moretti, Esquire
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, Rhode Island 02886

Alfred Harris pro se
P.O. Box 1107
Pawtucket, Rhode Island 02862

s/Robert W. Smith