UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. & OLIVIA A. MARCELLO

Plaintiffs

vs. **CA NO: 07-055 ML**

STATE OF RHODE ISLAND, ET AL

Defendants

**REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTION TO COLLECT THE COSTS OF SERVICE**

Plaintiffs, James C. Marcello and Olivia A. Marcello, respectfully submit this brief consolidated Reply Memorandum of law in response to Defendants' Nuno C. & Natalia Paiva-Neves 4/26/07, David Coleman 5/7/07, Jeffrey F. Caffrey & RCM 5/24/07, John A. DeSano 6/1/07, and Alfred J. Harris 6/4/07, Memorandum(s) in Opposition (Opp. Memos.) to the Motion To Collect the Costs of Service filed by Plaintiffs.

First, the failure to file objection, by the above Defendant "State of Rhode Island, to the plaintiffs Motion to Collect the Costs of Service dated May 9, 2007 compounding a total of ($225.70), constitutes a waiver in law "...abandonment of a known existing legal right,....**See R.I. Case laws: DePasquale v. Union Indemnity Co.; Inventasch v. Superior Fire Ins. Co; Doane v. Simmons; and Dary v. Providence Police Ass'n;** (citations omitted), "...or such conduct as warrants an inference of the relinquishment of such right."

Second, the plaintiffs are attorneys and are entitled to attorney's fees at the rate of $100 or any other rate, as defendant Neves, Coleman Caffrey, RCM, DeSano, and Harris argues. An attorney is a mere substitute in place or stead of another **See In re Ricker**, 66 N.H. 207, 29 A. 559, 24 l.R.A. 740. Plaintiffs are first attorneys for themselves, and Rule 4(d)(5) of Fed.R.Civ.P. does not preclude them the right to charge for attorneys fees but merely defines the work done as " ...a reasonable attorney's fee, of any motion required to collect the costs of service."

Third and lastly, the Defendants have acted in bad faith and have shown no good cause why not to waive service of summons and complaint. The waivers and complaints were sent to them on February 13, 2007 and were willfully ignored and avoided, and the following conducted indicated below, shows, evidence of their lack of respect for the law consistent with their refusal to waiver service of summons and complaint;

a) The defendants Mr. & Ms. Neves are playing off that a purported house keeper received service when in fact it was Ms Natalia Neves in disquise. (See Aff. of Ms Neves 4/25/07 attached to Mot. Dismiss 4/26/07)

b) The defendants DeSano, Harris, and Caffrey obstructed justice by interferring with an officer of RI State Sheriff Department engaged with process on April 6, 2007 and instructing him to not make service and cause numerous returns and delays. (See Plts. Affirm 5/16/07 at 2 [4/10/07] returned + at Ex.4).

c) The defendant Coleman purports that he answered the complaint when in fact he merely responsed only when he received a Motion by plaintiffs for Default judgment and then fabricated untimely a purported answer. (See Colemans object to motion for default 5/2/07 and attachments)

Therefore, for the reasons et forth herein and in the inital Motion(s) and Affirmation(s) of Truth, Plaintiffs respectfully request that their Motion(s) to Collect the Costs of Service on defendant(s): Nuno C. Neves, Natalia Paiva-Neves, David Coleman on 3/30/07, State of Rhode Island on 5/9/07, John A. DeSano, Jeffrey F. Caffrey on 5/16/07, and Alfred J. Harris on 5/21/07, be granted; that the Defendants be ordered to pay the full costs compounded as set out in said motion and affirmations; and such other and further relief as justice may require.

Respectfully submitted,

PLAINTIFFS * IN PRO SE

JAMES C. MARCELLO
OLIVIA A. MARCELLO

/s/ James C. Marcello

/s/ Olivia A. Marcello

James & Olivia Marcello
152 Cross Rd.
Stetson, ME 04488
(207) 296-3433

**CERTIFICATION**

I, the undersigned, hereby certify that I have mailed a conformed copy of the following:

1. REPLY MEMORANDUM OF LAW IN SUPPORT OF
2. MOTIONS TO COLLECT THE COSTS OF SERVICE
3. 
4. 
5. 

by regular U.S. Mail, postage prepaid, on the **8th day of JUNE , 2007**, to counsels of record and parties as indicated below:

Michael DeSisto,esq.
211 Angell St
Providence RI 02906

Robert Smith,esq.
155 S Main St
Providence RI 02903

Thomas Palombo,esq.aag,
150 S Main St
Providence RI 02903

Mark Dolan,esq.
175 Westminister St
Providence RI 02903

James Moretti,esq.
300 Centerville Rd
Warwick RI 02886

Constable Alfred Harris
287 Rand St
Central Falls RI 02863

/s/ James C. Marcello