STATE OF RHODE ISLAND
PROVIDENCE, SC.

UNITED STATES DISTRICT COURT
C.A No. 07-055ML

JAMES C. MARCELLO and
OLIVIA A. MARCELLO

VS.

THE STATE OF RHODE ISLAND, THE RHODE ISLAND COURTS. JUDGE MARVIN HOMONOFF, LORRAINE A. DEROIS JUDGE GORMAN, JUDGE KRAUSE, JUDGE PATRICIA MOORE, JUDGE CLIFTON, ATTORNEY JOHN A. DESANO, ATTORNEY BERNARD P. HEALY, ATTORNEY JEFFREY CAFFREY, ATTORNEY JAMES MORETTI, ATTORNEY DAVID J. STRACHMAN, THE RHODE ISLAND MOVING COMPANY, JONES MOVING AND STORAGE, KEVIN KERNAN, COLEMAN REALTY, DAVID COLEMAN, DIAMOND FUNDING CORPORATION, AVA M. MARTINELLI, SOVERIGN BANK, TIMOTHY MONAHAN, THE MICHIGAN MORTGAGE COMPANY, MORTGAGE ELECTRONIC RESGISTRATION SYSTEMS, INC., THE RHODE ISLAND POLICE DEPARTMENT, BARRINGTON POLICE CHIEF, JOHN LACROSS AND BARRINGTON POLICE OFFICERS, ARTHUR T. MARCELLO, ARTHUR T. MARCELLO, JR., THOMAS MARCELLO, ALBERT MASTRIANO, NUNO C. NEVES, NATALIA PAIVA-NEVES AND BETTY BARNEY

<u>DEFENDANT', BETTY BARNEY'S ANSWER TO PLAINTIFF'S COMPLAINT</u>

***COUNT 1***

The Defendant denies the allegations contained in Count 1.

***COUNT 2***

The Defendant neither admits or denies the allegations contained in Count 2 and leaves the Plaintiffs to their proof.

***COUNT 3***

The Defendant neither admits or denies the allegations contained in Count 3 and leaves the Plaintiffs to their proof.

***COUNT 4***

The Defendant neither admits or denies the allegations contained in Count 4 and leaves the Plaintiffs to their proof.

***COUNT 5***

The Defendant neither admits or denies the allegations contained in Count 5 and leaves the Plaintiffs to their proof.

***FIRST AFFIRMATIVE DEFENSE***

Any injury or harm sustained by the Plaintiff was caused solely or in part by the negligence or criminal activity of third parties that this Defendant maintained no control.

***SECOND AFFIRMATIVE DEFENSE***

The Defendant affirmatively pleads insufficiency of service of process and improper service of process as a defense to this claim..

***THIRD AFFIRMATIVE DEFENSE***

The Plaintiff fails to state a claim for which relief can be sought.

***FOURTH AFFIRMATIVE DEFENSE***

The Defendant affirmatively pleads the statute of limitations as a bar to this claim.

WHEREFORE, defendant prays that the plaintiff's complaint be denied and dismissed

Defendant
Pro Se,

Betty Barney

Betty Barney.
77 Dorr Avenue
East Providence, RI 02915
Telephone No. 433-1361

CERTIFICATION

I, the undersigned, hereby certify that a copy of the within was mailed, regular mail, postage prepaid to: James C. Marcello and Olivia A. Marcello of 152 Cross R. Stetson, Maine 04488 and each defendant named on the Complaint on June 14, 2007.

Betty Barney