# EXHIBIT 1.1-3

 5·26·06

Mr. James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488
207 296 3433

May 26, 2006

ATTORNEY GENERALS OFFICE
C(O Criminal Division
150 South Main Street
Providence, RI 02903
401 274 4400 X____
LINDA MARISON

Request for Criminal Charges
and Indictment

Dear Criminal Division,

Enclosed for filing are:

1. AFFIDAVIT OF JAMES C. MARCELLO OF PROPERTY RIGHTS WITH ATTACHED APPENDIX (P.1-15)

2. 15 AFFIDAVITS OF JAMES C. MARCELLO SWORN OUT COMPLAINTS FOR WARRANTS OF ARREST AND INDICTMENT

3. LIST OF ACCUSED AND ADDRESSES

4. STATEMENT OF THE CASE (P.1-16)
WITH ATTACHED ADDENDUM (P.1-171)

Comments:

Would you be kind enough to work with me patiently, in good faith, and confidentially towards a criminal indictment against the individuals on the List of Accused ?

My father was 92½ years of age and was stricten with a disease called Alzheimer Dementia. He was insane and incompetent to enter into any will and was under my control both medically and through power of attorney.

His brain cells were diseased and most of his memory and facilties was gone, and was targeted by these individuals listed

They drove my father to his death, and I have a diary of events that will make you sick to see these grown adult wealthy men take butual advantage of a dieing man for money and profit.

I believe this case has a state wide concern of the question of whether the elderly incompetents are being targeted by racketeering estate lawyers tide with legitimate businesses and whether a special investigative force be created to tackel the growing problem involving RICO activities of this nature.



1.1

State of Rhode Island and Providence Plantations

**DEPARTMENT OF ATTORNEY GENERAL**
150 South Main Street • Providence, RI 02903
(401) 274-4400
TDD (401) 453-0410

*Patrick C. Lynch, Attorney General*

July 5, 2006

James C. Marcello
152 Cross Road
Stetson, ME 04488

**Re: Estate of Rudolph N. Marcello**

Dear Mr. Marcello:

I am writing you in response to your letter and the package of materials sent by you to this office dated May 26, 2006, regarding what you allege is a case of elder abuse.

Based on a review of the materials, it appears that you allege that several individuals have violated criminal statutes of the State of Rhode Island. Unfortunately, however, this office is not primarily an investigative agency. The Criminal Division of the Department of Attorney General prosecutes crimes which are initially investigated by the State and local police departments.

If you allege that a crime or crimes have been committed, then you should contact the police department of the city or town in which the alleged crime occurred or, in the alternative, the Rhode Island State Police.

Very truly yours,

Roger R. Demers

Roger R. Demers
Special Assistant Attorney General

1.2

8 9 06

Mr. James & Olivia Marcello
152 Cross Rd.
Stetson, ME 04488
207 296 3433

August 9, 2006

CERTIFIED MAIL
# 7004 1160 0002 9159 3036

RHODE ISLAND STATE POLICE
C/O FINANCIAL CRIME UNIT
ATT TROOPER CAPONE
311 Danielson Pike
North Scituate, RI 02857
401 444 1000

**RE: FILING CRIMINAL CHARGES**

Dear Financial Crime Unit,

Enclosed for processing are the following:

1. AFFIDAVIT OF JAMES C MARCELLO
   OF PROPERTY RIGHTS WITH ATTACHED APPENDIX (P.1-15)

2. (15) AFFIDAVITS OF JAMES C. MARCELLO
   SWORN OUT COMPLAINTS FOR WARRANTS OF ARREST & INDICTMENT

3. MEMORANDUM OF LAW WITH LIST OF ACCUSED / LIST OF WITNESS

4. STATEMENT OF THE CASE (P.1-16)
   WITH ATTACHED APPENDIX (P.1-171)

The RI Attorney Generals Office has referred me to your barracks and has these documents on file (see attached letters).

Please feel free to contact me at 24/7 for any assistance I can give you in this matter.

When necessary, I will bus down to RI and attend any meetings and/or court appearances.

Thank you for your assistance in this matter.

Sincerely yours,

James Marcello

James C Marcello

1.3