UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. & OLIVIA A. MARCELLO

Plaintiffs

vs. **CA NO: 07-055 ML**

STATE OF RHODE ISLAND, ET AL

Defendants

**AFFIRMATION OF TRUTH**

The Undersigned, upon affirmation of Truth, Deposes and Says:

1. I am the legal owner of 557 Maple Avenue Barrington Rhode Island property.

2. My father was Rudolph N. Marcello and he died intestate on September 28, 2002, leaving no valid will.

3. I and my wife Olivia was in possession of my father's property described in paragraph 2 on the time of his death.

4. I executized and pay all debts of my fathers on October 17, 2002 of his mortgage of $24,006.00 in cash and $4000 in funeral bills out of my own money.

5. I chose to keep my father real and personal property.

6. I was deprived by the named defendants under color of law.

7. The Defendant "State of Rhode Island" is liable to me for all liabilites listed in Reasons 1 thru 5, because of it's high complusory level of involvement it had with the named defendants.

Subscribed to by Affirmation of Truth on this **13th day of June, 2007**, under penalties of perjury.

Respectfully submitted,

**PLAINTIFF * IN PRO SE**

JAMES C. MARCELLO

/s/ James C. Marcello

James & Olivia Marcello
152 Cross Rd
Stetson ME 04488
(207) 296-3433