UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES & OLIVIA MARCELLO, ET AL

Plaintiffs

vs. **CA NO: 07-055 ML**

STATE OF RHODE ISLAND, ET AL

Defendants

**MOTION TO SET FOR HEARING**

The Plaintiffs in the above entitled cause move that the cause be set down for hearing on Motion for Summary Judgment respectfully filed by said plaintiffs and on a day and time to be fixed by the Court.

Respectfully submitted,

PLAINTIFFS * IN PRO SE

JAMES C. MARCELLO
OLIVIA A. MARCELLO

/s/ James C. Marcello

/s/ Olivia A. Marcello

James & Olivia Marcello
152 Cross Rd.
Stetson, ME 04488
(207) 296-3433

**CERTIFICATION**

I, the undersigned, hereby certify that I have mailed a conformed copy of the following:

1. MOTION TO SET FOR HEARING
2. MOTION FOR SUMMARY JUDGMENT
3. MEMORANDUM OF LAW & AFFIRMATION
4. EXHIBITS: 1.1 - 1.3
5. ______

by regular U.S. Mail, postage prepaid, on the **13th day of June, 2007**, to counsels of record and parties as indicated below:

Michael DeSisto,esq.
211 Angell St
Providence RI 02906

Robert Smith,esq.
155 S Main St
Providence RI 02903

Thomas Palombo,esq.aag,
150 S Main St
Providence RI 02903

Mark Dolan,esq.
175 Westminister St
Providence RI 02903

James Moretti,esq.
300 Centerville Rd
Warwick RI 02886

Constable Alfred Harris
287 Rand St
Central Falls RI 02863

/s/ James C. Marcello