# UNITED STATES DISTRICT COURT

District of

JAMES C. MARCELLO; OLIVIA A. MARCELLO

V.

STATE OF RHODE ISLAND, ET AL

## SUMMONS IN A CIVIL CASE

CASE NUMBER: CA 07 055 ML

RECEIVED
JUN 18 2007
Property of U.S. District Court
District of Rhode Island

TO: (Name and address of Defendant)

KEVIN KERNAN, PRESIDENT
JONES MOVING AND STORAGE
59 CENTRAL AVENUE
PROVIDENCE, RI 02903
(401) 421-0081

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JAMES C. MARCELLO
152 CROSS RD.
STETSON, ME 04488
(207) 296-3433

an answer to the complaint which is served on you with this summons, within (21) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 2-8-07

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6/7/07 |
| NAME OF SERVER (PRINT) Brian Schulze | TITLE R.I. Deputy Sheriff |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Wellington Ave Cranston R.I. – Consumers Moving

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ________

☐ Returned unexecuted: ________

☐ Other (specify): ________

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/7/07
Date

[signature] #100
*Signature of Server*

670 New London Ave.
*Address of Server*
Cranston, R.I.
02920

FILED
2007 JUN 18 A 9:
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.