# UNITED STATES DISTRICT COURT

District of

JAMES C. MARCELLO; OLIVIA A. MARCELLO

V.

STATE OF RHODE ISLAND, ET AL

## SUMMONS IN A CIVIL CASE

CASE NUMBER: CA 07 055 ML

TO: (Name and address of Defendant)

AVA MARTINELLI, PRES+TREAS.
DIAMOND FUNDING CORPORATION
872 PARK AVENUE
CRANSTON, RI 02903
(401) 941-3770

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JAMES C. MARCELLO
152 CROSS RD.
STETSON, ME 04488
(207) 296-3433

an answer to the complaint which is served on you with this summons, within (21) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 2-8-07

(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 6-7-07 |
|---|---|
| NAME OF SERVER (PRINT) FRANK J. RAO | TITLE DEPUTY SHERIFF |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: DENISE HOMEN

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6-7-07
Date

Signature of Server

670 NEW LONDON AVE
CRANSTON, R.I. 02920
Address of Server

FILED
2007 JUN 18 A 9:46
DISTRICT COURT
RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.