*State of Rhode Island* *Providence Plantations*

**RHODE ISLAND STATE SHERIFFS**

670 New London Avenue, Cranston, RI 02920

# OUT OF STATE PROOF OF SERVICE

I, hereby certify that on the 7 day of June, 2007 at 12:15 am/pm, I served a copy of a/an Summons upon the defendant David Strachman, at 321 South Main St Providence R.I.

In the following manner:

✓ Personal service. Hands in possession to the defendant.

____ By leaving a copy at the defendant's usual place of residence with a person of suitable age and discretion;
Namely: ____

____ By serving the registered agent for service of process;
Name of agent: ____

____ By serving an officer of the business
Namely: ____

____ By tack on order or alternative service as ordered by the court to the defendants dwelling door.

[signature]
Deputy Sheriff

6/7/07
Date

Subscribed and sworn to in Cranston, County of Prov, State of Rhode Island this ____ day of June A.D. 2007 before me.

[signature]
Notary Public,
My Commission Expires on: 6-16-09

# UNITED STATES DISTRICT COURT

District of

JAMES C. MARCELLO; OLIVIA A. MARCELLO

V.

STATE OF RHODE ISLAND, ET AL

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

CA 07 055 ML

TO: (Name and address of Defendant)

DAVID STRACHMAN, ESQ.
MCINTYRE, TATE, LYNCH & HOLT
321 SOUTH MAIN ST * SUITE 400
PROVIDENCE, RI 02903
(401) 351-7700

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JAMES C. MARCELLO
152 CROSS RD.
STETSON, ME 04488
(207) 296-3433

an answer to the complaint which is served on you with this summons, within (21) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

2-8-07

DATE

J. Noel

(By) DEPUTY CLERK

## RETURN OF SERVICE

| ...ce of the Summons and complaint was made by me[1] | DATE |
|---|---|
| ...OF SERVER *(PRINT)* | TITLE |

*...ck one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________________

____________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________________

☐ Returned unexecuted: ____________________

____________________

☐ Other (specify): ____________________

____________________

## STATEMENT OF SERVICE FEES

| ... | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________________ ____________________
Date *Signature of Server*

____________________
*Address of Server*

...o who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.