**IN THE UNITED STATES OF AMERICA**
**FOR THE DISTRICT OF RHODE ISLAND**

**JAMES MARCELLO, et al**

**V** **CA No. 07-055 ML**

**STATE OF RHODE ISLAND, et al**

**ENTRY OF APPEARANCE**

I hereby enter my appearance on behalf of Ava Martinelli, as President & Treasurer of Diamond Funding Corporation and Diamond Funding Corporation.

/s/ James Moretti

James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886
401- 738-4500

**CERTIFICATION**

I hereby certify that on 6/21/07 I mailed a copy of the within to James Marcello, 152 Cross Road, Stetson, Maine 04488; Olivia Marcello, 152 Stetson, Maine 04488 and Betty Barney, 77 Dorr Avenue, East Providence, RI 02915. I further certify that all other parties were served by the court's ECF system.

/s/ James Moretti