UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, ET AL

Plaintiffs

vs. CA NO: 07-055 ML

STATE OF RHODE ISLAND, ET AL

Defendants

**AFFIRMATION OF TRUTH**

The undersigned, upon affirmation of truth, deposes and says:

1. We, James C. Marcello and Olivia A. Marcello, are pro se Litigants, and we represent Plaintiffs in the above captioned action.

2. Plaintiffs submits this Affirmation in accordance with Rule 4(d)(5) of the Fed. R. Civ. P., for failure of Defendant(s): 1( Kevin Kernan ; 2) David Strachman,esq ; 3) Ava M. Martinelli,pre.+tres. ; 4) Betty Barney ; to comply with a request to waive service of summons.

3. Our customary hourly rate for work such as work done in this matter is $100.00 per hour.

4. From February 13th , 2007 through June 15th , 2007, we have spent 6.00 hours on the case alone on effecting service on the said within named defendant(s).

5. We have spent a total of 6.00 hours on this case alone effecting service on the said within named defendants resulting in attorney fees totaling $600.00.

6. The said Plaintiffs Marcellos' costs subsequently incurred in effecting service under subdivision (d), (f), or (h), of Rule 4(d)(5) is $284.75

7. Within named Defendant(s): 1) Kevin Kernan ; 2) David Strachman,esq ; 3) Ava M. Martinelli,pres.+treas. ; 4) Betty Barney ; have compounded as follows:

| PLT DATE | AMOUNT | FEES HOURS | ITEMS | COST | SEE EXIB | BAL*DUE |
|---|---|---|---|---|---|---|
| 02-13-2007 | 200.00 | 2.00 | waiv+cplt | | 1 | $200.00 |
| | | | 400 pages | $005.00 | | $005.00 |
| | | | 4 lg envs | $004.00 | | $004.00 |
| | | | 4 postage | $016.80 | 2p1 | $016.80 |
| | | | 4 s en+stps | $002.00 | 2p1 | $002.00 |
| 06-04-2007 | 200.00 | 2.00 | sums+cplt | | 3p1 | $200.00 |
| | | | 4 ser fees | $240.95 | 3p2 | $240.95 |
| | | | est weight | $005.00 | | $005.00 |
| | | | 400 pages | $005.00 | | $005.00 |
| | | | 1 lg env | $001.00 | | $001.00 |
| 06-07-2007 | | | 4 s+c serv | | 4 | |
| 06-15-2007 | 200.00 | 2.00 | mot t collect affirmation Exhibits | | | $200.00 |
| 06-15-2007 | | | 11 stps+env | $005.00 | | $005.00 |
| TOTAL | $600.00 | 6.00 | + | $284.75 | = | $884.75 |

8. Plaintiffs resulting attorney fees of $600.00 and costs subsequently incurred in effecting service under subdivision (e), (f), or (h) of Rule 4(d)(5) of $284.75 totals $884.75.

Subscribed to by Affirmation of Truth on this ~~15th~~ day of June, 2007, under penalties of perjury.

Respectfully submitted,

PLAINTIFFS * IN PRO SE

JAMES C. MARCELLO
OLIVIA A. MARCELLO

/s/ James C. Marcello

/s/ Olivia A. Marcello

James & Olivia Marcello
152 Cross Rd
Stetson ME 04488
(207) 296-3433

# CERTIFICATION

I, the undersigned, hereby certify that I have mailed a conformed copy of the following:

1. MOTION TO COLLECT THE COST OF SERVICE
2. AFFIRMATION OF TRUTH
3. EXHIBITS 1 thru 4
4. 
5. 

by regular U.S. Mail, postage prepaid, on the 15th day of June, 2007, to counsels of record and parties as indicated below:

Michael DeSisto,esq.
211 Angell St
Providence RI 02906

Robert Smith,esq.
155 S Main St
Providence RI 02903

Thomas Palombo,esq.aag,
150 S Main St
Providence RI 02903

Mark Dolan,esq.
175 Westminister St
Providence RI 02903

James Moretti,esq.
300 Centerville Rd
Warwick RI 02886

Constable Alfred Harris
287 Rand St
Central Falls RI 02863

Kevin Kernan,president
Jones Moving & Storage
59 Central St
Providence, RI 02903

David Strachman,esq
McIntryre, Tate, Lynch & Holt
321 S Main St #400
Providence, RI 02903

Ava M. Martinelli,pres.+tres.
Diamond Funding Corp.
872 Park Avenue
Cranston, RI 02910

Betty Barney
77 Dorr Avenue
East Providence, RI 02915

/s/ James C. Marcello