104 6-4-07

James C Marcello
152 Cross Rd.
Stetson, ME 04488
(207) 296-3433

~~MAY~~ JUNE 2, 2007

CERTIFIED MAIL
ARTICLE # ______________________

RI STATE SHERIFF

CRANSTON, RI
Tel: (401) 462-3648

Re: MARCELLO, et al vs. RHODE ISLAND, et al
US DISTRICT COURT OF RI
CA NO. 07-055 ML

Dear RI STATE SHERIFF,

Enclosed for service is:

MONEY ORDER ($240.00) PAYABLE TO: RI STATE SHERIFF
FOR (4) DEFENDANTS / ORIG+COPY SUMMONS / COMPLAINT

SERVICE ADDRESS & PERSONS AS FOLLOWS:

(1)
KEVIN KERNAN, PRESIDENT
JONES MOVING & STORAGE
59 CENTRAL STREET
PROVIDENCE, RI 020903
(401) 421-0081

(2)
DAVID STRACHMAN, ESQ
MCINTYRE, TATE, LYNCH & HOLT
321 SOUTH MAIN ST * SUITE.400
PROVIDENCE, RI 02903
(401) 351-7700

(3)
AVA M. MARTINELLI, PRES
DIAMOND FUNDING CORP.
872 PARK AVENUE
CRANSTON, RI 02910
(401) 941-3770

(4)
BETTY BARNEY
77 DORR AVENUE
EAST PROVIDENCE, RI 02915
(401) 433-1361

If I can be of any assistance to you, please feel free to contact me at the above return address or phone.

Thank you for your assistance in this matter.

Sincerely yours,

James Marcello

James C Marcello

3.1

# CUSTOMER'S RECEIPT

DO NOT SEND THIS RECEIPT FOR PAYMENT
KEEP IT FOR YOUR RECORDS

| SERIAL NUMBER | YEAR, MONTH, DAY | POST OFFICE | U. S. DOLLARS AND CENTS |
|---|---|---|---|
| 92959197412 | 070604 | 044880 | *240*00 |

PAY TO: RI STATE SHERIFF

ADDRESS: HOWARD AVE - BD. #70

CRANSTON RI 02920

C O D NO. OR USED FOR: FEES - 4 S + C

CHECKWRITER IMPRINT AREA

FROM: JAMES C MARCELLO

ADDRESS: 152 CROSS RD

STETSON ME 04488

This receipt is your guarantee for a refund of your money order if it is lost or stolen, provided you fill in the *Pay To* and *From* information on the money order in the space provided. No claim for improper payment permitted 2 years after payment. If your money order is lost or stolen, present this receipt and file a claim for a refund at your Post Office.

An inquiry Form 6401 may be filed at any time for a fee. A replacement will not be issued until 60 days after the money order purchase date, provided the money order has not been paid.

3.2