110 SER 6-1-07
RC 6-14-07

James C Marcello
152 Cross Rd.
Stetson, ME 04488
(207) 296-3433

MAY 2, 2007

CERTIFIED MAIL
ARTICLE # ____________________

RI STATE SHERIFF

CRANSTON, RI
Tel: (401) 462-3648

Re: MARCELLO, et al vs. RHODE ISLAND, et al
US DISTRICT COURT OF RI
CA NO. 07-055 ML

Dear RI STATE SHERIFF,

Enclosed for service is:

MONEY ORDER (\$240.00) PAYABLE TO: RI STATE SHERIFF
FOR (4) DEFENDANTS / ORIG+COPY SUMMONS / COMPLAINT

SERVICE ADDRESS & PERSONS AS FOLLOWS:

(1)
KEVIN KERNAN, PRESIDENT
JONES MOVING & STORAGE
59 CENTRAL STREET
PROVIDENCE, RI 020903
(401) 421-0081

(2)
DAVID STRACHMAN, ESQ
MCINTYRE, TATE, LYNCH & HOLT
321 SOUTH MAIN ST * SUITE.400
PROVIDENCE, RI 02903
(401) 351-7700

(3)
AVA M. MARTINELLI, PRES
DIAMOND FUNDING CORP.
872 PARK AVENUE
CRANSTON, RI 02910
(401) 941-3770

(4)
BETTY BARNEY
77 DORR AVENUE
EAST PROVIDENCE, RI 02915
(401) 433-1361

If I can be of any assistance to you, please feel free to contact me at the above return address or phone.

Thank you for your assistance in this matter.

Sincerely yours,

James Marcello

James C Marcello

VAC x 60

4.2381O 07/06/06

James C Marcello
152 Cross Rd.
Stetson, ME 04488
(207) 296-3433

MAY 2, 2007

CERTIFIED MAIL
ARTICLE # ____________________

RI STATE SHERIFF

CRANSTON, RI
Tel: (401) 462-3648

Re: MARCELLO, et al vs. RHODE ISLAND, et al
US DISTRICT COURT OF RI
CA NO. 07-055 ML

Dear RI STATE SHERIFF,

Enclosed for service is:

MONEY ORDER ($240.00) PAYABLE TO: RI STATE SHERIFF
FOR (4) DEFENDANTS / ORIG+COPY SUMMONS / COMPLAINT

SERVICE ADDRESS & PERSONS AS FOLLOWS:

(1)
KEVIN KERNAN, PRESIDENT
JONES MOVING & STORAGE
59 CENTRAL STREET
PROVIDENCE, RI 020903
(401) 421-0081

(2)
DAVID STRACHMAN, ESQ
MCINTYRE, TATE, LYNCH & HOLT
321 SOUTH MAIN ST * SUITE.400
PROVIDENCE, RI 02903
(401) 351-7700

(3)
AVA M. MARTINELLI, PRES
DIAMOND FUNDING CORP.
872 PARK AVENUE
CRANSTON, RI 02910
(401) 941-3770

(4)
BETTY BARNEY
77 DORR AVENUE
EAST PROVIDENCE, RI 02915
(401) 433-1361

If I can be of any assistance to you, please feel free to contact me at the above return address or phone.

Thank you for your assistance in this matter.

Sincerely yours,

James Marcello

James C Marcello

VAL #60

4.2

James C Marcello
152 Cross Rd.
Stetson, ME 04488
(207) 296-3433

MAY 2, 2007

CERTIFIED MAIL
ARTICLE # ______________________

RI STATE SHERIFF

CRANSTON, RI
Tel: (401) 462-3648

Re: MARCELLO, et al vs. RHODE ISLAND, et al
US DISTRICT COURT OF RI
CA NO. 07-055 ML

Dear RI STATE SHERIFF,

Enclosed for service is:

MONEY ORDER ($240.00) PAYABLE TO: RI STATE SHERIFF
FOR (4) DEFENDANTS / ORIG+COPY SUMMONS / COMPLAINT

SERVICE ADDRESS & PERSONS AS FOLLOWS: Denise Homen

(1)
KEVIN KERNAN, PRESIDENT
JONES MOVING & STORAGE
59 CENTRAL STREET
PROVIDENCE, RI 020903
(401) 421-0081

(2)
DAVID STRACHMAN, ESQ
MCINTYRE, TATE, LYNCH & HOLT
321 SOUTH MAIN ST * SUITE.400
PROVIDENCE, RI 02903
(401) 351-7700

(3)
AVA M. MARTINELLI, PRES
DIAMOND FUNDING CORP.
872 PARK AVENUE
CRANSTON, RI 02910
(401) 941-3770

(4)
BETTY BARNEY
77 DORR AVENUE
EAST PROVIDENCE, RI 02915
(401) 433-1361

If I can be of any assistance to you, please feel free to contact me at the above return address or phone.

Thank you for your assistance in this matter.

Sincerely yours,

James Marcello

James C Marcello

RAO $60

23813 07-16-06

4.3

James C Marcello
152 Cross Rd.
Stetson, ME 04488
(207) 296-3433

MAY 2, 2007

CERTIFIED MAIL
ARTICLE # ____________________

RI STATE SHERIFF

CRANSTON, RI
Tel: (401) 462-3648

Re: MARCELLO, et al vs. RHODE ISLAND, et al
US DISTRICT COURT OF RI
CA NO. 07-055 ML

Dear RI STATE SHERIFF,

Enclosed for service is:

MONEY ORDER ($240.00) PAYABLE TO: RI STATE SHERIFF
FOR (4) DEFENDANTS / ORIG+COPY SUMMONS / COMPLAINT

SERVICE ADDRESS & PERSONS AS FOLLOWS:

(1)
KEVIN KERNAN, PRESIDENT
JONES MOVING & STORAGE
59 CENTRAL STREET
PROVIDENCE, RI 020903
(401) 421-0081

(2)
DAVID STRACHMAN, ESQ
MCINTYRE, TATE, LYNCH & HOLT
321 SOUTH MAIN ST * SUITE.400
PROVIDENCE, RI 02903
(401) 351-7700

(3)
AVA M. MARTINELLI, PRES
DIAMOND FUNDING CORP.
872 PARK AVENUE
CRANSTON, RI 02910
(401) 941-3770

(4)
BETTY BARNEY
77 DORR AVENUE
EAST PROVIDENCE, RI 02915
(401) 433-1361

If I can be of any assistance to you, please feel free to contact me at the above return address or phone.

Thank you for your assistance in this matter.

Sincerely yours,

James Marcello

James C Marcello

ICART #60

4.4

025912 07/16/06