**IN THE UNITED STATES OF AMERICA**
**FOR THE DISTRICT OF RHODE ISLAND**

**JAMES C. MARCELLO, et al**

**V** **CA No. 07-55 ML**

**STATE OF RHODE ISLAND, et al**

**OBJECTION OF AVA MARTINELLI, AS PRESIDENT AND TREASURER OF DIAMOND FUNDING CORPORATION AND DIAMOND FUNDING CORPORATION TO PLAINTIFFS' MOTION TO COLLECT COSTS FOR SERVICE**

Now come defendants Ava Martinelli, as President and Treasurer of Diamond Funding Corporation and Diamond Funding Corporation and hereby object to the plaintiffs' motion to collect costs for service. In support hereof, defendants rely on their memorandum of law filed along with this motion.

/s/ James Moretti

James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886
401-738-4500

**CERTIFICATION**

I hereby certify that on 6/26/07, I mailed a copy of the following to James Marcello, 152 Cross Rd., Stetson, ME 04488; Olivia Marcello, 152 Cross Road, Stetson, ME 04488 and Betty Barney, 77 Dorr Avenue, East Providence, RI 02915. I further certify that all other parties were served by the court's ECF system.

/s/ James Moretti

**IN THE UNITED STATES OF AMERICA**
**FOR THE DISTRICT OF RHODE ISLAND**

**JAMES MARCELLO, et al**

**V** **CA NO. 07-055 ML**

**STATE OF RHODE ISLAND**

**MEMORANDUM OF LAW OF AVA MARTINELLI, AS PRESIDENT AND TREASURER OF DIAMOND FUNDING CORPORATION AND OF DIAMOND FUNDING CORPORATION IN SUPPORT OF THEIR OBJECTION TO PLAINTIFFS' MOTION TO COLLECT COSTS**

**Facts/Travel**

Plaintiffs' seek to collect the costs of service and "attorney fees" for the service of the summons and complaint on Ava Martinelli, as President and Treasurer of Diamond Funding Corporation and Diamond Funding Corporation. The motion is based on defendants' refusal to waive service of the summons as requested by plaintiffs on February 13, 2007.

Plaintiffs' motion should be denied. There was good cause not to accept the request to waive service because the form of the summons was not accurate and confusing. It simply was not clear whether the action was being brought against Ms. Martinell in her capacity as President and Treasurer of the corporation or whether it was brought against the corporation and Ms. Martinelli was being served in her capacity as agent. The complaint is void of any useful information for such a determination.

Plaintiffs also seek to recover "attorney fees in their motion. The motion is improper because:

A) Plaintiffs are proceeding pro se and have not incurred attorney fees;
B) F.R.C.P. 4 (d)(2) only pertains to costs;
C) This court had ruled on a similar motion and issued an order 5/8/07.

**Conclusion**

For the above reasons, the plaintiffs' motion to collect cost for service should be denied.

/s/ James Moretti

James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886
738-4500

**CERTIFICATION**

I hereby certify that on 6/26/07 I mailed a copy of the within to James Marcello, 152 Cross Road, Stetson ME 04488 and Olivia Marcello, 152 Cross Road, Stetson ME 04488 and Betty Barney, 77 Dorr Avenue, East Providence, RI 02915. I further certify that all other parties have been served by the court's ECF system.

/s/ James Moretti