UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. MARCELLO AND OLIVIA A. MARCELLO<br>Plaintiff<br><br>v.<br><br>STATE OF RHODE ISLAND, ET AL.<br>Defendant | CIVIL ACTION NO. 07-055 ML |

DEFENDANTS, DAVID STRACHMAN AND MCINTYRE, TATE & LYNCH'S
MOTION TO DISMISS IN LIEU OF ANSWER

Now come defendants, David Strachman and McIntyre, Tate & Lynch and pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, hereby move to dismiss the complaint filed by pro se plaintiffs, James C. Marcello and Olivia A. Marcello ("plaintiffs") for failure to state a claim on which relief can be granted. Further, the defendants are entitled to dismissal for the reason that the Counts brought against the defendants are not timely and are barred by the doctrine of res judicata. Finally, the Court lacks subject matter jurisdiction over the claims brought against the defendants.

In support hereof, defendants submit the accompanying memorandum of law.

DEFENDANTS, DAVID STRACHMAN
AND MCINTYRE, TATE & LYNCH

By their Attorneys,

/s/ Frederick E. Connelly, Jr.
Frederick E. Connelly, Jr., #6772
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

CERTIFICATE OF SERVICE

I, Frederick E. Connelly, Jr., attorney for defendants DAVID STRACHMAN AND MCINTYRE, TATE & LYNCH hereby certify this 28th day of June, 2007 that I served a copy of the foregoing document by first-class mail, postage prepaid upon James C. Marcello, 152 Cross Road, Stetson, Maine 04488.

/s/ Frederick E. Connelly, Jr.
Frederick E. Connelly, Jr.

PABOS2:FCONNEL:663730_1