UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. & OLIVIA A. MARCELLO

Plaintiffs

vs. **CA NO: 07-055 ML**

STATE OF RHODE ISLAND, ET AL

Defendants

## MOTION FOR DECREE PRO CONFESSO

Complainants hereby move that the bill of complaint be taken as confessed as against the respondent, Betty Barney, said respondent having entered appearance and filed answer to Count I: 1 (only); and filed no answer to the extent as to Count I: 2 thru 16; as to Count II: 1 thru 8; as to Count III: 1 thru 11; as to Count IV: 1 thru 6; and as to Count V: 1 thru 7; a copy of which is hereby annexed in two page form.

Respectfully submitted,

**PLAINTIFFS * IN PRO SE**

JAMES C. MARCELLO
OLIVIA A. MARCELLO

/s/ James C. Marcello

/s/ Olivia A. Marcello

James & Olivia Marcello
152 Cross Rd.
Stetson, ME 04488

## CERTIFICATION

I, the undersigned hereby certify that I have mailed a conformed copy of the above with Attachment by regular mail, postage prepaid, on the 23th day of June, 2007, to the following:

| | | | |
|---|---|---|---|
| Betty Barney<br>77 Dorr Ave<br>E Providence,RI 02915 | Michael DeSisto,esq<br>211 Angell St<br>Providence,RI 02906 | Robert Smith,esq<br>155 S Main St<br>Providence,RI 02903 | Thomas Palombo,esq,aag<br>150 S Main St<br>Providence,RI 02903 |
| Alfred Harris<br>287 Rand St<br>Central Falls,RI 02863 | James Moretti,esq<br>300 Centerville Rd<br>Warwick,RI 02886 | Mark Dolan,eq<br>175 Westminister St<br>Providence,RI 02903 | David Strachman,esq<br>321 S Main St<br>Providence,RI 02903 |
| Ava M. Martinelli,p+t<br>872 Park Avenue<br>Cranston,RI 02903 | Kevin Kernan,pres<br>59 Central St<br>Providence,RI 02903 | | |

/s/ James C. Marcello

108 6-19-07

STATE OF RHODE ISLAND
PROVIDENCE, SC.

UNITED STATES DISTRICT COURT
C.A No. 07-055ML

JAMES C. MARCELLO and
OLIVIA A. MARCELLO

VS.

THE STATE OF RHODE ISLAND, THE RHODE ISLAND COURTS. JUDGE MARVIN HOMONOFF, LORRAINE A. DEROIS JUDGE GORMAN, JUDGE KRAUSE, JUDGE PATRICIA MOORE, JUDGE CLIFTON, ATTORNEY JOHN A. DESANO, ATTORNEY BERNARD P. HEALY, ATTORNEY JEFFREY CAFFREY, ATTORNEY JAMES MORETTI, ATTORNEY DAVID J. STRACHMAN, THE RHODE ISLAND MOVING COMPANY, JONES MOVING AND STORAGE, KEVIN KERNAN, COLEMAN REALTY, DAVID COLEMAN, DIAMOND FUNDING CORPORATION, AVA M. MARTINELLI, SOVERIGN BANK, TIMOTHY MONAHAN, THE MICHIGAN MORTGAGE COMPANY, MORTGAGE ELECTRONIC RESGISTRATION SYSTEMS, INC., THE RHODE ISLAND POLICE DEPARTMENT, BARRINGTON POLICE CHIEF, JOHN LACROSS AND BARRINGTON POLICE OFFICERS, ARTHUR T. MARCELLO, ARTHUR T. MARCELLO, JR., THOMAS MARCELLO, ALBERT MASTRIANO, NUNO C. NEVES, NATALIA PAIVA-NEVES AND BETTY BARNEY

DEFENDANT', BETTY BARNEY'S ANSWER TO PLAINTIFF'S COMPLAINT

***COUNT 1***

The Defendant denies the allegations contained in Count 1.

***COUNT 2***

The Defendant neither admits or denies the allegations contained in Count 2 and leaves the Plaintiffs to their proof.

***COUNT 3***

The Defendant neither admits or denies the allegations contained in Count 3 and leaves the Plaintiffs to their proof.

***COUNT 4***

The Defendant neither admits or denies the allegations contained in Count 4 and leaves the Plaintiffs to their proof.

***COUNT 5***

The Defendant neither admits or denies the allegations contained in Count 5 and leaves the Plaintiffs to their proof.

***FIRST AFFIRMATIVE DEFENSE***

Any injury or harm sustained by the Plaintiff was caused solely or in part by the negligence or criminal activity of third parties that this Defendant maintained no control.

***SECOND AFFIRMATIVE DEFENSE***

The Defendant affirmatively pleads insufficiency of service of process and improper service of process as a defense to this claim..

***THIRD AFFIRMATIVE DEFENSE***

The Plaintiff fails to state a claim for which relief can be sought.

***FOURTH AFFIRMATIVE DEFENSE***

The Defendant affirmatively pleads the statute of limitations as a bar to this claim.

WHEREFORE, defendant prays that the plaintiff's complaint be denied and dismissed

Defendant
Pro Se,

Betty Barney

Betty Barney.
77 Dorr Avenue
East Providence, RI 02915
Telephone No. 433-1361

CERTIFICATION

I, the undersigned, hereby certify that a copy of the within was mailed, regular mail, postage prepaid to: James C. Marcello and Olivia A. Marcello of 152 Cross R. Stetson, Maine 04488 and each defendant named on the Complaint on June 14, 2007.

Betty Barney