UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO AND OLIVIA A. MARCELLO
Plaintiff

v.

STATE OF RHODE ISLAND, ET AL.
Defendant

CIVIL ACTION NO. 07-055 ML

DEFENDANT, DAVID STRACHMAN'S OPPOSITION TO PLAINTIFFS' MOTION TO COLLECT COSTS OF SERVICE

Now comes defendant David Strachman, Esq. and with good cause hereby objects to plaintiffs' Motion to Collect the Costs of Service. In support of this objection, defendant relies upon the accompanying Memorandum of Law.

DEFENDANT DAVID STRACHMAN

By his Attorneys,

/s/ Frederick E. Connelly, Jr.
Frederick E. Connelly, Jr., #6772
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

CERTIFICATE OF SERVICE

I, Frederick E. Connelly, Jr., hereby certify that I have this 3rd day of July, 2007, electronically filed the above document. The document is available for viewing and downloading from the ECF system. I have electronically served a copy of the foregoing upon the defendants through their counsel, as follows:

| | |
|---|---|
| Michael A. DeSisto | michael@desistolaw.com |
| Mark P. Dolan | ricedolan@ricedolan.com |
| James Moretti | jmoretti@resnickandcaffrey.com |
| Thomas A. Palombo | tpalombo@riag.ri.gov |
| Robert W. Smith | rsmith@agglaw.com |

The foregoing document was served upon the following parties via first class mail as follows:

James C. Marcello
152 Cross Road
Stetson, ME 04488

Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

Alfred Harris
P.O. Box 1107
Pawtucket, RI 02862

Betty Barney, RN
77 Dorr Avenue
East Providence, RI 02915

Mark A. Charleson, Esq.
928 Park Avenue
Cranston, RI 02910

/s/ Frederick E. Connelly, Jr.
Frederick E. Connelly, Jr.

PABOS2:FCONNEL:664118_1
14881-92570