UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. MARCELLO AND OLIVIA A. MARCELLO<br>Plaintiff<br><br>v.<br><br>STATE OF RHODE ISLAND, ET AL.<br>Defendant | CIVIL ACTION NO. 07-055 ML |

DEFENDANT, DAVID STRACHMAN'S MEMORANDUM OF LAW IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION TO COLLECT COSTS OF SERVICE

Plaintiffs have filed a Motion to Collect the Costs of Service and Attorneys' Fees for the service of the summons and complaint on David Strachman on or about June 7, 2007. The motion is based on David Strachman's previous denial of a request made by plaintiffs for waiver of service of summons dated on or about February 13, 2007.

Plaintiffs' motion should be denied for several reasons.

(a) The plaintiffs are not entitled to attorneys' fees. Plaintiffs are proceeding pro se and have not incurred any attorneys' fees. The plaintiffs' allege attorneys' fees amounting to $600.00 for six hours of work at $100.00 an hour. The plaintiffs seek attorneys' fees despite the fact that the Court previously denied their same request in a prior motion.

(b) Secondly, it is impossible to determine from the Plaintiffs' Motion to Collect the Costs, along with the Affirmation of Truth, which costs were associated with the service upon David Strachman. The plaintiffs' motion combines the service on four unrelated defendants: Kevin Curnan, David Strachman, Eva Martinelli and Betty Barney. The time allegedly spent for

service of process on all four defendants was six hours. In addition, the total amount of costs spent on service of process on the four defendants is $284.75.

On Page 2 of the Affirmation of Truth is a listing of costs and fees associated with the services made. The service on David Strachman was made on June 7, 2007. There are no costs or fees listed next to this date. Therefore, based upon the information provided by the plaintiffs, there were no costs associated with the service upon David Strachman.

(c) Federal Rules of Civil Procedure 4(d)(2), under which the plaintiffs claim to be entitled to fees, pertains only to costs and not attorneys' fees.

(d) Rule 4(d)(2) of the Federal Rules of Civil Procedure indicates that a defendant who refuses a waiver of service is liable for the costs related to subsequent service absent "good cause." Upon a review of the complaint, it is nearly impossible to determine how the defendant David Strachman was remotely liable for infringing upon any civil rights of the plaintiffs. David Strachman, although mentioned in the caption of the complaint, is not listed in the identification of Enterprise and is listed only twice in Count II. There is no allegation that he acted under the color of law and no particulars are provided. Further, the complaint was brought after the statute of limitations had run. For the following reasons, David Strachman was acting in good faith not to accept service of this frivolous complaint. To the contrary, the plaintiffs have not acted in good faith in pursuing this case and in bringing this motion. On June 14, 2007 the Court ruled in a Text Order that "pro se litigants have no right to legal fees."

For the foregoing reasons, the defendant David Strachman asks that the plaintiffs' Motion be denied.

DEFENDANT DAVID STRACHMAN

By his Attorneys,

/s/ Frederick E. Connelly, Jr.

Frederick E. Connelly, Jr., #6772
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

CERTIFICATE OF SERVICE

I, Frederick E. Connelly, Jr., hereby certify that I have this 3rd day of July, 2007, electronically filed the above document. The document is available for viewing and downloading from the ECF system. I have electronically served a copy of the foregoing upon the defendants through their counsel, as follows:

| | |
|---|---|
| Michael A. DeSisto | michael@desistolaw.com |
| Mark P. Dolan | ricedolan@ricedolan.com |
| James Moretti | jmoretti@resnickandcaffrey.com |
| Thomas A. Palombo | tpalombo@riag.ri.gov |
| Robert W. Smith | rsmith@agglaw.com |

The foregoing document was served upon the following parties via first class mail as follows:

James C. Marcello
152 Cross Road
Stetson, ME 04488

Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

Alfred Harris
P.O. Box 1107
Pawtucket, RI 02862

Betty Barney, RN
77 Dorr Avenue
East Providence, RI 02915

Mark A. Charleson, Esq.
928 Park Avenue
Cranston, RI 02910

/s/ Frederick E. Connelly, Jr.
Frederick E. Connelly, Jr.

PABOS2:FCONNEL:664119_1
14881-92570