MPD:fm 07-139

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO AND
OLIVIA A. MARCELLO

VS C.A. NO. 07-055 ML

STATE OF RHODE ISLAND, ET AL

**DEFENDANT DAVID COLEMAN, PROPRIETOR OF COLEMAN REALTY IN BARRINGTON'S AMENDED ANSWER TO PLAINTIFFS' COMPLAINT FOR CONSPIRACY, EMBEZZLEMENT & RACKETERRING**

First Defense

Identification of Enterprise

I. Estate Racketeering

Defendant is not required to respond to the allegations of this paragraph as said paragraph is not directed to this defendant, except that any of the allegations of said Count that may be construed as directed to this defendant, the same are denied.

II. Identification of Super Structure

A. Kiernan Plunkett & Redihan

Defendant is not required to respond to the allegations of paragraph A as said paragraph is not directed to this defendant, except that any of the allegations of said paragraph that may be construed as directed to this defendant, the same are denied.

B. Judge Marvin Homonoff of Barrington Probate

Defendant is not required to respond to the allegations of paragraph B as said paragraph is not directed to this defendant, except that any of the allegations of said paragraph that may be construed as directed to this defendant, the same are denied.

C. David Coleman of Barrington Coleman Realty

Defendant denies each and every allegation contained in paragraph C of plaintiffs' complaint.

D. Chief John LaCross of Barrington Police

Defendant is not required to respond to the allegations of paragraph D as said paragraph is not directed to this defendant, except that any of the allegations of said paragraph that may be construed as directed to this defendant, the same are denied.

E. Constable Alfred Harris

Defendant is not required to respond to the allegations of paragraph E as said paragraph is not directed to this defendant, except that any of the allegations of said paragraph that may be construed as directed to this defendant, the same are denied.

F. State of Rhode Island

Defendant is not required to respond to the allegations of paragraph F as said paragraph is not directed to this defendant, except that any of the allegations of said paragraph that may be construed as directed to this defendant, the same are denied.

III. Identification of Lower Management

A. Resnick Caffrey & Moretti

Defendant is not required to respond to the allegations of paragraph A as said paragraph is not directed to this defendant, except that any of the allegations of said paragraph that may be construed as directed to this defendant, the same are denied.

Jurisdictional Statement

I. Defendant denies each and every allegation contained in this paragraph.

Constitutional Rights of Plaintiffs

II. Defendants denies each and every allegation contained in this paragraph.

Bill of Complaint

III. Defendant denies each and every allegation contained in this paragraph.

Count 1 1st Episode

Defendant denies each and every allegation contained in all paragraphs of Count 1 of plaintiffs' complaint.

Count 2-2nd Episode

Defendant denies each and every allegation contained in all paragraphs of Count 2 of plaintiffs' complaint.

Count 3-3rd Episode

Defendant denies each and every allegation contained in all paragraphs of Count 3 of plaintiffs' complaint.

Count 4-4th Episode

Defendant denies each and every allegation contained in all paragraphs of Count 4 of plaintiffs' complaint.

Count 5

Defendant denies each and every allegation contained in all paragraphs of Count 5 of plaintiffs' complaint.

Prayer for Relief

Defendant denies each and every prayer for relief contained in plaintiffs' complaint.

Second Defense

Any injuries or damages the plaintiffs may have sustained are the proximate result of the conduct of a third party for whom this defendant is not legally responsible.

Third Defense

Plaintiffs' complaint should be dismissed for failure to state a claim upon which relief can be granted.

Fourth Defense

Plaintiffs' complaint is barred by the doctrine of estoppel, waiver, and laches.

Fifth Defense

Plaintiffs lack standing to maintain this action.

<u>Sixth Defense</u>

The acts of the defendant complained of in the complaint were neither the cause in fact nor the legal cause of any injuries suffered by the plaintiffs.

<u>Seventh Defense</u>

Plaintiffs' claims are barred by the doctrine of unclean hands.

<u>Eighth Defense</u>

Plaintiffs' action is barred by the statute of frauds.

<u>Ninth Defense</u>

Defendant pleads the defense of *res judicata*.

WHEREFORE, defendant demands that plaintiffs' action against him be dismissed and that judgment be entered for said defendant.

**Defendant claims a trial by jury.**

__/s/ Mark Dolan_______________ _
Mark P. Dolan, Esq. #3280
Rice Dolan & Kershaw
Attorneys for Defendant
*David Coleman, proprietor of*
*Coleman Realty in Barrington*
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800 Phone
(401) 421-7218 Fax

<u>CERTIFICATION</u>

I hereby certify that the following individuals have received a copy of the within document via regular mail:

James and Olivia Marcello
152 Cross Road
Stetson, ME 04488

James Moretti, Esq.
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886

All other counsel of record have received the within document electronically via the Court's ECF system.

DATED: July 3, 2007 /s/ Mark Dolan_______________