UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. MARCELLO AND OLIVIA A. MARCELLO<br>Plaintiff<br><br>v.<br><br>STATE OF RHODE ISLAND, ET AL.<br>Defendant | CIVIL ACTION NO. 07-055 ML |

DEFENDANTS, DAVID STRACHMAN AND MCINTYRE, TATE & LYNCH'S MOTION TO FILE AMENDED MOTION TO DISMISS IN LIEU OF ANSWER

Now come defendants, David Strachman and McIntyre, Tate & Lynch and request leave from the Court to file an Amended Motion to Dismiss in Lieu of Answer. As grounds for this motion, the defendants state that its Motion to Dismiss was filed on June 28, 2007. No opposition has yet been filed by the plaintiffs. Since the filing of the motion, the defendants have received additional information and pleadings and as a result have learned of additional grounds why dismissal of the plaintiffs' lawsuit is warranted. There is no prejudice to the plaintiffs in allowing the defendants to file an Amended Motion to Dismiss at this time.

DEFENDANTS, DAVID STRACHMAN AND MCINTYRE, TATE & LYNCH

By their Attorneys,

/s/ Frederick E. Connelly, Jr.
Frederick E. Connelly, Jr., #6772
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

CERTIFICATE OF SERVICE

I, Frederick E. Connelly, Jr., hereby certify that I have this 3rd day of July, 2007, electronically filed the above document. The document is available for viewing and downloading from the ECF system. I have electronically served a copy of the foregoing upon the defendants through their counsel, as follows:

| | |
|---|---|
| Michael A. DeSisto | michael@desistolaw.com |
| Mark P. Dolan | ricedolan@ricedolan.com |
| James Moretti | jmoretti@resnickandcaffrey.com |
| Thomas A. Palombo | tpalombo@riag.ri.gov |
| Robert W. Smith | rsmith@agglaw.com |

The foregoing document was served upon the following parties via first class mail as follows:

James C. Marcello
152 Cross Road
Stetson, ME 04488

Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

Alfred Harris
P.O. Box 1107
Pawtucket, RI 02862

Betty Barney, RN
77 Dorr Avenue
East Providence, RI 02915

Mark A. Charleson, Esq.
928 Park Avenue
Cranston, RI 02910

/s/ Frederick E. Connelly, Jr.
Frederick E. Connelly, Jr.

PABOS2:FCONNEL:664173_1
1518-281