**IN THE UNITED STATES OF AMERICA**
**FOR THE DISTRICT OF RHODE ISLAND**

**JAMES MARCELLO, et al**

**V** **CA No. 07-055 ML**

**STATE OF RHODE ISLAND, et al**

**AVA MARTINELLI'S AND DIAMOND FUNDING CORPORATION'S MOTION TO DISMISS PER F.R.C.P. 12 (b) (6)**

Now comes defendants Ava Martinelli and Diamond Funding Corporation and hereby move to dismiss the plaintiffs' complaint pursuant to F.R.C.P. 12 (b) (6) because the complaint fails to state a claim upon which relief can be granted. Defendants are only generically and nominally named as defendants in the complaint with no factual allegations made against them. Defendants further rely on their memorandum of law filed with this motion.

/s/ James Moretti
James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886
738-4500

**CERTIFICATION**

I hereby certify that on 7/5/07, a copy of the within was mailed to James Marcello, 152 Cross Road, Stetson, ME 04488; Olivia Marcello, 152 Cross Road, Stetson ME, Betty Barney, 77 Dorr Avenue, E. Providence, RI 02915 and Mark Charleson, Esq., 928 Park Avenue, Cranston, RI 02910. I further certify that all other parties have been served electronically by the court's ECF System.

/s/ James Moretti

**IN THE UNITED STATES OF AMERICA**
**FOR THE DISTRICT OF RHODE ISLAND**

**JAMES MARCELLO, et al**

**V** **CA No. 07-055 ML**

**STATE OF RHODE ISLAND, et al**

**AVA MARTINELLI'S AND DIAMOND FUNDING'S MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS PER F.R.C.P. 12 (b) (6)**

Plaintiffs have filed a bizarre complaint with eccentric diatribes and ramblings. Their complaint nominally and generically names Ava Martinelli and Diamond Funding Corporation as defendants in its Caption and "Bill of Complaint". After that, they are not mentioned in the complaint again. There are no factual allegations against them. There are no facts in the complaint to support any cause of action in the complaint.

Plaintiffs have failed to state a claim against these defendants upon which relief can be granted **F.R.C.P. 12 (b) (6)**. Plaintiffs complaint against Ava Martinelli and Diamond Funding Corporation should be dismissed with prejudice.

______________/s/ James Moretti
James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886
738-4500

# CERTIFICATION

I hereby certify that on 7/5/07 I mailed a copy of the within to James Marcello, 152 Cross Road, Stetson, ME 04488; Olivia Marcello, 152 Cross Road, Stetson, ME 04488; Betty Barney, 77 Dorr Avenue, E. Providence, RI 02915 and Mark Charleson, Esq., 928 Park Avenue, Cranston, RI 02910. I further certify that all other parties were served electronically by the Court's ECF System.

/s/ James Moretti