**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JAMES C. MARCELLO AND**
**OLIVIA A. MARCELLO**

**V.** **C.A. NO. 07-055 ML**

**STATE OF RHODE ISLAND, ET AL.**
**DEFENDANTS**

**DEFENDANT STATE'S OBJECTION**
**TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Defendant, State of Rhode Island (the "State" or "Defendant"), hereby objects to the Motion for Summary Judgment, filed by Plaintiffs, James and Olivia Marcello (the "Marcellos" or "Plaintiffs"). For the reasons set forth, the State respectfully request that Plaintiffs' Motion for Summary Judgment be denied, and such other and further relief as justice may require.

The Marcellos' Motion for Summary Judgment is a mere recitation of the allegations set forth in their Bill of Complaint. On April 24, 2007, the State filed a Motion to Dismiss Plaintiffs' Bill of Complaint pursuant to Rule 12 (b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted. In support, the State also filed a supporting Memorandum of Law. (See Docket Entry No. 41 and copy attached.) The State relies on its previously filed Memorandum of Law in Support of Motion to Dismiss, incorporates the Memorandum by reference herein and attachment hereto, and would respectfully assert that no further briefing is required. Should the Honorable Court require anything further, the State shall immediately comply.

Therefore, for the reasons set forth herein and in Defendant State's Memorandum of Law in Support of Motion to Dismiss, Defendant, State of Rhode Island, respectfully requests that the

Marcellos' Motion for Summary Judgment be denied; that the State's pending Motion to Dismiss be granted; that Plaintiffs' Bill of Complaint as against Defendant State be denied and dismissed, with prejudice; and other and further relief as justice may require.

Respectfully submitted,
DEFENDANT

State of Rhode Island
By its Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ *Thomas A. Palombo*
______________________________
Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that the within Objection was electronically filed with the USDC ECF system on this 5th day of July, 2007 and that I caused a copy to be electronically sent to:

**Robert W. Smith, Esquire**
rsmith@agglaw.com

**Mark P. Dolan, Esquire**
ricedolan@ricedolan.com

**Michael A. DeSisto**
michael@desistolaw.com mary@desistolaw.com

**James Moretti**
jmoretti@resnickandcaffrey.com

/s/ Thomas A. Palombo
______________________________

# CERTIFICATION

I hereby certify that I mailed a true copy of the within Objection on this 5th day of July, 2007 by first class mail, postage prepaid to:

**James C. Marcello and Olivia A. Marcello, pro se**
152 Cross Road
Stetson, ME 04488

*/s/ Thomas A. Palombo*