MPD:fm 07-139

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO AND
OLIVIA A. MARCELLO

VS C.A. NO. 07-055 ML

STATE OF RHODE ISLAND, ET AL

**DEFENDANT DAVID COLEMAN, PROPRIETOR OF COLEMAN REALTY IN BARRINGTON'S SECOND MOTION TO AMEND ANSWER TO PLAINTIFFS' COMPLAINT FOR CONSPIRACY, EMBEZZLEMENT & RACKETERRING**

Defendant hereby moves to amend his answer in the form annexed hereto to said motion as Exhibit A to add statute of limitations as an affirmative defense. In support of his motion, defendant submits the attached memorandum.

__/s/ Mark Dolan_______________
Mark P. Dolan, Esq. #3280
Rice Dolan & Kershaw
Attorneys for Defendant
*David Coleman, proprietor of*
*Coleman Realty in Barrington*
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800 Phone
(401) 421-7218 Fax

CERTIFICATION

I hereby certify that the following individuals have received a copy of the within document via regular mail:

James and Olivia Marcello
152 Cross Road
Stetson, ME 04488

James Moretti, Esq.
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886

All other counsel of record have received the within document electronically via the Court's ECF system.

DATED: July 10, 2007 ___________________________

MPD:fm 07-139

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO AND
OLIVIA A. MARCELLO

VS C.A. NO. 07-055 ML

STATE OF RHODE ISLAND, ET AL

**MEMORANDUM IN SUPPORT OF DEFENDANT DAVID COLEMAN, PROPRIETOR OF COLEMAN REALTY IN BARRINGTON'S SECOND MOTION TO AMEND ANSWER TO PLAINTIFFS' COMPLAINT FOR CONSPIRACY, EMBEZZLEMENT & RACKETERRING**

The allegations against this defendant referenced in plaintiffs' complaint are alleged to have occurred from November 14, 2003 through February 6, 2004. Plaintiffs' complaint was not filed with the Court until February 8, 2007 (See Document No. 1). Plaintiffs' complaint is barred by the applicable statute of limitations. Therefore, defendant hereby moves to add the affirmative defense of statute of limitations in his answer to plaintiffs' complaint.

For the above reasons, defendant respectfully requests that his motion now be granted.

__/s/ Mark Dolan________________ _

Mark P. Dolan, Esq. #3280
Rice Dolan & Kershaw
Attorneys for Defendant
*David Coleman, proprietor of*
*Coleman Realty in Barrington*
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800 Phone
(401) 421-7218 Fax

CERTIFICATION

I hereby certify that the following individuals have received a copy of the within document via regular mail:

James and Olivia Marcello
152 Cross Road
Stetson, ME 04488

James Moretti, Esq.
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886

All other counsel of record have received the within document electronically via the Court's ECF system.

DATED: July 10, 2007 __/s/ Mark Dolan________________