✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

James C. Marcello, Olivia A. Marcello

V.

State of Rhode Island, et al.

**APPEARANCE**

Case Number: CA 07 055 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Kevin Kernan

I certify that I am admitted to practice in this court.

6/25/2007
Date

Mark A. Charleson
Signature

Digitally signed by Mark A. Charleson
DN: CN = Mark A. Charleson, C = US, O = Charleson and Charleson
Reason: I am the author of this document
Date: 2007.06.25 09:38:28 -04'00'

Mark A. Charleson
Print Name

RI 4406
Bar Number

928 Park Avenue
Address

Cranston
City

RI
State

02910
Zip Code

(401) 272-8787
Phone Number

(401) 781-7887
Fax Number