UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES C. MARCELLO; | : | |
| OLIVIA A. MARCELLO | : | |
| | : | C.A. NO. 07-055ML |
| VS. | : | |
| | : | |
| STATE OF RHODE ISLAND, ET AL | : | |

**DEFENDANT KEVIN KERNAN'S ANSWER TO PLAINTIFFS' COMPLAINT**

**IDENTIFCATION OF ENTERPRISES**

I. Denied
II. (A-F) Denied.
III. (A) Denied.

**JURISDICTIONAL STATEMENT**

I. Denied.

**CONSTITUTIONAL RIGHTS OF PLAINTIFFS**

II. Denied.

**COUNT 1**

Defendant Kevin Kernan denies the allegations contained in paragraphs 1-16 of Count 1.

**COUNT 2**

Defendant Kevin Kernan denies the allegations contained in paragraphs 1-8 of Count 2.

**COUNT 3**

Defendant Kevin Kernan denies the allegations contained in paragraphs 1-11 of Count 3.

**COUNT 4**

Defendant Kevin Kernan denies the allegations contained in paragraphs 1-6 of Count 4.

**COUNT 5**

Defendant Kevin Kernan denies the allegations contained in paragraphs 1-7 of Count 5.

WHEREFORE Defendant demands judgment against Plaintiffs together with interest, fees and costs and for any other relief that the court deems appropriate.

**FIRST AFFIRMATIVE DEFENSE**

Any injury or harm sustained by the Plaintiff was caused solely or in part by the actions of third parties over which this Defendant has no control.

**SECOND AFFIRMATIVE DEFENSE**

The Defendant affirmatively pleads insufficiency of service of process and improper service.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiffs fail to state a claim against this Defendant for which relief can granted.

**FOURTH AFFIRMATIVE DEFENSE**

The Defendant affirmatively pleads the statute of limitations as a bar to this claim.

**FIFTH AFFIRMATIVE DEFENSE**

Defendant states that this court has not jurisdiction over this controversy.

**SIXTH AFFIRMATIVE DEFENSE**

Defendant affirmatively pleads the defense of Laches.

DEFENDANT KEVIN KERNAN
By his Attorney,

MARK A. CHARLESON, ESQ. (#4406)
928 Park Avenue
Cranston, Rhode Island 02910
(401) 272-8787

Dated: June 25, 2007

**CERTIFICATION**

I, the undersigned, hereby certify that I forwarded a true copy of the within Answer to James C. Marcello and Olivia A. Marcello of 152 Cross R. Stetson, Maine 04488 and each defendant named on the complaint by regular mail, postage prepaid, this 26 day of June, 2007.

Mark Chaloner

Matters\Lit\Misc\KernanAns07036