**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JAMES C. MARCELLO;** | **:** | |
| **OLIVIA A. MARCELLO** | **:** | |
| | **:** | **C.A. NO. 07-055ML** |
| **VS.** | **:** | |
| | **:** | |
| **STATE OF RHODE ISLAND, ET AL** | **:** | |

**DEFENDANT KEVIN KERNAN'S OPPOSITION TO PLAINTIFFS' MOTION TO COLLECT COSTS OF SUIT**

Now comes Defendant Kevin Kernan and with good cause hereby objects to plaintiffs' Motion to Collect the Costs of Service. In support of this objection, Defendant relies on the accompanying Memorandum of Law.

DEFENDANT KEVIN KERNAN
By his attorney

/s/ Mark A. Charleson________________
MARK A. CHARLESON, ESQ. (#4406)

Dated: July 23, 2007

**CERTIFICATION**

I hereby certify that I forwarded a true copy of this pleading to James C. Marcello, 152 Cross R. Stetson, Maine 04488, Olivia A. Marcello, 152 Cross R. Stetson, Maine 04488, Betty Barney, 77 Dorr Avenue, East Providence, RI 02915 and Alfred Harris, PO Box 1107, Pawtucket, RI 02862 by regular mail, postage prepaid, this 23rd day of July, 2007. I further certify that on said date I submitted this pleading to the court's ECF System for electronic service to all other parties of record.

/s/ Mark A. Charleson_________________

Matters\Lit\Misc\KernanOppMot07036