**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JAMES C. MARCELLO;** | **:** | |
| **OLIVIA A. MARCELLO** | **:** | |
| | **:** | **C.A. NO. 07-055ML** |
| **VS.** | **:** | |
| | **:** | |
| **STATE OF RHODE ISLAND, ET AL** | **:** | |

**DEFENDANT KEVIN KERNAN'S MEMORANDUM OF LAW OPPOSING PLAINTIFFS' MOTION TO COLLECT COSTS OF SUIT**

Pro-se Plaintiffs have filed a "MOTION TO COLLECT COSTS OF SERVICE". Among the costs Plaintiffs are seeking to recover is "customary hourly rate[s]" incurred in serving Defendants. Defendant Kevin Kernan has objected to Plaintiffs' motion. Defendant Kernan states that Plaintiffs' motion should be denied. FRCP 4(d)(2) allows the court to award costs incurred in effecting service, but makes no provision for recovery of attorney fees or reimbursement for time spent by a pro-se plaintiffs obtaining in hand service of process. Even if FRCP did allow for attorney fees related to service of process, Plaintiffs have not engaged counsel and therefore incurred no such fees. Furthermore, Plaintiffs have failed to specify who among the several defendants named in the motion is liable for the "costs" of service. Finally, based on the convoluted, imprecise and unclear nature of the complaint and the tenuous theory of liability relied on by Plaintiffs in their claim against Defendant Kernan, it cannot be said that Defendant Kernan's failure to respond was without good cause. Kernan is the principal owner of Jones Moving and Storage, LLC, a Rhode Island limited liability company. Kernan appears to not have been mentioned anywhere in the complaint. There appears to be no allegation by Plaintiffs that Defendant Kernan did anything wrong. Plaintiffs' have

alleged that Jones Moving and Storage, LLC was involved with the Barrington Police Department in a scheme to "illegally evict" Plaintiffs from property and to wrongfully take Plaintiffs' property and to trespass on Plaintiffs' deceased parents' property, but there is no allegation that Kernan personally did anything improper. Accordingly, Defendant Kernan determined that he was not required to respond to the service of process mailed to him by Plaintiffs. Conversely, it appears that Plaintiffs' have wrongfully and improperly named Kernan as a party to this action by failing to allege any wrongdoing by Kernan personally.

For the foregoing reasons, Defendant Kernan asks this Court deny and dismiss Plaintiffs' Motion to Collect Costs of Service.

DEFENDANT KEVIN KERNAN
By his attorney,

/s/ Mark A. Charleson_______________
MARK A. CHARLESON, ESQ. (#4406)
928 Park Avenue
Cranston, Rhode Island 02910
(401) 272-8787

Dated: July 23, 2007

## CERTIFICATION

I hereby certify that I forwarded a true copy of this pleading to James C. Marcello, 152 Cross R. Stetson, Maine 04488, Olivia A. Marcello, 152 Cross R. Stetson, Maine 04488, Betty Barney, 77 Dorr Avenue, East Providence, RI 02915 and Alfred Harris, PO Box 1107, Pawtucket, RI 02862 by regular mail, postage prepaid, this 23rd day of July, 2007. I further certify that on said date I submitted this pleading to the court's ECF System for electronic service to all other parties of record.

/s/ Mark A. Charleson_______________

KernanMemoMattersLitMisc07036