MPD;taa07-139

**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JAMES C. MARCELLO and | : | |
| OLIVIA A. MARCELLO | : | |
| | : | |
| VS | : | C.A. NO. 07-055 ML |
| | : | |
| STATE OF RHODE ISLAND, et al | : | |

**DEFENDANT, DAVID COLEMAN'S MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(6)**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, defendant, David Coleman, Proprietor of Coleman Realty in Barrington, hereby moves to dismiss the *pro se* plaintiffs' Complaint for failure to state a claim for which relief may be granted. Furthermore, no factual allegations are made against said defendant. The reasons for this motion are included in the attached Memorandum of Law.

Respectfully Submitted,

Defendant, DAVID COLEMAN,
Proprietor of Coleman Realty in Barrington,
By His Attorneys,

/s/ Mark Dolan
Mark P. Dolan, Esq. (#3280)
RICE DOLAN & KERSHAW
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800

**CERTIFICATION**

The undersigned hereby certifies that on August 3, 2007, a true copy of the within document has been mailed, postage pre-paid, to *pro se* plaintiffs **James Marcello** and **Olivia Marcello**, 152 Cross Road, Stetson, ME 04488; **James Moretti, Esq**., Resnick & Caffrey, 300 Centerville Road, #300W, Warwick, RI 02886; **Betty Barney**, 77 Dorr Avenue, E. Providence, RI 02915; **Alfred Harris**, P.O. Box 1107, Pawtucket, RI 02862; **Mark A. Charleson, Esq.**, 928 Park Ave., Cranston, RI 02910; and **Thomas A. Palombo, Esq.**, Assistant Attorney General, 150 South Main Street, Providence, RI 02903. The undersigned further certifies that all counsel of record have received the within document electronically via the Court's ECF System.

/s/ Mark Dolan