UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. MARCELLO AND OLIVIA A. MARCELLO<br>Plaintiff<br><br>v.<br><br>STATE OF RHODE ISLAND, ET AL.<br>Defendant | CIVIL ACTION NO. 07-055 ML |

DEFENDANTS, DAVID STRACHMAN AND MCINTYRE, TATE & LYNCH'S
AMENDED MOTION TO DISMISS IN LIEU OF ANSWER

Now come defendants, David Strachman and McIntyre, Tate & Lynch and pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, hereby move to dismiss the complaint filed by pro se plaintiffs, James C. Marcello and Olivia A. Marcello ("plaintiffs") for failure to state a claim on which relief can be granted. Further, the defendants are entitled to dismissal for the reason that the Counts brought against the defendants are not timely and are barred by the doctrine of res judicata. Finally, the Court lacks subject matter jurisdiction over the claims brought against the defendants and no service has been made on defendant, McIntyre, Tate & Lynch within 120 days pursuant to FRCP 4(m).

In support hereof, defendants submit the accompanying memorandum of law.

DEFENDANTS, DAVID STRACHMAN
AND MCINTYRE, TATE & LYNCH

By their Attorneys,

/s/ Frederick E. Connelly, Jr.
Frederick E. Connelly, Jr., #6772
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

CERTIFICATE OF SERVICE

I, Frederick E. Connelly, Jr., hereby certify that I have this 9th day of August, 2007, electronically filed the above document. The document is available for viewing and downloading from the ECF system. I have electronically served a copy of the foregoing upon the defendants through their counsel, as follows:

| | |
|---|---|
| Michael A. DeSisto | michael@desistolaw.com |
| Mark P. Dolan | ricedolan@ricedolan.com |
| James Moretti | jmoretti@resnickandcaffrey.com |
| Thomas A. Palombo | tpalombo@riag.ri.gov |
| Robert W. Smith | rsmith@agglaw.com |

The foregoing document was served upon the following parties via first class mail as follows:

| | |
|---|---|
| James C. Marcello<br>152 Cross Road<br>Stetson, ME 04488 | Olivia A. Marcello<br>152 Cross Road<br>Stetson, ME 04488 |
| Alfred Harris<br>P.O. Box 1107<br>Pawtucket, RI 02862 | Betty Barney, RN<br>77 Dorr Avenue<br>East Providence, RI 02915 |
| Mark A. Charleson, Esq.<br>928 Park Avenue<br>Cranston, RI 02910 | |

/s/ Frederick E. Connelly, Jr.
Frederick E. Connelly, Jr.

666174_1
14881-92570