**IN THE UNITED STATES OF AMERICA**
**FOR THE DISTRICT OF RHODE ISLAND**

**JAMES C. MARCELLO, et al**

**V** **CA No. 07-55 ML**

**STATE OF RHODE ISLAND, et al**

**MOTION FOR EXTENSION OF TIME TO FILE RESONSES TO MOTIONS THAT ARE NOT YET FILED WITH THE COURT**

Now come defendants Nuno Neves, Natalia Paiva-Neves, Jeffrey Caffrey, Resnick & Caffrey (incorrectly named as Resnick, Caffrey & Moretti) Ava Martinelli, as President and Treasurer of Diamond Funding Corporation and Diamond Funding Corporation and hereby move for an extension of time in order to file responses to motions not yet filed or docketed with the court.

The reason for this motion is that there is no way to file a response or objection when using the court's ECF system unless the motions are actually filed and docketed with the court.

Defendants respectfully request that they be allowed to file responses and objections to plaintiffs' motions, 10 days after they are actually filed and docketed with the court.

/s/ James Moretti

James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886
401-738-4500

**CERTIFICATION**

I hereby certify that on 8/16/07, I mailed a copy of the following to James Marcello, 152 Cross Rd., Stetson, ME 04488; Olivia Marcello, 152 Cross Road, Stetson, ME 04488 and Betty Barney, 77 Dorr Avenue, East Providence, RI 02915. I further certify that all other parties were served by the court's ECF system.

/s/ James Moretti

**IN THE UNITED STATES OF AMERICA**
**FOR THE DISTRICT OF RHODE ISLAND**

**JAMES MARCELLO, et al**

**V** **CA NO. 07-055 ML**

**STATE OF RHODE ISLAND**

**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO MOTIONS THAT ARE NOT YET FILED WITH THE COURT**

**Facts/Travel**

Plaintiffs have purportedly filed the following motions on August 6, 2007:

(a) a motion to amend complaint;

(b) a motion for joinder of defendants;

(c) a motion for decree pro confesso.

However these motions are docketed with the court. This court's Local Rule 7 (b) requires that responses and objections to motions be filed within 10 days of service thereof. However there is no way to file an objection through the court's ECF system unless the motions are actually filed and docketed with the court.

**Conclusion**

For the above reasons, the defendants request that they be allowed to file response and objections to plaintiff's motions 10 days after they are actually filed and docketed with the court.

/s/ James Moretti

James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886
738-4500

**CERTIFICATION**

I hereby certify that on 8/16/07 I mailed a copy of the within to James Marcello, 152 Cross Road, Stetson ME 04488 and Olivia Marcello, 152 Cross Road, Stetson ME 04488 and Betty Barney, 77 Dorr Avenue, East Providence, RI 02915. I further certify that all other parties have been served by the court's ECF system.

______________/s/ James Moretti