UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. & OLIVIA A. MARCELLO

Plaintiffs

vs. **CA NO: 07-055 ML**

STATE OF RHODE ISLAND, ET AL

Defendants

**OBJECTION TO MOTION TO STRIKE**

Now come Plaintiffs, James C. Marcello and Olivia A. Marcello and, hereby object to and move to strike out the Rule 12(b)(6) motion(s) to dismiss filed by the Defendants David Coleman, Ava Martinelli, and David Strachman. Plaintiffs assigns grounds as follows:

**Fact**

1. The particular point or question in issue in this second action in which the judgment will depend upon the determination thereof (see cmplt at v. II. Constitutional Rights of Plaintiffs) of "Whether Plaintiff James C. Marcello's Constitutional Legal Rights of Ownership to His father's Entire Estate Property Was Established on Septemer 28, 2002 the Day of His Father's Intestate Death as defined by RIGL § 33-1-1(1) Real Estate Descending By Intestacy to Children....", was not in issue and adjudicated in the first suit.

**Supporting Law**

**Identity of Issues:**

"The true test of the conclusiveness of a former judgment in respect to particular matters is identity of issues."

"If a particular point or question is in issue in the second action, and the judgment will depend upon the determination of the particular point or question, a former judgment between the same parties will be final and conclusive in the second if that same point or question was in issue and adjudicated in the first suit; otherwise not. See R.I. Case laws: Messier v. Messier, 34 R.I. 233, 82 A 996; Schaffer v. Brown, 23 R.I. 216, 49 A 895; Crafts v. Crafts, 23 R.I. 5, 52 A 890."

**Conclusion**

Therefore, Plaintiffs respectfully request that the Court may deny Defendants' motions to dismiss; and such other and further relief as justice may require.

Respectfully submitted,

PLAINTIFFS * IN PRO SE

JAMES C. MARCELLO
OLIVIA A. MARCELLO

/s/ James C. Marcello

/s/ Olivia A. Marcello

James & Olivia Marcello
152 Cross Rd.
Stetson, ME 04488
207 296 3433

**CERTIFICATION**

I, the undersigned, hereby certify that I have mailed a conformed copy of the following:

1. OBJECTION TO MOTION TO STRIKE
2. __________
3. __________
4. __________
5. __________

by regular U.S. Mail, postage prepaid, on the 6th day of AUGUST, 2007, to counsels of record and parties as indicated below:

Michael DeSisto,esq
211 Angell St
Providence RI 02906

Robert Smith,esq
155 S Main St
Providence RI 02903

Thomas Palombo,esq
150 S Main St
Providence RI 02903

Mark Dolan,esq
175 Westminister St
Providence RI 02903

James Moretti,esq
300 Centerville Rd
Warwick RI 02886

Mark Charleson,esq
928 Park Avenue
Cranston RI 02910

Frederick Connelly,jr,esq
30 Rowes Wharf
Boston MA 02110

Alfred Harris
287 Rand St - Box 1107
Central Falls RI 02862

Betty Barney
77 Dorr Avenue
E Providence RI 02915

/s/ James C. Marcello