UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. & OLIVIA A. MARCELLO

Plaintiffs

vs. **CA NO: 07-055 ML**

STATE OF RHODE ISLAND, ET AL

Defendants

**MOTION FOR JOINDER OF DEFENDANTS**

Now come Plaintiffs, James C. Marcello and Olivia A. Marcello and, pursuant to Rule 18, 19, & 20 of the Federal Rules of Civil procedure, hereby Motions to enjoin all Defendants so named in the complaint as being jointly liable to all claims asserted in said complaint.

Through Section 1983 it provides a mechanism by which to plead or prove a constitutional or statutory violation, and to impose liability on each and every defendant without regard to who actually committed a particular act **See U.S.--Hale v. Townley,** 45 F.3d 914 (5th Cir. 1995).

Section 1983 further includes individuals who are part of the conspiracy but do not act directly to deprive the plaintiff of his or her constitutional rights **See U.S.--Libbra v. City of Litchfield, Ill.**, 893 F. Supp. 1370, 23 Media l. Rep. (BNA) 2217 (C.D. ILL. 1995).

Said Plaintiffs, have and assert a right, at their election, to sue all said defendants jointly **See R.I.--Cole v. Lippitt,** 22 R.I. 31, 46 A 43; although there may exist a difference in the degree of the misconduct or liability, or of the amount of evidence necessary to establish the liability of each.

And Plaintiff may join, even in doubt, two or more defendants with the view of ascertaining which, if either, is liable **See Kilkenney v. Bockius,** 187 Fed. 382.

**Conclusion**

Therefore, Plaintiffs respectfully request that the Motion for Joinder of Defendants be granted; and such other and further relief as justice may require.

Respectfully submitted,

PLAINTIFFS * IN PRO SE

JAMES C. MARCELLO
OLIVIA A. MARCELLO

/s/ James C. Marcello

/s/ Olivia A. Marcello

James & Olivia Marcello
152 Cross Rd.
Stetson, ME 04488
207 296 3433

**CERTIFICATION**

I, the undersigned, hereby certify that I have mailed a conformed copy of the following:

1. MOTION FOR JOINDER OF DEFENDANTS
2. ____
3. ____
4. ____
5. ____

by regular U.S. Mail, postage prepaid, on the 6th day of AUGUST, 2007, to counsels of record and parties as indicated below:

Michael DeSisto,esq
211 Angell St
Providence RI 02906

Robert Smith,esq
155 S Main St
Providence RI 02903

Thomas Palombo,esq
150 S Main St
Providence RI 02903

Mark Dolan,esq
175 Westminister St
Providence RI 02903

James Moretti,esq
300 Centerville Rd
Warwick RI 02886

Mark Charleson,esq
928 Park Avenue
Cranston RI 02910

Frederick Connelly,jr,esq
30 Rowes Wharf
Boston MA 02110

Alfred Harris
287 Rand St - Box 1107
Central Falls RI 02862

Betty Barney
77 Dorr Avenue
E Providence RI 02915

/s/ James C. Marcello