UNITED STATE DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. & OLIVIA A. MARCELLO

Plaintiffs

vs. **CA NO: 07-055 ML**

STATE OF RHODE ISLAND, ET AL

Defendants

**MOTION TO AMEND COMPLAINT**

Now come Plaintiffs, James C. Marcello and Olivia A. Marcello and, pursuant to Rule 15(a) of Fed. R. Civ. P., hereby Motions to Amend Complaint, a copy of said amendments is hereby annexed.

Respectfully submitted,

PLAINTIFFS * IN PRO SE

JAMES C. MARCELLO
OLIVIA A. MARCELLO

/s/ James C. Marcello

/s/ Olivia A. Marcello

James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488
(207) 296-3433

**COUNT 3**

**Sub-Count 10**

10. On and about the 13th day of August, 2003, Defendant Arthur T. Marcello,(jr.) of 114 Governor Bradford Rd, Barrington R.I., did receive from Co-Defendant Arthur T. Marcello by direct or indirect means, stolen personal real estate property from the plaintiff James C. Marcello's resident owned property located at 557 Maple Avenue Barrington R.I., **(transported by Defendant Employees of Jones Moving and Storage)**, consisting of (100) year old antique dining room set, (3) antique bedrooms sets, antique china, law office equipment books and supplies, carpentry and mechanic equipment, lades, auto mobile, etc, all in approximate valued of ($200,000.00), **(all Defendants within named)** with guilty knowledge thereof.

**Sub-Count 11**

11. On and about the 13th day of August, 2003, Defendant Thomas Marcello, of 24 Cove Avenue, Barrington R.I., did receive from Co-Defendant Arthur T. Marcello by direct or indirect means, stolen personal real estate property from the plaintiff James C. Marcellos resident owned property located at 557 Maple Avenue Barrington R.I., **(transported by Defendant Employees of Jones Moving and Storage)**, consisting of (100) year old antique dining room set, (3) antique bedrooms sets, antique china, law office equipment book and supplies, carpentry and mechanic equipment, lades, auto mobile, etc, all in approximate value of ($200,000.00), **(all Defendants within named)** with guilty knowledge thereof.

These violations **(contained in Ct: 3, Sub-Cts: 10 & 11)** are made pursuant to RIGL § 11-41-2. Receiving Stolen Goods, **and (18 USC § 1961(1)(A) Robbery)**.

**COUNT 4**

**Sub-Count 7**

7. On and about the 6th day of February, 2004, Defendant Ava M. Martinelli, President and Treasurer of Diamond Funding Corporation, located at 872 Park Avenue Cranston Rhode Island, did conspire with Co-Defendants Attorney John A. DeSano, Attorney Bernard P. Healy, Attorney Jeffrey Caffrey, Arthur T. Marcello, Nuno C. Neves, and Natalia Paiva-Neves, to receive from said defendant "Neves" approximately ($120,000.00) in down payment cash towards the unlawful purchasing of stolen real estate property owned by plaintiff James C. Marcello and located at 557 Maple Avenue Barrington Rhode Island, and to wit said defendant Martinelli futher agreed with said within defendants named to move and launder the said down payment moneys immediately to a out-of -state financial institution named Mortgage Electronic Registration Systems, Inc., P.O. BOX 2026, Flint, MI 48501-2026 in the furtherance of the fraudulent scheme to obtain plaintiffs real estate property.

This violation is made pursuant the Title 18 USC § 1961, et seq, Federal (RICO) Statute.

Respectfully submitted,

PLAINTIFFS * IN PRO SE

JAMES C. MARCELLO
OLIVIA A. MARCELLO

/s/ James C. Marcello

/s/ Olivia A. Marcello

James & Olivia Marcello
152 Cross Rd.
Stetson, ME 04488
207 296 3433

**CERTIFICATION**

I, the undersigned, hereby certify that I have mailed a conformed copy of the following:

1. MOTION TO AMEND COMPLAINT
2. ATTACHED AMENDMENTS * COUNT 3 SUB-COUNTS 10 & 11
3. ATTACHED AMENDMENTS * COUNT 4 SUB-COUNT 7
4. 
5. 

by regular U.S. Mail, postage prepaid, on the 6th day of AUGUST, 2007, to counsels of record and parties as indicated below:

Michael DeSisto,esq
211 Angell St
Providence RI 02906

Robert Smith,esq
155 S Main St
Providence RI 02903

Thomas Palombo,esq
150 S Main St
Providence RI 02903

Mark Dolan,esq
175 Westminister St
Providence RI 02903

James Moretti,esq
300 Centerville Rd
Warwick RI 02886

Mark Charleson,esq
928 Park Avenue
Cranston RI 02910

Frederick Connelly,jr,esq
30 Rowes Wharf
Boston MA 02110

Alfred Harris
287 Rand St - Box 1107
Central Falls RI 02862

Betty Barney
77 Dorr Avenue
E Providence RI 02915

/s/ James C. Marcello