**IN THE UNITED STATES OF AMERICA**
**FOR THE DISTRICT OF RHODE ISLAND**

**JAMES C. MARCELLO, et al**

**V** **CA No. 07-55 ML**

**STATE OF RHODE ISLAND, et al**

**OBJECTION OF NUNO NEVES, NATALIA PAIVA-NEVES, JEFFREY CAFFREY, RESNICK & CAFFREY (INCORRECTLY NAMED AS RESNICK, CAFFREY & MORETTI) AVA MARTINELLI, AS PRESIDENT AND TREASURER OF DIAMOND FUNDING CORPORATION AND OF DIAMOND FUNDING TO PLAINTIFFS' MOTION FOR JOINDER OF DEFENDANTS**

Now come defendants and hereby object to plaintiffs' motion for joinder of defendants.

In support hereof, defendants rely on their memorandum of law filed along with this motion.

/s/ James Moretti

James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886
401-738-4500

**CERTIFICATION**

I hereby certify that on 8/20/07, I mailed a copy of the following to James Marcello, 152 Cross Rd., Stetson, ME 04488; Olivia Marcello, 152 Cross Road, Stetson, ME 04488 and Betty Barney, 77 Dorr Avenue, East Providence, RI 02915. I further certify that all other parties were served by the court's ECF system.

/s/ James Moretti

**IN THE UNITED STATES OF AMERICA**
**FOR THE DISTRICT OF RHODE ISLAND**

**JAMES MARCELLO, et al**

**V** **CA NO. 07-055 ML**

**STATE OF RHODE ISLAND**

**MEMORANDUM OF LAW OF NUNO NEVES, NATALIA PAIVA-NEVES, JEFFREY CAFFREY, RESICK & CAFFREY (IMPROPERLY NAMED AS RESNICK, CAFFREY & MORETTI) AVA MARTINELLI, AS PRESIDENT AND TREASURER OF DIAMOND FUNDING CORPORATION AND OF DIAMOND FUNDING CORPORATION IN SUPPORT OF THEIR OBJECTION TO PLAINTIFFS' MOTION TO AMEND COMPLAINT**

**Facts/Travel**

Plaintiffs' have filed a motion for joinder of defendants. A fair reading of the motion actually infers that plaintiffs are seeking the entry of some type of pre-trial ruling that all defendants are liable for all claims in the complaint. There is simply no grounds or evidence to support such a motion and for the entry of such an order or ruling.

If plaintiffs are seeking to allege that they are entitled to plead such relief, then they should be required to file a motion to amend the complaint pursuant to the Federal Rules of Civil Procedure.

**Conclusion**

For the above reasons, the plaintiffs' motion for joinder should be denied.

/s/ James Moretti

James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886
738-4500

**CERTIFICATION**

I hereby certify that on 8/20/07 I mailed a copy of the within to James Marcello, 152 Cross Road, Stetson ME 04488 and Olivia Marcello, 152 Cross Road, Stetson ME 04488 and Betty Barney, 77 Dorr Avenue, East Providence, RI 02915. I further certify that all other parties have been served by the court's ECF system.

/s/ James Moretti