**IN THE UNITED STATES OF AMERICA**
**FOR THE DISTRICT OF RHODE ISLAND**

**JAMES C. MARCELLO, et al**

**V** **CA No. 07-55 ML**

**STATE OF RHODE ISLAND, et al**

**OBJECTION OF AVA MARTINELLI, AS PRESIDENT AND TREASURER OF DIAMOND FUNDING CORPORATION AND OF DIAMOND FUNDING CORPORATION TO PLAINTIFFS' MOTION FOR DECREE PRO COFESSO**

Now come defendants Ava Martinelli, as President and Treasurer of Diamond Funding Corporation and Diamond Funding Corporation and hereby object to the plaintiffs' motion for decree pro confesso. In support hereof, defendants rely on their memorandum of law filed with this motion.

/s/ James Moretti

James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886
401-738-4500

**CERTIFICATION**

I hereby certify that on 8/20/07, I mailed a copy of the following to James Marcello, 152 Cross Rd., Stetson, ME 04488; Olivia Marcello, 152 Cross Road, Stetson, ME 04488 and Betty Barney, 77 Dorr Avenue, East Providence, RI 02915. I further certify that all other parties were served by the court's ECF system.

/s/ James Moretti

**IN THE UNITED STATES OF AMERICA**
**FOR THE DISTRICT OF RHODE ISLAND**

**JAMES MARCELLO, et al**

**V** **CA NO. 07-055 ML**

**STATE OF RHODE ISLAND**

**MEMORANDUM OF LAW OF AVA MARTINELLI, AS PRESIDENT AND TREASURER OF DIAMOND FUNDING CORPORATION AND OF DIAMOND FUNDING CORPORATION IN SUPPORT OF THEIR OBJECTION TO PLAINTIFFS' MOTION FOR DECREE PRO CONFESSO**

**Facts/Travel**

Plaintiffs' have filed a motion for decree pro confesso against Ava Martinelli, as President & Treasurer of Diamond Funding Corporation based on the grounds that only an entry of appearance was filed and not an answer. The motion is totally without merit and this court's records and docket will reflect that an answer was duly filed on 6/21/07 (Docket Document #103). Further, a motion to dismiss the plaintiff's complaint was filed pursuant to Rule 12 (b) 6) of the F.R.C.P. (Docket Document #113) on 7/5/07 because the complaint made no factual allegations against these defendants.

The plaintiffs' motion is totally without merit.

**Conclusion**

For the above reasons, the plaintiffs' motion for a decree pro confesso should be denied.

/s/ James Moretti

James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886
738-4500

**CERTIFICATION**

I hereby certify that on 8/20/07 I mailed a copy of the within to James Marcello, 152 Cross Road, Stetson ME 04488 and Olivia Marcello, 152 Cross Road, Stetson ME 04488 and Betty Barney, 77 Dorr Avenue, East Providence, RI 02915. I further certify that all other parties have been served by the court's ECF system.

/s/ James Moretti