**IN THE UNITED STATES OF AMERICA**
**FOR THE DISTRICT OF RHODE ISLAND**

**JAMES C. MARCELLO, et al**

**V** **CA No. 07-55 ML**

**STATE OF RHODE ISLAND, et al**

**OBJECTION OF AVA MARTINELLI, AS PRESIDENT AND TREASURER OF DIAMOND FUNDING CORPORATION AND OF DIAMOND FUNDING CORPORATION TO PLAINTIFFS' MOTION TO AMEND COMPLAINT**

Now come defendants Ava Martinelli, as President and Treasurer of Diamond Funding Corporation and Diamond Funding Corporation and hereby objects to the plaintiffs' motion to amend complaint. In support hereof, defendants rely on their memorandum of law filed along with this motion.

/s/ James Moretti

James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886
401-738-4500

**CERTIFICATION**

I hereby certify that on 8/20/07, I mailed a copy of the following to James Marcello, 152 Cross Rd., Stetson, ME 04488; Olivia Marcello, 152 Cross Road, Stetson, ME 04488 and Betty Barney, 77 Dorr Avenue, East Providence, RI 02915. I further certify that all other parties were served by the court's ECF system.

/s/ James Moretti

**IN THE UNITED STATES OF AMERICA**
**FOR THE DISTRICT OF RHODE ISLAND**

**JAMES MARCELLO, et al**

**V** **CA NO. 07-055 ML**

**STATE OF RHODE ISLAND**

**MEMORANDUM OF LAW OF AVA MARTINELLI, AS PRESIDENT AND TREASURER OF DIAMOND FUNDING CORPORATION AND OF DIAMOND FUNDING CORPORATION IN SUPPORT OF THEIR OBJECTION TO PLAINTIFFS' MOTION TO AMEND COMPLAINT**

**Facts/Travel**

Plaintiffs' seek to amend their complaint to include Ava Martinelli, President and Treasurer of Diamond Funding Corporation as a "co-conspirator" in a proposed sub-court for conduct in violation of the 18 USC δ1961, et seq. (RICO). The grant or denial of such a motion is clearly within the discretion of the court **Order of St. Benedict v Gordon, 417 A.2d 881 (RI 1980).**

Defendants request that this court exercise its discretion and deny the plaintiffs' motion because the motion is not based on any supporting fact, evidence, grounds or even a valid stretch of imagination. Plaintiffs are seeking to amend their complaint on pure eccentric conjecture, speculation and fantasy.

Further, for purposes of judicial economy and clarity, plaintiffs' should be required to file a copy of the fully amend complaint to support their motion instead of proceeding on a bits and pieces basis.

**Conclusion**

For the above reasons, the plaintiffs' motion to amend complaint should be denied.

/s/ James Moretti

James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886
738-4500

**CERTIFICATION**

I hereby certify that on 8/20/07 I mailed a copy of the within to James Marcello, 152 Cross Road, Stetson ME 04488 and Olivia Marcello, 152 Cross Road, Stetson ME 04488 and Betty Barney, 77 Dorr Avenue, East Providence, RI 02915. I further certify that all other parties have been served by the court's ECF system.

/s/ James Moretti