**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JAMES C. MARCELLO AND**
**OLIVIA A. MARCELLO**

**V. C.A. NO. 07-055 ML**

**STATE OF RHODE ISLAND, ET AL.**

**OBJECTION TO MOTION FOR JOINDER**

Now comes Defendant, State of Rhode Island, ("State" or "Defendant") and hereby objects to the Marcello Plaintiffs' "Motion for Joinder of Defendants." In support hereof, Defendant State submits the following.

Plaintiffs' Motion, fairly read and liberally construed, seeks to make all named defendants "jointly liable to all claims asserted in the complaint." (Motion, p.1.) The Motion is purportedly brought pursuant to Rules 18, 19 and 20 of the Federal Rules of Civil Procedure. However, nothing in these Rules supports Plaintiffs' assertion of joint and several liability. Moreover, the cases cited fail to support joinder as to liability. See Hale v. Townley, 45 F.3d 914, 920 (5th Cir. 1995) ("a conspiracy claim is not actionable without an actual violation of section 1983") and Libbra v. City of Litchfield, Ill., 893 F.Supp. 1370, (C.D. Ill. 1995) (In order to establish prima facie case of civil conspiracy under § 1983, plaintiff must show an express or implied agreement among defendants to deprive plaintiff of constitutional rights, and actual deprivation of those rights. Family had no actionable claim against town and officials for civil rights conspiracy.)

WHEREFORE, Defendant State respectfully requests that the Plaintiffs' Motion for Joinder of Defendants be denied, and such other and further relief as justice requires.

Respectfully submitted,

DEFENDANT
By its Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Thomas A. Palombo*

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995

## CERTIFICATION

I, the undersigned, hereby certify that the within Objection was electronically filed with the USDC ECF system on this 20th day of August, 2007 and that I caused a copy to be electronically sent to:

**Frederick E. Connelly, Jr.**
fconnelly@peabodyarnold.com

**Mark A. Charleson**
mark@charlesonlaw.com

**Michael A. DeSisto**
michael@desistolaw.com

**Mark P. Dolan**
ricedolan@ricedolan.com

**James Moretti**
jmoretti@resnickandcaffrey.com

**Robert W. Smith**
rsmith@agglaw.com

/s/ Thomas A. Palombo

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within Objection on this 20th day of August, 2007 by first class mail, postage prepaid to:

**James C. Marcello and Olivia A. Marcello, pro se**
152 Cross Road
Stetson, ME 04488

**Betty Barney**
77 Dorr Avenue
East Providence, RI 02915

*/s/ Thomas A. Palombo*