MPD:fm 07-139

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO AND
OLIVIA A. MARCELLO

VS C.A. NO. 07-055 ML

STATE OF RHODE ISLAND, ET AL

**DEFENDANT DAVID COLEMAN,
PROPRIETOR OF COLEMAN REALTY IN BARRINGTON'S
OBJECTION TO PLAINTFFS' MOTION FOR JOINDER OF DEFENDANTS**

Defendant hereby objects to plaintiffs' motion for joinder of defendants in the above matter. In support of the objection, defendant submits the attached memorandum.

__/s/ Mark Dolan_______________ _
Mark P. Dolan, Esq. #3280
Rice Dolan & Kershaw
Attorneys for Defendant
*David Coleman, proprietor of
Coleman Realty in Barrington*
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800 Phone
(401) 421-7218 Fax

CERTIFICATION

I hereby certify that the following individuals have received a copy of the within document via regular mail:

James and Olivia Marcello
152 Cross Road
Stetson, ME 04488

James Moretti, Esq.
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886

All other counsel of record have received the within document electronically via the Court's ECF system.

DATED: August 20, 2007 _________/s/ Mark Dolan_______________

MPD:fm 07-139

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO AND
OLIVIA A. MARCELLO

VS C.A. NO. 07-055 ML

STATE OF RHODE ISLAND, ET AL

**MEMORANDUM IN SUPPORT OF
DEFENDANT DAVID COLEMAN,
PROPRIETOR OF COLEMAN REALTY IN BARRINGTON'S
OBJECTION TO PLAINTFFS' MOTION FOR JOINDER OF DEFENDANTS**

Defendant hereby objects to plaintiffs' motion for joinder of defendants and asserts that the plaintiffs' motion is improper procedurally, untimely, and is without merit in that it seeks to impose liability improperly amongst the defendants

__/s/ Mark Dolan________________ _

Mark P. Dolan, Esq. #3280
Rice Dolan & Kershaw
Attorneys for Defendant
*David Coleman, proprietor of*
*Coleman Realty in Barrington*
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800 Phone
(401) 421-7218 Fax

CERTIFICATION

I hereby certify that the following individuals have received a copy of the within document via regular mail:

James and Olivia Marcello
152 Cross Road
Stetson, ME 04488

James Moretti, Esq.
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886

All other counsel of record have received the within document electronically via the Court's ECF system.

DATED: August 20, 2007 _______/s/ Mark Dolan_______________