UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO :
OLIVIA A. MARCELLO

VS. : C.A. NO. 07-055 ML

STATE OF RHODE ISLAND, ET AL :

OBJECTION OF THE DEFENDANTS, KIERNAN, PLUNKETT & REDIHAN, JOHN A. DESANO, BERNARD P. HEALY, ARTHUR T. MARCELLO, ARTHUR T. MARCELLO, JR., THOMAS MARCELLO, ALBERT MASTRIANO AND, TO THE EXTENT NAMED AS DEFENDANTS, ALL LAWYERS IN KIERNAN, PLUNKETT & REDIHAN, TO PLAINTIFFS' MOTION FOR JOINDER OF DEFENDANTS

Now come the defendants, Kiernan, Plunkett & Redihan, John A. DeSano, Bernard P. Healy, Arthur T. Marcello, Arthur T. Marcello, Jr., Thomas Marcello, Albert Mastriano and, to the extent named as defendants, all lawyers in Kiernan, Plunkett & Redihan, and hereby object to the plaintiffs' motion for joinder of defendants on the grounds more particularly set forth in the attached memorandum.

Defendants, Kiernan, Plunkett & Redihan, John A. DeSano, Bernard P. Healy, Arthur T. Marcello, Jr., Thomas Marcello, Albert Mastriano and, to the extent named as defendants, all lawyers in Kiernan, Plunkett & Redihan
By their Attorney,

s/ Robert W. Smith
Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
401-751-1500
FAX: 401-751-4124
e-mail: rsmith@agglaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on August , 2007; that it is available for viewing and downloading from the ECF system, and that all counsel of record will receive notice via the ECF system.

Notice by other means will be sent to:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, Maine 04488

James Moretti, Esquire
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, Rhode Island 02886

Alfred Harris pro se
P.O. Box 1107
Pawtucket, Rhode Island 02862

Betty Barney, pro se
77 Dorr Avenue
East Providence, Rhode Island 02915

Kevin Kernan, President
Jones Moving & Storage
59 Central Street
Providence, Rhode Island 02903

Ava M. Martinelli, President and Treasurer
Diamond Funding Corp.
872 Park Avenue
Cranston, Rhode Island 02910

s/ Robert W. Smith
Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
401-751-1500
FAX: 401-751-4124
e-mail: rsmith@agglaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO :
OLIVIA A. MARCELLO

VS. : C.A. NO. 07-055 ML

STATE OF RHODE ISLAND, ET AL :

MEMORANDUM OF THE DEFENDANTS, KIERNAN, PLUNKETT & REDIHAN, JOHN A. DESANO, BERNARD P. HEALY, ARTHUR T. MARCELLO, ARTHUR T. MARCELLO, JR., THOMAS MARCELLO, ALBERT MASTRIANO AND, TO THE EXTENT NAMED AS DEFENDANTS, ALL LAWYERS IN KIERNAN, PLUNKETT & REDIHAN, IN SUPPORT OF OBJECTION TO PLAINTIFFS' MOTION FOR JOINDER OF DEFENDANTS

Plaintiffs' motion for joinder of defendants is made pursuant to Rules 18, 19 and 20 of the Federal Rules of Civil Procedure, seeking to enjoin all defendants already named in the complaint as being jointly liable to all claims asserted in said complaint. Plaintiffs' motion is without basis in law or in fact and is also improper procedurally, as Rules 18, 19 and 20 of the Federal Rules of Civil Procedure are totally inapplicable.

Accordingly, plaintiffs' motion for joinder of defendants should be summarily denied.

Defendants, Kiernan, Plunkett & Redihan, John A. DeSano, Bernard P. Healy, Arthur T. Marcello, Jr., Thomas Marcello, Albert Mastriano and, to the extent named as defendants, all lawyers in Kiernan, Plunkett & Redihan
By their Attorney,

s/ Robert W. Smith

Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
401-751-1500
FAX: 401-751-4124
e-mail: rsmith@agglaw.com

## CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on August , 2007; that it is available for viewing and downloading from the ECF system, and that all counsel of record will receive notice via the ECF system.

Notice by other means will be sent to:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, Maine 04488

James Moretti, Esquire
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, Rhode Island 02886

Alfred Harris pro se
P.O. Box 1107
Pawtucket, Rhode Island 02862

Betty Barney, pro se
77 Dorr Avenue
East Providence, Rhode Island 02915

Kevin Kernan, President
Jones Moving & Storage
59 Central Street
Providence, Rhode Island 02903

Ava M. Martinelli, President and Treasurer
Diamond Funding Corp.
872 Park Avenue
Cranston, Rhode Island 02910

s/ Robert W. Smith
Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
401-751-1500
FAX: 401-751-4124
e-mail: rsmith@agglaw.com