**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JAMES C. MARCELLO;** | : | |
| **OLIVIA A. MARCELLO** | : | |
| | : | **C.A. NO. 07-055ML** |
| **VS.** | : | |
| | : | |
| **STATE OF RHODE ISLAND, ET AL** | : | |

**DEFENDANT KEVIN KERNAN'S OBJECTION TO PLAINTIFFS' MOTION FOR JOINDER OF DEFENDANTS**

NOW COMES Defendant Kevin Kernan and hereby objects to Plaintiffs' Motion for Joinder of Defendants on the grounds more particularly set forth in the attached Memorandum.

DEFENDANT KEVIN KERNAN
By his attorney

/s/ Mark A. Charleson
MARK A. CHARLESON, ESQ. (#4406)
928 Park Avenue
Cranston, Rhode Island 02810
(401) 272-8787

Dated: August 23, 2007

**CERTIFICATION**

I hereby certify that I forwarded a true copy of this pleading to James C. Marcello, 152 Cross R. Stetson, Maine 04488, Olivia A. Marcello, 152 Cross R. Stetson, Maine 04488, Betty Barney, 77 Dorr Avenue, East Providence, RI 02915 and Alfred Harris, PO Box 1107, Pawtucket, RI 02862 by regular mail, postage prepaid, this 23rd day of August 23, 2007. I further certify that on said date I submitted this pleading to the court's ECF System for electronic service to all other parties of record.

/s/ Mark A. Charleson