**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JAMES C. MARCELLO;** | **:** | |
| **OLIVIA A. MARCELLO** | **:** | |
| | **:** | **C.A. NO. 07-055ML** |
| **VS.** | **:** | |
| | **:** | |
| **STATE OF RHODE ISLAND, ET AL** | **:** | |

**DEFENDANT KEVIN KERNAN'S MEMORANDUM IN SUPPORT OF OBJECTION TO PLAINTIFFS' MOTION FOR JOINDER OF DEFENDANTS**

Plaintiffs' Motion for Joinder of Defendants, filed pursuant to FRCP rules 18, 19 and 20, appears to seek a pre-trial order imposing joint and several liability on all Defendants named in the Complaint. Plaintiffs' Motion is filed without basis in law or fact. Nothing in the rules and case law cited and relied upon by Plaintiffs supports Plaintiffs' assertion that the Defendants should be made jointly and severally liable. Further, the rules cited by Plaintiffs are inapplicable and have no bearing on the requested relief.

Accordingly, Defendant Kernan requests that Plaintiffs' Motion for Joinder of Defendants be denied and dismissed.

DEFENDANT KEVIN KERNAN
By his attorney

/s/ Mark A. Charleson
MARK A. CHARLESON, ESQ. (#4406)
928 Park Avenue
Cranston, Rhode Island 02810
(401) 272-8787

Dated: August 23, 2007

**CERTIFICATION**

I hereby certify that I forwarded a true copy of this pleading to James C. Marcello, 152 Cross R. Stetson, Maine 04488, Olivia A. Marcello, 152 Cross R. Stetson, Maine 04488, Betty Barney, 77 Dorr Avenue, East Providence, RI 02915 and Alfred Harris, PO Box 1107, Pawtucket, RI 02862 by regular mail, postage prepaid, this 23rd day of August 23, 2007. I further certify that on August 24, 2007, I submitted this pleading to the court's ECF System for electronic service to all other parties of record.

/s/ Mark A. Charleson