**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JAMES C. MARCELLO;** | **:** | |
| **OLIVIA A. MARCELLO** | **:** | |
| | **:** | **C.A. NO. 07-055ML** |
| **VS.** | **:** | |
| | **:** | |
| **STATE OF RHODE ISLAND, ET AL** | **:** | |

**DEFENDANT KEVIN KERNAN'S OBJECTION TO PLAINTIFFS' MOTION TO AMEND COMPLAINT**

NOW COMES Defendant Kevin Kernan and hereby objects to Plaintiffs' Motion to Amend Complaint on the grounds more particularly set forth in the attached Memorandum.

DEFENDANT KEVIN KERNAN
By his attorney

/s/ Mark A. Charleson
MARK A. CHARLESON, ESQ. (#4406)
928 Park Avenue
Cranston, Rhode Island 02810
(401) 272-8787

Dated: August 23, 2007

**CERTIFICATION**

I hereby certify that I forwarded a true copy of this pleading to James C. Marcello, 152 Cross R. Stetson, Maine 04488, Olivia A. Marcello, 152 Cross R. Stetson, Maine 04488, Betty Barney, 77 Dorr Avenue, East Providence, RI 02915 and Alfred Harris, PO Box 1107, Pawtucket, RI 02862 by regular mail, postage prepaid, this 23rd day of August 23, 2007. I further certify that on August 24, 2007, I submitted this pleading to the court's ECF System for electronic service to all other parties of record.

/s/ Mark A. Charleson

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JAMES C. MARCELLO;** | **:** | |
| **OLIVIA A. MARCELLO** | **:** | |
| | **:** | **C.A. NO. 07-055ML** |
| **VS.** | **:** | |
| | **:** | |
| **STATE OF RHODE ISLAND, ET AL** | **:** | |

**DEFENDANT KEVIN KERNAN'S MEMORANDUM IN SUPPORT OF OBJECTION TO PLAINTIFFS' MOTION TO AMEND COMPLAINT**

Plaintiffs' Motion to Amend Complaint is improper procedurally; it is not in compliance with the applicable Rules of Civil Procedure. Further, most, if not all of the facts alleged by Plaintiffs appear to have occurred prior to the applicable three-year statute of limitations.

Accordingly, Defendant Kernan requests that Plaintiffs' Motion to Amend Complaint be denied and dismissed.

DEFENDANT KEVIN KERNAN
By his attorney

/s/ Mark A. Charleson
MARK A. CHARLESON, ESQ. (#4406)
928 Park Avenue
Cranston, Rhode Island 02810
(401) 272-8787

Dated: August 23, 2007

**CERTIFICATION**

I hereby certify that I forwarded a true copy of this pleading to James C. Marcello, 152 Cross R. Stetson, Maine 04488, Olivia A. Marcello, 152 Cross R. Stetson, Maine 04488, Betty Barney, 77 Dorr Avenue, East Providence, RI 02915 and Alfred Harris, PO Box 1107, Pawtucket, RI 02862 by regular mail, postage prepaid, this 23rd day of August 23, 2007. I further certify that on August 24, 2007, I submitted this pleading to the court's ECF System for electronic service to all other parties of record.

/s/ Mark A. Charleson