UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. & OLIVIA A. MARCELLO

Plaintiffs

vs.

CA NO: 07-055 ML

STATE OF RHODE ISLAND, ET AL

Defendants

**REPLY MEMORANDUM OF LAW**
**IN SUPPORT OF MOTION TO AMEND COMPLAINT**

Plaintiffs, James C. Marcello and Olivia A. Marcello, respectfully submit this brief Reply Memorandum of law in response to Defendants' Memorandum in Opposition (Opp. Memo.) to the Motion to Amend Complaint filed by Plaintiffs.

**Reply to Defendant Kernan Opp. Memo**

First, Plaintiffs' Motion to Amend Complaint is not improper procedurally and is in compliance with the applicable Rules of Civil Procedure as Defendant Kernan argue. (Opp. Memo. at 1-1), and,

Second and lastly, contrary to Defendant Kernan's argument (Opp. Memo. at 1-1), there is no applicable three-year statute of limitations in civil RICO Action.

The United States Supreme Court does not decide "... what limitations period might apply in such case. See Rotella v Wood (2000) (citation omitted).

And, in "Reference to state law in 18 USCA § 1961(1)(A) is for purpose of defining conduct prohibited and is not meant to incorporate state statute of limitations or procedural rules. See United States v Brown (1977) (citations omitted).

**Reply to Defendant Martinell's Opp. Memo**

Defendant Attorney James Moretti and defendant law firm Resnick, Caffrey, & Moretti, do not have legal standing to defend co-defendant Ava Martinelli, on the mere basis that they are not a "house counsel" and have "complicity" to the crimes alledged in the complaint (see cplt at Identification of Enterprise III. Identification of Lower Management A. Resnick, Caffrey & Moretti at iv.) See United States v Gotti, (citations omitted)

Therefore, for reasons set forth herein, Plaintiffs respectfully request their Motion to Amend Complaint be granted.

Respectfully submitted,

PLAINTIFFS * IN PRO SE

JAMES C. MARCELLO
OLIVIA A. MARCELLO

/s/ James C. Marcello

/s/ Olivia A. Marcello

James & Olivia Marcello
152 Cross Rd.
Stetson, ME 04488
207 296 3433

**CERTIFICATION**

I, the undersigned, hereby certify that I have mailed a conformed copy of the following:

1. REPLY MEMORANDUM OF LAW
2. IN SUPPORT OF MOTION TO AMEND COMPLAINT
3. __________
4. __________
5. __________

by regular U.S. Mail, postage prepaid, on the 28th day of August, 2007, to counsels of record and parties as indicated below:

Michael DeSisto,esq
211 Angell St
Providence RI 02906

Robert Smith,esq
155 S Main St
Providence RI 02903

Thomas Palombo,esq
150 S Main St
Providence RI 02903

Mark Dolan,esq
175 Westminister St
Providence RI 02903

James Moretti,esq
300 Centerville Rd
Warwick RI 02886

Mark Charleson,esq
928 Park Avenue
Cranston RI 02910

Frederick Connelly,jr,esq
30 Rowes Wharf
Boston MA 02110

Alfred Harris
287 Rand St - Box 1107
Central Falls RI 02862

Betty Barney
77 Dorr Avenue
E Providence RI 02915

/s/ James C. Marcello