UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. & OLIVIA A. MARCELLO

Plaintiffs

vs. **CA NO: 07-055 T ~~ML~~**

STATE OF RHODE ISLAND, ET AL

Defendants

**REPLY MEMORANDUM OF LAW**
**IN SUPPORT OF MOTION FOR JOINDER OF DEFENDANTS**

Plaintiffs, James C. Marcello and Olivia A. Marcello, respectfully submit this brief Reply Memorandum of law in response to Defendants' Memorandum in Opposition (Opp. Memo.) to the Motion For Joinder of Defendants filed by Plaintiffs.

First, Plaintiffs assertion of joint and several liability is not supported by these Rules as Defendants contend, but are supported by the facts sufficiently stated in their Complaint.

Second, the cases cited do not fail to support joinder as to liability as Defendants argue. (State's Object at 1-2) The actual violation of section 1983 stated in Plaintiffs Complaint (see cplt at v.) is that:

"Plaintiff James C Marcello's Constitutional legal Rights of Ownership to his Father's Entire Estate Property was established on September 28, 2002 the day of his Fathers intestate Death as Defined by RIGL § 33-1-1(1) Real Estate Descending by Intestacy to Children....", and that, the Defendants committed subsequent larceny of the entire said property thru a Void order of probate dated April 21, 2003, (see cplt at Ex: A) purporting to probate a revoked will, (see cplt at Ex: C) and in the absence of a required Probate Authorization Order to Sell the Estate Property See RIGL § 33-19-3.

Plaintiffs have established prima facie case of civil conspiracy and actual deprivation of constitutional rights, and the burden of proofing defendants question of legal conduct is upon the Defendants and may only avail themselves ... when supported by evidence See Cooper v Morin (1977) (citations omitted.

(State involvement sufficient to support finding of state action may be predicated on mere failure to act. See Ludtke v Kuhn (1978, SD NY) (citations omitted) ). Why then, if the State is not involved in crimes alledged, is the State failing to act. (see cplt at Ct: 5)

Therefore, Plaintiff request their Motion be granted.

Respectfully submitted,

PLAINTIFFS * IN PRO SE

JAMES C. MARCELLO
OLIVIA A. MARCELLO

/s/ James C. Marcello

/s/ Olivia A. Marcello

James & Olivia Marcello
152 Cross Rd.
Stetson, ME 04488
207 296 3433

**CERTIFICATION**

I, the undersigned, hereby certify that I have mailed a conformed copy of the following:

1. REPLY MEMORANDUM OF LAW
2. IN SUPPORT OF MOTION FOR JOINDER OF DEFENDANTS
3. __________
4. __________
5. __________

by regular U.S. Mail, postage prepaid, on the 28th day of August, 2007, to counsels of record and parties as indicated below:

Michael DeSisto,esq
211 Angell St
Providence RI 02906

Robert Smith,esq
155 S Main St
Providence RI 02903

Thomas Palombo,esq
150 S Main St
Providence RI 02903

Mark Dolan,esq
175 Westminister St
Providence RI 02903

James Moretti,esq
300 Centerville Rd
Warwick RI 02886

Mark Charleson,esq
928 Park Avenue
Cranston RI 02910

Frederick Connelly,jr,esq
30 Rowes Wharf
Boston MA 02110

Alfred Harris
287 Rand St - Box 1107
Central Falls RI 02862

Betty Barney
77 Dorr Avenue
E Providence RI 02915

/s/ James C. Marcello