# EXHIBITS 1-33

2331 I, JENNIE N. MARCELLO

of The Town, Of Barrington, County of Bristol, State of Rhode Island

for consideration paid, grant to Nicholas Marcello of said Town, County, and State

with QUIT-CLAIM COVENANTS

(Description, and Incumbrances, if any)

Parcel No. 1

A certain tract of land with all buildings and improvements thereon situated on the Northerly side of Maple Avenue in said Town of Barrington and bounded and described as follows:

Commencing at a point on the northerly side of said Maple Avenue 197 feet 4 inches westerly from the northwest corner of Barrington Avenue and Maple Avenue and running northerly 225 feet more or less to a corner; thence turning at right angles and running westerly, bounding northerly on land now or formerly of Joseph Palumbo and wife, 98 feet and 8 inches to a corner; thence turning at right angles and running southerly 225 feet more or less to the northerly line of said Maple Avenue; thence turning at right angles and running easterly along the northerly line of said Maple Avenue 98 feet, 8 inches to the place of beginning.

Parcel No. 2

And also that lot or parcel of land with all buildings and improvements thereon, situated in the Town of Barrington and State of Rhode Island, bounded and described as follows:

Beginning at a point on the northerly side of Maple Avenue at the southeasterly corner of land conveyed by deed of J. Clifton Allen et al, to Salvatore A. Pezzullo and wife, dated December 3, 1940 and recorded in the records of land Evidence in said Barrington in Book 38 at page 535; thence running northerly bounding westerly on said Pezzullo land to land now or lately of Giuseppe Palumbo and wife; thence easterly bounding northerly on said Palumbo land seventy-five (75) feet to land now or lately of Peter Marcello and wife; thence southerly bounding easterly on said Marcello land two hundred twenty five (225) feet to Maple Avenue; thence westerly bounding southerly on said Maple Avenue seventy-five (75) feet to the point of beginning.

Excepting herefrom that portion of parcel number two (2) which has been previously conveyed by this grantor to Gayton A. Marcello and wife Philomena Marcello which deed is recorded in the land records for the said Town of Barrington in deed book 43 at page 488.

The consideration herein is such that no revenue stamps are required.

CONTINUED ON BACK

~~husband/wife of the grantor~~

~~release to said grantee all right of curtesy/dower~~ and all other interest in the aforedescribed premises.

Witness my hand this day of September 1968

IN THE PRESENCE OF:

Commencing at a point on the northerly side of said Maple Avenue 4 inches westerly from the northwest corner of Barrington Avenue and M[illegible] and running northerly 225 feet more or less to **a corner**; thence turni[ng at right] angles and running westerly, bounding northerly on land **now or** formerly Palumbo and wife, 98 feet and 8 inches to a corner; thence turning at right angles and running southerly 225 feet more or less to the northerly line of said Maple Avenue; thence turning at right angles and running easterly along the northerly line of said Maple Avenue 98 feet, 8 inches to the place of beginning.

Parcel No. 2

And also that lot or parcel of land with all buildings and improvements thereon, situated in the Town of Barrington and State of Rhode Island, bounded and described as follows:

Beginning at a point on the northerly side of Maple Avenue at the southeasterly corner of land conveyed by deed of J. Clifton Allen et al, to Salvatore A. Pezzullo and wife, dated December 3, 1940 and recorded in the records of land Evidence in said Barrington in Book 38 at page 535; thence running northerly bounding westerly on said Pezzullo land to land now or lately of Giuseppe Palumbo and wife; thence easterly bounding northerly on said Palumbo land seventy-five (75) feet to land now or lately of Peter Marcello and wife; thence southerly bounding easterly on said Marcello land **two** hundred twenty five (225) feet to Maple Avenue; thence westerly bounding southerly on said Maple Avenue seventy-five (75) feet to the point of beginning.

Excepting herefrom that portion of parcel number two (2) which has been previously conveyed by this grantor to Gayton A. Marcello and wife Philomena Marcello which deed is recorded in the land records for the said Town of Barrington in deed book 43 at page 488.

The consideration herein is such that no revenue stamps are required.

........................ ~~husband/wife~~ ~~of the grantor~~

~~release to said grantee all right of curtesy/dower and all other interest in the aforedescribed premises.~~

Witness my hand this ........ day of September 19 68

IN THE PRESENCE OF:

Domenic Del Santo

Rosalie M Marcello

Jennie M. Marcello

State of Rhode Island, Etc.
County of Bristol

In Warren on the ........ day of September, 19 68

before me personally appeared Jennie N. Marcello

to me known and known by me to be the party executing the foregoing instrument, and she acknowledged said instrument, by her executed, to be her free act and deed.

Received for record FEB 15 1973 at 2:15 P M

Clara L. Marshall BOOK 109 PAGE 133

John A. DeSanto
Notary Public

2

677

We, JAMES C. MARCELLO of the Town of Barrington, County of Bristol, State of Rhode Island, THOMAS A. MARCELLO and ARTHUR T. MARCELLO, JR. of the Town of Warren, County of Bristol, State of Rhode Island, and GAYTON PETER MARCELLO and MARY ANN MARCELLO, of the City of Cardiff, State of California, for consideration received, grant to RUDOLPH MARCELLO, also known as NICHOLAS MARCELLO of the Town of Barrington , County of Bristol, State of Rhode Island with QUIT-CLAIM COVENANTS

That lot or parcel of land with all buildings and improvements thereon, situated in the Town of Barrington and State of Rhode Island, bounded and described as follows:

Beginning at a point on the northerly side of Maple Avenue at the southeasterly corner of land conveyed by deed of J. Clifton Allen et al, to Salvatore A. Pezzullo and wife, dated December 3, 1940 and recorded in the records of land Evidence in said Barrington in book 38 at page 535; thence running northerly bounding westerly on said Pezzullo land to land now or lately of Giuseppe Palumbo and wife; thence easterly bounding northerly on said Palumbo land seventy-five (75) feet to land now or lately of Peter Marcello and wife; thence southerly bounding easterly on said Marcello land two hundred twenty five (225) feet to Maple Avenue; thence westerly bounding southerly on said Maple Avenue Seventy-five (75) feet to the point of beginning.

Excepting herefrom that portion of said parcel which has been previously conveyed by Peter Marcello and wife, Jennie Marcello to Gayton A. Marcello and wife, Philomena Marcello which deed is recorded in the land records for the said Town of Barrington in deed book 43 at page 488.

Said parcel is further identified as Lot No. 74 (seventy-four) on Assessors' Plat no. 19 as the same appeared on december 31, 1973.

The consideration herein is such that no documentary stamps are necessary.

We, JAMES C. MARCELLO, MARY ANN MARCELLO, GAYTON PETER MARCELLO, and ARTHUR T. MARCELLO, JR. hereby covenant that we are unmarried.

I, CATHLEEN MARCELLO, wife of THOMAS A. MARCELLO release to said grantee all my right of dower and all other interest in the aforedescribed presmises.

3

1974.

Arthur T. Marcello Jr.
Cathleen Marcello
[illegible]
Mary Ann Marcello
Gayton Peter Marcello
James C. Marcello

State of Rhode Island
County of Bristol

In Warren on the 1st day of May, 1974 before me personally appeared THOMAS A. MARCELLO, CATHLEEN MARCELLO, ARTHUR T. MARCELLO, JR. and JAMES C. MARCELLO to me known and known by me to be the parties executing the foregoing instrument, and they acknowledged said instrument by them executed, to be their free act and deed.

[illegible]
NOTARY PUBLIC

State of California
County of San Diego

In Encinitas, California on the 16th day of May 1974 before me personally appeared MARY ANN MARCELLO and GAYTON PETER MARCELLO to me known and known by me to be the parties executing the foregoing instrument, and they acknowledged said instrument by them executed, to be their free act and deed.

Helen R. Suhm
NOTARY PUBLIC

OFFICIAL SEAL
HELEN R. SUHM
NOTARY PUBLIC - CALIFORNIA
PRINCIPAL OFFICE IN
SAN DIEGO COUNTY
My Commission Expires April 21, 1978

RECEIVED FOR RECORD
Barrington. R. I. MAY 30 1974.
at 3:28 o'clock P M.
[illegible]
Town Clerk.

