MPD:fm 07-139

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO AND
OLIVIA A. MARCELLO

VS C.A. NO. 07-055 ML

STATE OF RHODE ISLAND, ET AL

**DEFENDANT DAVID COLEMAN,
PROPRIETOR OF COLEMAN REALTY IN BARRINGTON'S
OBJECTION TO PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT**

Defendant David Coleman, Proprietor of Coleman Realty in Barrington, hereby objects to plaintiffs' motion for summary judgment. In support of his objection, defendant submits the attached memorandum.

__/s/ Mark Dolan________________

Mark P. Dolan, Esq. #3280
Rice Dolan & Kershaw
Attorneys for Defendant
*David Coleman, proprietor of*
*Coleman Realty in Barrington*
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800 Phone
(401) 421-7218 Fax

CERTIFICATION

I hereby certify that the following individuals have received a copy of the within document via regular mail:

James and Olivia Marcello
152 Cross Road
Stetson, ME 04488

Betty Barney
77 Dorr Avenue
East Providence, RI 02915

All other counsel of record have received the within document electronically via the Court's ECF system.

DATED: October 9, 2007

/s/ Mark Dolan___________

MPD:fm 07-139

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO AND
OLIVIA A. MARCELLO

VS C.A. NO. 07-055 ML

STATE OF RHODE ISLAND, ET AL

**MEMORANDUM IN SUPPORT OF DEFENDANT DAVID COLEMAN, PROPRIETOR OF COLEMAN REALTY IN BARRINGTON'S OBJECTION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

The defendant has now objected to the plaintiffs' motion for summary judgment. It is unclear from the motion papers as to which defendants the motion for summary judgment is directed. There is no reference to this defendant in any of the motion papers, and it is presumed that the motion is not directed to defendant Coleman.

__/s/ Mark Dolan________________

Mark P. Dolan, Esq. #3280
Rice Dolan & Kershaw
Attorneys for Defendant
*David Coleman, proprietor of Coleman Realty in Barrington*
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800 Phone
(401) 421-7218 Fax

CERTIFICATION

I hereby certify that the following individuals have received a copy of the within document via regular mail:

James and Olivia Marcello
152 Cross Road
Stetson, ME 04488

Betty Barney
77 Dorr Avenue
East Providence, RI 02915

All other counsel of record have received the within document electronically via the Court's ECF system.

DATED: October 9, 2007 /s/ Mark Dolan___________