**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JAMES C. MARCELLO;
OLIVIA A. MARCELLO
VS C. A. NO. 07-055 ML
STATE OF RHODE ISLAND, ET AL

**OBJECTION OF DEFENDANTS,**
**KIERNAN, PLUNKETT & REDIHAN,**
**JOHN A. DESANO, BERNARD P. HEALY,**
**ARTHUR T. MARCELLO, ARTHUR T. MARCELLO, JR.,**
**THOMAS MARCELLO, ALBERT MASTRIANO,**
**AND TO THE EXTENT NAMED AS DEFENDANTS ALL**
**LAWYERS IN KIERNAN, PLUNKETT & REDIHAN IN**
**TO THE PLAINTIFFS'**
**MOTION FOR SUMMARY JUDGMENT**

Now come the defendants, Kiernan Plunkett & Redihan, John A. DeSano, Bernard P. Healy, Arthur T. Marcello, Arthur T. Marcello, Jr., Thomas Marcello, Albert Mastriano and to the extent named as defendants all lawyers in Kiernan, Plunkett & Redihan pursuant to F.R.C.P. 56 and hereby object to plaintiffs' motion for summary judgment. The said defendants submit that there are no genuine issues of material fact and the plaintiffs' motion does not comply procedurally with the requirements of F.R.C.P. 56 and LR Cv 56, as plaintiffs make unsubstantiated factual allegations which are not supported by viable affidavits, pleadings, deposition transcripts, interrogatory answers, admissions or stipulation. Said defendants request that plaintiffs motion be denied , as more particularly set forth in the accompanying memorandum.

Defendants, Kiernan, Plunkett & Redihan,
John A. DeSano, Bernard P. Healy, Arthur
T. Marcello, Jr., Thomas Marcello, Albert
Mastriano and, to the extent named as
defendants, all lawyers in Kiernan, Plunkett
& Redihan
By their Attorney,

s/ Robert W. Smith

Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
401-751-1500
FAX: 401-751-4124
e-mail: rsmith@agglaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on October 15, 2007; that it is available for viewing and downloading from the ECF system, and that all counsel of record will receive notice via the ECF system.

Notice by other means will be sent to:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, Maine 04488

Alfred Harris pro se
P.O. Box 1107
Pawtucket, Rhode Island 02862

Betty Barney, pro se
77 Dorr Avenue
East Providence, Rhode Island 02915

Kevin Kernan, President
Jones Moving & Storage
59 Central Street
Providence, Rhode Island 02903

Ava M. Martinelli, President and Treasurer
Diamond Funding Corp.
872 Park Avenue
Cranston, Rhode Island 02910

s/ Robert W. Smith
Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
401-751-1500
FAX: 401-751-4124
e-mail: rsmith@agglaw.com