**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

JAMES C. MARCELLO;

OLIVIA A. MARCELLO

VS C. A. NO. 07-055 ML

STATE OF RHODE ISLAND, ET AL

STATEMENT OF UNDISPUTED FACT

The defendants, Kiernan, Plunkett & Redihan, John A. DeSano, Bernard P. Healy, Arthur T. Marcello, Arthur T. Marcello, Jr., Thomas Marcello, Albert Mastriano, and to the extent named as defendants all lawyers in Kiernan Plunkett & Redihan submit this Statement of Undisputed Fact in support of their objection to plaintiffs' motion for summary judgment.

1. Plaintiffs filed suit against John A. DeSano, Bernard P. Healy, Arthur T. Marcello, and Albert Mastriano in the United States District Court for the District of Rhode Island in C.A. #05-004ML. Exh. 2, Exh. 11

2. Exh. 1 is a copy of the complaint filed in C.A. #07-055ML Exh. 1

3. C. A. #05-004 was dismissed and judgment entered for the defendants, John A. DeSano, Bernard P. Healy, Arthur T. Marcello and Albert Mastriano. Exh. 2, Exh. 12, Exh. 13, Exh. 14

4. A copy of the order of the Barrington Probate Court admitting to probate the will of Nicholas Marcello and appointing Arthur T. Marcello is contained in Exh. 3. Exh. 2, Exh. 3, p.27,28

5. Arthur T. Marcello is the father of Arthur J. Marcello, Jr. and Thomas Marcello. Exh. 5

6. Nicholas Marcello was the brother of Arthur T. Marcello. Exh. 5

7. During the proceedings in the Barrington Probate Court, Bernard Healy and John DeSano were associated with Kiernan, Plunkett & Redihan. Exh. 2, Exh. 3, pp. 18,19 Exh. 4

8. Plaintiff Olivia Marcello is the wife of James C. Marcello and is not a beneficiary under the will of Nicholas Marcello and is not an heir at law of Nicholas Marcello. Exh. 1, Jurisdictional Statement, p. v, Exh. 2, Exh. 3, pp. 2,3

9. Nicholas Marcello was of sound mind when he executed his will on March 6, 2002. He did not revoke the will. The will was admitted to probate on April 21, 2003. Exh. 2, Exh. 3, pp 2-10, 27,28, Exh. 4, Exh. 5.

10. Copies of the final accounts in the Estate of Nicholas Marcello, the orders approving the accounts and the order denying the motion to set aside the sale of 557 Maple Avenue are contained in Exh. 3. Exh. 2, Exh. 3, pp. 32-62.

11. No appeals of the orders of the Barrington Probate Court admitting the will to probate, appointing Arthur T. Marcello Executor, approving the final accountings, ordering the payment of the funds distributable to plaintiff James C. Marcello to the Registry of the Court and denying the motion to set aside the sale of 557 Maple Avenue were taken. Exh. 2, Exh. 3, pp. 67-70, Exh. 10

12. Copies of the records of Arthur T. Marcello, Executor v. James Marcello, Sixth Division District Court, C.A. #03-5880 are contained in Exh. 7. Exh. 2, Exh.7

13. Copies of the records of State of Rhode Island v. James C. Marcello, Sixth Division District Court criminal complaint #00085337 are contained in Exh. 8. Exh. 2, Exh. 8

14. Copies of the records of Arthur T. Marcello, Executor v. James C. Marcello, Providence Superior Court C.A. #03-6003 are contained in Exh. 9. Exh. 2, Exh. 9

15. Copies of the petition and order granting the petition to pay into the registry of the court the distributive share of James C. Marcello and the evidence of that payment are contained in Exh. 3. Exh. 2, Exh. 3, pp. 63-70

16. The decision of the Rhode Island Supreme Court in the case of Marcello v. Neves is contained in Exh. 10. Exh. 10

17. The records of the Providence Superior Court in State v. James C. Marcello, P2-2004-0586A are contained in Exh. 15. Exh. 2, Exh. 15

18. The final orders and judgments in C.A. #05-004ML are contained in Exhs. 12, 13 & 14. Exh. 2, Exh. 12, Exh. 13, Exh. 14

Defendants, Kiernan, Plunkett & Redihan, John A. DeSano, Bernard P. Healy, Arthur T. Marcello, Jr., Thomas Marcello, Albert Mastriano and, to the extent named as defendants, all lawyers in Kiernan, Plunkett & Redihan
By their Attorney,

s/ Robert W. Smith
Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
401-751-1500
FAX: 401-751-4124
e-mail: rsmith@agglaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on October 15, 2007; that it is available for viewing and downloading from the ECF system, and that all counsel of record will receive notice via the ECF system.

Notice by other means will be sent to:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, Maine 04488

Alfred Harris pro se
P.O. Box 1107
Pawtucket, Rhode Island 02862

Betty Barney, pro se
77 Dorr Avenue
East Providence, Rhode Island 02915

Kevin Kernan, President
Jones Moving & Storage
59 Central Street
Providence, Rhode Island 02903

Ava M. Martinelli, President and Treasurer
Diamond Funding Corp.
872 Park Avenue
Cranston, Rhode Island 02910

s/ Robert W. Smith