**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

JAMES C. MARCELLO;

OLIVIA A. MARCELLO

VS C. A. NO. 07-055 ML

STATE OF RHODE ISLAND, ET AL

STATEMENT OF DISPUTED FACTS

The defendants, Kiernan, Plunkett & Redihan, John A. DeSano, Bernard P. Healy, Arthur T. Marcello, Arthur T. Marcello, Jr., Thomas Marcello, Albert Mastriano, and to the extent named as defendants all lawyers in Kiernan, Plunkett & Redihan, submit this statement of Disputed Facts in support of their objection to plaintiffs' motion for summary judgment.

1. These defendants dispute the assertions that the decedent, Nicholas Marcello, was incompetent because of Alzheimer Dementia or insane when he executed his will on March 6, 2002. The defendants state that Nicholas Marcello was competent and of sound mind when he executed the will and the will was properly admitted to probate. Exh. 2, Exh. 3, pp. 2-10, 27,28, Exh. 4, Exh. 5

2. These defendants dispute the assertions that Nicholas Marcello was stuffed in a car to flee police and was exhorted to sign a purported will. These statements are false and unsupported by any authenticated source of evidence. The defendants state the will was executed appropriately and admitted to probate. Exh. 2, Exh. 3, pp.2-10,27,28, Exh. 4, Exh. 5

3. These defendants dispute the assertion Nicholas Marcello died intestate. These defendants state Nicholas Marcello died testate. Exh. 2, Exh. 3, pp.2-10,27, 28

4. These defendants dispute the assertion that James C. Marcello paid the mortgage on 557 Maple Avenue and funeral bills. These defendants state that the amounts he paid were reimbursed to him by the estate as set forth in the final account. Exh. 2, Exh. 3, pp. 39-70

5. These defendants dispute the assertion that the deed from Arthur T. Marcello, Executor, to Nuno C. Neves and Natalia Paiva-Neves is void. These defendants state that the deed is valid and properly conveyed the property to the Neves and that the sale of the property to them was valid. Exh. 2, Exh. 3, pp. 2-10,27-31,39-62,69,70, Exh. 10

6. These defendants dispute the assertion that Arthur T. Marcello was an "impersonating executor". These defendants state Arthur T. Marcello was the duly appointed executor of the estate of Nicholas Marcello. Exh. 2, Exh. 3, pp.2-10,27,28

7. These defendants dispute the assertion they attended any meeting on October 14, 2003, or left any meeting and state they did not attend any such meeting. Exh. 4, Exh. 5

8. These defendants dispute the assertion they planned any illegal arrest or admitted any such statement to the plaintiff and state that the plaintiff James C. Marcello was lawfully arrested and convicted. Exh. 2, Exh. 8, Exh. 15

9. These defendants dispute the assertion the property was sold for one-half the market value or there was any payoff and state that the purchase price was fair market value and the proceeds were lawfully distributed. Exh. 2, Exh. 3, pp. 39-70

Defendants, Kiernan, Plunkett & Redihan, John A. DeSano, Bernard P. Healy, Arthur T. Marcello, Jr., Thomas Marcello, Albert Mastriano and, to the extent named as defendants, all lawyers in Kiernan, Plunkett & Redihan
By their Attorney,

s/ Robert W. Smith
Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
401-751-1500
FAX: 401-751-4124
e-mail: rsmith@agglaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on October 15, 2007; that it is available for viewing and downloading from the ECF system, and that all counsel of record will receive notice via the ECF system.

Notice by other means will be sent to:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, Maine 04488

Alfred Harris pro se
P.O. Box 1107
Pawtucket, Rhode Island 02862

Betty Barney, pro se
77 Dorr Avenue
East Providence, Rhode Island 02915

Kevin Kernan, President
Jones Moving & Storage
59 Central Street
Providence, Rhode Island 02903

Ava M. Martinelli, President and Treasurer
Diamond Funding Corp.
872 Park Avenue
Cranston, Rhode Island 02910

s/ Robert W. Smith