**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JAMES C. MARCELLO;
OLIVIA A. MARCELLO

VS C. A. NO. 07-055 ML

STATE OF RHODE ISLAND, ET AL

**LIST OF EXHIBITS**

1. Bill of Complaint in instant action, CA# 07-055 ML

2. Affidavit of Bernard P. Healy

3. Certified copies of records of Barrington Probate Court

4. Affidavit of John DeSano

5. Affidavit of Arthur T. Marcello

6. Copy of Deed to the Neves

7. Certified copies of records of Rhode Island District Court, 6th Division – complaint, response, judgment, and execution from tenancy and ejectment action, C.A.# 03-5880.

8. Certified copies of records of Rhode Island District Court, 6th Division – criminal complaint and disposition, #62/03-14824

9. Certified copies of records of Providence Superior Court, CA # 03-6003 - complaint, preliminary injunction, and judgment in Arthur T. Marcello, Executor v. James C. Marcello

10. Reported decision of RI Supreme Court, Marcello v. Neves, 912 A.2d 420 (2006)

11. Amended Bill of Complaint in United State District Court, District of Rhode Island CA#05-004ML

12. Report and Recommendation of Magistrate Martin, CA#05-004ML

13. Memorandum and order and judgment of Judge Lisi in CA#05-004ML

14. Judgments of United States Court of Appeals, lst Circuit

15. Certified copies of records of Providence Superior Court, State v. James C. Marcello, #P2-2004-0586A

16. Answers of plaintiffs to defendants' interrogatories in CA# 05-004ML, numbers 10, 11, 12, 13, and 14

17. Civil Docket for Marcello v. Marcello, et al, C.A. # 02-0488-L