# Exhibit 2

SERVICE COMPLETE

ON: ARTHUR T. MARCELLO 5*16*02 & JOHN A. DESANO 5*15*02 & RUDOLPH N. MARCELLO 5*16*02 & LORRAINE A. DEROIS __*__*__ & CAROL A. BAKER 5*15*02 & BETTY BARNEY 5*20*02 & JAMES MARCELLO,JR 5*21*02 & JAMES MARCELLO,SN __*__*__

(REVOCATION LETTERS DATED APR.26,02 OF NICKOLAS MARCELLO - REVOKING DOCUMENTS SIGNED ON MAR.6,02)

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TIERNAN, PLUNKETT & REDIHAN
ATT: JOHN A. DESANO,ESQ.
1 FRIENDSHIP STREET
PROVIDENCE, RI 02903

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly) B. Date of Delivery 5/15/02

C. Signature X Bill Signore ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes ☑ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☑ Yes

2. Article Number (Copy from service label) 7000 0600 0022 1673 1696

PS Form 3811, July 1999 Domestic Return Receipt 102595-00-M-0952

RECEIVED BY JM,POA 5-17-02

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ARTHUR T. MARCELLO
130 ROFFEE STREET
BARRINGTON, RI 02806

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly) B. Date of Delivery 5/16/02

C. Signature X Arthur T. Marcello ☑ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes ☑ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☑ Yes

2. Article Number (Copy from service label) 7000 0600 0022 1673 1672

PS Form 3811, July 1999 Domestic Return Receipt 102595-00-M-0952

RECEIVED BY JM, POA 5-18-02

HOME GUT DAD
5-18-02
GO SET
YOU SIGN
HIS CREDIT CARD?
HIS BROTHER
I HEAR FUE
IS A GO - SAID
HIS PAPERS DON'T
MEAN NOTHING

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DOLPH N. MARCELLO
'k/a NICKOLAS R. MARCELLO
7 MAPLE AVENUE
RRINGTON, RI 02806

A. Received by (*Please Print Clearly*) B. Date of Delivery 5-16-02

C. Signature
X [signature] ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☑ Yes

2. Article Number (*Copy from service label*)
7000 0600 0022 1673 1689

PS Form 3811, July 1999 Domestic Return Receipt 102595-00-M-0952

RECEIVED
BY JK, DEA
5-18-02

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DEPART OF ELDERLY AFFAIRS
T: CAROL A. BAKER,SW
0 PINE STREET
OVIDENCE, RI 02903-3708

***COMPLETE THIS SECTION ON DELIVERY***

A. Received by (*Please Print Clearly*) B. Date of Delivery 5/13/02

C. Signature
X [signature] ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☑ Yes

2. Article Number (*Copy from service label*)
7000 0600 0022 1673 1719

PS Form 3811, July 1999 Domestic Return Receipt 102595-00-M-0952

RECEIVED
BY JK, DEA
5-18-02

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BETTY BARNEY,RN
HOME CAREPROVIDER FOR RNM
77 DORR AVENUE
EAST PROVIDENCE, RI 02915

***COMPLETE THIS SECTION ON DELIVERY***

A. Received by (*Please Print Clearly*) B. Date of Delivery 5-20-02

C. Signature
X Betty Barney ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☑ Yes

2. Article Number (*Copy from service label*)
7000 0600 0022 1673 1726

PS Form 3811, July 1999 Domestic Return Receipt 102595-00-M-0952

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) James Marcello B. Date of Delivery<br>C. Signature X James Marcello ☐ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes ☑ No<br>If YES, enter delivery address below:<br>5-21-02 KC |
| 1. Article Addressed to:<br>JAMES MARCELLO, JR.<br>598 ARCADE AVENUE<br>SEEKONK, MASS 02771 | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☑ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☑ Yes |
| 2. Article Number (Copy from service label) 7000 0600 0022 1673 1733 | |

