# Exhibit 3

**STATE OF RHODE ISLAND**
**COUNTY OF BRISTOL**

**PROBATE COURT OF THE**
**TOWN OF BARRINGTON**

**Office of the Clerk**

**CERTIFICATE**

I, Lorraine A. Derois, Clerk of the Probate Court of the Town of Barrington, having by law the custody of the seal and all the records, books, documents and papers of or pertaining to said Court hereby certify the papers hereto attached to be true copies of papers appertaining to said Court and on file and of record in said office, to wit: Document #1 Petition for Probate of Will, Document #2 Will of Nicholas F. Marcello a/k/a Nicholas Rudolph Marcello, Document #5, part of, Bill by Legatee Executor for Construction of Will, Document #6, part of, Petition for Probate of Will, Document #10 An Action to Contest the Will (Ex. March 6, 2002) & Demand for Jury Trial, Document #12 Affidavit, Document #14 Order, Document #35 Temporary Custodianship, Document #37 Universal Letter, Document #39 Order, Document #51 Order, Document #53 Universal Letter, Document #54 State Tax Certificate, Document #55 Statement of Qualification, Document #58 First and Final Account of Custodian, Document #62 Order, Document #65 First and Final Account of Executor, Notice or Oral Motions(s) part of Document #68, Document #70 Amended Order, Document #71 Order, Document #72 Miscellaneous Petition, Document #74 Order, Document #76 Petition for Disposal of Funds, Document #77 Order, Document #78 Letter from Kiernan, Plunkett & Redihan dated April 22, 2005, Document #79 Miscellaneous Petition, Document #87 Order for the Estate of Nicholas F. Marcello a/k/a Nicholas Rudolph Marcello a/k/a Rudolph Nicholas Marcello, deceased, of Barrington, Rhode Island.

In attestation whereof I have hereunto set my hand and have affixed the seal of said Court this 9th day of October A.D. 2007.

Lorraine A. Derois
Lorraine A. Derois, Probate Clerk

PC-4 (2/99)
formerly SW 72

DATE FILED OCT 10 2002

STATE OF RHODE ISLAND
COUNTY OF BRISTOL

PROBATE COURT OF THE
TOWN OF BARRINGTON

#1

No: 5148

ESTATE OF NICHOLAS F. MARCELLO, a/k/a
NICHOLAS RUDOLPH MARCELLO a/k/a
RUDOLPH NICHOLAS MARCELLO

Date: October 3, 2002

## PETITION FOR PROBATE OF WILL

Respectfully represents that:
Name of Decedent: Nicholas F. Marcello, a/k/a Nicholas Rudolph Marcello

| | |
|---|---|
| Resided in: Barrington<br>*City/Town of Residence* | Died Testate: 9/28/02<br>*Date of Death* |
| Personal Estate Estimated At $ 4,000.00 | |
| Your Petitioner: Arthur T. Marcello<br>*Name* | brother<br>*Relationship to Deceased* |
| 130 Roffee Street<br>*Street Address* | |
| Barrington, RI 02806<br>*City, State, Zip* | |

respectfully requests that the accompanying instrument dated: 3/6/02
Date Will ~~and/or Codicil Was Signed~~

be admitted to probate as the last will and testament of the deceased and that:
on affidavit of Albert Mastriano,
(Check one:) [X] letters testamentary [ ] letters of administration c.t.a.
may be issued to:

| | |
|---|---|
| | |
| *Name of Fiduciary* *Relationship to Deceased*<br>Arthur T. Marcello brother | *Name of Fiduciary* *Relationship to Deceased* |
| *No.* *Street*<br>130 Roffee Street | *No.* *Street* |
| *City/Town* *State* *Zip*<br>Barrington, RI 02806 | *City/Town* *State* *Zip* |

Deceased left the following ~~spouse and~~ heir at law who would inherit had deceased died intestate: (Indicate any minors or incompetents.)

| Name | Address | Relationship |
|---|---|---|
| James C. Marcello | 557 Maple Avenue, Barrington, RI 02806 | son |
| | | |
| | | |

**Attach Form PC-9.1, Waiver, if applicable**

The undersigned petitioner makes affidavit and says that the above facts are true as to the best of his ~~her~~ knowledge and belief.

Arthur T. Marcello
Signature of Petitioner
Arthur T. Marcello

Bristol, Sc.

Date

Subscribed and sworn to before me as to the truth of all of he above facts by the petitioner.

**Lorraine A. Derois**
**Notary Public of Rhode Island**
**My Commission Expires 071105**
Notary (Please Print)

Lorraine A. Derois
Notary Public Signature

000002

PC-1.4 (2/99) Page 2 formerly SW-72

**DECREE**

Upon hearing, it is hereby ordered and decreed:

The instrument herewith presented may be admitted to probate as the last will and testament of: Rudolph Nicholas Marcello a/k/a

Upon the filing of a bond in the sum of $ ____________

*(Check One)* ☐ with ____________ ☒ without surety

*(Check One)* ☐ letters testamentary ☐ letters of administration c.t.a.

