65
State Wide

#54

State of Rhode Island
and Providence Plantations

PROBATE COURT OF THE
TOWN OF BARRINGTON

STATE TAX CERTIFICATE

Estate of
Nicholas F. Marcello a/k/a
Nicholas Rudolph Marcello a/k/a
Rudolph Nicholas Marcello

Late of Barrington, RI

Died on September 28, 2002
testate

Here follows the name and
address of the executor
and the attorney

Arthur T. Marcello
130 Roffee Street
Barrington, RI 02806

John A. DeSano, Esq.
91 Friendship Street
Providence, RI 02903

Date of Appointment: 4/7/03

Bond: $600,000.00 without surety

RI Agent:

Attest:

Lorraine A. DiGrois [signature]

Clerk

FILMED Sept. 30, 2003

64
State Wide

#55

No. 5148

ESTATE OF

Nicholas F. Marcello a/k/a
Nicholas Rudolph Marcello a/k/a
Rudolph Nicholas Marcello

**STATEMENT OF QUALIFICATION**

STATE OF RHODE ISLAND
PROBATE COURT OF THE
TOWN OF BARRINGTON

NOTICE
OF MATTERS PENDING AND FOR
HEARING IN SAID COURT

MARCELLO, NICHOLAS F. a/k/a MARCELLO, NICHOLAS RUDOLPH a/k/a MARCELLO, RUDOLPH NICHOLAS Estate. Arthur T. Marcello of Barrington, RI has qualified as executor. Creditors must file their claims in the Office of the Probate Clerk beginning May 14, 2003
May 14, 21 & 28, 2003

[signature]
Clerk

The above notice was published in
Barrington Times
on
May 14, 21 & 28, 2003

By order of the Court.

[signature]
Clerk

FILMED Sept. 30, 2003

000031

#58

PC-7.1 (2/99)
formerly SW-2, 60, 61, 62
STATE OF RHODE ISLAND
County of Bristol

DATE FILED JUN 1 0 2003
Court Use Only
PROBATE COURT OF THE
TOWN OF BARRINGTON

Estate of Nicholas F. Marcello a/k/a
Nicholas Rudolph Marcello a/k/a
Rudolph Nicholas Marcello

No. 5148

Date

THE

FIRST AND FINAL ACCOUNT OF CUSTODIAN

(Number of Account)

ACCOUNT

For the period from February 3, 2003 to April 7, 2003
Date Date

| | |
|---|---|
| Schedule A Received | $ 2,931.18 |
| Schedule B Paid Out | $ 2,931.18 |
| Schedule C Balance | $ 0 |

Signature of Fiduciary

Attach Form PC-9.1, Waiver, if applicable.

Custodian
(Title of Fiduciary)

PROVIDENCE, Sc. 6/9/03
Date

Name of Fiduciary DAVID J. STRACHMAN

Subscribed and sworn to before me Donna A Cullinan
Notary Public

MARCELLO, NICHOLAS F. a/k/a MARCELLO, NICHOLAS RUDOLPH a/k/a MARCELLO, RUDOLPH NICHOLAS Estate First and Final Account of custodian for hearing on August 4, 2003
July 16, 23 & 30, 2003

**DECREE**

Account allowed.

September 8, 2003
Date

Marvin Homonoff, Probate Judge
9/8/03

FILMED Dec. 30, 2003

PC7.1 A (2/99) Page 2

Estate No. 5148

## SCHEDULE A

| Number | Date | | Amount |
|---|---|---|---|
| | | Amount of personal estate according to inventory; or balance of next prior account. (Minus real estate) | 0 |
| | | Amount received from gain on sale of personal estate | |
| | | over appraised value and from other property as follows: | |
| | | Narragansett Electric (overpayment of bill) | 20.00 |
| | | ~~Narragansett Electric~~ | ~~6.70~~ |
| | | Columbus Credit Union – Acct. #19653-01 | 20.00 |
| | | Columbus Credit Union – Acct. #18542-01 | 19.48 |
| | | Personal property at 557 Maple Avenue (see appraisal) | 1,365.00 |
| | | 1992 Buick Century | 1,500.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | $ 2,931.18 |

PC7.1 B (2/99) Page 3

Estate No. 5148

## SCHEDULE B

| Number | Date | Showing payments, charges, losses, and distributions | Amount |
|---|---|---|---|
| Here follows the in full or in part | settlement of all or by | claims filed with the clerk and not heretofore accounted abandonment by the creditor after disallowance: | for; either by payment together with all other |
| | | Citizens Bank – fees | 27.00 |
| | | Clark American – checks | 17.32 |
| | | Transfer of personal property to executor | 1,365.00 |
| | | Transfer of 1992 Buick Century to Executor | 1,500.00 |
| | | Transfer of custodial account to executor (pending approval of accounting) | 21.86 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | **TOTAL** | **2,931.18** |

PC7.1 B (2/99) Page 4 Estate No. 5148

## SCHEDULE C

| This Schedule | contains all | items of personal property now in the possession of the | fiduciary, including cash. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | **TOTAL** | **$ 0** |

CERTIFICATION OF ACCOUNTING

The undersigned, David J. Strachman, fiduciary hereby certifies that the within accounting was prepared based on information which the undersigned has personally examined, and further certifies that, to the best of his knowledge and belief the within is a true and accurate representation of the accounts of the estate for the period indicated.

Fiduciary

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me this 9 day of June, 2003.

Notary Public
My Commission Expires: 10/10/04

#62

STATE OF RHODE ISLAND
BRISTOL, SC.

PROBATE COURT OF THE
TOWN OF BARRINGTON

Estate of Nicholas F. Marcello, a/k/a
Nicholas Rudolph Marcello, a/k/a
Rudolph Nicholas Marcello

No. 5148

ORDER

This matter came on for hearing before the Honorable Probate Judge Homonoff on September 8, 2003 and after hearing in open court with counsel for the executor appearing, it is hereby:

ORDERED

1. The custodian's First and Final Accounting is hereby approved.

2. The custodian's petition for fees and costs in the amount of $2,583 is hereby approved.

ENTERED as an Order of this Honorable Court this 12 day of Sept., 2003.

