UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. MARCELLO, et ux., *Plaintiffs,* vs. STATE OF RHODE ISLAND, et al., *Defendants.* | C.A. No. 07-55 ML |

**OBJECTION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS, HOMONOFF AND LACROSS**

Now come Defendants, Probate Judge Marvin Homonoff and Barrington Police Chief, John LaCross, and object to Plaintiffs' Motion for Summary Judgment. In support thereof, Defendants rely on their Memorandum of Law filed contemporaneously herewith.

Defendants, Homonoff and LaCross
By their attorneys,

*/s/ Michael A. DeSisto*

Michael A. DeSisto (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on October 15, 2007, that it is available for viewing and downloading from the ECF system, and that counsel of record listed below will receive notice via the ECF system.

Mark A. Charleson
mark@charlesonlaw.com

Frederick E. Connelly, Jr.
fconnelly@peabodyarnold.com

Mark P. Dolan, Esq.
ricedolan@ricedolan.com

Robert W. Smith, Esq.
rsmith@agglaw.com

James Moretti
jmoretti@resnickandcaffrey.com

Thomas A. Palombo, Esq.
tpalombo@riag.ri.gov
mdifonzo@riag.ri.gov
mike.grant@doc.ri.gov

and sent by mail to:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

Betty Barney
77 Dorr Avenue
East Providence, RI 02915

*/s/ Michael A. DeSisto*

Michael A. DeSisto

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. MARCELLO, et ux.,<br>*Plaintiffs,*<br>vs.<br>STATE OF RHODE ISLAND, et al.,<br>*Defendants.* | C.A. No. 07-55 ML |

**MEMORANDUM OF DEFENDANTS, HOMONOFF AND LACROSS, PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

"[S]ummary judgment is appropriate only when the record 'show[s] that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law.'" *Fed. R. Civ. P. 56(c).* *Davila v. Corporacion De P.R. Para La Difusion Publica, 2007 U.S. App. LEXIS 18693 (1st Cir. 2007).* Here, Plaintiffs have not established, much less alleged, any facts against Defendants Homonoff and LaCross that are material or would translate into liability for the matters set forth in the Complaint and/or summary judgment motion. In addition to basing their motion on conclusory statements, Plaintiffs have not provided any cogent analysis for the basis of Defendants liability in this case. Defendants should not be left to guess or speculate as to Plaintiffs arguments or claims.

For these reasons, and the reasons set forth in Defendants' Motion to Dismiss in Lieu of Answer (Document 30), which is currently pending before this Court, Defendants respectfully request that this Court deny Plaintiffs' Motion for Summary Judgment as to

Defendants Homonoff and LaCross.

Defendants, Homonoff and LaCross
By their attorneys,

*/s/ Michael A. DeSisto*

Michael A. DeSisto (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on October 15, 2007, that it is available for viewing and downloading from the ECF system, and that counsel of record listed below will receive notice via the ECF system.

Mark A. Charleson
mark@charlesonlaw.com

Frederick E. Connelly, Jr.
fconnelly@peabodyarnold.com

Mark P. Dolan, Esq.
ricedolan@ricedolan.com

Robert W. Smith, Esq.
rsmith@agglaw.com

James Moretti
jmoretti@resnickandcaffrey.com

Thomas A. Palombo, Esq.
tpalombo@riag.ri.gov
mdifonzo@riag.ri.gov
mike.grant@doc.ri.gov

and sent by mail to:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

Betty Barney
77 Dorr Avenue
East Providence, RI 02915

*/s/ Michael A. DeSisto*

Michael A. DeSisto