UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. MARCELLO, et ux.,<br>*Plaintiffs,*<br>vs.<br>STATE OF RHODE ISLAND, et al.,<br>*Defendants.* | C.A. No. 07-55 ML |

**STATEMENT OF DISPUTED AND UNDISPUTED FACTS OF DEFENDANTS, HOMONOFF AND LACROSS**

Now come Defendants, Probate Judge Marvin Homonoff and Barrington Police Chief, John LaCross, and, in accordance with Rule 56(a)(4) of the Local Rules of the District of Rhode Island for the United States District Court, file this Statement of Disputed and Undisputed Facts. This Statement is in response to Plaintiffs' Affirmation of Truth filed with their Motion for Summary Judgment (Document 143, page 27).[1]

1. These Defendants dispute the facts contained in Paragraph 1 of Plaintiffs' Affirmation of Truth as it is clear that Plaintiff, James C Marcello, is not the legal title owner of 557 Maple Avenue, Barrington, RI from, among other things, the Executor's Deed attached to Plaintiffs' summary judgment motion as Exhibit 6.

[1] Defendants file this Statement although it is unclear whether Plaintiffs' Affirmation of Truth is intended to comply with Rule 56(a) of the Local Rules of the District of Rhode Island for the United States District Court or to serve as an affidavit under Fed. R. Civ. P. 56(e). Defendants point out , however, that the Affirmation of Truth does not meet the requirements of an affidavit under said rule because it is does not contain signatures and is not sworn to.

2. These Defendants must dispute the fact that Rudolf N. Marcello died intestate leaving no valid Will. Mr. Marcello died testate and his Will was admitted to probate by the Barrington Probate Court. See Barrington Probate Docket No. 5148.

3. These Defendants state that while Plaintiff may have chosen to keep his father's real and personal property, it has been determined by the Barrington Probate Court, Docket No. 5148, that he was not entitled to only a portion of it.

4. These Defendants specifically deny that they deprived Plaintiff of anything under color of law, illegally arrested or imprisoned him or conspired to embezzle or convert his father's estate.

Defendants, Homonoff and LaCross
By their attorneys,

*/s/ Michael A. DeSisto*

Michael A. DeSisto (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on October 15, 2007, that it is available for viewing and downloading from the ECF system, and that counsel of record listed below will receive notice via the ECF system.

Mark A. Charleson
mark@charlesonlaw.com

Frederick E. Connelly, Jr.
fconnelly@peabodyarnold.com

Mark P. Dolan, Esq.
ricedolan@ricedolan.com

Robert W. Smith, Esq.
rsmith@agglaw.com

James Moretti
jmoretti@resnickandcaffrey.com

Thomas A. Palombo, Esq.
tpalombo@riag.ri.gov
mdifonzo@riag.ri.gov
mike.grant@doc.ri.gov

and sent by mail to:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

Betty Barney
77 Dorr Avenue
East Providence, RI 02915

*/s/ Michael A. DeSisto*

Michael A. DeSisto