**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JAMES C. MARCELLO AND**
**OLIVIA A. MARCELLO**

**V.** **C.A. NO. 07-055 ML**

**STATE OF RHODE ISLAND, ET AL.**

**OBJECTION TO PLAINTIFFS'**
**SECOND MOTION FOR SUMMARY JUDGMENT**

The Defendant, State of Rhode Island ("State" or "Defendant"), pursuant to the Local Rules of the United States District Court for the District of Rhode Island ("Local Rules" or "DRI LR"), DRI LR 56, hereby objects to the Plaintiffs' Motion for Summary Judgment filed on October 1, 2007.

The Plaintiffs filed their original motion for summary judgment on June 18, 2007 and Defendant, State of Rhode Island, filed an Objection on July 5, 2007. Plaintiffs are now attempting to present to the Court a second motion for summary judgment. The instant motion violates DRI LR 56 (c) which states, " (n)o party shall file more than one motion for summary judgment unless the Court otherwise permits for good cause shown." Plaintiffs have not shown good cause, nor has the Court granted permission for the filing of a successive motion for summary judgment. Therefore, the Plaintiffs' motion is improper, and should be denied and dismissed.

WHEREFORE, Defendant State respectfully requests that the Plaintiffs' second motion for summary judgment be denied and dismissed.

Respectfully submitted,

DEFENDANT
By its Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Thomas A. Palombo*
________________________________
Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that the within Objection was electronically filed with the USDC ECF system on this 15th day of October, 2007 and that I caused a copy to be electronically sent to:

**Robert W. Smith, Esquire**
rsmith@agglaw.com

**Mark P. Dolan, Esquire**
ricedolan@ricedolan.com

**Michael A. DeSisto**
michael@desistolaw.com mary@desistolaw.com

**James Moretti**
jmoretti@resnickandcaffrey.com

/s/ Thomas A. Palombo
________________________________

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within Objection on this 15th day of October, 2007 by first class mail, postage prepaid to:

**James C. Marcello and Olivia A. Marcello, pro se**
152 Cross Road
Stetson, ME 04488

*/s/ Thomas A. Palombo*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JAMES C. MARCELLO AND**
**OLIVIA A. MARCELLO**

**V. C.A. NO. 07-055 ML**

**STATE OF RHODE ISLAND, ET AL.**

**OBJECTION TO PLAINTIFFS'**
**SECOND MOTION FOR SUMMARY JUDGMENT**

The Defendant, State of Rhode Island ("State" or "Defendant"), pursuant to the Local Rules of the United States District Court for the District of Rhode Island ("Local Rules" or "DRI LR"), DRI LR 56, hereby objects to the Plaintiffs' Motion for Summary Judgment filed on October 1, 2007.

The Plaintiffs filed their original Motion for Summary Judgment on June 18, 2007 and Defendant, State of Rhode Island, filed an Objection on July 5, 2007. Plaintiffs are now attempting to present to the Court a second motion for summary judgment. The instant motion violates DRI LR 56 (c) which states, " (n)o party shall file more than one motion for summary judgment unless the Court otherwise permits for good cause shown." Plaintiffs have not shown good cause, nor has the Court granted permission for the filing of a successive motion for summary judgment. Therefore, the Plaintiffs' motion is improper, and should be denied and dismissed.

WHEREFORE, Defendant State respectfully requests that the Plaintiffs' second Motion for Summary Judgment be denied and dismissed.

Respectfully submitted,

DEFENDANT
By its Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Thomas A. Palombo*
______________________________

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that the within Objection was electronically filed with the USDC ECF system on this 15th day of October, 2007 and that I caused a copy to be electronically sent to:

**Robert W. Smith, Esquire**
rsmith@agglaw.com

**Mark P. Dolan, Esquire**
ricedolan@ricedolan.com

**Michael A. DeSisto**
michael@desistolaw.com mary@desistolaw.com

**James Moretti**
jmoretti@resnickandcaffrey.com

/s/ Thomas A. Palombo
______________________________

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within Objection on this 15th day of October, 2007 by first class mail, postage prepaid to:

**James C. Marcello and Olivia A. Marcello, pro se**
152 Cross Road
Stetson, ME 04488

*/s/ Thomas A. Palombo*
________________________________