**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JAMES MARCELLO AND**
**OLIVIA MARCELLO**

**V** **CA NO. 07-055 ML**

**STATE OF RHODE ISLAND, ET AL**

**STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR PARTIAL AND FULL SUMMARY JUDGMENT FILED BY NUNO NEVES, NATALIA PAIVA-NEVES, JEFFREY CAFFREY, RESNICK & CAFFREY (incorrectly named as RESNICK, CAFFREY & MORETTI), AVA MARTINELLI, AS PRESIDENT AND TREASURER OF DIAMOND FUNDING CORPORATION and DIAMOND FUNDING CORPORATION (COLLECTIVELY "DEFENDANTS")**

Now comes defendants and file this statement of undisputed facts in support of their motion for partial and full summary judgment.

**FIRST ARGUMENT FOR PARTIAL SUMMARY JUDGMENT**

**The plaintiffs' claim of ownership of the real estate located at 557 Maple Avenue, Barrington , Rhode Island, that was sold by the Executor of his father's estate, has been fully adjudicated (numerous times) and their motion for summary judgment should be denied and defendants' counter-motion for partial summary judgment on the issue of ownership of the property should be granted based on the doctrine of res judicata.**

**Undisputed Facts to Support Argument**

1. The plaintiff's father died leaving a Will. **Marcello v Neves, 912 A.2d 420 (RI 2006) (pg.420).**

2. The Will was duly admitted into probate and an executor admitted and plaintiff failed to appeal that ruling. **Marcello v Neves, 912 A.2d 420 (RI 2006) (pg 420).**

3. The decedents' real property (557 Maple avenue, Barrington, RI) was duly sold per the power of sale clause contained in the Will **Marcello v Neves, 912 A.2d 420 (RI 2006) (pg. 420).**

4. Plaintiff's motion to vacate the sale based on an inadequate sales price was denied by the probate court and he failed to appeal that ruling. **Marcello v Neves, 912 A.2d 420 (RI 2006) (pg. 420-421).**

5. The plaintiff litigated the issue in the Probate Court. **Marcello v Neves, 912 A.2d 420) (pgs. 420-421).**

6. The plaintiff never appealed the Probate Court rulings and they became final **Marcello v Neves, 912 A.2d 420 (pgs 420-421).**

**SECOND ARGUMENT FOR FULL SUMMARY JUDGMENT**

**Plaintiffs can not set forth any factual basis whatsoever to support their claims that a violation of the Racketeer Influenced and Corrupt Organization Act existed pursuant to R.I.G.L. δ7-15-1 and 18 USC δ 1961, et seq., and defendant's motion for summary judgment should be granted.**

1. There is no existing evidence of conduct of an enterprise through a pattern of racketeering activity (no evidence or facts exists).

/s/ James Moretti

James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886
738-4500

**CERTIFICATION**

I hereby certify that on October 17, 2007, I mailed a copy of the within to: James Marcello, 152 Cross Road, Stetson, ME 04488; Olivia Marcello, 152 Cross Road, Stetson, ME 04488 and Betty Barney, 77 Dorr Avenue, E. Providence, RI 02915. All other parties were served electronically through the court's ECF system on that date.

/s/ James Moretti