**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JAMES C. MARCELLO;** | **:** | |
| **OLIVIA A. MARCELLO** | **:** | |
| | **:** | **C.A. NO. 07-055ML** |
| **VS.** | **:** | |
| | **:** | |
| **STATE OF RHODE ISLAND, ET AL** | **:** | |

**DEFENDANT KEVIN KERNAN'S OBJECTION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

NOW COMES Defendant Kevin Kernan and hereby objects to Plaintiffs' Motion for Summary Judgment on the grounds more particularly set forth in the attached Memorandum.

DEFENDANT KEVIN KERNAN
By his attorney

/s/ Mark A. Charleson
MARK A. CHARLESON, ESQ. (#4406)
928 Park Avenue
Cranston, Rhode Island 02810
(401) 272-8787

Dated: October 16, 2007

**CERTIFICATION**

I hereby certify that I forwarded a true copy of this pleading to James C. Marcello, 152 Cross R. Stetson, Maine 04488, Olivia A. Marcello, 152 Cross R. Stetson, Maine 04488, Betty Barney, 77 Dorr Avenue, East Providence, RI 02915 and Alfred Harris, PO Box 1107, Pawtucket, RI 02862 by regular mail, postage prepaid, this 18th day of October 2007. I further certify that on said date I submitted this pleading to the court's ECF System for electronic service to all other parties of record.

/s/ Mark A. Charleson

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JAMES C. MARCELLO;** | : | |
| **OLIVIA A. MARCELLO** | : | |
| | : | **C.A. NO. 07-055ML** |
| **VS.** | : | |
| | : | |
| **STATE OF RHODE ISLAND, ET AL** | : | |

**DEFENDANT KEVIN KERNAN'S MEMORANDUM IN SUPPORT OF OBJECTION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Defendant Kevin Kernan ("Kernan") is principal owner of Jones Moving & Storage Company, LLC, a Rhode Island limited liability company ("Jones Moving Co."). Plaintiffs' complaint alleges that Kernan was part of a scheme to deprive Plaintiffs of their property and property rights.

Jones Moving Co. was retained by defendant Constable Alfred Harris for the purpose of removing personal property from a house located at 557 Maple Avenue, Barrington, RI, pursuant to an Execution for Trespass and Ejectment order issued by the Sixth Division District Court on August 5, 2003. On or about August 13, 2003 Jones Moving Co. did in fact remove the personal property from the house, stored it at its facility, and ultimately sold said property at a warehouse lien sale pursuant to Rhode Island law.

Prior to the warehouse lien sale, Jones Moving Co. forwarded notice of the warehouse lien sale to James Marcello's last known address, 557 Maple Avenue, Barrington, RI. Notice of the warehouse lien sale was subsequently published in the Providence Journal. Further, Olivia Marcello contacted Jones Moving Co. and was verbally informed of the warehouse lien law. At Mrs. Marcello's request, a letter was

sent to an East Providence address provided by Mrs. Marcello. Said letter provided details of the scheduled sale and further details as to how the warehouse lien sale could be avoided all together. Plaintiff James Marcello failed to retrieve his personal property and failed to make satisfactory arrangements for the continued storage of said personal property. On or about April 22, 2004 the goods were sold pursuant to the warehouse lien law. The sale price for said personal property was less than the amount of the warehouse lien.

Plaintiffs have alleged that Defendant Kernan was part of a grandiose scheme to deprive Plaintiffs of property and civil rights. Defendant Kernan agrees that Jones Moving Co. removed, stored and eventually sold Plaintiff James Marcello's personal possessions. Jones Moving Co. did so under lawful process and with proper notice according to law. Plaintiffs have provided no factual basis and furnished no proof to substantiate Plaintiffs' position that Kernan violated the law or was involved in any wrongdoing.

Kernan has no direct knowledge of the prior legal proceedings that resulted in Plaintiffs' ouster from the Maple Avenue property, however, based on the pleadings provided heretofore, it would appear that Plaintiffs had ample opportunity, but failed to challenge the decision of the Rhode Island Sixth Division District Court with regards to the "trespass and eviction" action filed against the Plaintiffs by Arthur Marcello, executor of the estate of Nicholas Marcello. Plaintiffs' ability to collaterally attack that decision has been foreclosed by Plaintiffs' inaction and the passage of time. Accordingly, the order of the Sixth Division District Court and execution thereon by Constable Harris and Jones Moving Co. was valid and unassailable. Jones Moving Co. sold Plaintiff's

property pursuant to the warehouse lien law after providing Plaintiff James Marcello with notice and an opportunity to redeem and/or make arrangements for the continued storage of the property. Even if the removal of the Plaintiffs' property from the Maple Avenue premises and the subsequent sale took place in violation of law, there is no allegation and no proof that defendant Kernan was aware of or would be responsible for such violation. In short, Plaintiffs have failed to produce any evidence that would tend to substantiate that defendant Kernan is responsible for any alleged wrongdoing. Failure to do so is fatal to Plaintiffs' Motion for Summary Judgment.

Kernan further relies on the position of the State of Rhode Island, insofar as the Plaintiffs have filed successive Motions for Summary Judgment without resolution of the first motion, in violation of *DRI LR 56 (c)*, " (n)o party shall file more than one motion for summary judgment unless the Court otherwise permits for good cause shown."

Kernan further is in accord with the Memorandum in Support of Objection to Plaintiffs' Motion for Summary Judgment filed by Defendants Harmonoff and LaCross. Citing *Fed. R. Civ. P. 56 (c)* and *Davila v. Corporacion De P.R. Para La Difusion Publica, 2007 U.S. App. LEXIS 18693(1st Cir. 2007)* "summary judgment is appropriate only when the record shows that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law." A cursory reading of the complaint and motion for summary judgment reveals conclusory, self serving, unsubstantiated statements that are masked as facts, and none of which, even if unchallenged, would lead to the conclusion that Jones Moving Co., much less Kernan, has done anything wrong.

Accordingly, Defendant Kernan requests that Plaintiffs' Motion for Summary Judgment be denied and dismissed.

DEFENDANT KEVIN KERNAN
By his attorney

/s/ Mark A. Charleson
MARK A. CHARLESON, ESQ. (#4406)
928 Park Avenue
Cranston, Rhode Island 02810
(401) 272-8787

Dated: October 16, 2007

**CERTIFICATION**

I hereby certify that I forwarded a true copy of this pleading to James C. Marcello, 152 Cross R. Stetson, Maine 04488, Olivia A. Marcello, 152 Cross R. Stetson, Maine 04488, Betty Barney, 77 Dorr Avenue, East Providence, RI 02915 and Alfred Harris, PO Box 1107, Pawtucket, RI 02862 by regular mail, postage prepaid, this 16th day of October 2007. I further certify that on October 18, 2007, I submitted this pleading to the court's ECF System for electronic service to all other parties of record.

/s/ Mark A. Charleson