STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

I, Kevin Kernan, Manager of Jones Moving & Storage Company, LLC, do hereby under oath depose and say as follows:

I am the manager and principal of Jones Moving & Storage Company, LLC.

I have personal knowledge of the information set forth in this affidavit.

On or about August 13, 2003, Constable Alfred Harris hired Jones Moving & Storage Company, LLC, to assist Harris with an eviction and the removal of personal property from 557 Maple Avenue, Barrington, RI, pursuant to a Sixth Division District Court order dated August 5, 2003.

Personal property, including furniture and other household goods, were taken from the Maple Avenue property and placed into storage at the Jones Moving & Storage facility.

On or about March 2, 2004, I caused a certified letter to be sent to James Marcello at his last known address (557 Maple Avenue, Barrington). The letter contained notice that a warehouse lien sale of his personal property was scheduled for April 7, 2004. The letter came back undelivered with no forwarding address.

On or about March 5, 2003, a person identifying herself as Olivia Marcello called Jones Moving & Storage to inquire as to the status of the James Marcello property. Mrs. Marcello was advised of the scheduled warehouse lien sale. At Mrs. Marcello's request, a letter dated March 5, 2005, substantially similar to the March 2, 2004 letter, was sent to 26 Tower Ave, East Providence, RI.

The warehouse lien sale was advertised in the Providence Journal on or about March 22, 2004 and on or about April 2, 2004.

On April 7, at the scheduled sale, all interested parties were informed that the sale of the Marcello lot would be postponed to April 22, 2004.

The warehouse lien sale occurred on April 22, 2004; all the Marcello property was sold.

The proceeds of the sale were insufficient to satisfy the warehouse lien amount; there were no excess funds to turn over to James Marcello.

Kevin Kernan, Affiant

Subscribed and sworn to before me in CRANSTON, Rhode Island on this 17 day of OCTOBER, 2007.

Mark A. Charleson
Notary Public
Printed Name: MARK A. CHARLESON
My commission expires: 11/29/08