MPD:fm 07-139

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO AND
OLIVIA A. MARCELLO

VS C.A. NO. 07-055 ML

STATE OF RHODE ISLAND, ET AL

**DEFENDANT DAVID COLEMAN,
PROPRIETOR OF COLEMAN REALTY IN BARRINGTON'S
SUPPLEMENTAL MEMORANDUM IN SUPPORT OF HIS
OBJECTION TO PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT**

As previously indicated, it is the defendant David Coleman's ("Coleman") belief that the plaintiffs' prior filed motion for summary judgment does not relate to him, since none of the motion papers refer to Coleman, nor does the motion seek relief with respect to Coleman.

In any event, to the extent that the motion for summary judgment does, in fact, relate to the defendant Coleman, Coleman hereby incorporates by reference and relies upon the points and authorities set forth by the co-defendants Kiernan Plunkett & Redihan and Resnick Caffrey & Moretti in their responses in opposition to plaintiffs' motion for summary judgment [Documents 146 and 149].

WHEREFORE, the defendant Coleman would respectfully request that to the extent the motion for summary judgment was somehow interpreted to relate to this defendant that the motion be denied.

/s/ Mark Dolan
Mark P. Dolan, Esq. #3280
Rice Dolan & Kershaw
Attorneys for Defendant
*David Coleman, proprietor of
Coleman Realty in Barrington*
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800 Phone
(401) 421-7218 Fax

CERTIFICATION

I hereby certify that the following individuals have received a copy of the within document via regular mail:

James and Olivia Marcello
152 Cross Road
Stetson, ME 04488

Betty Barney
77 Dorr Avenue
East Providence, RI 02915

All other counsel of record have received the within document electronically via the Court's ECF system.

DATED: October 18, 2007

/s/ Mark Dolan___________