UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. MARCELLO AND OLIVIA A. MARCELLO<br>Plaintiff<br><br>v.<br><br>STATE OF RHODE ISLAND, ET AL.<br>Defendant | CIVIL ACTION NO. 07-055 ML |

DEFENDANT, DAVID STRACHMAN'S MOTION TO
AMEND JUDGMENT PURSUANT TO FED. R. CIV. P. 59(e)

Now comes defendant David Strachman, Esq. and asks the Court to amend the judgment entered by the Court on November 5, 2007. The judgment is found as Document 162 in this case.

As grounds for the motion, the defendant states as follows: David Strachman is one of many defendants sued by the plaintiffs. His name appears on the caption and in the body of the original complaint. Service of process was made upon him. In the Court's Order dated November 2, 2007, Chief Judge Steven J. McAuliffe concludes in part as follows:

<u>Conclusion</u>

> For the following reasons as well as those set forth in the parties' respective legal memoranda, the following motions are granted:
>
> . . .
>
> 3. The motion to dismiss filed by David Strachman and McIntyre, Tate, Lynch & Holt (document no. 108, as replaced by document no. 120).

Even if the Motion to Dismiss filed on behalf of defendant, David Strachman were not specifically mentioned, the Court also dismissed the plaintiffs' claims against all remaining defendants.

It was therefore clearly the Court's intention to dismiss the plaintiffs' actions against Attorney David Strachman as well as the law firm of McIntyre, Tate, Lynch & Holt. Unfortunately, however, David Strachman's name does not appear in either the caption or the body of the Judgment entered on November 5, 2007. The defendant believes this to be merely an oversight and asks the Court to amend the Judgment to include the name of David Strachman.

DEFENDANT DAVID STRACHMAN

By his Attorneys,

/s/ Frederick E. Connelly, Jr.

Frederick E. Connelly, Jr., #6772
PEABODY & ARNOLD LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261
(617) 951-2100

CERTIFICATE OF SERVICE

I, Frederick E. Connelly, Jr., hereby certify that I have this 7th day of November, 2007, electronically filed the above document. The document is available for viewing and downloading from the ECF system. I have electronically served a copy of the foregoing upon the defendants through their counsel, as follows:

| | |
|---|---|
| Michael A. DeSisto | michael@desistolaw.com |
| Mark P. Dolan | ricedolan@ricedolan.com |
| James Moretti | jmoretti@resnickandcaffrey.com |
| Thomas A. Palombo | tpalombo@riag.ri.gov |
| Robert W. Smith | rsmith@agglaw.com |

The foregoing document was served upon the following parties via first class mail as follows:

James C. Marcello
152 Cross Road
Stetson, ME 04488

Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

Alfred Harris
P.O. Box 1107
Pawtucket, RI 02862

Betty Barney, RN
77 Dorr Avenue
East Providence, RI 02915

Mark A. Charleson, Esq.
928 Park Avenue
Cranston, RI 02910

/s/ Frederick E. Connelly, Jr.
Frederick E. Connelly, Jr.

PABOS2:FCONNEL:671418_1
14881-92570