**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JAMES C. MARCELLO, OLIVIA
A. MARCELLO,
PLAINTIFFS

vs. C.A. No. 07-55T

CONSTABLE ALFRED HARRIS; JOHN LACROSS;
JUDGE PATRICIA MOORE; JUDGE CLIFTON;
JUDGE SAVAGE; JUDGE KRAUSE; JUDGE MARVIN
HOMONOFF; LORRAINE DEROIS; KIERNAN PLUNKET,
REDIHAN; RESNICK, CAFFREY & MORETTI;
McINTYRE, TATE, LYNCH & HOLT; JOHN A.
DeSANO; BERNARD HEALY; JAMES MORETTI; JEFFREY
F. CAFFREY; DAVID STRACHMAN; DAVID COLEMAN;
KEVIN KERNAN; EVA MARTINELLI; ARTHUR T. MARCELLO;
ARTHUR T. MARCELLO, JR.; THOMAS MARCELLO;
NUNO C. NEVES; NATALIA PAIVA-NEVES;
ALBERT MASTRIANO; BETTY BARNEY; BARRINGTON
PROBATE COURT; STATE OF RHODE ISLAND; DIAMOND
FUNDING CORPORATION,
Defendants

## AMENDED JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Judgment hereby enters in favor of all Defendants Constable Alfred Harris, John Lacross, Judge Patricia Moore, Judge Clifton, Judge Savage, Judge Krause, Judge Marvin Homonoff, Lorraine Derois, Kiernan Plunket, Redihan, Resnick, Caffrey & Moretti, McIntyre, Tate, Lynch & Holt, John A. DeSano, Bernard Healy, James Moretti, Jeffrey F. Caffrey, David Strachman, David Coleman, Kevin Kernan, Eva Martinelli, Arthur T. Marcello, Arthur T. Marcello, Jr., Thomas Marcello, Nuno C. Neves, Natalia Paiva-Neves, Albert Mastriano, Betty Barney, Barrington Probate Court, State of Rhode Island, and, Diamond Funding Corporation in

accordance with the November 2nd, 2007 Order issued by Judge Steven J. McAuliffe and against the Plaintiffs James C. Marcello and Olivia A. Marcello.

Enter:

Deputy Clerk

Dated: November 13th, 2007