UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

JAMES C. & OLIVIA A. MARCELLO

Plaintiffs

vs. **CA NO: 07-055 ML**

STATE OF RHODE ISLAND, ET AL

Defendants

**OBJECTION TO DCNH JUDGE MCAULIFFE ORDER & JUDGMENT**

**AND MOTION FOR REMAND OF ENTIRE CAUSE**

Plaintiffs, James C and Olivia A Marcello, hereby object to the labeled Order and Judgment (doc # 161 & 162) respectively dated 11/2+5/2007, of Judge Steven J McAuliffe, Judge of the District Court of New Hampshire and assigns grounds as follows:

1. that the Referral Order of DCRI Judge Lisi 4/13/07 (doc # 31) alledging an emergency and transferr to the district of New Hampshire arises out of fraud by non-necessity and deliberated to an improper district or division not constituting an "adjoining state" as within the terms of the statute **See Lewis v. Johnson, C.C.Wash. 1898, 90 F. 673.**;

2. that the said tranferr works delay and denial of justice;

3. that the said order and judgment of district of New Hampshire of Judge McAuliffe and the proceeding therein, are coram non juris and void.

Therefore, Plaintiffs respectfully request that the order and judgment be vacated and set aside for being void; that the Motion for the Remand of Entire Cause be granted; that a local judge of DCRI be made available; and such other and further relief as to the circumstance and justice may require.

Respectfully submitted,

PLAINTIFFS * IN PRO SE

JAMES C. MARCELLO
OLIVIA A. MARCELLO

/s/ James C. Marcello

/s/ Olivia A. Marcello

James & Olivia Marcello
152 Cross Rd.
Stetson, ME 04488
207 296 3433

**CERTIFICATION**

I, the undersigned, hereby certify that I have mailed a conformed copy of the following:

1. OBJECTION TO DCHN JUDGE MCAULIFFE ORDER & JUDGMENT
2. AND MOTION FOR REMAND OF ENTIRE CAUSE
3. 
4. 
5. 

by regular U.S. Mail, postage prepaid, on the **10th** day of **November**, **2007**, to counsels of record and parties as indicated below:

Michael DeSisto,esq
211 Angell St
Providence RI 02906

Robert Smith,esq
155 S Main St
Providence RI 02903

Thomas Palombo,esq
150 S Main St
Providence RI 02903

Mark Dolan,esq
175 Westminister St
Providence RI 02903

James Moretti,esq
300 Centerville Rd
Warwick RI 02886

Mark Charleson,esq
928 Park Avenue
Cranston RI 02910

Frederick Connelly,jr,esq
30 Rowes Wharf
Boston MA 02110

Alfred Harris
287 Rand St - Box 1107
Central Falls RI 02862

Betty Barney
77 Dorr Avenue
E Providence RI 02915

/s/ James C. Marcello