4

005542

DEED

FROM THE ESTATE OF: NICHOLAS F MARCELLO a/k/a RUDOLPH N MARCELLO

I, JAMES C. MARCELLO, of the Town of Barrington, County of Bristol, State of Rhode Island, for consideration received, grant to JAMES C. MARCELLO, of the Town of Barrington, County of Bristol, State of Rhode Island, being "heirs male of the body", COVENANTS:

That lot or parcel of land with all buildings and improvements thereon, situated in the Town of Barrington and State of Rhode Island, bounded and described as follows:

Beginning at a point on the northerly side of Maple Avenue at the south-easterly corner of land conveyed by deed of J. Clifton Allen et al, to Salvatore A. Pezzullo and wife, dated December 3, 1940 and recorded in the records of land Evidence in said Barrington in book 38 at page 535; thence running northerly bounding westerly on said Pezzullo land to land now or lately of Giuseppe Palumbo and wife; thence easterly bounding northerly on said Palumbo land seventyfive (75) feet to land now or lately of Peter Marcello and wife; thence southerly bounding easterly on said Marcello land two hundred twenty five (225) feet to Maple Avenue; thence westerly bounding southerly on said Maple Avenue Seventy-five (75) feet to the point of beginning.

Excepting herefrom that portion of said parcel which has been previously conveyed by Peter Marcello and wife, Jennie Marcello to Gayton A. Marcello and wife, Philomena Marcello which deed is recorded in the land records for the said Town of Barrington in deed book 43 at page 488.

Said parcel is further identified as Lot No. 74 (seventy-four) on Assessors' Plat no. 19 as the same appeared on december 31, 1973.

The consideration herein is such that no documentary stamps are necessary.

Witness my hand this 8TH day of July, 2003.

James Marcello

JAMES C. MARCELLO

State of Rhode Island

County of Bristol

In Barrington on the 8 day of July, 2003, before me personally appeared JAMES C. MARCELLO, to me known and known by me to be the party executing the foregoing instrument, and he acknowledged said instrument by him executed, to be his free act and deed.

Lorraine A. Derois

NOTARY PUBLIC

My Commission Expires

Lorraine A. Derois
Notary Public of Rhode Island
My Commission Expires 071105

RECEIVED FOR RECORD JUL - 8 2003
Barrington, R.I.
at 1:12 o'clock P M
Lorraine A. Derois
Town Clerk

BOOK 0752 PAGE 01

5

2-6-04

000429

# EXECUTORS' DEED

I, ARTHUR T. MARCELLO, of Barrington, RI, Executor (the "Grantor") of the ESTATE OF NICHOLAS F. MARCELLO A/K/A RUDOLPH MARCELLO, by virtue of and in exercise of the power and authority vested in us, by the power of sale contained in the Last Will and Testament of Nicholas F. Marcello filed with the Probate Court of the Town of Barrington in the State of Rhode Island referenced as Docket No. 5148, and by every other power thereunto enabling the Grantor, for consideration paid in the amount of Two Hundred Seventy Five Thousand and 00/100 ($275,000.00) Dollars, the receipt and sufficiency of which is hereby acknowledged, do hereby grant, bargain and sell and convey to NUNO C. NEVES and NATALIA PAIVA NEVES, of Barrington, RI, Tenants By The Entirety (the "Grantee"):

See Exhibit "A" attached hereto and made a part hereof.

I, ARTHUR T. MARCELLO, for myself, heirs, executors, administrators and assigns covenant with the Grantee that I am the duly appointed and qualified Executor, appointed by said Probate Court, and as Executor, warrant title to the said premises afore described as fully as the above-mentioned authority allows me to do, against the claims and demands of all persons claiming by, through or under me as Executor of said Estate.

Grantor hereby certify that I have complied with the smoke detector law R.I. Gen. Laws §23-28.35-1 et seq. Grantor covenants that this transfer is such that no withholding under R.I. Gen. Laws § 44-30-71.3 is required as Nicholas Marcello was a resident Rhode Island.

IN WITNESS WHEREOF, the Grantor have signed, acknowledged and delivered these presents this 6th day of February, 2004

Arthur T. Marcello, Executor

Arthur T. Marcello, Executor

STATE OF RHODE ISLAND
COUNTY OF KENT

In Warwick in said County, on the 6th day of February, 2004, before me personally appeared the above-named ARTHUR T. MARCELLO, to me known and known by me to be the parties executing the foregoing instrument and he acknowledged said instrument by him so executed to be his free act and deed, individually and in his capacity as Executor of the Estate of Nicholas Marcello.

Notary Public
My Commission Expires: 2/18/2005

Property Address:

6

Arthur T. Marcello, Executor

Arthur T. Marcello, Executor

STATE OF RHODE ISLAND
COUNTY OF KENT

In Warwick in said County, on the 6th day of February, 2004, before me personally appeared the above-named ARTHUR T. MARCELLO, to me known and known by me to be the parties executing the foregoing instrument and he acknowledged said instrument by him so executed to be his free act and deed, individually and in his capacity as Executor of the Estate of Nicholas Marcello.

Notary Public
My Commission Expires: 11/18/2005
Jeffrey E. Caffrey

Property Address:
557 Maple Avenue
Barrington, RI 02806
AP 19, Lot 18

FEB - 9 2004

BOOK 0818 PAGE 0168

7

 12/10/03

STATE OF RHODE ISLAND
PROVIDENCE, Sc.

DISTRICT COURT
SIXTH DIVISION

STATE OF RHODE ISLAND :

V. : COMPLAINT NO. 61- - ____ ____

James Marcello :

## NOTICE OF COURT DATES-MISDEMEANOR CASES

The following court dates have been set on the above-named case:
Violation Hearing

| | | |
|---|---|---|
| 1. ~~Pre-Trial~~ Conference - 12-17-03 | - Courtroom 4D | :00 AM |
| 2. ~~Trial~~ - ____ | - Courtroom | :00 AM |

THE ABOVE COURT DATES AT THE GARRAHY JUDICIAL COMPLEX IN PROVIDENCE.

IF YOU DO NOT APPEAR ON THESE DATES, A WARRANT WILL BE ISSUED AND YOU WILL BE ARRESTED AND YOU WILL OWE BAIL MONEY AND A $125 WARRANT FEE TO THE STATE!

[ ] You have also been referred to the **Public Defender's Office** to determine if you are eligible to be represented by one of their lawyers. Their office is on the first floor of the Garrahy Judicial Complex, One Dorrance Plaza, Room 153. (458-3050) **Go there today!**

HWOB

ORDERED:
ALBERT E. DERCBBIO
CHIEF JUDGE

SIGNED: X James Marcello 12-10-03
(Defendant)

8

**CERTIFICATION OF BIRTH REGISTRATION**
**State of Rhode Island and Providence Plantations**

DEPARTMENT OF HEALTH — DIVISION OF VITAL RECORDS

Name: James Christian Marcello
Birth Date: Feb. 7, 1954 — Sex: Male
Birth Place: Providence — Rhode Island
Filed: Feb. 9, 1954 — Number: 951
Father: Rudolph Marcello
Mother (Maiden Name): Lucia Ruggieri
Issuing Office: State Office-Providence
Date Issued: June 19, 1991

*This is a true certification of name and birth facts recorded in this office.*

NOT VALID WITHOUT OFFICIAL SEAL

Roberta A. Chevoya
*State or Local Registrar*

VS-14B-2-90







9

ymen…
in …
…ile.
al est…

lots

…dings
…st cl…
… or w…
…eeds …
…te.
…oceedi…
…ages.
… require
…ettleme…
…t.
guardia…
…ge by …
…nresid…

in § …

e court
…ardian
…to mort-
…n filed
…ount of
… money
… fix the
interest
e or any
…e of the

…y the …
95, ch. …
995 ame…

ortgages
…2 et seq.

28 et seq.

**Collateral References.** Construction and application of provision of will expressly giving executor power to mortgage realty. 115 A.L.R. 1417.

Court's power to authorize guardian to borrow ward's money. 30 A.L.R. 461.

Deficiency in case of mortgage executed by executor or administrator under statutory authority, liability for. 165 A.L.R. 1294.

Duty of one purchasing ward's property, or loaning money on security of such property, to see that proceeds are properly applied. 56 A.L.R. 195.

Execution by executor empowered to sell or mortgage, of deed or mortgage without referring to power, as exercise thereof. 91 A.L.R. 433; 127 A.L.R. 248.