PS Form 3811, July 1999 Domestic Return Receipt 102595-00-M-0952

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) B. Date of Delivery<br>C. Signature X LDerois ☐ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes ☑ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br>LORRAINE A. DEROIS, CLERK<br>BARRINGTON PROBATE COURT<br>283 COUNTY ROAD<br>BARRINGTON, RI 02806 | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☑ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☑ Yes |
| 2. Article Number (Copy from service label) 7000 0600 0022 1673 1702 | |

PS Form 3811, July 1999 Domestic Return Receipt 102595-00-M-0952

IN THE

PROBATE COURT OF BARRINGTON RHODE ISLAND

ESTATE OF: RUDOLPH N. MARCELLO

557 Maple Avenue

Barrington, Rhode Island

Zip: 02806 - Tel: 1-401-245-7190

Petitioner: Attorney-in-Fact, James C. Marcello

## PROOF OF SERVICE

I, JAMES MARCELLO, do swear or declare that on this date, AUGUST 16, 2002, I have served a conformed copy of the enclosed:

COPY OF RETURN CERTIFIED RECEIPTS - COMPLETION OF SERVICE - UPON: JOHN A DESANO & ARTHUR T MARCELLO OF [NICKOLAS R MARCELLO REVOCATION LETTERS] & ATT A-B

RUDOLPH N. MARCELLO'S MOTION COMPELLING PRODUCTION OF INSTRUMENT DATED MARCH 6, 2002 PURPORTING TO BE A WILL

CERTIFICATE OF AFFIRMATION IN SUPPORT OF MOTION COMPELLING PRODUCTION OF INSTRUMENT PURPORTING TO BE A WILL & ATTACHMENTS A-1, A-2, B, + C

On each party to the above proceeding or the party's counsel, and on every other person required to be served, by depositing an envelope containing the above documents in the United States Mail properly addressed to each of them and with postage prepaid.

The names and addresses of those served are as follows:

| | | | |
|---|---|---|---|
| Rudolph N. Marcello<br>557 Maple Avenue<br>Barrington, RI 02806 | James Marcello,poa<br>152 Cross Road<br>Stetson, Maine 04488 | John A. DeSano,Esq.<br>91 Friendship Street<br>Providence, RI 02903 | RI DEPARTMENT OF ELDERLY AFFAIRS<br>ATTN: Carol A. Baker,sw<br>160 Pine Street<br>Providence, RI 02903-3708 |

I declare under penalty of perjury that the forgoing is true and correct.

Executed on: AUGUST 16, 2002.

James Marcello

JAMES MARCELLO,POA
Attorney-in-Fact for RNM
152 Cross Road
Stetson, Maine 04488
Tel: 1-207-296-3433

17B

EXHIBIT NO. D

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS (RECEIVED TODAY)

# CIVIL FACE SHEET

DISTRICT COURT, ________ DIVISION

| | |
|---|---|
| PLAINTIFF(S) Arthur Marcello, Executor<br>VS.<br>DEFENDANT(S) James Marcello | DEFENDANT(S). James Marcello<br>PLAINTIFF(S) Arthur Marcello, Executor |
| CASE NO. 03-5880 | CASE NO. 03-5880 |
| ATTORNEY NAME: Bernard P. Healy | ATTORNEY NAME: |

10/01/03 11:14AM 000001#2283 XX16
10/07/03 12:31PM 000001#1313 $XX.00
SURCHARGE $10.00

## TYPE OF ACTION

- ☐ Property Damage
- ☐ Personal Injury
- ☐ Contract
- ☐ Book Account
- ☐ Landlord and Tenant
  - ☐ Possession
  - ☐ Rent, Other
- ☐ Replevin
- ☐ Administrative Appeal
- ☐ Note
- ☐ Other Tort
- ☐ Other Action

## FILINGS

Date: 6/6/03
6-12-03

- ☑ Complaint Filed
- ☑ Summons Filed
- ☐ Answer Filed
- ☐ 3rd Party Comp.