May issue to:

| | |
|---|---|
| Arthur T. Marcello<br>Name of fiduciary | Name of Fiduciary |
| 130 Roffee Street<br>No. Street | No. Street |
| Barrington, RI 02806<br>City/Town State Zip | City/Town State Zip |

| Appointed APPRAISER: | Appointed Resident AGENT: |
|---|---|
| Name of fiduciary | Name of Fiduciary |
| No. Street | No. Street |
| City/Town State Zip | City/Town State Zip |

Entered as an order and decree of the court on

November 4, 2002
Date

Marvin Homonoff, Probate Judge

Marcello, Nicholas E. a/k/a Marcello, Nicholas E. Rudolph a/k/a Marcello, Rudolph Nicholas, Estate – Petition for Probate of Will for hearing on November 4, 2002. October 16, 23 & 30, 2002

Order to enter 4/7/03.

FILMED Sept. 30, 2003

000003

# WILL OF NICHOLAS F. MARCELLO
# a/k/a NICHOLAS RUDOLPH MARCELLO

#2

I, Nicholas F. Marcello, a/k/a Nicholas Rudolph Marcello, of the Town of Barrington, County of Bristol, State of Rhode Island, make this my Will and revoke any and all Wills and Codicils previously made by me.

## SECTION 1

## DEFINITIONS

Each reference hereinafter contained:

1.1 to "my son" is to my son, **JAMES C. MARCELLO;** and

1.2 to "my grandchildren" when referring to a grandchild or grandchildren of mine is to my grandchildren, **PETER MARCELLO, NICHOLAS MARCELLO, JAMES C. MARCELLO, JR. and JENNY MARCELLO.**

## SECTION 2

## PAYMENT OF DEBTS, EXPENSES AND TAXES

I direct my executor hereinafter named to pay from the residue of my estate my debts (including any debts secured by mortgages on real estate), funeral expenses, all proper expenses incurred in the administration of my estate and all taxes imposed because of my death on my estate, on any interest therein, or on any property which does not come into the possession of my executor, including any jointly held property. Without limiting the foregoing

Nicholas F Marcello AKA Nicholas Rudolph Marcello

**NICHOLAS F. MARCELLO, a/k/a**
**NICHOLAS RUDOLPH MARCELLO**

generality, it is my intention that all devisees, legatees and beneficiaries hereinafter named or otherwise and beneficiaries of insurance on my life or other contracts with insurance companies receive their respective interests without diminution by reason of any of said taxes, so that only the residue of my estate will be thereby reduced.

## SECTION 3

## RESIDUE OF MY ESTATE

If they survive me, I give, devise and bequeath all the rest, residue and remainder of the property and estate, whenever acquired and wherever located, which I own or am entitled to at the time of my death, but excluding any property over which I have any power of appointment, which power I do not exercise, to the following persons in the percentages indicated herein:

A) 15% to my son, **JAMES C. MARCELLO,**
B) 20% to my brother, **ARTHUR T. MARCELLO,**
C) 25% to be equally divided amongst my grandchildren, namely, **PETER MARCELLO, NICHOLAS MARCELLO, JAMES C. MARCELLO, JR. and JENNY MARCELLO,**
D) 10% to my niece, **MARY ANNE MARCELLO,**
E) 10% to my nephew, **ARTHUR T. MARCELLO, JR.,**
F) 10% to my nephew, **GAYTON MARCELLO, JR.,** and
G) 10% to my nephew, **THOMAS A. MARCELLO.**

## SECTION 4

## NOMINATION OF EXECUTOR

4.1 I nominate my brother, **ARTHUR T. MARCELLO,** as executor of this Will. If my brother predeceases me, declines, or for any reason fails or ceases

Nicholas F Marcello AKA
Nicholas Rudolph Marcello

**NICHOLAS F. MARCELLO, a/k/a**
**NICHOLAS RUDOLPH MARCELLO**

to serve as executor, I nominate my nephew, **THOMAS A. MARCELLO,** as executor of this my will or administrator with the will annexed, as the case may be. I direct that my executors shall be exempt from furnishing surety on any bond required of them by any court.

4.2 Each reference contained in this will to "executor" and any pronoun referring thereto shall be deemed to include any executor or any administrator with the will annexed.