APPROVED:

Justice 9/11/03

PER ORDER:

Clerk

PRESENTED BY:

DAVID J. STRACHMAN #4404
MCINTYRE, TATE, LYNCH & HOLT
321 South Main Street, Ste. 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 fax

FILMED Dec. 30, 2003

CERTIFICATION

I hereby certify that on the 8 day of September, 2003, I mailed a true copy of the within to:

Bernard P. Healy, Esquire
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

James C. Marcello
557 Maple Avenue
Barrington, RI 02806

James C. Marcello
P.O. Box 180
Barrington, RI 02806

James C. Marcello
c/o James N.J. Marcello, Jr.
598 Arcade Avenue
Seekonk, MA 02771

James C. Marcello
2060 Crossroad
Stetson, ME 04488

Donna R. Caldera

#65

PC-7.1 (11/02, formerly SW-2, SW-60, SW-61, and SW-62) Account

Date filed: MAR 1 0 2004
Court use only

**STATE OF RHODE ISLAND**

County of Bristol

Estate of NicholasF. Marcello, a/k/a

Alias Nicholas Rudolph Marcello

Alias

**PROBATE COURT OF THE**

TOWN OF BARRINGTON

No. 5148

March 9, 2004
Date

## THE

FIRST AND FINAL
(Number of Account)

## ACCOUNT

For the period from 2/14/03 (Date) to 4/5/04 (Date)

| | |
|---|---|
| **Schedule A Received** | $ 264,213.02 |
| **Schedule B Paid Out** | $ 264,213.02 |
| **Schedule C Balance** | $ 0 |

*Attach form PC—9.1, Waiver, if applicable.*

Arthur T. Marcello
Signature of Fiduciary

Signature of Co-Fiduciary

Name of Fiduciary

Name of Co-Fiduciary

Executor
Title of Fiduciary

Title of Co-Fiduciary

Bristol Sc.

Date: March 9, 2004

*Subscribed and sworn to before me*

JOHN A. DESARO
Notary public (please print name)

John A. DeSaro
Notary public signature

## DECREE

**Account allowed.**

~~April 5, 2004~~
Date

Probate Judge Marvin Homonoff

MARCELLO, NICHOLAS F. a/k/a MARCELLO, NICHOLAS RUDOLPH a/k/a MARCELLO, RUDOLPH NICHOLAS; Estate — First and Final Account of Executor for hearing on April 5, 2004
March 17, 24 & 31, 2004

000039

PC-7.1 (11/02)

No. 5148

# SCHEDULE A

| Number | Date | | Amount |
|---|---|---|---|
| 1 | | Amount of personal estate according to inventory; or balance of next prior account | $2,886.86 |
| | | Amount received from gain on sale of personal estate over appraised value and from other property as follows: | |
| 2 | | Liquidation of real estate to a bonafide | |
| | | purchaser (property located at 557 Maple Avenue, Barrington, Rhode Island | |
| | | (Gross sales price--$275,000 and net proceeds generated from sale in accord with settlement | |
| | | statement appended hereto and made a part hereof $260,017.37) | $260,326.16 |
| 3 | | Motor vehicle--originally inventoried at | |
| | | $1,500--actually sold for $2,500--Gain--$1,000 | $1,000.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total: | $264,213.02 |

PC-7.1 (11/02)

No. 3148

# SCHEDULE B

| Number | Date | Showing payments, charges, losses, and distributions | Amount |
|---|---|---|---|
| *Here follows the settlement of all claims filed with the clerk and not heretofore accounted for, either by payment in full or in part or by abandonment by the creditor after disallowance, together with all other* | | | |
| 1 | | Escrow on termite inspection (cannot proceed to properly or effectively determine whether | |
| | | termites were on the premises until spring of 2004--Escrow--$550 | 550.00 |
| 2 | | Claim on estate by Department of Human Services | 5,005.49 |
| 3 | | Fees and expenses incurred by custodian, David Strachman--Custodian fee | 2,583.00 |
| 4 | | Constable Al Harris who was involved in all phases of the court proceedings per his stmt. | 800.00 |
| 5 | | John B. Ennis, Esquire--witness in trepass and eviction action and consultation re title | 575.00 |
| | | search | |
| 6 | | Payment to fiduciary (Executor) for services rendered and reimbursement of expenditures | 22,907.88 |
| 7 | | Payment to Kiernan, Plunkett & Redihan for counsel fees and work product per petition | 20,390.87 |
| 8 | | and expenditures Jones Moving & Storage | 454.20 |
| 9 | | Clerk of probate for advertising fee | 30.00 |
| 10 | | Tangible personal property originally inventoried at $1,365--actually sold for | |
| | | $975--Loss: $390.00 | 390.00 |
| 11 | | Home Depot for payment of Smoke & Monoxide units, electrical supplies, attic stairway | |
| | | and new toilet for second floor | 503.42 |
| 12 | | Interpleader actionin Providence Superior Court necessitated by the lack of evidence or | |
| | | proof as to who should be reimbursed between James C. Marcello and James N. T. Marcello | |
| | | a. the funeral bill of decedent | 2,163.00 |
| | | b. the real estate taxes paid to the Town of Barrington during the travel of the estate | 2,781.00 |
| | | c. payment to bank of balance due on mortgage on 557 Maple Avenue | 24,007.62 |
| | | d. entry fee to clerk of court for filing said complaint | 160.00 |
| | | e. anticipated sheriff's costs<br>f. anticipated allowance by the court for | 60.00 |
| | | legal expenses in the filing of said complaint | 490.00 |

PC-7.1 (11/02)

No. 5148

# SCHEDULE B

| Number | Date | Showing payments, charges, losses, and distributions | Amount |
|---|---|---|---|
| *Here follows the settlement of all claims filed with the clerk and not heretofore accounted for, either by payment in full or in part or by abandonment by the creditor after disallowance, together with all other* | | | |
| 13 | | James C. Marcello, Legatee | 27,654.23 |
| 14 | | Arthur T. Marcello, Legatee | 36,872.31 |
| 15 | | Peter Marcello, Legatee | 11,522.60 |
| 16 | | Jennie Marcello, Legatee | 11,522.60 |
| 17 | | Nicholas Marcello, Legatee | 11,522.60 |
| 18 | | James N. T. Marcello, Legatee | 11,522.60 |
| 19 | | Maryann Marcello, Legatee | 118,436.15 |
| 20 | | Arthur T. Marcello, Jr., Legatee | 18,436.15 |
| 21 | | Gayton Marcello, Jr., Legatee | 18,436.15 |
| 22 | | Thomas A. Marcello, Legatee | 18,436.15 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total: | 264,213.02 |

000042

PC-7.1 (11/02)

No. 5148

## SCHEDULE C

| | | | Amount |
|---|---|---|---|
| *This Schedule contains all items of personal property now in the possession of the fiduciary, including cash.* | | | |
| | | | 0 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