Mortgage of real property, power of guardian as to. 95 A.L.R. 839.

Statutes expressly empowering guardian to borrow money on mortgage, character of claims or obligations contemplated by. 85 A.L.R. 215.

**33-19-2. Terms of mortgages and notes.** — A mortgage given by an executor, administrator, or guardian, under leave from a probate court, may contain such powers of sale, conditions and covenants as are usual in mortgages taken by savings banks in this state. Notes secured by, and covenants contained in, mortgages given by executors, administrators, and guardians, so far as those notes and covenants are made by the executor, administrator, or guardian as such, shall not bind the executor, administrator, or guardian personally, but only the estate of the deceased or ward.

**History of Section.**
C.P.A. 1905, § 751; G.L. 1909, ch. 308, § 18; P.L. 1918, ch. 1640, § 5; G.L. 1923, ch. 359, § 18; G.L. 1938, ch. 570, § 18; G.L. 1956, § 33-19-2.

**33-19-3. Authority to sell real estate.** — The probate court which issued letters testamentary, of administration, guardianship, or conservatorship may grant authority to an executor or administrator to sell the real estate of a deceased person, or to a guardian or conservator to sell the real estate of his or her ward, for cash or on credit, upon a petition filed describing the particular estate to be sold and setting forth the facts on which the petition is founded.

**History of Section.**
C.P.A. 1905, § 738; G.L. 1909, ch. 308, § 5; G.L. 1923, ch. 359, § 5; G.L. 1938, ch. 570, § 5; G.L. 1956, § 33-19-3; P.L. 1983, ch. 204, § 3.

**Cross References.** Lien of estate and transfer taxes, § 44-23-12 et seq.

Power of executor or administrator to bring action of partition, § 34-15-4.

10

IN THE

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

ESTATE OF: RUDOLPH NICHOLAS MARCELLO

MR. JAMES C. MARCELLO

-Plaintiff-

vs.

MR. ARTHUR T. MARCELLO, JOHN A. DESANO, ALBERT MASTRIANO

-Defendants-

From a Petition to Probate a Will of Rudolph N. Marcello
In the Probate Court of the Town of Barrington, County of Bristol
(Probate Docket: 5148 - The Honorable Judge Marvin Harmonoff, Presiding)

A TORT ACTION LAW SUIT AND PETITION FOR REMOVAL OF ACTION TO

THE UNITED STATES DISTRICT COURT IN THE DISTRICT OF RHODE ISLAND

TORT ACTION LAW SUIT & PETITION FOR REMOVAL

(U.S. DISTRICT COURT NO: CA 02 488 L / THE HONORABLE JUDGE LAGUEUX, PRESIDING)

MR. JAMES C. MARCELLO

Mr. James C. Marcello
557 Maple Avenue
Barrington, RI 02806
Tel: 1-401-245-7190

Attorney for the Plaintiff
(Legatee Executor for estate
of: RUDOLPH N. MARCELLO)

11

State of Rhode Island and Providence Plantations

DISTRICT COURT PROVIDENCE/BRISTOL

JAMES C MARCELLO )

vs. ) CASE NO: 61-03-14024

CHIEF JOHN LACROSS & )
PTLM. HANDFIELD &
CONSTABLE ALFRED J. HARRIS

COUNTERCLAIM

To the Honorable Justice of the 6th District Court of RI, the above named plaintiff, James C Marcello hereby charges the above named defendant enjoined as follows:

Count I

That on and about August 13, 2003, Chief John LaCross and or Ptlm. Handfield of the Barrington Police Department and or Constable Alfred J Harris of the 6th District Court of RI conspired to embezzle the estate of Rudolph N Marcello a/k/a Nicholas F Marcello.

This complaint is made in violation of RI Statute 11-41-3.

Count II

That on and about August 13, 2003, Chief John LaCross and or Ptlm. Handfield of the Barrington Police Department and or Constable Alfred J Harris of the 6th District Court of RI conspired to commit crimes against the Constitutional Rights of James C Marcello.

This complaint is made in violation of RI Constitution IV & XIV.

DATED: September 24, 2003

Respectively Submitted,
James Marcello
James C Marcello
557 Maple Avenue
Barrington, RI 02806
Tel: 1-401-245-7190

12

DISTRICT COURT PROVIDENCE/BRISTOL

STATE OF RHODE ISLAND )

vs. ) Case No: 61-03-14684

JAMES C MARCELLO )

DEFENDANTS
ISSUES TO BE PRESENTED

NOW COMES James C Marcello, the above named Defendant, and submits the issues as follows:

Issues of Law

1. Whether 6th District Court of RI had jurisdiction over plaintiff's action to try title and possession ?

2. Whether Barrington Police had authority to evict and or arrest the Defendant ?

3. Whether Superior Court of the 6th District Court branch of RI had jurisdiction over Defendants alledge violation of probation ?

4. Whether 6th District Court of RI has jurisdiction over the Defendant to entertain the alledge charges of disorderly conduct and of obstructing officer in execution of duty ?

Issues of Fact

1. Whether a conspiracy exists to defraud the estate of Rudolph N Marcello a/k/a Nicholas F Marcello ?

2. Whether the alledged default judgment of eviction against Defendant was procured by fraud ?

3. Any and all relevant issues of fact are hereby not waived and respectively reserved.

DATED: September 24, 2003

Respectively Submitted,
James Marcello
James C Marcello
557 Maple Avenue
Barrington, RI 02806
Tel: 1-401-245-7190

13

2-19-04

JAMES C MARCELLO
ELEANOR SLATER HOSPITAL
PHILIP PINEL - FORENSIC
PO BOX 8281
HOWARD AVENUE
CRANSTON, RI 02920
TEL: 462-2540/462-1571

RECEIVED
FEB 19 2004
U.S. DISTRICT COURT

US DISTRICT COURT
380 WESTMINSTER ST
PROVIDENCE, RI 02903
PH: 752-7200 CLK OFF
PH: 752-7233 JURY OFF

FEBRUARY 10, 2004

DEAR CLERK,

ENCLOSED FOR FILING IS:

1. LIST OF PARTIES
2. MOTION FOR PRELIMINARY INJUNCTION TO RESTRAIN FRAUDULENT SALE OF PROPERTY
3. MOTION FOR HABEAS CORPUS
4. PRAY FOR PROCESS
5. PRAY FOR RELIEF
6. AFFIDAVIT IN SUPPORT OF MOTION

THANK YOU FOR YOUR ASSISTANCE IN THIS MATTER.

James Marcello
PO BOX 8281
CRANSTON, RI.

CC:

14

# LIST OF PARTIES

## PLAINTIFF

JAMES C MARCELLO
557 MAPLE AVENUE
BARRINGTON, RI 02806
TEL: 245-7190
[LEGAL RESIDENCE/OWNERSHIP]

ELEANOR SLATER HOSPITAL
PHILIP PINEL - FORENSIC UNIT
PO BOX 8281
HOWARD AVENUE
CRANSTON, RI 02926
TEL: 462-2540/462-1571
[CURRENT RESIDENCE]

## DEFENDANT

ARTHUR T MARCELLO
130 ROFFEE ST.
BARRINGTON, RI 02806
TEL: 245-6795
[LEGAL RESIDENCE/OWNERSHIP

## PLAINTIFF ATTORNEY

JAMES C MARCELLO
PRO SE
[SAME ABOVE ADDRESS]

## DEFENDANT ATTORNEY

BERNARD HEALY, (2072)
91 FRIENDSHIP ST.
PROVIDENCE, RI 02903
TEL: 831-2900

IN THE
UNITED STATES DISTRICT COURT
OF RHODE ISLAND

JAMES C. MARCELLO
-PLAINTIFF-
VS.
ARTHUR T. MARCELLO
-DEFENDANT-

CASE NO:

# MOTION FOR PRELIMINARY INJUNCTION TO RESTRAIN THE FRAUDULENT SALE OF PROPERTY

NOW COMES JAMES C MARCELLO, THE ABOVE NAMED PLAINTIFF, AND PRAYS THAT THE COURT MAY SET A HEARING ON THE MOTION FOR PRELIMINARY INJUNCTION TO RESTRAIN THE FRAUDULENT SALE OF PROPERTY, UPON SUCH TERMS AS THIS HONORABLE COURT DEEMS FAIR AND JUST.