vs. ________

## DEFAULT

Date: 7/23/03

08/07/03 11:05AM 000001#0178 XX10
ENTRY FEE $60.00

☑ Default

By order: Clerk Alice Albuquerque
CLERK

| DATE | ACTIVITY | JUDGE |
|---|---|---|
| 6-20-03 | Motion to Dismiss | |
| 6-25-03 | obj. to motion to dismiss | |
| 6-30-03 | obj. to motion to strike | |
| 7-2-03 | Motion for Hearing 7-9-03 (T) 7-16-03 | |
| 7-9-03 | ENTERED UNDER RULE OF COURT | |
| 7/16/03 | Δ failed to appear. Ans. has been | filed. Default |

entered - Π may schedule POC w/

## JUDGMENT

Judgment for: ☐ ~~Plaintiff~~ ☐ Defendant ☐ Counterclaim ☐ Other

- ☐ By Default
- ☐ By Stipulation
- ☐ For Possession
- ☐ After Trial
- ☐ Oral Proof of Claim
- ☐ Execution to Issue on ________
- ☐ Summary Judgment
- ☐ Written Proof of Claim

For Damages: Amount $________ Costs $________ Interest $________

Attorney's Fee $________ Total Judgment $________ Plus Statutory interest.

☐ Soldiers and Sailors Relief Act of 1940 Affidavit filed.

Order: Alice Albuquerque CLERK
Clerk

Enter: ________
Judge

Date: 7/23/03

## EXECUTION

8-5-03 ☑ Execution Issued, in the amount of $________

☐ Execution Returned

☐ Satisfied ☐ Unsatisfied: ☐ In Whole ☐ To extent of $________

## SUPPLEMENTARY PROCEEDINGS

DATE:

- ☐ Citation Issued — Per Order: ________
- ☐ Body Attachment to Issue — Per Order: ________
- ☐ Body Attachment Withdrawn — Per Order: ________
- ☐ Citation to Show Cause Issued — Per Order: ________

STATE OF RHODE ISLAND
DISTRICT COURT

NOTICE TO QUIT
R.I.G.L. 34-18-37

May 19, 2003
Date of Mailing

TO: James C. Marcello
557 Maple Avenue
Barrington, RI 02886

James C. Marcello
P. O. Box 180
Barrington, RI 02806

James C. Marcello
152 Cross Road
Stetson, Maine 04488

YOU ARE HEREBY DIRECTED TO VACATE AND REMOVE YOUR PROPERTY AND PERSONAL POSSESSIONS FROM THE PREMISES LOCATED AT 557 MAPLE AVENUE, BARRINGTON, RHODE ISLAND, AND DELIVER CONTROL OF THE PREMISES TO THE LANDLORD/OWNER, ARTHUR MARCELLO, ON OR BEFORE JUNE FIRST, 2003.

THIS NOTICE IS GIVEN FOR THE PURPOSE OF TERMIANTING YOUR TENANCY AND/OR OCCUPATION.

IF YOU FAIL TO VACATE THE PREMISES BY THE DATE SPECIFIED, AN EVICTION ACTION MAY AND WILL BE INSTITUTED AGAINST YOU WITHOUT FURTHER NOTICE. IF YOU BELIEVE YOU HAVE A DEFENSE TO THIS TERMINATION, YOU WILL BE ABLE TO RAISE THIS DEFENSE AT THE COURT HEARING.

ARTHUR MARCELLO, EXECUTOR OF THE
ESTATE OF NICHOLAS MARCELLO,
BY HIS ATTORNEY,

BERNARD P. HEALY (2072)
KIERNAN, PLUNKETT & REDIHAN
91 FRIENDSHIP STREET
PROVIDENCE, RI 02903
(401) 831-2900
(401) 331-7123 FAX

I CERTIFY THAT I PLACED IN REGULAR U.S. MAIL, FIRST CLASS, POSTAGE PRE-PAID, A COPY OF THIS NOTICE, ADDRESSED TO THE TENANT ON THE 19TH DAY OF MAY, 2003.