**SECTION 5**

**POWERS OF EXECUTOR**

I specifically authorize and empower my executor, without application to any court for permission so to do, whenever in his sole discretion such action may be deemed advantageous or desirable during the period of administration of my estate:

5.1 To sell (at public or private sale), mortgage, pledge, lease or otherwise deal with or dispose of my estate or any part thereof, real or personal;

5.2 To execute and deliver all deeds and other instruments necessary or proper for such purpose;

5.3 To make any such sale for such price, for cash or on credit, and upon such terms as my executor deems advisable;

5.4 To invest cash in savings accounts in any bank, certificates of deposit, money market funds and United States government obligations, and

Nicholas F. Marcello AKA
Nicholas Rudolph Marcello

**NICHOLAS F. MARCELLO, a/k/a**
**NICHOLAS RUDOLPH MARCELLO**

to invest or reinvest in such securities or other property as my executor deems appropriate;

5.5 To hold and continue in his discretion any investments of my estate existing at the time of my death even though hazardous or doubtful or not authorized by law as investments for executors, without liability for any loss occasioned thereby;

5.6 To employ agents, attorneys, accountants, appraisers, investment advisors and others to act for my executor, and to pay reasonable compensation for his services;

5.7 To use administration expenses as deductions for estate tax purposes or income tax purposes, to use date of death values or alternate values for estate tax purposes, and to make any other elections available to my estate under federal or state estate or income tax laws which my executor determines will result in the smallest tax liability to my estate, unless my executor for any reason deems that course unwise, regardless of the effect on any of the interests under this my will, and I direct that there shall be no adjustment of such interests by reason of any action taken by my executor pursuant hereto;

5.8 To make any division or distribution of my estate in kind or in money or partly in kind and partly in money, and to that end to allot specific

Nicholas F Marcello AKA
Nicholas Rudolph Marcello

**NICHOLAS F. MARCELLO, a/k/a**
**NICHOLAS RUDOLPH MARCELLO**

securities or other property, real or personal, or an undivided interest therein, to any share;

5.9 To make any distribution or payment required to be made under the provisions of this will to any person who is under the age of majority or who is under any disability directly to such person upon his or her individual receipt therefor (which shall be a valid discharge in spite of the minority and/or disability of such person), or to make such distribution or payment to his or her legally appointed guardian, conservator or other legal representative, or to his or her custodian under a Uniform Gifts to Minors Act or a Uniform Transfers to Minors Act, or to make such distribution or payment to anyone who may have the actual custody of such person.

5.10 To compromise any and all claims that might be filed against my estate.

## SECTION 6

## DISCLAIMER AS TO TITLES

The Table of Contents and all section titles are used for convenience only and have no legal or binding effect upon this my will.

**IN WITNESS WHEREOF,** I have hereunto set my hand and have written my name in the margin of the four (4) preceding pages hereof this 6th day of March, 2002.

Nicholas F. Marcello AKA Nicholas Rudolph Marcello

**NICHOLAS F. MARCELLO, a/k/a**
**NICHOLAS RUDOLPH MARCELLO**

Signed, published and declared by the said **NICHOLAS F. MARCELLO, a/k/a NICHOLAS RUDOLPH MARCELLO** as and for his will, in the presence of us and each of us, and we, at his request and in his presence and in the presence of each other, have hereunto subscribed our names as witnesses to its execution.

Albert Mastriano 431 Maple Ave. Barrington

Thomas P. Acciardo 170 Whipple St Barr.

**AFFIDAVIT**

Albert Mastriano,

being duly sworn, deposes and says:

1. I witnessed the execution of the attached will of the testator, dated March 6, 2002;

2. The signature to the will is in the handwriting of the testator;

3. The testator signed said will and declared the same to be his will in my presence and in the presence of the other witness;

4. The witnesses signed said will as witnesses in the presence of the testator and in the presence of each other;

5. At the time of execution of said will the testator appeared to be of sound mind and was eighteen (18) years of age or over; and

6. The signatures of the witnesses on the will are genuine.

Albert Mastriano

**STATE OF RHODE ISLAND**

**COUNTY OF** BRISTOL

Subscribed and sworn to before me at BARRINGTON on this 6th day

of MARCH , 2002.

John A. DeSano

**NOTARY PUBLIC**
**MY COMMISSION EXPIRES:**
6/21/05

JOHN A. DESANO NOTARY PUBLIC RHODE ISLAND



Filed: Oct. 10, 2002

FILMED Sept. 30. 2003

000010

STATE OF RHODE ISLAND

BRISTOL COUNTY
PROBATE COURT

283 County Road
Barrington, Rhode Island 02806

Probate Docket: ____-___-____

Estate of: RUDOLPH NICKOLAS MARCELLO

BILL BY LEGATEE EXECUTOR FOR CONSTRUCTION OF WILL

1. RUDOLPH NICKOLAS MARCELLO, a/k/a, NICKOLAS R. MARCELLO, died on the Twenty-Eight day of September, 2002, leaving a last will and testament dated the Thirtieth day of July, 2000, a copy of which marked "Exhibit A," is hereto annexed and made a part of this bill.