OMB NO. 2502-0265

A. U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT

**SETTLEMENT STATEMENT**

B. TYPE OF LOAN: 1.☐ FHA 2.☐ FmHA 3.☒ CONV. UNINS. 4.☐ VA 5.☐ CONV. INS.

6. FILE NUMBER: A03-2436

7. LOAN NUMBER: 600906935

8. MORTGAGE INS CASE NUMBER:

C. NOTE: *This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "[POC]" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.* 1.0 3/98 (A03-2436.pfd/A03-2436/14)

D. NAME AND ADDRESS OF BORROWER:
NUNO C. NEVES and
NATALIA PAIVA-NEVES
643 East Avenue
Pawtucket, RI 02860

E. NAME AND ADDRESS OF SELLER:
ESTATE OF NICHOLAS MARCELLO

F. NAME AND ADDRESS OF LENDER:
Diamond Funding Corporation
872 Park Avenue
Cranston, RI 02910

G. PROPERTY LOCATION:
557 Maple Avenue
Barrington, RI 02806
Bristol County, Rhode Island

H. SETTLEMENT AGENT: 05-0484645
Resnick & Caffrey

PLACE OF SETTLEMENT
300 Centerville Road, Suite 300 Summit West
Warwick, RI 02886

I. SETTLEMENT DATE:
February 6, 2004

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract Sales Price | 275,000.00 | 401. Contract Sales Price | 275,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (Line 1400) | 4,660.17 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments For Items Paid By Seller in advance* | | *Adjustments For Items Paid By Seller in advance* | |
| 106. City/Town Taxes 02/06/04 to 04/01/04 | 551.16 | 406. City/Town Taxes 02/06/04 to 04/01/04 | 551.16 |
| 107. County Taxes to | | 407. County Taxes to | |
| 108. Assessments to | | 408. Assessments to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| *120. GROSS AMOUNT DUE FROM BORROWER* | 280,211.33 | *420. GROSS AMOUNT DUE TO SELLER* | 275,551.16 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | 13,750.00 | 501. Excess Deposit (See Instructions) | |
| 202. Principal Amount of New Loan(s) | 160,000.00 | 502. Settlement Charges to Seller (Line 1400) | 1,125.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first Mortgage | |
| 205. | | 505. Payoff of second Mortgage | |
| 206. | | 506. Deposit retained by broker | 13,750.00 |
| 207. | | 507. Balance of 3rd qtr r.e. tax to BARRINGTON TAX COLL | 608.79 |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments For Items Unpaid By Seller* | | *Adjustments For Items Unpaid By Seller* | |
| 210. City/Town Taxes to | | 510. City/Town Taxes to | |
| 211. County Taxes to | | 511. County Taxes to | |
| 212. Assessments to | | 512. Assessments to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. WATER BILL to BRISTOL COUNTY WATER | |
| 218. | | 518. | |
| 219. | | 519. | |
| *220. TOTAL PAID BY/FOR BORROWER* | 173,750.00 | *520. TOTAL REDUCTION AMOUNT DUE SELLER* | 15,483.79 |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER:** | | **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 301. Gross Amount Due From Borrower (Line 120) | 280,211.33 | 601. Gross Amount Due To Seller (Line 420) | 275,551.16 |
| 302. Less Amount Paid By/For Borrower (Line 220) | (173,750.00) | 602. Less Reductions Due Seller (Line 520) | (15,483.79) |
| *303. CASH ( X FROM ) ( TO ) BORROWER* | 106,461.33 | *603. CASH ( X TO ) ( FROM ) SELLER* | 260,067.37 |

By signing page 2 of this statement, the signatories acknowledge receipt of a completed copy of page 1 of this two page statement

000044

Page 2

## L. SETTLEMENT CHARGES

| | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|
| **700. TOTAL COMMISSION Based on Price** $ 275,000.00 @ 5.0000 % 13,750.00 | | |
| *Division of Commission (line 700) as Follows:* | | |
| 701. $ 13,750.00 to COLEMAN REALTORS | | |
| 702. $ to Less Deposit Retained 13,750.00 | | |
| 703. Commission Paid at Settlement | | |
| 704. to | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | |
| 801. Loan Origination Fee 0.2500 % to Diamond Funding Corporation | 400.00 | |
| 802. Loan Discount % to | | |
| 803. Appraisal Fee to Appraisal One POC $300.00 | | |
| 804. Credit Report to Credit Information Bureau | 20.00 | |
| 805. Lender's Inspection Fee to | | |
| 806. Mortgage Ins. App. Fee to | | |
| 807. Assumption Fee to | | |
| 808. Tax Service Contract to Diamond Funding Corporation | 99.00 | |
| 809. Underwriting Review Fee to Diamond Funding Corporation | 299.00 | |
| 810. Administration Fee to Diamond Funding Corporation | 399.00 | |
| 811. Flood Certification Fee to Transamerica | 25.00 | |
| 812. Courier Fee to Diamond Funding Corporation | 75.00 | |
| 813. Rate Extension Fee to Diamond Funding Corporation | 800.00 | |
| 814. | | |
| 815. | | |
| 816. | | |
| 817. | | |
| 818. | | |
| 819. | | |
| 820. | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 901. Interest From 02/06/04 to 03/01/04 @ $ 26.111110/day ( 24 days 5.8750%) | 626.67 | |
| 902. Mortgage Insurance Premium for months to | | |
| 903. Hazard Insurance Premium for 1.0 years to QUINCY MUTUAL POC $841.00 | | |
| 904. | | |
| 905. | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | |
| 1001. Hazard Insurance months @ $ per month | | |
| 1002. Mortgage Insurance months @ $ per month | | |
| 1003. City/Town Taxes months @ $ per month | | |
| 1004. County Taxes months @ $ per month | | |
| 1005. Assessments months @ $ per month | | |
| 1006. months @ $ per month | | |
| 1007. months @ $ per month | | |
| 1008. months @ $ per month | | |
| **1100. TITLE CHARGES** | | |
| 1101. Settlement or Closing Fee to | | |
| 1102. Abstract or Title Search to | | |
| 1103. Title Examination to | | |
| 1104. Title Insurance Binder to | | |
| 1105. Document Preparation to Resnick & Caffrey | 125.00 | |
| 1106. Notary Fees to | | |
| 1107. Attorney's Fees to RESNICK & CAFFREY (includes above item numbers: 1102-1107 ) | 400.00 | |
| 1108. Title Insurance to Chicago Title Insurance (includes above item numbers: ) | 962.50 | |
| 1109. Lender's Coverage $ 160,000.00 400.00 Loan policy | | |
| 1110. Owner's Coverage $ 275,000.00 962.50 Owner policy | | |
| 1111. REC/CERT COPIES to Resnick & Caffrey Special Account | 35.00 | |
| 1112. | | |
| 1113. TITLE CORE SERVICES AGENT 70% COMPANY 30% | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | |
| 1201. Recording Fees: Deed $ 85.00; Mortgage $ 80.00; Releases $ 47.00 | 212.00 | |
| 1202. City/County Tax/Stamps: Deed ; Mortgage | | |
| 1203. State Tax/Stamps: Revenue Stamps 1,100.00; Mortgage | | 1,100.00 |
| 1204. OBTAIN/VERIFY/REC MLC to Resnick & Caffrey Special Account | 40.00 | |
| 1205. REC ASSIGNMENT to Resnick & Caffrey Special Account | 47.00 | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | |
| 1301. Survey to CHICAGO TITLE INSURANCE Survey Deletion | 75.00 | |
| 1302. Pest Inspection to | | |
| 1303. DISCHARGE SERVICES to DISCHARGE TRACKING SERVICES, LLC | | 25.00 |
| 1304. OVERNIGHT MAIL to AIRBORNE EXPRESS | 20.00 | |
| 1305. | | |
| **1400. TOTAL SETTLEMENT CHARGES (Enter on Lines 103, Section J and 502, Section K)** | 4,660.17 | 1,125.00 |