AN AFFIDAVIT IN SUPPORT OF IS HEREBY ATTACHED.

DATED: FEBRUARY 10, 2004

RESPECTFULLY SUBMITTED,
James Marcello
JAMES MARCELLO
ELEANOR SLATER HC
PO BOX 8281, CRANST.
02920 - PH: 462-2

VII

2003022562 12-10-03

| DISTRICT COURT NO. | COURT DIVISION | POLICE NO. |
|---|---|---|
| | 6 TH | 03-1457-OF |

STATE OF RHODE ISLAND
DISTRICT COURT
CRIMINAL COMPLAINT

| STATE EX REL | VS. DEFENDANT (NAME AND ALIAS) |
|---|---|
| | James Marcello<br>Alias J. Doe |

DEFENDANT ADDRESS AND PHONE
557 Maple Avenue, Barrington, RI

STREET CITY STATE PHONE

| DEF. D.O.B. | DEF. BCI NO. | DEF. SOC. SEC. NO. | DEF. M.V. LIC. NO. |
|---|---|---|---|
| 02/07/1958 | 00035337 | 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 | RI-7012297 |

| OFFENSE DATE | DIVERS DATE | OFFICER/COMPLAINANT |
|---|---|---|
| 1/17/2003 | ☐ | Sgt. Lee A. Soito |

POLICE DEPT./COMPLAINANT ADDRESS
Barrington Police Department, 100 Federal Road

| DETERMINE ATTY DATE | PRE TRIAL DATE |
|---|---|
| PRE-ARRAIGN CONF DATE | TRIAL DATE |
| SUPERIOR CT ARRAIGN DATE | MISC DATE/BAIL HRG/CONTROL |

TO ANY JUDGE OR JUSTICE OF THE PEACE: ON BEHALF OF THE STATE I SWEAR THAT THE ABOVE DEFENDANT DID COMMIT THE FOLLOWING OFFENSES:

| OFFICER/COMPLAINANT | DATE | SWORN TO BEFORE JUDGE/JUSTICE OF THE PEACE | DATE |
|---|---|---|---|
| Sgt L A Soito #7 | 11/26/03 | X [signature] | 11/26/03 |

**INITIAL APPEARANCE**

| APPEARANCE DATE | BAIL FOR ALL COUNTS | ARRAIGNMENT DATE | JUSTICE OF THE PEACE |
|---|---|---|---|
| | $ | | |

**ARRAIGNMENT**

| ARRAIGNMENT DATE | ADVISED OF RIGHTS | JURY TRIAL WAIVED | PLEA COUNT 1 | PLEA COUNT 2 | PLEA COUNT 3 |
|---|---|---|---|---|---|
| | ☐ YES ☐ NO | ☐ YES ☐ NO | | | |

| BAIL FOR ALL COUNTS | ATTORNEY NAME | | JUDGE/JUSTICE OF THE PEACE |
|---|---|---|---|
| 500 P/R | | ☐ PRIVATE ☐ COURT APPT. ☐ P.D. | X |

**COUNT 1** STATUTE(S) VIOLATED 11-44-26 ☐ FELONY ☐ MISDEMEANOR ☐ VIOLATION ☐ ORDINANCE

TRESPASS ON PUBLIC OR PRIVATE PROPERTY

"did then and there willfully trespass upon certain property, to wit: 557 Maple Avenue, Barrington, RI, after having been forbidden to do so by a person legally entitled to the possession of such domicile Arthur Marcello on 10/01/03, Det. Birrell & Det. Sgt. Decresconzo on 11/14/02, Superior Court Judge McGuirl 11/17/03, in violation of the G.L. R.I 1956 as amended."

| DISPOSITION | | SENTENCE IMPOSED |
|---|---|---|
| ☐ DISMISSAL<br>☐ GUILTY PLEA<br>☐ NOLO PLEA<br>☐ GUILTY FINDING | ☐ NOT GUILTY FINDING<br>☐ CASE FILED 1 YEAR<br>☐ INFO/TRUE BILL<br>☐ NO INFO/NO TRUE BILL<br>☐ OTHER ______ | |

| PROCEEDING | APPEAL TAKEN | JUDGE | DATE |
|---|---|---|---|
| ☐ ARRAIGN ☐ PRE TRIAL ☐ TRIAL ☐ OTHER | ☐ | X | |

**COUNT 2** STATUTE(S) VIOLATED 11-8-2 ☐ FELONY ☐ MISDEMEANOR ☐ VIOLATION ☐ ORDINANCE

BREAKING AND ENTERING

"did then and there break into the dwelling of Arthur Marcello of 557 Maple Avenue, Barrington, R.I., without the consent of the owner thereof, in violation of the General Laws of R.I., 1956, Title 11, Chapter 8, Section 2 reenactment."

| DISPOSITION | | SENTENCE IMPOSED |
|---|---|---|
| ☐ DISMISSAL<br>☐ GUILTY PLEA<br>☐ NOLO PLEA<br>☐ GUILTY FINDING | ☐ NOT GUILTY FINDING<br>☐ CASE FILED 1 YEAR<br>☐ INFO/TRUE BILL<br>☐ NO INFO/NO TRUE BILL<br>☐ OTHER ______ | |

| PROCEEDING | APPEAL TAKEN | JUDGE |
|---|---|---|
| ☐ ARRAIGN ☐ PRE TRIAL ☐ TRIAL ☐ OTHER | ☐ | X |

**COUNT 3** STATUTE(S) VIOLATED ☐ FELONY ☐ MISDEMEANOR ☐ VIOLATION ☐

WHITE COPY - COURT YELLOW COPY - POLICE

17

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

# BAIL AND RECOGNIZANCE CONDITIONS

☐ SUPERIOR COURT ☐ FAMILY COURT ☒ DISTRICT COURT

Prov COUNTY/DIVISION

| 1. STATE OF RHODE ISLAND VS. James Mirello | 2. CASE NO. |
|---|---|

## ORDER

3. PERSONAL RECOGNIZANCE
It is herby ordered that the above defendant be released on his/her own recognizance in the amount of $5,000.

4. BAIL
It is hereby ordered that ☐ cash bail ☐ surety bail for the above defendant be set at $________

Monetary conditions for bail have been imposed for the reasons that follow: ________

☐ The amount of cash or surety bail does not exceed the guidelines.

☐ The amount of cash or surety bail does exceed the guidelines, and the reasons for departing from the guidelines are as follows: ________

## CONDITIONS OF RELEASE

5. THE FOLLOWING ARE THE CONDITIONS UNDER WHICH YOU, THE UNDERSIGNED, ARE BEING RELEASED TODAY:
1. You must appear in court as required for all scheduled hearings.
2. You must keep the peace and be of good behavior.
3. You may not leave the state while this matter is pending without permission of the Court.
4. You must notify your attorney, bondsman and the Clerk of the Court of any change of address.
5. You understand that when recognizance has been set in the District Court on a felony charge, it will remain in effect until arraignment in Superior Court when a new recognizance will be set.
6. The following are special conditions which you must abide by: ________
7. This is a domestic violence offense, and you are ordered to have no contact with ________. Violation of this order is a criminal offense under RIGL 12-29-4 and will subject a violator to arrest.
8. You understand that if you violate any condition of your release, a warrant for your arrest may be issued immediately. After arrest and hearing, if you are determined to have violated your recognizance, the terms and conditions of any further release will be redetermined. At that time you could be held without bail, have your bail increased, or you could be found in contempt of court. You also understand that the State may proceed against your sureties for violation of this recognizance.

I AGREE TO COMPLY FULLY WITH ALL OF THE OBLIGATIONS IMPOSED ABOVE ON MY RELEASE, AND I AGREE THAT MY CASH BAIL MAY BE APPLIED TO COURT COSTS.