BERNARD P. HEALY (2072)
KIERNAN, PLUNKETT & REDIHAN
ATTORNEY FOR ARTHUR MARCELLO,
EXECUTOR OF THE ESTATE OF
NICHOLAS MARCELLO

RKT

# EXHIBIT NO. E

# Last Will and Testament of

NICHOLAS F. MARCELLO

KNOW ALL MEN BY THESE PRESENTS, THAT I, NICHOLAS F. MARCELLO, also known as Nicholas Rudolph Marcello, of the Town of Barrington, County of Bristol and State of Rhode Island, being of sound and disposing mind and memory and over the age of majority, do hereby make, publish, pronounce and declare this to be my LAST WILL and TESTAMENT in the manner and form following, that is to say:

FIRST: I direct my executor, hereinafter named, to pay out of my estate, as soon as conveniently can be done after my decease, all my just debts, funeral expenses and the expenses of the administration of my estate, including all state and federal taxes.

I HEREBY CANCEL AND ANNUL THE WITHIN INSTRUMENT

SECOND: I give, bequeath and devise all of the rest, residue and remainder of my estate, real, personal and mixed, of every kind, nature and description and wheresoever situated, of which I may die seized or possessed or to which I may be entitled at the time of my decease, as follows:

A) 15% to my son, JAMES C. MARCELLO
B) 20% to my brother, ARTHUR T. MARCELLO
C) 25% to equally divided amongst my grandchildren,
D) 10% to my niece, MARY ANN MARCELLO
E) 10% to my nephew, ARTHUR T. MARCELLO, JR,
F) 10% to my nephew, GAYTON MARCELLO, JR., and
G) 10% to my nephew, THOMAS MARCELLO, Nicholas F. Marcello

TO HAVE AND TO HOLD the same unto them, their heirs, executors, administrators and assigns forever. James Marcello

THIRD: I nominate, constitute and appoint my brother, ARTHUR T. MARCELLO, executor of this my LAST WILL and TESTAMENT and I respectfully request that surety upon his official bond as such executor shall not be required by the Probate Court having jurisdiction of the probate of this WILL.

In the event my said brother, Arthur T. Marcello, should predecease me, decline this nomination or be unable to qualify as such executor, then in any such event, I nominate, constitute and appoint my nephew, THOMAS MARCELLO, JR., executor of this my

CANCELING

COPY

LAST WILL and TESTAMENT and I respectfully request that surety upon his official bond as such executor shall not be required by the Probate Court having jurisdiction of the probate of this WILL.

FOURTH: I hereby revoke all former and other WILLS and TESRAMENTARY DISPOSITIONS by me at any time heretofore made and I declare this and this only to be my LAST WILL and TESTAMENT.

~~IN WITNESS WHEREOF, I, NICHOLAS F. MARCELLO, have hereunto~~ subscribed my name and affixed my seal to this my LAST WILL and TESTAMENT in the presence of the undersigned witnesses this 22nd day of May ,A.D. 1999.

I HEREBY CANCEL AND ANNUL THE WITHIN INSTRUMENT

NICHOLAS F. MARCELLO

Signed, sealed, published, pronounced and declared by the said NICHOLAS F. MARCELLO as and for his LAST WILL and TESTAMENT in our presence who have, at his request and in his presence and in the presence of each other set our names as witnesses, after satisfying ourselves that he was of sound and disposing mind and memory, was over the age of majority, knew the extent of his bounty and the objects of his bounty.

Nicholas F. Marcello

| | |
|---|---|
| NAME | Warwick RI<br>ADDRESS |
| NAME | Warwick RI<br>ADDRESS |

CANCELING ON JULY 30 2000

COPY

# CERTIFICATE OF SERVICE

I, James Marcello, Attorney-in-Fact for Rudolph N. Marcello, hereby certify that I have served a conformed copy of:

SPECIAL POWER OF ATTORNEY.
DURABLE POWER OF ATTORNEY TO JAMES C. MARCELLO
REVOKED COPY OF LAST WILL TESTAMENT OF NICHOLAS F. MARCELLO EXECUTED MAY 22,1999.