2. Said will was on the Forth day of August, 2000, duly proof and allowed in the Probate Court in the town of Barrington for said county of Bristol, and said Legatee, JAMES C. MARCELLO, the only son and child of said RUDOLPH N. MARCELLO, was made and appointed executor with the will by said testator and to serve without bond seen by the terms of said will at paragraph "III". The original receipt & instructions is attached.

3. By the terms of said will the said RUDOLPH N. MARCELLO had directed to his executor JAMES C. MARCELLO viz: "II" I direct my Executor to pay all of my just debts and the expenses of funeral as soon as is reasonably possible after my death, and authorize my Executor to settle, compromise, and discharge any claims against my estate in his or her absolute discretion. I give my Executor full right, power, and authority to do any act in regard to my estate which I could do if living." This is seen by the terms of said will at paragraph "II".

4. By the terms of said will the said RUDOLPH N. MARCELLO had gave, devise, and bequeath to my son JAMES C. MARCELLO, my entire estate viz: "IV" I give, devise, and bequeath to my son, JAMES C. MARCELLO, my entire estate." Seen by the terms of said will at paragraph "IV".

5. Your Legatee Executor had completed the settlement of RUDOLPH N. MARCELLO'S estate in accordance with the will of said decedent and of fully performing all its duties in the premises rapidly and efficiently, and is prepared to pass its final account in the said estate before the said Register of Wills.

6. Your Legatee Executor annexes hereto a duly certified copy of a list of debts and credits due and belonging to the estate of the said RUDOLPH N. MARCELLO, deceased, that have been fully cleared and paid-in-full by said Legatee Executor son, without any need of liquidation of said decedents estate, together marked "Exhibit B," which it prays may be taken as a part of this bill of complaint.

7. Your Legatee Executor only son and child has claimed immediate residency of the entire estate of his decedent father, as through their daily conversation and plans together, and through the same inheritable disabilities, summits a restraint to any and all attorneys and parties to no claims against said estate.

Wherefore the plaintiff prays:

1. That the Court will construe and interpret the provisions of said will and particularly determine:

1st. Whether said bequest to the said legatee Executor only son and child JAMES C. MARCELLO of the entire estate from his father said RUDOLPH N. MARCELLO, decedent, was a specific legacy which should take immediate precedence and settlement.

2. That this Court may take jurisdiction in the premises, and finds may find no need to advise and direct your Legatee Executor in any necessary furtherance of administration of said will.

Dated: October 25, 2002.

Respectively Submitted
James Marcello
JAMES C. MARCELLO

Mr. James C. Marcello
557 Maple Avenue
Barrington, RI 02806
Ph: 1-401-245-7190

Within Doc. #6

PC-1.4 (10/97)

STATE OF RHODE ISLAND
County of ~~BRISTOL NICHOLAS~~ MARCELLO
Estate of RUDOLPH NICHOLAS MARCELLO

DATE FILED
PROBATE COURT OF THE Court Use Only

No. ______ Date

## PETITION FOR PROBATE OF WILL

Respectfully represents that: Name of Decedent RUDOLPH NICHOLAS MARCELLO

Resided in BARRINGTON, RHODE ISLAND (City/Town of Residence) Died testate SEPTEMBER 28, 2002 (Date of Death)

Personal Estate estimated at $ ~~133,100.00~~ 4,000

Your Petitioner: JAMES C. MARCELLO (Name) ONLY CHILD, LEGATEE EXECUTOR (Relationship to Deceased)
557 MAPLE AVENUE (No. Street)
BARRINGTON, RHODE ISLAND 02806 (City/Town State ZIP)

respectfully requests that the accompanying instrument dated JULY 30, 2000 (Date Will and/or Codicil Was Signed) may be admitted to probate as the last will and testament of the deceased and that:

(Check one:) [X] letters testamentary [ ] letters of administration c. t. a.

may be issued to:

JAMES NJ MARCELLO (Name of Fiduciary), GRANDSON & 2ND EXECUTOR (Relationship to Deceased)
598 ARCADE AVENUE (No. Street)
SEEKONK, MASS 02771 (City/Town State ZIP)

JAMES C. MARCELLO (Name of Fiduciary), ONLY CHILD, EXECUT (Relationship to Deceased)
557 MAPLE AVENUE (No. Street)
BARRINGTON, RI 02806 (City/Town State ZIP)

Deceased left the following spouse and heirs at law who would inherit had deceased died intestate: (Indicate any minors ore incompetents.)