Certified to be a true copy.

(A03-2436 / A03-2436 / 12 )

000046

## A. CHARGE FOR SERVICES SELECTED

**1. *Professional Services:***

| | |
|---|---|
| Basic Services of Funeral Director & Staff | 1285.00 |
| Embalming | |
| Other Preparation of Body | |

**2. *Facilities, Equipment & Staff:***

| | |
|---|---|
| Use of Facilities & Staff for Viewing / Visitation | |
| Use of Facilities & Staff for Funeral Ceremony | |
| Use of Facilities & Staff for Memorial Service | |
| Use of Equipment & Staff for Graveside Service | |
| Use of Equipment & Staff for Church Service | |

**3. *Transportation:***

| | |
|---|---|
| Transfer of Remains to Funeral Home | 145.00 |
| Hearse | 190.00 |
| Limousine | |
| Sedan | |
| Service / Utility Vehicle | |

**4. *Other Services/Facilities/Equipment:***

TOTAL OF SERVICES SELECTED (A) $ 1620.00

## B. CHARGE FOR MERCHANDISE SELECTED

| | |
|---|---|
| Casket (or other receptacle) | 983.00 |
| *Name/No.* | |
| *Material* | |
| *Color* | |
| Outer Burial Container | |
| *Name/No.* | |
| *Material* | |
| Acknowledgement Cards | |
| Register Book | |
| Memory Folders / Prayer Cards | |
| Cremation Urn | |
| Clothing | |

TOTAL OF MERCHANDISE SELECTED (B) $ 983.00

# *W. Raymond Watson Funeral Home*

350 WILLETT AVENUE
RIVERSIDE, RHODE ISLAND 02915
(401) 433-4400

DECEASED Rudolph N. Marcello NO.

DATE OF DEATH ~~September 28, 2002~~ DATE OF STATEMENT September 28, 2002

## STATEMENT OF FUNERAL GOODS AND SERVICES SELECTED

*Charges are only for those items that you selected or that are required. If we are required by law or by a cemetery or crematory to use any items, we will explain the reasons in writing below.*

## C. SPECIAL CHARGES

Forwarding remains to

Receiving remains from

Immediate burial.

Direct cremation.

TOTAL OF SPECIAL CHARGES (C) $

## D. CASH ADVANCES

Certified Copies of Death Certificate ____ @ $ ____ each.

Clergy

Musician

Newspaper Notices

Cemetery

TOTAL OF CASH ADVANCES (D) $

We charge you for our services in obtaining: (specify cash advance items).

## SUMMARY

| | |
|---|---|
| Total Funeral Home Charges (A+B+C) | $ |
| Sales Tax, if applicable | $ |
| Total Cash Advances (D) | $ |
| COMPLETE TOTAL | $ 2603.00 |
| PAYMENT RECEIVED FROM 9-28-02 | 2603.00 |
| **BALANCE DUE** | $ 0 |

## DISCLOSURES

*If you selected a funeral that may require embalming, such as a funeral with viewing, you may have to pay for embalming. You do not have to pay for embalming you did not approve if you selected arrangements such as a direct cremation or immediate burial. If we charged for embalming, we will explain why below.*

*Reason for embalming:*

*If any law, cemetery or crematory requirements have required the purchase of any items listed, the law or requirement is explained below.*

## ACKNOWLEDGEMENT AND AGREEMENT

I (we) authorize this funeral home to perform services, furnish goods, and incur outside charges specified on this Statement. I (we) acknowledge that I (we) received a General Price List, a Casket Price List and an Outer Burial Container Price List.

TERMS:

Full payment is due no later than

If any payment is not paid when due, an unanticipated LATE CHARGE of ____% per month (ANNUAL PERCENTAGE RATE ____%) on the unpaid balance will be due. I (we) have read (or been read) the above, accept and approve same, and jointly and severally promise to make full payment. Receipt of a copy of this Statement is acknowledged.

Signed

Social Security No.

Address

City/State

Zip ____ Telephone

Co-Signed

Co-Signed

ACCEPTANCE: This funeral establishment agrees to provide all services, merchandise and cash advances indicated on this Statement.

By [signature] Paid In Full

ADDITIONAL TERMS/REMARKS W. Raymond Watson Funeral Home

2/9 1236

RUDOLPH N. MARCELLO
BERNARD P HEALY ESQ
91 FRIENDSHIP ST
PROVIDENCE RI 02903

# NOTICE OF NO TAX

NO: 332286

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
DEPARTMENT OF ADMINISTRATION
DIVISION OF TAXATION
ESTATE AND GIFT TAX SECTION
ONE CAPITOL HILL, PROVIDENCE, RI 02908-5800

DATE: 02/05/2004

ESTATE OF: RUDOLPH N. MARCELLO

LATE OF: BARRINGTON DIED: 09-28-2002

From information now on file in this office it appears that no Estate Taxes are due the State of Rhode Island, inasmuch as the value of the net estate and the share of each beneficiary do not exceed the exemptions allowed by law in effect at the time of death of the above named decedent.