ORDER SIGNED BY:

Defendant James Mirello

Judge/Clerk

Address 598 ARCADE AVE SEEKONK MASS

Date

I/We agree to all of the conditions set out above

Surety

Surety

DISTRIBUTION
WHITE – COURT, YELLOW – DEFENDANT

J-4 (Rev. 4/90)

18

20032256 2 — 12-10-03

# STATE OF RHODE ISLAND
## DISTRICT COURT
## CRIMINAL COMPLAINT

| | | |
|---|---|---|
| DISTRICT COURT NO. 20032256 2 | COURT DIVISION 6 TH | POLICE NO. 03-1457-OF |

STATE EX REL

VS. DEFENDANT (NAME AND ALIAS): James Marcello Alias J. Doe

DEFENDANT ADDRESS AND PHONE: 557 Maple Avenue, Barrington, RI

STREET / CITY / STATE / PHONE

| DEF. D.O.B. | DEF. BCI NO. | DEF. SOC. SEC. NO. | DEF. M.V. LIC. NO. |
|---|---|---|---|
| 02/07/1958 | 00035337 | 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 | RI-7012297 |

OFFENSE DATE: 1/17/2003 ☐ DIVERS DATE

OFFICER/COMPLAINANT: Sgt. Lee A. Soito

POLICE DEPT./COMPLAINANT ADDRESS: Barrington Police Department, 100 Federal Road

| DETERMINE ATTY DATE | PRE TRIAL DATE |
|---|---|
| PRE-ARRAIGN CONF DATE | TRIAL DATE |
| SUPERIOR CT ARRAIGN DATE | MISC DATE/BAIL HRG/CONTROL |

TO ANY JUDGE OR JUSTICE OF THE PEACE: ON BEHALF OF THE STATE I SWEAR THAT THE ABOVE DEFENDANT DID COMMIT THE FOLLOWING OFFENSES:

| OFFICER/COMPLAINANT | DATE | SWORN TO BEFORE JUDGE/JUSTICE OF THE PEACE | DATE |
|---|---|---|---|
| Sgt L A Soito #7 | 11/26/03 | X [signature] | 11/26/03 |

## INITIAL APPEARANCE

| APPEARANCE DATE | BAIL FOR ALL COUNTS | ARRAIGNMENT DATE | JUSTICE OF THE PEACE |
|---|---|---|---|
| | $ | | |

## ARRAIGNMENT

| ARRAIGNMENT DATE | ADVISED OF RIGHTS | JURY TRIAL WAIVED | PLEA COUNT 1 | PLEA COUNT 2 | PLEA COUNT 3 |
|---|---|---|---|---|---|
| | ☐ YES ☐ NO | ☐ YES ☐ NO | | | |

| BAIL FOR ALL COUNTS | ATTORNEY NAME | | JUDGE/JUSTICE OF THE PEACE |
|---|---|---|---|
| 500 Bails | | ☐ PRIVATE ☐ COURT APPT. ☐ P.D. | X |

**COUNT 1** STATUTE(S) VIOLATED 11-44-26 ☐ FELONY ☐ MISDEMEANOR ☐ VIOLATION ☐ ORDINANCE

TRESPASS ON PUBLIC OR PRIVATE PROPERTY

"did then and there willfully trespass upon certain property, to wit: 557 Maple Avenue, Barrington, RI, after having been forbidden to do so by a person legally entitled to the possession of such domicile Arthur Marcello on 10/01/03, Det. Birrell & Det. Sgt. Decrescenzo on 11/14/02, Superior Court Judge McGuirl 11/17/03, in violation of the G.L. R.I 1956 as amended."

DISPOSITION

☐ DISMISSAL ☐ GUILTY PLEA ☐ NOLO PLEA ☐ GUILTY FINDING

☐ NOT GUILTY FINDING ☐ CASE FILED 1 YEAR ☐ INFO/TRUE BILL ☐ NO INFO/NO TRUE BILL ☐ OTHER ______

SENTENCE IMPOSED

PROCEEDING ☐ ARRAIGN ☐ PRE TRIAL ☐ TRIAL ☐ OTHER — APPEAL TAKEN ☐ — JUDGE X — DATE

**COUNT 2** STATUTE(S) VIOLATED 11-8-2 ☐ FELONY ☐ MISDEMEANOR ☐ VIOLATION ☐ ORDINANCE

BREAKING AND ENTERING

"did then and there break into the dwelling of Arthur Marcello of 557 Maple Avenue, Barrington, R.I., without the consent of the owner thereof, in violation of the General Laws of R.I., 1956, Title 11, Chapter 8, Section 2 reenactment."

DISPOSITION

☐ DISMISSAL ☐ GUILTY PLEA ☐ NOLO PLEA ☐ GUILTY FINDING

☐ NOT GUILTY FINDING ☐ CASE FILED 1 YEAR ☐ INFO/TRUE BILL ☐ NO INFO/NO TRUE BILL ☐ OTHER ______

SENTENCE IMPOSED

PROCEEDING ☐ ARRAIGN ☐ PRE TRIAL ☐ TRIAL ☐ OTHER — APPEAL TAKEN ☐ — JUDGE X

**COUNT 3** STATUTE(S) VIOLATED ☐ FELONY ☐ MISDEMEANOR ☐ VIOLATION ☐

WHITE COPY - COURT YELLOW COPY - POLICE

19

IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. and OLIVIA A. MARCELLO<br><br>Plaintiffs<br><br>vs.<br><br>JOHN A. DESANO, BERNARD P HEALY<br>JOHN LACROSS, ARTHUR T MARCELLO<br>ALBERT MASTRIANO & RHODE ISLAND<br><br>Defendants | C.A. NO. 05-004 ML |

PLAINTIFFS' AFFIDAVIT IN OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

HAVING FIRST BEEN DULY SWORN, James C. Marcello, the undersigned affiant, does hereby depose and say as follows:

1. On May 10, 2004, Probate **Judge Marvin** Homonoff presided and state that day in court the following:

I granted no authorization order to Arthur T. Marcello to sell your father's estate;

That's correct, there is no authorization order to sell the estate in the file;

If any bank wants to give away money, that's not my problem.

2. The witnesses before the court that day were, James C. Marcello and his wife Olivia A. Marcello, James N.J. Marcello, jr and his wife Robin Coyle Marcello, Lucielle Marcello, deceased ex-wife, Arthur T. Marcello, impersonating executor, and his attorney Bernard P. Healy.

FURTHER AFFIANT SAYETH NOT.
Witness my hand under the penalties of perjury this 27 day of January, 2006.

James Marcello
Affiant

NOTARY'S STATEMENT

State of Maine )
) ss.
County of Penobscot )

On this day personally appeared JAMES C. MARCELLO, who, having first been sworn, acknowledged the foregoing before me.

Dennell K. Ham
NOTARY PUBLIC
DENNELL K HAM
NOTARY PUBLIC, MAINE
MY COMMISSION EXPIRES NOVEMBER 18, 2010

20

IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES C. and OLIVIA A. MARCELLO<br><br>Plaintiffs<br><br>vs.<br><br>JOHN A. DESANO, BERNARD P HEALY<br>JOHN LACROSS, ARTHUR T MARCELLO<br>ALBERT MASTRIANO & RHODE ISLAND<br><br>Defendants | ) | C.A. NO. 05-004 ML |

PLAINTIFFS' AFFIDAVIT IN SUPPORT OF
A MOTION FOR SUMMARY JUDGMENT

HAVING FIRST BEEN DULY SWORN, James C. Marcello, the undersigned affiant, does hereby depose and say as follows:

1. I swear to, in proof of my claim, is that in my belief there is no defense to the action.

FURTHER AFFIANT SAYETH NOT.
Witness my hand under the penalties of perjury this 27 day of January, 2006.

James Marcello
Affiant

NOTARY'S STATEMENT

State of Maine )
) SS.
County of Penobscot )

On this day personally appeared JAMES C. MARCELLO, who, having first been sworn, acknowledged the foregoing before me.

Dennell K. Ham
NOTARY PUBLIC

DENNELL K. HAM
NOTARY PUBLIC, MAINE
MY COMMISSION EXPIRES NOVEMBER 18, 2010

2P

PLEASE PRINT

# INTER-AGENCY REFERRAL FORM (Patient Transfer Form)

DATE OF THIS REFERRAL 6-9-00

Addressograph Plate

Patient's Hospital Record #

PATIENT NAME Marcello, Nicholas

ADDRESS DesiLets Nsg Home Warren RI TEL 245-1560

FLOOR 2 D APT # SEX M MARITAL STATUS S M W D SEP BIRTHDATE 1/13/20 RELIGION

RELATIVE OR GUARDIAN Relationship

ADDRESS TEL

DISCHARGE FROM DesiLets Nsg Home

Unit Clinic

ADDRESS 642 Metacom Ave Warren RI Tel 245-1560

ADM DATE 6-5-00 DISCH DATE 6-9-00

ADMITTING TO

ADDRESS

MEDICARE NO & LETTER 711 16 5845 A PLAN A B

BLUE CROSS NO

SOC SEC NO 711 16 5845 TEL

OTHER (MA PA NO)

CLINIC APPOINTMENTS DATE TIME

Agency Worker Office Address Telephone

DIAGNOSIS(es) PRIMARY

Alzheimer's c̄ Dementia
CAD, Multiple MI, AFIB, Vtach, CHF, Aspiration Pneumonia

OTHER ACTIVE MEDICAL PROBLEMS

SURGERY DATE

ALLERGIES ☐ Yes ☐ No List: NKA

INFECTIONS

Is Patient ☑ Yes ☐ No Family ☑ Yes ☐ No aware of diagnosis?