NEW LAST WILL AND TESTAMENT OF RUDOLPH N. MARCELLO EXECUTED JULY 30,2000.

CERTIFICATE OF AFFIRMATION.

to the follow g by ( ) mailing, and or (✓) in-hand-delivery, the same to them on this __th day of August,2000, by ( ) U.S. Mail, postage prepaid, and or ( ) Certified Mail, and or (✓) in-hand-delivery:

MORPHIS JAMIEL
10 Market Street
Warren, R.I. 02885

DATE: August __,2000

______________________________

Signature of Recipient

BARRINGTON TOWN HALL
ATT: ~~REGISTRY OF DEEDS~~ PROBATE
County Road
Barrington,RI. 02806

[signature], Dep Town Clerk

DATE: August 4,2000

Signature of Recipient

Rudolph N. Marcello [signature]

James Marcello [signature]

JAMES MARCELLO,P.O.A.
RR2 BOX 2060
Cross Road
Stetson,Maine 04488
PH: 1-207-296-3433

2

EXHIBIT NO. F

Nicholas R. Marcello

**POWER OF ATTORNEY FOR SALE OF REAL ESTATE**

KNOW ALL MEN BY THESE PRESENTS, THAT I, NICHOLAS R. MARCELLO of the Town of Barrington, in the State of Rhode Island have made, constituted and appointed, and by these presents, do hereby make, constitute and appoint my brother, ARTHUR T. MARCELLO of the Town of Barrington, State of Rhode Island my true and lawful attorney to act as follows, that is to say:

GIVING AND GRANTING unto my attorney full power to sell and convey all of my right, title and interest in and to any and all of my real estate located in Barrington, Rhode Island more especially described in the attached sheet marked "Annex A" and made a part hereof; either together or in separate parcels or lots, for such price as to my attorney seems advisable, and to give a good receipt on payment of the consideration or purchase price, and also to execute, sign, seal, acknowledge and deliver deeds of general warranty, with the customary covenants, for said real estate, and to do every other thing necessary or proper for carrying into effect and execution any agreement of sale made by my attorney in such manner that all my right, title and interest in or to said real estate included in such agreement of sale may be effectually and absolutely conveyed and assured to the purchaser or the respective purchasers thereof, heirs and assigns forever, or to such other person or persons and for such other of my interest therein and in such manner and form as shall direct. To execute, on my behalf, all closing statements and to make all agreements and arrangements as to the disbursement and adjustment of funds arising from the sale or sales of the aforesaid real estate.

FURTHER, I do authorize my aforesaid attorney in fact to perform all necessary acts in the execution of the aforesaid authorizations and hereby authorize my said attorney generally to do any and all acts on my behalf pertaining to the aforesaid real estate with the same validity as I could effect, if personally present; hereby ratifying and confirming whatsoever my said attorney shall at any time and by virtue hereof, do in the premises.

This power of attorney shall not be affected in the event I later become incompetent. It is my intention that this power of attorney shall remain in full force and effect and the authority conferred herein shall be exercisable notwithstanding my later incompetency.

FURTHER, this power of attorney shall remain in full force and effect until revoked by me in writing.

IN WITNESS WHEREOF, I, NICHOLAS R. MARCELLO , have hereunto set my hand and seal this 14th day of February , A.D. 1995 .

Executed in the presence of:

MORPHIS A. JAMIEL

NICHOLAS R. MARCELLO

STATE OF RHODE ISLAND

Bristol, sc

In Warren , on the 14th day of February , A.D. 1995 before me personally appeared NICHOLAS R. MARCELLO , to me known and known by me to be the party executing the foregoing instrument and he acknowledged said instrument, by him executed, to be his free act and deed and his voluntary act and deed and he further acknowledged that he had the same explained to him and that he understood the contents and legal significance thereof.