| Name | Address | Relationship |
|---|---|---|
| NONE | DEVORCED IN 1954 | (Spouse) |
| JAMES C. MARCELLO | 557 MAPLE AVENUE, BARRINGTON, RI 02806 | ONLY CHILD |
| JAMES NJ MARCELLO | 598 ARCADE AVENUE, SEEKONK, MASS 02771 | GRANDSON |
| JENNIE MARCELLO | UNKNOWN | GRANDDAUGH |
| PETER MARCELLO | UNKNOWN | GRANDSON |
| NICKOLAS MARCELLO | UNKNOWN | GRANDSON |
| OLIVIA A. MARCELLO | STATE OF MAINE (GUARDIAN IN WILL) | GRANDDAUGH |

*Attach Form PC-9.1, Waiver, if applicable.*

*The undersigned petitioner makes affidavit and says that the above facts are true as to the best of his/her knowledge and belief.*

Bristol Sc. James Marcello
Signature of Petitioner

10.28.2002
Date

*Subscribed and sworn to before me as to the truth of all of the above facts by the petitioner.*

Linda H James
Notary Public (Please Print)

Linda H James, Notary Public
Notary Public Signature MCE 8.8.05

000013

RECEIVED OCT 31 2002

Mr. James C Marcello
**LEGATEE Executor of the Estate**
**of: RUDOLPH N. MARCELLO**
557 Maple Avenue
Barrington,RI 02806
Tel: 1-401-245-7190

#10

November 4, 2002

Lorraine DeRois,Clerk
BARRINGTON PROBATE COURT
283 County Road
Barrington, RI 02806
Tel: 1-401-247-1900

**Estate of: RUDOLPH NICHOLAS MARCELLO**

Dear Mr. DeRois,

Enclosed for filing is:

AN ACTION TO CONTEST THE WILL (EX. MARCH 6, 2002) &
DEMAND FOR JURY TRIAL

PROOF OF SERVICE

Thank you for your assistance in this matter.

Sincerely yours,

James Marcello

JAMES C. MARCELLO

CC: JOHN A DESANO,ESQ.
MICHAEL FARLEY,ESQ.
JAMES NJ MARCELLO,JR
JAMES C MARCELLO,SN

Filed: Oct. 31, 2002

FILMED Sept. 30, 2003

STATE OF RHODE ISLAND

COUNTY OF BRISTOL
PROBATE COURT

HONORABLE JUDGE MARVIN HOMONOFF
283 COUNTY ROAD
BARRINGTON, RHODE ISLAND 02806

**Probate Docket; ____-____-_____**

**ESTATE OF: RUDOLPH NICHOLAS MARCELLO**

**AN ACTION TO CONTEST THE WILL**
**DEMAND FOR JURY TRIAL**

NOW COMES Mr. James C. Marcello, the only child and lawful descendant in the direct line of lineal descent of the late Rudolph Nicholas Marcello, a/k/a Nicholas F. Marcello, a/k/a Nicholas Rudolph Marcello, **HEREBY MAKES A DEMAND FOR JURY TRIAL** on the Petition for the Probate of Will executed on March 6, 2002 on conflicting evidences of questions of facts as presented as follows:

**Issues Presented to the Jury**

1. Whether the Will was procured by undue influence.
2. Whether there existed a conspiracy to defraud decedent into executing the will.
3. Whether the will was the fruit of fraud or of duress and menace.
4. Whether testator's mental infirmity existed before or after execution of the will reasonable infering that such infirmity also existed when the will was executed.
5. Whether testator had the required capacity to make this will.
6. Whether testator had intent to revoke all of the will.
7. Whether the attesting witnesses were made promises and considerations from the executor and attorney of the will affecting their competency.
8. Whether the testator knew the contents of the instrument offered for probate as his will



000015

9. Whether the testator signature was genuineness as whether the signature is a forgery or the identity of the person who signed the instrument offered for probate.

10. Whether the will was signed at end thereof.

11. Whether there was compliance with statutory requirements as to attestation:

a. Whether the will was witnessed in the presence of the testator.

b. Whether the testator declared the instrument to be his will or published it

c. Whether the testator signed or acknowledged his signature in the presence of the witnesses

d. Whether the witnesses signed or attested at the request of the testator.

12. Any and all other issues that may be tried by a jury are hereby reserved through this clause.

**Grounds**

The contest of this will lies on the grounds stated as follows:

I. TESTAMENTARY INCAPACITY

II. UNDUE INFLUENCE

III. FRAUD, ACCIDENT, OR MISTAKE

IV. REVOCATION OF THE WRITING OFFERED AS THE WILL

V. ANY MATTER GOING TO THE EXECUTION OF THE WILL

THEREFORE, the only child and lawful descendant Mr. James C. Marcello, prays that this action the contest this will and demand for a jury trial may be GRANTED upon such terms as this honorable Probate Court deems fair and just.