[signature]
Tax Administrator

FILMED April 30, 2004

State of Rhode Island

#68

~~Bristol~~ Bristol County
Probate Court

Town of Barrington
283 County Road
Barrington,RI 02806

Probate No: 5 1 4 8

ESTATE OF: RUDOLPH NICHOLAS MARCELLO

NOTICE OR ORAL MOTION(S)

To Mr. Healey, Attorney for Petitioner Arthur T. Marcello:

Please take notice that on the 5th day of APRIL , 2004, at 9:00 A.M. or as soon after as counel may be heard, the contestant Mr. James C. Marcello, the only child of the above decedent and entitled estate thereof, will present a motion(s) and appear before His Honorable Judge Marvin Harmonoff (or, in his absence, before the judge who shall be assigned to his cases), in the room usually occupied by him as a court room in said county.

The motion(s) to be presented are as follows:

1. MOTION TO SET ASIDE EXECUTORS SALE OF ESTATE
2.
3. MOTION TO DENY PETITIONERS REQUEST FOR APPROVAL OF
4. FIDUCIARY & ATTORNEY FEES
5.
6. PROPOSED ORDER

Also please take notice that at the same time and place, I shall further move the Court to enter an order in this cause, at which time and place you may appear if you so see fit.

Yours, etc.

James Marcello

Dated: MARCH 25, 2004

JAMES C. MARCELLO
(Attorney for Contestant)

Mr. James C. Marcello
557 Maple Avenue PO BOX 349
Barrington,RI 02806
Tel: 1-401-245-7190

ACKNOWLEDGMENT OF RECEIPT OF NOTICE

Received a copy of the foregoing notice this ____ day of __________ A. D., 2004.

______________________________

BERNARD HEALEY,ESQ.
(Attorney for Petitioner)

MR. HEALEY,ESQ.
91 Friendship Street
Providence,RI 02903
Tel: 1-401-831-2900

000048

Filed: March 29, 2004

FILMED April 30, 2004

STATE OF RHODE ISLAND
COUNTY OF BRISTOL

PROBATE COURT OF THE
TOWN OF BARRINGTON

ESTATE OF: RUDOLPH NICHOLAS MARCELLO
a/k/a NICHOLAS F MARCELLO

PROBATE NO: 5148

MOTION TO SET ASIDE SALE OF ESTATE
ON GROUNDS OF GROSS INADEQUACY OF PRICE, FRAUD,
MISTAKE, MISAPPREHENSION, SURPRISE, & OTHER CIRCUMSTANCES

NOW COMES, Mr. James C Marcello, the only child of the above captioned decedent, and states particular grounds as follows:

Particular Grounds

1. Lack of Order of Court (R.I.-Wood v. Hammond, 16 R.I. 98, 17 A. 324 (1889).)

2. Gross Inadequacy of Price (R.I.-Boiani v. Wilson, 47 R.I. 317, 132 A. 881 (1926).) & (R.I.-Bowker v. Semple, 51 R.I. 142, 152 A. 604 (1930).)

3. Abuse of Process (R.I.-Nagy v. McBurney, 392 A.2d 365, 120 R.I. 925.)

4. Revocation or Termination (R.I.-Bates v. Hacking, 68 A. 622, 28 R.I. 523, 29 R.I. 1, 14 L.R.A.N.S. 937, 13 Prob.Rep.Ann. 1.)

5. Fraud (R.I.-Stoughton v. Liscomb, 39 R.I. 489, 98 A. 183 (1916.)

THEREFORE, the petitioner James C Marcello prays, that the Motion to Set Aside Sale of Estate be GRANTED.

Dated: March 25, 2004

Respectively Submitted,
James Marcello
JAMES C MARCELLO
P.O.B. 349
557 Maple Avenue
Barrington, RI 02806
Tel: 401-245-7190

 #70

1236 BPH:SH 4/7/04

STATE OF RHODE ISLAND
BRISTOL, SC.

PROBATE COURT OF THE
TOWN OF BARRINGTON

ESTATE OF NICHOLAS F. MARCELLO,
a/k/a NICHOLAS RUDOLPH MARCELLO

No. 5148

**AMENDED ORDER**

This matter came before the Probate Court of the Town of Barrington on April 5, 2004, Judge Homonoff presiding, upon the first and final account submitted by Arthur Marcello and the motions of James C. Marcello to set aside the executor's sale, to deny the petitioner's request for approval of fiduciary and attorney's fees. After hearing in part, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. The Probate Court reaffirms the allowance of the Will of Nicholas Marcello dated March 6, 2002, and the appointment of Arthur Marcello as Executor of the Estate of Nicholas Marcello

2. The Court denies the motion of James C. Marcello to set aside the sale of the estate, ~~this court having no jurisdiction to do so~~. without prejudice [initials]

3. The matter is continued to the calendar of May 10, 2004, for hearing on the allegations of James C. Marcello that the sales price obtained in reference to the property at 557 Maple Avenue, Barrington, Rhode Island, was grossly inadequate and on said day, the parties shall be prepared to present competent evidence in reference to the adequacy or inadequacy of the sales price.

4. In reference to Section 12 of Schedule B of the first and final account, the parties agree that James N. T. Marcello is entitled to the sum of $2,000 for payment of the funeral bill and/or the outstanding mortgage of the decedent in part. The balance of administrative costs, including payment of the mortgage in the sum of $24,007.62, payment of real estate taxes in the sum of $2,781.00 and the balance of the funeral bill in the sum of $163.00 shall be reimbursed to James C. Marcello.

ENTER

[signature] Judge 4/19/04

PER ORDER

[signature]
Probate Clerk 4/20/04

To: Mr. James C. Marcello
P. O. Box 349
Barrington, RI 02806

Michael Farley, Esq.
670 Willett Avenue
East Providence, RI 02915

CERTIFICATION

I hereby certify that I mailed a copy of the within to counsel of record, as above.

Dated April 7, 2004 [signature]

FILMED August 31, 2004

#71

1236 BPH:SH

STATE OF RHODE ISLAND
BRISTOL, SC.