Is Patient ☑ Yes ☐ No Family ☑ Yes ☐ No aware of [illegible]

Date of Last Physical

TRANSPORT BY ☐ Ambulance ☐ Car ☐ Other

ANTICIPATED GOALS LONG TERM

SHORT TERM

PROGNOSIS & REHABILITATION POTENTIAL IS

PHYSICIAN'S ORDERS (include specific orders for Diet Lab Tests Speech and OT)

TO BE COMPLETED BY PHYSICIAN

TREATMENTS & FREQUENCY

Ⓡ hand wet Dry Dsg BID FIR [illegible]

MEDICATION STRENGTH AND FREQUENCY

Isordil 10 mg Po TID
Captopril 37.5 mg Po TID
[illegible] 75 mg BID c̄ food
Lopressor 25 mg BID [illegible]
[illegible]
[illegible]
[illegible]
Colchicine 0.6 mg BID
Ranitidine 40 mg QD
[illegible] 1 mg BID
[illegible] 1 mg Po/[illegible] BID PRN

Dr

PHYSICAL THERAPY Restrict Activity ☐ Yes ☐ No

Precautions Weight Bearing Status Non weight [illegible] Partial Weight [illegible] Full Weight [illegible]

SPECIFIC TREATMENT & FREQUENCY

ADVANCE DIRECTIVE [ ] YES [ ] NO

DURABLE POWER OF ATTORNEY [ ] YES [ ] NO

Signature M D

Print Name M D

Tel Date M D

Will follow ☐ Yes ☐ No If no who?

ADDRESS TEL

CERTIFICATION: — I certify that the above-named patient is (1) under my care [illegible] has been referred to another physician having professional knowledge of the patient's condition ☐ (2) is home-bound (except when receiving out patient services ☐ (3) requires medical care ☐ skilled nursing ☐ ICF ☐ [illegible] ☐ ICF MR ☐ or maintenance care ☐ and will continue to need this level of care services for days

REORDER FROM ANCHOR PRINTING INC., PAWTUCKET, RI 02860 (401) 728-7563

PINK FORM: Physician or Clinic Copy

PLEASE PRINT

X-RAY REPORTS OR PHYSICIAN PROGRESS NOTES WHICH WOULD ASSIST CONTINUITY OF CARE

Name [illegible]

Patient #

Transfer From [illegible] Nursing Home

Transfer To Home

# INTER-AGENCY REFERRAL FORM (Patient Transfer Form)

| NURSING Self Care Status Check Functional Level | | Inde-pendent | Needs Assist-ance | Unable |
|---|---|---|---|---|
| Ambulation | Bed Chair | ✓ | | |
| | Walking | ✓ | | |
| | Stairs | ✓ | | |
| | Wheelchair | ✓ | | |
| | Crutches | NA | | |
| | Walker | NA | | |
| | Cane | NA | | |
| Activities | Bathe self | | ✓ | |
| | Dress self | | ✓ | |
| | Feed self | ✓ | | |
| | Brushing Teeth | Dentures [illegible] | | |
| | Shaving | | ✓ | |
| | Toilet | ✓ | | |
| | Commode | NA | | |
| | Bedpan/Urinal | NA | | |

Bowel & Bladder Program ☐ Yes ☑ No

Incontinence Bladder ☐ Bowel ☐

Date of Last Enema

Catheter: Type

Date last changed N/A

Weight Height Date

Anointed ☐ Yes ☑ No Date

Allergies PCN

Check If Pertinent

**DISABILITIES**

☐ Amputation ☐ Paralysis ☐ Contractures ☑ Decubitus Ⓡ hand ☐ Other

**IMPAIRMENTS**

☐ Speech ☐ Hearing ☑ Vision glasses ☐ Sensation ☐ Other

**COMMUNICATION**

☑ Talks ☑ Understands Speaking ☑ Understands English ☐ If no, Other Language? ☑ Reads ☐ Non-Verbal ☑ Can Write

**BEHAVIOR**

☑ Alert ☑ Forgetful ☐ Noisy ☑ Confused ☐ Withdrawn ☑ Wanders ☐ Other

**REQUIRES**

Mark "S" if sent, "N" if needed

☐ Colostomy Care ☐ Cane ☐ Crutches ☐ Walker ☐ Wheelchair ☐ Other S Dentures ☐ Eye Glasses ☐ Hearing Aid ☐ Prosthesis ☐ Side Rails

**VITAL SIGNS**

Range of
T 97 - 98.4
B/P 120/64 - 160-74
P 76 - 100
R 16 - 28

**NURSING SECTION • PATIENT CARE PLAN**

Medications Administered on Day of Discharge
(Date, Time, Dose)

[illegible] 1 mg [illegible]
Captopril 37.5 mg [illegible]
Indocin 75 mg 9A, 12 noon
Lopressor 50 mg 9 AM
EC ASA 325 mg 9 AM
Digoxin 0.125 mg 9 AM
Albuterol inhaler 9A, 1P
Colchicine 0.6 mg 9A
K Dur 40 mEq 9A
Risperdal 1 mg 9 AM

Problems, Goals

Prone to agitation & confusion w/ [illegible] for elopement. He eloped x 2 since admission on 6/5/00 [illegible] moderate assistance [illegible] [illegible]. Has received PT by RPT for [illegible]

Specific Treatment, Instruction, Last Date/Time
(laboratory results if pertinent)

Ⓡ Hand Damp-Dry DSG BID - area measures 2.5 cm x 3 cm c̄ black eschar tissue

6/9/00 Below info explained in detail to son J. Marcello CPOA
James Marcello

REASON FOR REFERRAL (Brief Summary)

Unable to arrange home health care service due to pt being discharged AMA & the PCP, spoke c̄ Dr. M. D. Iorio @ VA Hosp (phys. who Tx'd pt. during his hospitalization (5-11 to 6/5/00)) who recommended pt. go to VA Hosp ER immediately following discharge to be seen by Dr. to obtain prescription for meds, & they will set up Emergency appt. on Mon for the Pt - [illegible] about & access home health care services through VA Hosp.

Nurse Signature [illegible] RN

Telephone 245-2840

Date 6/9/00

PINK FORM: Physician or Clinic Copy

REORDER FROM ANCHOR PRINTING INC., PAWTUCKET, RI 02860 (401) 728-7583



23

11-22-02

RHODE ISLAND HOUSING
AND MORTGAGE FINANCE CORPORATION

November 22, 2002

ATTENTION
ORIGINAL DISCHARGE
FILED IN BARR T HAL
ON DEC 2, 2002

Mr. James Marcello
557 Maple Avenue
Barrington, RI 02806

**Mortgagor:** **Rudolph Marcello**
**557 Maple Avenue**
**Barrington, RI 02806 H1071**

Dear Mr. Marcello:

Enclosed, please find the following documents relating to the Reverse Mortgage loan that was paid off with Rhode Island Housing:

__X__ Original Discharge of Mortgage with Rhode Island Housing. Recording of this document is necessary at the City/Town Hall where the property is located.

______ No refund.

______ Original Discharge of Mortgage from the Secretary of Housing and Urban Development. Recording of the Discharge is necessary at the City/Town Hall where property is located.