MORPHIS A. JAMIEL

Notary Public

My commission expires on June 9, 1995.

ANNEX "A"

That lot or parcel of land with all buildings and improvements thereon, situated in the Town of Barrington and State of Rhode Island, bounded and described as follows:

Beginning at a point on the northerly side of Maple Avenue at the southeasterly corner of land conveyed by deed of J. Clifton Allen et al, to Salvatore A. Pezzullo and wife, dated December 3, 1940 and recorded in the records of land Evidence in said Barrington in book 38 at page 535; thence running northerly bounding westerly on said Pezzullo land to land now or lately of Giuseppe Palumbo and wife; thence easterly bounding northerly on said Palumbo land seventy-five (75) feet to land now or lately of Peter Marcello and wife; thence southerly bounding easterly on said Marcello land two hundred twenty five (225) feet to Maple Avenue; thence westerly bounding southerly on said Maple Avenue Seventy-five (75) feet to the point of beginning.

Excepting herefrom that portion of said parcel which has been previously conveyed by Peter Marcello and wife, Jennie Marcello to Gayton A. Marcello and wife, Philomena Marcello which deed is recorded in the land records for the said Town of Barrington in deed book 43 at page 488.

Said parcel is further identified as Lot No. 74 (seventy-four) on Assessors' Plat no. 19 as the same appeared on december 31, 1973.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JAMES C. MARCELLO;

OLIVIA A. MARCELLO

VS C. A. NO. 07-055 ML

STATE OF RHODE ISLAND, ET AL

AFFIDAVIT OF BERNARD P. HEALY

I, Bernard P. Healy, on oath depose and say that:

1.) I was named as a defendant in the case filed in the U.S. District Court for the District of Rhode Island entitled James Marcello et al v. John A. DeSano, et als, C.A. #05-004 ML and that I am aware of the court documents for that case.

2.) I was involved in the prior court proceedings involving James and Olivia Marcello as attorney for the estate of Nicholas Marcello and I am familiar with the criminal proceedings instituted against James C. Marcello.

3.) I represented the estate of Nicholas Marcello in the Barrington Probate Court and am familiar with the court documents in that proceeding.

4.) Exh. 12 is a copy of the Report & Recommendation of Magistrate Martin in the case of James Marcello et al v. John A. DeSano et als, C.A. # 05-004 ML.

5.) Exh. 13 is a copy of the memorandum and order and judgment of Judge Lisi in the case of James Marcello et al v. John A. DeSano et als, C.A.# 05-004 ML.

6.) Exh. 14 is a copy of the judgments of the U.S. First Circuit Court of Appeals in the case of James Marcello et al v. John DeSano et als, C.A. # 05-004 ML.

7.) Exh. 16 are interrogatory answers #10, 11, 12, 13 & 14 of the plaintiff James C. Marcello in the case of James Marcello et al v. John A. DeSano et als, C.A.# 05-004 ML

8.) Exh. 3 contains certified copies of records from the Barrington Probate Court.

9.) Exh. 7 contains certified copies of records from the Sixth Division District Court civil action # 03-5880.

10.) Exh. 8 contains certified copies of records from the Sixth Division District criminal proceeding # 62/03-14824.

11.) Exh. 9 contains certified copies of records from the Providence County Superior Court in Civil Action No. 03-6003 entitled Arthur Marcello, Executor as James C. Marcello.

12.) Exh. 15 contains certified copies of the records of the Providence Superior Court in the matter of the State of Rhode Island v. James C. Marcello, #P2-2004-0586A.

13.) Exh. 17 contains a copy of the civil docket obtained through PACER for Marcello v. Marcello, et al, C.A. # 02-0488-L

BERNARD P. HEALY

Subscribed and sworn to before me this 11 day of October 2007.

Notary Public