Dated: NOVEMBER 4, 2002

James Marcello

JAMES C. MARCELLO
557 Maple Avenue
Barrington, RI 02806
Tel: 1-401-245-7190

cc: John A DeSano, Esq.
Michael Farley, Esq.
James NJ MARCELLO,
OTHERS:



000016

No. ___________

**IN THE**

**PROBATE COURT OF BARRINGTON RHODE ISLAND**

**ESTATE OF: RUDOLPH NICHOLAS MARCELLO**

%%& Maple Avenue

Barrington, Rhode Island

Zip: 02806 - Tel: 1-401-245-7190

**Legatee Executor: James C. Marcello**

**PROOF OF SERVICE**

I, JAMES C. MARCELLO, the Legatee and appointed Executor for the above estate by said testator, decedant, Mr. Rudolph Nicholas Maracello, do swear or declare that on this date, NOVEMBER 4, 2002, I have served a conformed copy of the following:

AN ACTION TO CONTEST THE WILL (EX. MARCH 6,2002)

DEMAND FOR JURY TRIAL

on all partys to the proceeding and their counsels by depositing an envelope containing the above papers properly address by U.S. Mail postage prepaid.

The names and addreseses of those served in hand are as follows:

| | | | |
|---|---|---|---|
| JOHN A DESANO,ESQ. | Michael Farley,Esq. | JAMES NU MARCELLO,JR | JAMES C MARCELLO |
| 91 FRIENDSHIP ST. | 670 WILLET AVENUE | 598 ARCADE AVENUE | 557 MAPLE Ave |
| PROVIDENCE,RI 02903 | E PROVIDENCE,RI 02915 | SEEKONK,MA 02771 | BARRINGTON,RI 02806 |
| Tel: 1-401-831-2900 | Tel: 1-401-437-3031 | Tel: 1-508-336-4869 | Tel: 1-401-245-7190 |

I declare under penalty of perjury that the above is true & correct.

Dated: NOVEMBER 4, 2002

James Marcello

JAMES C. MARCELLO
557 Maple Ave
Barrington,RI 02806
Tel: 1-401-245-7190

#12

STATE OF RHODE ISLAND
BRISTOL, SC.

PROBATE COURT OF THE
TOWN OF BARRINGTON

ESTATE OF NICHOLAS F. MARCELLO, :
a/k/a NICHOLAS RUDOLPH MARCELLO :

PROBATE NO.

## AFFIDAVIT

I, Bernard P. Healey, attorney for the petitioner, Arthur T. Marcello, in ~~the above-entitled cause, upon oath depose and say that a petition was filed by~~ the above person in the office of the Clerk of Probate for the Town of Barrington, State of Rhode Island, requesting that he may be appointed as Executor in the above-mentioned estate. That the aforementioned petition is assigned for hearing on Monday, November 4, 2002, at 9:00 a.m., and in accordance with the provisions of 33-22-3 of the General Laws of Rhode Island, 1956, and amendments thereto, I caused notice of said hearing (a copy of which is attached hereto) to be mailed on October 12, 2002, postage prepaid to the following named persons:

James C. Marcello
557 Maple Avenue
Barrington, RI 02806

BERNARD P. HEALEY, ATTORNEY
FOR THE PETITIONER

Subscribed and sworn to before me this 12TH day of October, 2002.

John R. DeSano
NOTARY PUBLIC
MY COMMISSION EXPIRES: 6/21/05

Filed: Nov. 6, 2002

FILMED Sept. 30, 2003

KIERNAN, PLUNKETT & REDIHAN

ATTORNEYS AT LAW
THE REMINGTON BUILDING
91 FRIENDSHIP STREET
PROVIDENCE, RHODE ISLAND 02903
TELEPHONE (401) 831-2900
FAX (401) 331-7123
EMAIL: INFO@KPRLAW.COM

LEONARD A. KIERNAN, JR.
THOMAS C. PLUNKETT
CHARLES N. REDIHAN, JR.
BERNARD P. HEALY
MICHAEL S. KIERNAN
GIOVANNI LA TERRA BELLINA

EDWARD J. PLUNKETT
(1940 – 1991)
OF COUNSEL:
JOHN A. DESANO
MICHAEL R. CALISE
ROBERT D. VALVO

October 12, 2002

Mr. James C. Marcello
557 Maple Avenue
Barrington, RI 02806

Re: Estate of Nicholas F. Marcello, a/k/a
Nicholas Rudolph Marcello

Dear Mr. Marcello:

Notice is hereby given that there has been filed in the Probate Court of the Town of Barrington, a petition for the allowance of the Last Will and Testament of Rudolph Nicholas Marcello, late of Barrington, and for the appointment of Arthur T. Marcello as Executor of said estate.