PROBATE COURT OF THE
TOWN OF BARRINGTON

ESTATE OF NICHOLAS F. MARCELLO, :
a/k/a NICHOLAS RUDOLPH MARCELLO :

No. 5148

## ORDER

This matter came before the Probate Court of the Town of Barrington on May 10, 2004, Judge Homonoff presiding, upon the First and Final Account submitted by Arthur Marcello and for hearing on the allegations of James C. Marcello that the sales price obtained in reference to the property at 557 Maple Avenue, Barrington, Rhode Island, was grossly inadequate. After hearing thereon and consideration thereof, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. the court accepts andapproves the First and Final Account submitted by Arthur Marcello;

2. the motion of James C. Marcello to set aside the executor's sale on the grounds that the sales price obtained in reference to the property at 557 Maple Avenue, Barrington, Rhode Island, was grossly inadequate is denied;

3. while the first and final account submitted by Arthur Marcello is accepted and approved, the executor, Arthur Marcello, shall not make any disbursements pursuant to the account until on or after June 7, 2004;

4. the executor, Arthur C. Marcello, shall be authorized to make disbursements pursuant to the First and Final Account on or after June 7, 2004, unless James C. Marcello shall, on or before that date, have obtained a temporary restraining order from the Superior Court or any other court of competent jurisdiction in reference to any appeal in reference to the orders of this Probate Court or in reference to any action brought by said James C. Marcello to set aside the sale of 557 Maple Avenue or any other relief requested by him.

ENTER

Lorraine A. DeVries 5/18/04
Probate Clerk

ORDER

5/12/04

Presented by:

Bernard P. Healy (2072)
KIERNAN, PLUNKETT & REDIHAN
~~91 Friendship Street~~
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX

To James C. Marcello
P. O. Box 349
Barrington, RI 02806

Michael Farley, Esq.
670 Willett Avenue
East Providence, RI 02915

CERTIFICATION

I hereby certify that I mailed a copy of the within to the above.

Dated: May 12, 2004

FILMED August 31, 2004

#72

**STATE OF RHODE ISLAND**
**BRISTOL, SC**

**PROBATE COURT OF THE**
**TOWN OF BARRINGTON**

**ESTATE OF NICHOLAS F. MARCELLO,**
**a/k/a NICHOLAS RUDOLPH MARCELLO : PROBATE NO. 5148**

**MISCELLANEOUS PETITION**

Respectfully represents, Arthur T. Marcello, being first duly sworn upon oath, does hereby depose and say:

Now comes the Executor in the within cause who petitions this court to to allow the attached as the Amended First and Final Account in the within probate matter.

Dated: June 8, 2004

Respectfully submitted:

Arthur T. Marcello · EXECUTOR

Arthur T. Marcello, Executor

**NOTICE OF HEARING**

Please take notice that this matter will be called for hearing on July 14, 2004 at 9:00 a.m. before the Barrington Probate Court, Town Hall, Barrington, Rhode Island 02806.

Arthur T. Marcello - EXECUTOR

**CERTIFICATION**

I, Arthur T. Marcello, do hereby certify and say that I mailed a copy of the within Petition by regular mail, postage prepaid on June 8, 2004 to the following:

Michael J. Farley, Esquire
670 Willett Avenue
East Providence, RI 02915

Maryann Marcello
4275 Via Eldorodo
Fallbrook, CA 92028

Arthur T. Marcello
130 Roffee Street
Barrington, RI 02806

James C. Marcello
2060 Crossroad Street
Stetson, ME

Thomas A. Marcello
24 Cove Avenue
Barrington, RI 02806

James N. J. Marcello
24 Carpenter Street
Cumberland, RI 02864

Jennie Marcello Gantiener
P. O. Box 343
Corinna, ME 04928

Peter Marcello
27 Brookside Drive
Lyman, ME 04002

Nicholas J. Marcello
P. O. Box 91
Thorndike, ME 04986

Arthur T. Marcello, Jr.
114 Govenor Bradford Drive
Barrington, RI 02806

Gayton Marcello, Jr.
7853 Camino Kioseo
San Diego, CA 92122

Dept. of Human Services
Louis Pasteur Bldg. #57
600 New London Avenue
Cranston, RI 02920
Attn: Jacqueline G. Kelley, Esq.

Arthur T. Marcello - EXECUTOR

Subscribed and sworn to before me in Barrington this 9th day of June 2004.

John A. DeSano
NOTARY PUBLIC
My commission expires 6/2008

000055

Filed: June 10, 2004

PC-7.1 (11/02, formerly SW-2, SW-60, SW-61, and SW-62) Account

Date filed: JUN 1 1 2004
Court use only

**STATE OF RHODE ISLAND**

County of Bristol
Estate of Nicholas F. Marcello, a/k/a
Alias Nicholas Rudolph Marcello
Alias

**PROBATE COURT OF THE**
TOWN OF BARRINGTON

No. 5148

June 8, 2004
Date

**THE**

AMENDED
FIRST AND FINAL
(Number of Account)

## ACCOUNT

For the period from 2/14/03 (Date) to 4/5/04 (Date)

| | |
|---|---|
| **Schedule A Received** | $ 264,301.16 |
| **Schedule B Paid Out** | $ 264,301.16 |
| **Schedule C Balance** | $ 0 |

*Attach form PC—9.1, Waiver, if applicable.*

Arthur T. Marcello Executor
Signature of Fiduciary

Signature of Co-Fiduciary

ARTHUR T. MARCELLO
Name of Fiduciary

Name of Co-Fiduciary

EXECUTOR
Title of Fiduciary

Title of Co-Fiduciary

BRISTOL Sc.

Date: JUNE 8, 2004

*Subscribed and sworn to before me*

John A. DeSano
Notary public (please print name)

JOHN A. DESANO
Notary public signature

## DECREE

**Account allowed.**

Date

Probate Judge

Marcello, Nicholas F. a/k/a Marcello, Nicholas Rudolph a/k/a Marcello, Rudolph Nicholas; Estate — Amended First and Final Account of Executor for hearing on July 14, 2004
June 23, 30 & July 7, 2004

000056

PC-7.1 (11/02)

No. 5148

# SCHEDULE A

| Number | Date | | Amount |
|---|---|---|---|
| 1 | | Amount of personal estate according to inventory, or balance of next prior account: | 2,886.86 |
| 2 | | Amount received from gain on sale of personal estate over appraised value and from other property as follows: | 1,088.14 |
| 3 | | Liquidation of real estate to a bonafide purchaser (property located at 557 Maple Avenue, Barrington, Rhode Island (Gross sales price--$275,000 and net proceeds generated from sale in accord with settlement statement appended hereto and made a part hereof $260,017.37) | 260,326.16 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total: | 264,301.16 |

PC-7.1 (11/02)