__X__ Original paid Note, and Discharge of Mortgage from the Secretary of Housing and Urban Development to follow.

__X__ Original paid Note from Rhode Island Housing.

______ Original paid Note from Rhode Island Housing to follow.

**Please forward an original certified true copy from City/Town Hall to my attention below. Should you have any questions, please contact me at (401) 457-1289.**

Sincerely,

T. Monroe

Tammy Monroe
Reverse Mortgage Specialist

44 Washington St., Providence, RI 02903-1721 • 401 751-5566 • Fax: 401 457-1136 • Website: www.rihousing.com

R.I. HOUSING & MORTGAGE FINANCE CORP.
44 WASHINGTON STREET
PROVIDENCE, RHODE ISLAND 02903-1721
401-751-5566

007191

(Filed in Barr Town Hall)

## DISCHARGE OF MORTGAGE

RHODE ISLAND HOUSING AND MORTGAGE FINANCE CORPORATION, holder of a

mortgage from: RUDOLPH MARCELLO

to: RI Housing
dated: August 20, 1998
recorded in: The Records of Deeds in the City/Town of BARRINGTON
on: August 26, 1998
in: BK. 0399 PG.0267

having received full payment and satisfaction hereby cancels and discharges the same, and RHODE ISLAND HOUSING AND MORTGAGE FINANCE CORPORATION covenants to and with the person making said payment that it is the present owner of said Mortgage.

IN WITNESS WHEREOF, the said RHODE ISLAND HOUSING AND MORTGAGE FINANCE CORPORATION has caused its corporate seal to be hereto affixed and these presents to be signed in its name and on its behalf by Cathleen A. Paniccia, Director of Homeownership Opportunity Programs this 18th day of November, 2002

RHODE ISLAND HOUSING AND MORTGAGE FINANCE CORPORATION

By: [signature]
Cathleen A. Paniccia
Director of Homeownership
Opportunity Programs

WITNESS: [signature: Tammy R. Monroe]

TAMMY R. MONROE NOTARY PUBLIC

RECEIVED FOR RECORD
Barrington, R.I. DEC 2 2002
at 11:35 o'clock A. M
[signature]
Town Clerk

BOOK 0666 PAGE 0238

25

4·3·03

RHODE ISLAND HOUSING
AND MORTGAGE FINANCE CORPORATION

April 3, 2003

James C. Marcello
557 Maple Avenue
Barrington, RI 02806

Mortgagor: Rudolph Marcello
557 Maple Avenue
Barrington, RI 02806

To Whom It May Concern:

The following document is related to the Reverse Mortgage Loan that was paid off with RI Housing:

X A recorded copy of discharge from the Secretary of Housing and Urban Development.

Should you have any questions, please contact me at 457-1289.

Sincerely,

T. Monroe

Tammy Monroe
Reverse Mortgage Specialist

44 Washington St., Providence, RI 02903-1721 • 401 751-5566 • Fax: 401 457-1136 • Website: www.rihousing.com

26

FHA Case No.: 451-0558155

## DISCHARGE OF MORTGAGE

Original Mortgagor(s): RUDOLPH MARCELLO
Address: 557 MAPLE AVENUE, BARRINGTON, RI 02806

Original Mortgagee: The Secretary of Housing and Urban Development
Address: 451 Seventh Street S.W., Washington, DC 20410

Dated: 8/20/98 Date recorded: 8/26/98

Book: 399 Page: 276

Document/Instrument#: 3902

Property Address: 557 MAPLE AVENUE, BARRINGTON, RI 02806

Legal Description: See attached

PIN #: NA

The undersigned having received full payment and satisfaction of the mortgage recorded in the Land Evidence Records of Barrington in the State of Rhode Island in BRISTOL County, does hereby cancel and discharge the same and does hereby release to RUDOLPH MARCELLO all interest acquired under the mortgage in the above referenced mortgaged premises.

Witness this 13th day of February, 2003.

Mel Martinez
Secretary of Housing and Urban Development
451 Seventh Street, S.W.
Washington, DC 20410

By: Deloitte & Touche LLP, Attorney-in-Fact

By: [signature]
Danny R. Lane
Senior Manager

STATE OF OKLAHOMA
COUNTY OF TULSA } ss.

In OKMULGEE, Oklahoma, on the 13th day of February, 2003, before me personally appeared Danny R. Lane, Senior Manager for Deloitte & Touche LLP, Attorney-in-Fact on behalf of Mel Martinez, Secretary of Housing and Urban Development, under authority and by virtue of a limited power of attorney, to me known and known by me to be the person executing these presents, and acknowledged said instrument by Danny R. Lane to be his free act and deed in said capacity and the free act and deed of said Secretary of Housing and Urban Development.

[signature]
Kyle Ellig, Notary Public

My commission expires: 4/10/06

Prepared By: Kyle Ellig

Please Record & Return to:
Deloitte & Touche LLP
7666 E. 61st St., Ste. 450
Tulsa, OK 74133-1146

NOTARY SEAL PUBLIC
KYLE ELLIG
Okmulgee County
Notary Public in and for
State of Oklahoma
My commission expires Apr. 10, 2006.

BOOK 0693 PAGE 0260

# EXHIBIT "A"

RECEIVED FOR RECORD
Barrington, R.I. FEB 19 2003
at 2:42 o'clock P M
Lorraine A. Deross
Town Clerk

## Parcel No. 1

A certain tract of land with all buildings and improvements thereon situated on the Northerly side of Maple Avenue in said Town of Barrington and bounded and described as follows:

Commencing at a point on the northerly side of said Maple Avenue 197 feet 4 inches westerly from the northwest corner of Harrington Avenue and Maple Avenue and running northerly 225 feet more or less to a corner; thence turning at right angles and running westerly, bounding northerly on land now or formerly of Joseph Palumbo and wife, 98 feet and 8 inches to a corner; thence turning at right angles and running southerly 225 feet more or less to the northerly line of said Maple Avenue; thence turning at right angles and running easterly along the northerly line of said Maple Avenue 98 feet, 8 inches to the place of beginning.

## Parcel No. 2

And also that lot or parcel of land with all buildings and improvements thereon, situated in the Town of Barrington and State of Rhode Island, bounded and described as follows:

Beginning at a point on the northerly side of Maple Avenue a t the southerly corner of land conveyed by deed of J. Clifton Allen et al, to Salvatore A. Pezzullo and wife, dated December 3, 1040 and recorded in the records of land Evidence in said Barrington in Book 38 at page 535; thence running northerly bounding westerly on said Pezzullo land to land nor or lately of Giueseppe Palumbo and wife; thence easterly bounding northerly on said Palumbo land seventy -five (75) feet to land now or lately of Peter Marcello and wife; thence southerly bounding easterly on said Marcello land two hundred twenty five (225) feet to Maple Avenue; thence westerly bounding southerly on said Maple Avenue seventy-five (75) feet to the point of beginning.

Expecting herefrom that portion of parcel number two (2) which has been previously conveyed by this grantor to Gayton A. Marcello and wife Philomena Marcello which deed is recorded in the land records for the said Town of Barrington in deed book 43 at page 488.

RECEIVED FOR RECORD
Barrington, R.I. AUG 26 1998
at 12:17 o'clock P. M.
Dy. Town Clerk

PROPERTY ADDRESS:

**557 Maple Avenue**
**Barrington, Rhode Island 02806**

BOOK 0682 PAGE 0261

~~BOOK 0399 PAGE 0284~~

11/27/02 (RECEIVED)

FaxNote

CheckSerialNumber: 341387038 CheckPaidDate:

THE BACK OF THIS DOCUMENT HAS AN ARTIFICIAL WATERMARK PRINTED IN A SPECIAL WHITE INK

OFFICIAL CHECK

HOLD THE DOCUMENT AT A SMALL ANGLE TO SEE THIS SECURITY FEATURE.

CITIZENS BANK
Providence, Rhode Island

23-97
1020

341387038-1

OCTOBER 17, 2002

**$24,007.62**

DOLLARS

PAY

*RI HOUSING* [illegible] 10-21-02

TO THE ORDER OF

Drawer, Citizens Bank of Rhode Island

MEMO.

BALANCE PAID IN FULL
RUBOLPH N MARCELLO HI071

Issued by Integrated Payment Systems Inc., Englewood, Colorado
[illegible] N.A., Denver, Colorado

AUTHORIZED SIGNATURE

⑈4000 2⑈ ⑆102000979⑆ 6800341387038⑈ ⑈0002400762⑈

THE VARIABLE TONE BACKGROUND AREA OF THIS DOCUMENT CHANGES COLOR GRADUALLY AND SMOOTHLY FROM DARKER TONES AT BOTH TOP AND BOTTOM TO THE LIGHTEST TONE IN THE MIDDLE.