Hearing on said petition will be held in the Probate Court in Barrington on the 4th day of November, 2002 at 9:00 a.m.

Very truly yours,

Bernard P. Healey

BPH/kjr

#14

**STATE OF RHODE ISLAND**
**BRISTOL, SC.**

**PROBATE COURT OF THE**
**TOWN OF BARRINGTON**

**ESTATE OF NICHOLAS F. MARCELLO, :**
**a/k/a NICHOLAS RUDOLPH MARCELLO :**

**PROBATE NO. 5148**

**ORDER**

This matter came before the Court, Judge Marvin Harmonoff presiding, upon the Petition of Arthur T. Marcello to admit to probate as the Last Will & Testament of Nicholas F. Marcello, a/k/a Nicholas Rudolph Marcello the instrument dated March 6, 2002. After hearing thereon and consideration thereof, it is hereby

**ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. The petitioner, Arthur T. Marcello, through his attorney, shall prepare and cause to be mailed to James C. Marcello at 557 Maple Avenue, Barrington, Rhode Island 02806 a true and exact copy of this Order on or before November 6, 2002.

2. James C. Marcello shall have up to and including November 20, 2002 to file any Objection to the within Order.

3. Arthur T. Marcello, petitioner, shall furnish to James C. Marcello, contestant of the proposed instrument on or before December 4, 2002 a list of all witnesses whom petitioner intends to present in support of his petition, designating those witnesses whom Arthur T. Marcello intends to call as expert witnesses.

4. James C. Marcello shall on or before December 4, 2002 furnish to Kiernan, Plunkett & Redihan, attorneys for Arthur T. Marcello, a list of all witnesses whom contestant intends to call to testify in reference to the subject

petition, designating those witnesses whom James C. Marcello intends to call as expert witnesses.

5. The petitioner, Arthur T. Marcello, through his attorneys, is granted leave to notice the depositions of James C. Marcello of 557 Maple Avenue, Barrington, Rhode Island 02806 and Debra A. Clark, Notary Public, present address unknown.

6. The contestant, James C. Marcello, is granted leave to notice the depositions of and to depose Albert Mastriano, 431 Maple Avenue, Barrington, Rhode Island 02806, Thomas P. Acciardo, 170 Whipple Street, Barrington, Rhode Island 02806, witnesses to the proposed Will of March 6, 2002, Arthur T. Marcello, Executor named in the Will of March 6, 2002, John A. DeSano, Esquire and Betty Barney.

7. The within matter will be heard as a contest by the Probate Court on January 6, 2003.

PER ORDER OF,

11/12/02

ENTER:

Lorraine A. Dorais
Probate Clerk

**CERTIFICATION**

I hereby certify that I mailed a copy of the within Order to James C. Marcello, 557 Maple Avenue, Barrington, Rhode Island 02806 by regular mail, postage prepaid on November 5, 2002.

Kathleen J. Roy

Filed: Nov. 13, 2002

FILMED Sept. 30, 2003

PC-2.11 (10/97)

DATE FILED JAN 30 2003
Court Use Only

#35

STATE OF RHODE ISLAND
County of Bristol

PROBATE COURT OF THE
Town of Barrington

Estate of Nicholas F. Marcello a/k/a ~~Nicholas Rudolph Marcello~~ a/k/a Rudolph Nicholas Marcello

No. 5148

Date

Temporary
**CUSTODIANSHIP**

Resident decedent died September 28, 2002
Date of death

Personal estate estimated at $ 4,000.00.

Your petitioner being a brother
Relationship to the deceased

respectfully requests that: David J. Strachman
Name
321 South Main Street, Suite 400
No. Street
Providence, RI 02903
City/Town State ZIP

~~Temporary~~ [initials]
may be appointed CUSTODIAN.

[signature] attorney for Arthur Marcello
Signature of Petitioner

_______________ Sc.

Subscribed and sworn before me: _______________
Date
_______________
Signature of Notary Public

DECREE

Temporary Appointed CUSTODIAN: David J. Strachman
Name
321 South Main Street, Suite 400
No. Street
Providence, RI 02903
City/Town State ZIP

bond fixed at $ 300,000.00

☐ with surety ☒ without surety

appointed APPRAISER: David J. Strachman
Name
321 South Main Street, Suite 400
No. Street
Providence, RI 02903
City/Town State ZIP

1/28/03
Date

[signature]
Marvin Homonoff, Probate Judge

000023

FILMED Sept. 30 2003

48
State Wide
Universal Letter

#37

STATE OF RHODE ISLAND
COUNTY OF BRISTOL

PROBATE COURT OF THE
TOWN OF BARRINGTON
January 30, 2003

Estate of Nicholas F. Marcello a/k/a
Nicholas Rudolph Marcello a/k/a
Rudolph Nicholas Marcello

No. 5148

To David J. Strachman of Providence, RI

GREETING:

You having qualified as custodian are by these presents vested with all the power and authority to said office by law belonging.