No. 5148

# SCHEDULE B

| Number | Date | Showing payments, charges, losses, and distributions | Amount |
|---|---|---|---|
| *Here follows the settlement of all claims filed with the clerk and not heretofore accounted for, either by payment in full or in part or by abandonment by the creditor after disallowance; together with all other* | | | |
| 1 | | Escrow on termite inspection (cannot proceed ~~to properly or effectively~~ determine whether | |
| | | termites were on the premises until spring of 2004--Escrow--$550 | 550.00 |
| 2 | | Claim on estate by Department of Human Services | 5,005.49 |
| 3 | | Fees and expenses incurred by custodian, David Strachman--Custodian Fee | 2,583.00 |
| 4 | | Constable Al Harris who was involved in all phases of the court proceedings per his stmt. | 800.00 |
| 5 | | John B. Ennis, Esquire--witness in trespass and eviction action and consultation re title | 575.00 |
| 6 | | search | |
| 6 | | Payment to fiduciary (Executor) for services rendered and reimbursement of expenditures | 22,907.88 |
| 7 | | Payment to Kiernan, Plunkett & Redihan for counsel fees and work product per petition | 20,390.87 |
| | | and expenditures | |
| 8 | | Jones Moving & Storage | 454.20 |
| 9 | | Home Depot for payment of Smoke & Monoxide units, electrical supplies, attic stairway | 503.42 |
| | | and new toilet for second floor | |
| 10 | | James N. T. Marcello--for payment of funeral bill | 2,000.00 |
| 11 | | James C. Marcello--for part payment of funeral bill | 163.00 |
| 12 | | James C. Marcello--for real estate taxes paid to the Town of Barrington during the travel | 2,781.00 |
| | | of the estate | |
| 13 | | James C. Marcello--for payment to bank of balance due on mortgage on 557 Maple Avenue | 24,007.62 |
| 14 | | James C. marcello, Legatee | 27,227.95 |
| 15 | | Arthur T. Marcello, Legatee | 36,303.43 |
| 16 | | Peter Marcello, Legatee | 11,344.97 |
| 17 | | Jennie Marcello, Legatee | 11,344.97 |
| 18 | | Nicholas Marcello, Legatee | 11,344.97 |

PC-7.1 (11/02)

**No.** 5148

## SCHEDULE B

| Number | Date | Showing payments, charges, losses, and distributions | Amount |
|---|---|---|---|
| *Here follows the settlement of all claims filed with the clerk and not heretofore accounted for, either by payment in full or in part or by abandonment by the creditor after disallowance; together with all other* | | | |
| 19 | | James N. T. Marcello, Legatee | 11,344.97 |
| 20 | | Maryann Marcello, Legatee | 18,151.98 |
| 21 | | Arthur T. Marcello, Jr., Legatee | 18,151.98 |
| 22 | | Gayton Marcello, Jr., Legatee | 18,151.98 |
| 23 | | Thomas A. Marcello, Legatee | 18,151.98 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total: | 264,301.16 |

PC-7.1 (11/02)

No. 5148

# SCHEDULE C

| | | | Amount |
|---|---|---|---|
| *This Schedule contains all items of personal property now in the possession of the fiduciary, including cash.* | | | |
| | | | 0 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 0 |

FILMED August 31, 2004

000060

 #74

1236 BPH:SH

STATE OF RHODE ISLAND
BRISTOL, SC.

PROBATE COURT OF THE
TOWN OF BARRINGTON

ESTATE OF NICHOLAS F. MARCELLO, :
a/k/a NICHOLAS RUDOLPH MARCELLO :

No. 5148

**ORDER**

This matter came before the Court, Judge Homonoff presiding, upon the petition of Arthur T. Marcello, executor of the estate of Nicholas Marcello, for allowance of a second First and Final Account. After hearing thereon and consideration thereof, it is hereby ordered, adjudged and decreed:

1. the petition of the executor, Arthur Marcello, for allowance of a second – Amended First and Final Account is granted, subject to the executor providing releases from beneficiaries listed.

ENTER

Lorraine A. Dubois
Probate Clerk

BY ORDER

Homonoff, J. 7/23/04

Presented by:

Bernard P. Healy (2072)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX

Filed: July 26, 2004 FILMED August 31, 2004

To James C. Marcello
557 Maple Avenue
Barrington, RI 02806

Michael Farley, Esq.
670 Willett Avenue
East Providence, RI 02915

CERTIFICATION

I hereby certify that I mailed a copy of the within to the above.

Dated: July 21, 2004 S. Harrison

PC-7.6 (10/97)

DATE FILED MAR 23 2005 #76
Court Use Only

STATE OF RHODE ISLAND
County of Barrington

PROBATE COURT OF THE

Estate of Nicholas F. Marcello, a/k/a Nicholas Rudolph Marcello

No. 5148

March 21, 2005
Date

[X] PETITION FOR DISPOSAL OF FUNDS - Refer to Section A
[ ] PETITION FOR WITHDRAWAL OF FUNDS - Refer to Section B

## SECTION A

The undersigned petitioner claims that it appears by:

(Check one): [X] the final account

[ ] order of distribution

that the sum of $ ~~26,951.62~~ $27,227.95 is due James C. Marcello
Person(s) due money

if minor, Date of Birth ______ Address 2060 Crossroad, Stetson, Maine

This sum may be paid into the REGISTRY OF THE COURT in the name of

James C. Marcello
Person(s) due money

Arthur T. Marcello
Signature of Fiduciary

Executor
Title of Fiduciary

### DECREE

Petition granted; deposit to be made in the ______
Financial Institution

Date

Probate Judge

## SECTION B

Name

No. Street

City State ZIP

who is an heir-at-law or legatee under the will of ______
Name of Decedent

There was deposited a credit in the registry of the Court in the sum of ______ dollars. That your petitioner is the person for whose benefit said deposit was made. A decree may be entered authorizing the withdrawal of said sum with the accumulations thereon.

Signature of Petitioner

### DECREE

Petition granted.

Date

Probate Judge

FILMED May 31, 2005

000063

03/24/2005 08:39 4012473765 TOWN OF BARRINGTON PAGE 02/02

1236 BPH:SH #77

STATE OF RHODE ISLAND
BRISTOL, SC.