ENDORSE CHECK HERE

X

FOR DEPOSIT ONLY
RHODE ISLAND HOUSING
HECM ACCT.# 3102173

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE

DEPOSITORY BANK ENDORSEMENT

OCT 18 02

CITIZENS 0257/91 150/013
RIVERSIDE RI 10182002
▶011500120◀
150048843[illegible]

IPS 10212002
ENTRY 1952
SOURCE 08000200 001
530739404[illegible]

1020-0019-9
10/21/02
062[illegible]

0111-0048-1
0402116305 0111-0048-1
0402116305 10-21-02

FOR INFORMATION CONCERNING THIS INSTRUMENT
CONTACT
INTEGRATED PAYMENT SYSTEMS INC.
[illegible]

29

9-30-02

W. RAYMOND WATSON
WILLIAM R. WATSON
HELEN C. WATSON

# W. Raymond Watson

Funeral Home

350 WILLETT AVENUE RIVERSIDE, RHODE ISLAND 02915 TELEPHONE 433-4400

September 30, 2002

Received payment in the amount of $1128.00 for the funeral expenses of Rudolph N. Marcello from James C. Marcello on this 30th day of September 2002.

Sincerely

Wm R. Watson

30

10-2-02

QUINTAL BURIAL VAULT CO.
Makers & Distributors of
NORWALK TRIGARD BURIAL VAULTS
3425 Sharps Lot Road
DIGHTON, MA 02777
(508) 669-5717

| SOLD BY | DATE 10-2-02 |
|---|---|
| NAME | |
| ADDRESS | |

| CASH | C.O.D. | CHARGE | ON ACCT. | |
|---|---|---|---|---|

Tray + Device 4
install
$350.00

RECEIVED BY:

*Thank You*

All claims and returned goods MUST be accompanied by this bill.

QUINTAL BURIAL VAULT CO.
Makers & Distributors of
NORWALK TRIGARD BURIAL VAULTS
3425 Sharps Lot Road
DIGHTON, MA 02777
(508) 669-5717

| SOLD BY | DATE |
|---|---|
| NAME | |
| ADDRESS | |

| CASH | C.O.D. | CHARGE | ON ACCT. | |
|---|---|---|---|---|

RECEIVED BY:

*Thank You*

All claims and returned goods MUST be accompanied by this bill

31

31

# DIOCESE OF PROVIDENCE
*OFFICE OF CATHOLIC CEMETERIES*

ONE CATHEDRAL SQUARE
PROVIDENCE, RI 02903
278-4575 • 351-5630 Fax

Reverend Anthony W. Verdelotti
*Director*

Mr. James Marcello
557 Maple Avenue
Barrington, RI 02806

September 30, 2002

Dear Mr. Marcello:

Catholic Cemeteries Inc. agrees to inter your father in Maria del Campo Cemetery, lot 76/172, grave ______. The fee for this service is $685.00, payable to us in monthly installments. The agreed to payments are as follows: thirteen(13) payments of $50.00 per month, and final monthly payment of $35.00. Catholic Cemeteries will not permit further burials in said lot until all fees associated with this burial have been received by this office. Your signature on this letter, signifies that you agree to this financial arrangement and agree to the terms of this letter.

James Marcello
JAMES MARCELLO

William L. Watson
William Watson, Witness

______________________________
Cheryl A. Accinno

| DATE | CH.NO. | AMOUNT | BALANCE |
|---|---|---|---|
| | | | $685.00 |
| 10-03-02 | 607 | $50.00 | 635.00 |
| 11-03-02 | 619 | 50 | 565.00 |
| 12-03-02 | | 585.00 | - 00.00 |
| 01-03-03 | (CHASE TO DIOCESE) (SEE P-LOG | | |
| 02-03-03 | A#9427727584 11-29-02 | | |
| 03-03-03 | CATHOLIC CEMETERIES | | |
| 04-03-03 | | | |
| 05-03-03 | | | |
| 06-03-03 | | | |
| 07-03-03 | | | |
| 08-03-03 | | | |
| 09-03-03 | | | |
| 10-03-03 | | | |

→ DEC 2,
WAL MART SENT
CHECK $585.00
TO CATHOLIC DIOCESE
00

32

~~28~~

ACCOUNT NUMBER: 5260 3642 9479 45

| ENT DUE DATE | NEW BALANCE | MINIMUM DUE |
|---|---|---|
| 01/13/03 | $1,118.05 | $25.00 |

Enter Amount Enclosed In Boxes Below

$ [ ] [ ] [ ] [ ] [ ] . [ ] [ ]

your ...s and ...one number ...ne, log on to ...w.chase.com/cards ...rint here:

New Address:

Telephone: ( )

Please make check or money order payable to:
CHASE MASTERCARD.

3000

JAMES MARCELLO
152 CROSS RD
STETSON ME 04488-3105

246112

P.O. BOX 15656
WILMINGTON DE 19886-5656

52603642947945850011180500000025009

Please detach at perforation and return with your payment.

WAL★MART Always

Wal-Mart® MasterCard® from Chase
ACCOUNT NUMBER: 5260 3642 9479 4585

| NEW BALANCE | PAYMENT DUE DATE | STATEMENT CLOSING DATE | DAYS IN BILLING CYCLE |
|---|---|---|---|
| $1,118.05 | 01/13/03 | 12/19/02 | 29 |
| **TOTAL CREDIT LINE** | **TOTAL AVAILABLE CREDIT** | **CASH ACCESS LINE** | **AVAILABLE CASH** |
| $2,000 | $881 | $2,000 | $881 |

## Here is your Account Summary:

| | TOTAL |
|---|---|
| Previous Balance | $558.26 |
| (-) Payments, Credits | 50.00 |
| (+) Purchases, Cash, Debits | 585.00 |
| (+) FINANCE CHARGES | 24.79 |
| (=) New Balance | 1,118.05 |
| Minimum Payment Due | $25.00 |

## Your charges and credits at a glance:

| TRAN. DATE | POST DATE | REF. NO. | DESCRIPTION OF TRANSACTIONS | CREDITS | CHARGES |
|---|---|---|---|---|---|
| 12/02 | 12/02 | 6EDL | PAYMENT THANK YOU | 50.00 | |
| 12/11 | 12/11 | BZ5E | BALANCE TRANSFER 7450 WILMINGTON DE | | 585.00 |
| | | | Total of your credits and charges | 50.00 | 585.00 |

## Here's how we determined your Finance Charge*:

| | DAILY PERIODIC RATE | AVERAGE DAILY BALANCE | PERIODIC / MIN. FINANCE CHARGE | TRANSACTION FEE FINANCE CHARGE | TOTAL FINANCE CHARGE | NOMINAL ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|---|
| Purchases | V 0.03970% | $530.23 | $6.10 | $0.00 | $6.10 | 14.49% | 14.49% |
| Cash | V 0.05477% | $0.00 | $0.00 | $0.00 | $0.00 | 19.99% | 0.00% |
| Transferred Balances | 0.02164% | $181.70 | $1.14 | $17.55 | $18.69 | 7.90% | 38.33% |

* Please see reverse side for balance computation method and other important information.

**Questions** about your account? Credit Card lost or stolen? Call Chase Customer Service 24 hours a day, 7 days a week, toll-free, at **1-800-543-1987** or write PO Box 15919, Wilmington, DE 19850-5919. Para Servicio al Cliente en Español: **1-800-545-0464**.

SAVE 10% WITH THRIFTY CAR RENTAL. CALL 1-800-THRIFTY AND MENTION ID#WMRT. RESTRICTIONS APPLY.

SHARE YOUR HOLIDAY PHOTOS WITH FAMILY AND FRIENDS. EMAIL PHOTO MEMORIES, CREATE SPECIAL CARDS AND GIFTS, AND ORDER PRINTS ON THE WAL-MART.COM PHOTO CENTER.

0-126 246112 DF01 3600 8210 Page 1 of 2 021219 7 14 1 ZKD 8015 4234

nsfer(s)

your
:d

l us.

RC

CHW

33

Send Payments to: **Chase MasterCard, P.O. Box 15656, Wilmington DE 19886-5656.**



Write your account number on your check or money order. Never send cash. See reverse side for other payment instructions.

29