By the Court,

Lorraine A. Derois, Probate Clerk

#39

STATE OF RHODE ISLAND
BRISTOL, SC.

PROBATE COURT OF THE
TOWN OF BARRINGTON

Estate of Nicholas F. Marcello, a/k/a
Nicholas Rudolph Marcello, a/k/a
Rudolph Nicholas Marcello

No. 5148

ORDER

This matter came on for hearing before the Honorable Probate Judge Marvin Homonoff on February 3, 2003 and in consideration of the Emergency Motion filed by the ~~temporary~~ custodian, it is hereby:

ORDERED

1. The ~~temporary~~ custodian is authorized to take all steps necessary to secure and protect the property located at 557 Maple Avenue, Barrington, RI.

ENTERED as an Order of this Honorable Court this 3 day of Feb., 2003.

APPROVED:

Justice 2/3/03

PER ORDER:

Clerk

PRESENTED BY:

DAVID J. STRACHMAN #4404
MCINTYRE, TATE, LYNCH & HOLT
321 South Main Street, Ste. 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 fax

CERTIFICATION

I hereby certify that on the 3rd day of ~~January~~ Feb, 2003, I mailed a true copy of the within to:

Bernard P. Healy, Esquire
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

James C. Marcello
557 Maple Avenue
Barrington, RI 02806

James C. Marcello
P.O. Box 180
Barrington, RI 02806

James C. Marcello
c/o James N.J. Marcello, Jr.
598 Arcade Avenue
Seekonk, MA 02771

James C. Marcello
2060 Crossroad
Stetson, ME 04488

FILMED Sept. 30, 2003

#51

1236 BPH:SH 4/21/03

STATE OF RHODE ISLAND
BRISTOL, SC.

PROBATE COURT OF THE
TOWN OF BARRINGTON

ESTATE OF NICHOLAS F. MARCELLO, :
a/k/a NICHOLAS RUDOLPH MARCELLO :

No. 5148

**ORDER**

This matter came before the Probate Court of the Town of Barrington on April 7, 2003, upon the petition of Arthur Marcello for admission to probate as the Last Will and Testament of Nicholas F. Marcello that instrument dated March 6, 2002, together with the appointment of Arthur Marcello as Executor pursuant to said Last Will and Testament and the motion of Arthur Marcello for assessment of penalties and fees against James C. Marcello. After hearing thereon and consideration thereof, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. the Last Will and Testament of Nicholas F. Marcelo a/k/a Nicholas Rudolph Marcello dated March 6, 2002, may be and hereby is admitted to Probate as the Last Will and Testament of the decedent.

2. Arthur Marcello is hereby appointed Executor of the Estate of Nicholas F. Marcello a/k/a Nicholas Rudolph Marcello and shall file a bond in the principal sum of $600,000 without surety.

3. The motion to Arthur Marcello for assessment of penalties and/or fees against James C. Marcello is continued to the probate calendar of June 2, 2003.

4. Arthur Marcello, through his attorneys, did duly notify James C. Marcello of the within hearing by certified and ordinary mail sent January 10, 2003; January 16, 2003; February 7, 2003; and March 5, 2003.

ENTER

[signature]
4/21/03

PER ORDER
Lorraine A. DeBois
Probate Clerk

CERTIFIED MAIL/RETURN
RECEIPT REQUESTED & REGULAR MAIL

James C. Marcello
P. O. Box 180
Barrington, RI 02806

CERTIFIED MAIL/RETURN
RECEIPT REQUESTED & REGULAR MAIL

James C. Marcello
152 Cross Road
Stetson, Maine 04488

David J. Strachman, Esq.
321 South Main Street
Providence, RI 02903

CERTIFICATION

I hereby certify that I mailed a copy of the within to the above.

Dated: April 21, 2003 ______________________ [signature]

Filed: April 22, 2003

FILMED Sept. 30, 2003

48
State Wide
Universal Letter

#53

STATE OF RHODE ISLAND
COUNTY OF BRISTOL

PROBATE COURT OF THE
TOWN OF BARRINGTON
April 22, 2003

Estate of Nicholas F. Marcello a/k/a
Nicholas Rudolph Marcello a/k/a
Rudolph Nicholas Marcello

No. 5148

To Arthur T. Marcello of Barrington, RI

GREETING:

You having qualified as executor are by these presents vested with all the power and authority to said office by law belonging.

By the Court,

Lorraine A. Derois, Probate Clerk

FILMED Sept. 30, 2003