PROBATE COURT OF THE
TOWN OF BARRINGTON

ESTATE OF NICHOLAS F. MARCELLO, :
a/k/a NICHOLAS RUDOLPH MARCELLO :

No. 5148

**ORDER**

This matter came before the Court, Judge Homonoff presiding, on April 4, 2005, upon the Miscellaneous Petition of Arthur T. Marcello in reference to this Court's earlier allowance of the amended First and Final Accounting as well as on the Petition for Disposal of Funds, filed by Executor, Arthur T. Marcello. After hearing thereon and consideration thereof, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. the petition for disposal of funds may be and same hereby is granted and two drafts, the first in the sum of $27,227.95 and the second in the sum of $26,951.62 shall be deposited pursuant to the court's instruction on the petition for disposal of funds;

2. the allowance of the amended first and final accounting, which this court specifically allowed subjected to the Executor's submitting to the Court releases signed by each of the legatees named and listed in said account is amended as follows:

   for the legatees, James C. Marcello, Jr., Jenny Marcello and Gayton Marcello, in lieu of an executed release, the Executor may submit to the Court checks in proof payment to legatees and/or funds into Court. In addition, the Executor shall submit to Court correspondence sent to legatees together with copies of any and all proposed releases which had been sent to legatees.

ENTER

[signature]

BY ORDER

[signature] 4/11/05

Presented by:

Bernard P. Healy (2072)
91 Friendship Street
Providence, RI 02903

To James and Olivia Marcello
152 Cross Road
Stetson, Maine 04488

Michael Farley, Esq.
670 Willett Avenue
East Providence, RI 02915

CERTIFICATION

I hereby certify that I mailed a copy of the within to the above.

Dated: April 7, 2005 ______________ J. Harrison

FILMED May 31, 2005

#78

TEL 401 | 831 | 2900
FAX 401 | 331 | 7123

EMAIL info@kprlaw.com
WEB www.kprlaw.com

THE REMINGTON BUILDING
91 FRIENDSHIP STREET
PROVIDENCE, RHODE ISLAND 02903

Kiernan, Plunkett & Redihan *Attorneys at Law*

April 22, 2005

Barrington Probate Court
Barrington Town Hall
283 County Road
Barrington, RI 02806

Re: Estate of Nicholas Marcello
No: 5148

Dear Lorraine:

We are getting there. Enclosed are two checks each payable to the Town of Barrington--one in the sum of $26,951.62 and the other in the sum of $27,227.95 that should go into the Registry of the Court for the benefit of James Marcello.

Very truly yours,

John A. DeSano

JAD/kjr

Enclosures

FILMED July 31, 2005

Filed: May 2, 2005

000066

#79

**STATE OF RHODE ISLAND**
**BRISTOL, SC**

**PROBATE COURT OF THE**
**TOWN OF BARRINGTON**

**ESTATE OF NICHOLAS F. MARCELLO,**
**a/k/a NICHOLAS RUDOLPH MARCELLO : PROBATE NO. 5148**

**MISCELLANEOUS PETITION**

The executor, Arthur T. Marcello, in the above pending estate states:

1. That in accord with the most recent order of this court dated April 11, 2005, your executor has complied with the directives therein by submitting to this court the following:

A. A check payable to the Town of Barrington in the sum of $27,227.95 and a check in the sum of $26,951.62 payable to the Town of Barrington which checks are submitted to the clerk of the court to be disbursed under the discretion of the court for the benefit of James Marcello, legatee under the Last Will and Testament of Nicholas Marcello.

B. A copy of the probate releases sent to James Marcello, Jr., Jennie Marcello and Gayton Marcello.

C. A copy of the cover letters that accompanied said releases to James Marcello, Jr., Jennie Marcello and Gayton Marcello.

D. Proof of payment: copies of checks reflecting the front and the rear side for legatees, James Marcello, Jr., Jennie Marcello and Gayton Marcello.

E. Copies of correspondence and copies of signed releases by all the remaining legatees under the Last Will and Testament of Nicholas Marcello.

WHEREFORE, your executor prays:

1. That a final order be entered in the within cause allowing the First and Final Amended Account in the within matter.

2. Discharging and canceling the outstanding bond of the executor, Arthur T. Marcello, and discharging and the executor, Arthur T. Marcello, in his office and appointment as executor herein.

Dated: April 29, 2005

Respectfully submitted:

Arthur T. Marcello, Executor
By his attorney John A. DeSano

~~Please note that the above Miscellaneous Petition~~ will be heard on June 6, 2005 at 9:00 a.m. at the Barrington Probate Court, Town Hall, Barrington, Rhode Island 02806.

John A. DeSano, Esquire

**CERTIFICATION**

I, John A. DeSano, do hereby certify and say that I mailed a copy of the within Petition by regular mail, postage prepaid on May 2 , 2005 to the following:

James C. Marcello
2060 Crossroad Street
Stetson, ME

Jennie Marcello Gantiener
P. O. Box 34
Corinna, ME 04928

Gayton Marcello, Jr.
7853 Camino Kioseo
San Diego, CA 92122

James N. J. Marcello
24 Carpenter Street
Cumberland, RI 02864

Filed: May 3, 2005

FILMED July 31, 2005

#87

1236

STATE OF RHODE ISLAND
BRISTOL, SC.

PROBATE COURT OF THE
TOWN OF BARRINGTON

ESTATE OF NICHOLAS F. MARCELLO, :
a/k/a NICHOLAS RUDOLPH MARCELLO :

No. 5148

**ORDER**

This matter came before the Court, Judge Homonoff presiding, on June 6, 2005, upon the Miscellaneous Petition of Arthur T. Marcello in reference to a prayer by Arthur T. Marcello that his bond be extinguished and that he be relieved and discharged of any further responsibilities in his capacity as executor. After hearing thereon and consideration thereof, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. that the Miscellaneous Petition and prayer for the cancellation of the outstanding bond of Arthur T. Marcello, Executor is hereby granted and said bond is hereby extinguished.

2. that the prayer discharging the executor, Arthur T. Marcello, in his office as executor herein is hereby granted.

3. that the amended first and final accounting as submitted to this court by the said Arthur T. Marcello, Executor of the within estate is hereby allowed.

ENTER

Lorraine A. Desrois
6/6/05

BY ORDER

[signature] 6/6/05

Presented by:

John A. Desano

John A. Desano, Esquire (0466)
91 Friendship Street
Providence, RI 02903

James C. Marcello
152 Crossroad Street
Stetson, Maine 04488

Gayton Marcello, Jr.
7853 Camino Kioseo
San Diego, CA 92122

Jennie Marcello Gantiener
P. O. Box 34
Corinna, ME 04928

James N. J. Marcello
24 Carpenter Street
Cumberland, RI 02864

CERTIFICATION

I hereby certify that I mailed a copy of the within to the above.

Dated: June 6, 2005

______________________ ______________________________________

FILMED July 31, 2005