UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO :
OLIVIA A. MARCELLO

VS. : C.A. NO. 07-055 ML

STATE OF RHODE ISLAND, ET AL :

OBJECTION OF THE DEFENDANTS, KIERNAN, PLUNKETT & REDIHAN, JOHN A. DESANO, BERNARD P. HEALY, ARTHUR T. MARCELLO, ARTHUR T. MARCELLO, JR., THOMAS MARCELLO, ALBERT MASTRIANO AND, TO THE EXTENT NAMED AS DEFENDANTS, ALL LAWYERS IN KIERNAN, PLUNKETT & REDIHAN, TO PLAINTIFFS' MOTION TO REMAND THIS CASE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

Now come the defendants, Kiernan, Plunkett & Redihan, John A. DeSano, Bernard P. Healy, Arthur T. Marcello, Arthur T. Marcello, Jr., Thomas Marcello, Albert Mastriano and, to the extent named as defendants, all lawyers in Kiernan, Plunkett & Redihan, and hereby object to the plaintiffs' motion to remand this case back to the United States District Court for the District of Rhode Island, as more particularly set forth in the accompanying memorandum.

Defendants, Kiernan, Plunkett & Redihan,
John A. DeSano, Bernard P. Healy, Arthur
T. Marcello, Jr., Thomas Marcello, Albert
Mastriano and, to the extent named as
defendants, all lawyers in Kiernan, Plunkett
& Redihan
By their Attorney,

s/ Robert W. Smith

Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
401-751-1500
FAX: 401-751-4124
e-mail: rsmith@agglaw.com

# CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on November 20, 2007; that it is available for viewing and downloading from the ECF system, and that all counsel of record will receive notice via the ECF system.

Notice by other means will be sent to:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, Maine 04488

Alfred Harris pro se
P.O. Box 1107
Pawtucket, Rhode Island 02862

Betty Barney, pro se
77 Dorr Avenue
East Providence, Rhode Island 02915

Kevin Kernan, President
Jones Moving & Storage
59 Central Street
Providence, Rhode Island 02903

Ava M. Martinelli, President and Treasurer
Diamond Funding Corp.
872 Park Avenue
Cranston, Rhode Island 02910

s/ Robert W. Smith
Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
401-751-1500
FAX: 401-751-4124
e-mail: rsmith@agglaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO :
OLIVIA A. MARCELLO

VS. : C.A. NO. 07-055 ML

STATE OF RHODE ISLAND, ET AL :

MEMORANDUM OF THE DEFENDANTS, KIERNAN, PLUNKETT & REDIHAN, JOHN A. DESANO, BERNARD P. HEALY, ARTHUR T. MARCELLO, ARTHUR T. MARCELLO, JR., THOMAS MARCELLO, ALBERT MASTRIANO AND, TO THE EXTENT NAMED AS DEFENDANTS, ALL LAWYERS IN KIERNAN, PLUNKETT & REDIHAN, IN SUPPORT OF THEIR OBJECTION TO PLAINTIFFS' MOTION FOR REMAND OF ENTIRE CASE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

As this Court noted in Chief Judge McAuliffe's November 2, 2007, order dismissing plaintiffs' actions against all defendants, plaintiffs have a long history of conduct that has been characterized as "abusive and obstructive, in addition to having been found to have 'manifested a disregard for orders of the court.'" The plaintiffs are now suggesting that Judge Lisi's referral of this case to this Court arose out of fraud. Plaintiffs' motion for remand of this entire case, together with their objection to this Court's order and judgment is another example of plaintiffs' frivolous, baseless and incoherent filings. Plaintiffs' motion should be summarily denied.

Defendants, Kiernan, Plunkett & Redihan, John A. DeSano, Bernard P. Healy, Arthur T. Marcello, Jr., Thomas Marcello, Albert Mastriano and, to the extent named as defendants, all lawyers in Kiernan, Plunkett & Redihan
By their Attorney,

s/ Robert W. Smith

Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
401-751-1500
FAX: 401-751-4124
e-mail: rsmith@agglaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on November 20, 2007; that it is available for viewing and downloading from the ECF system, and that all counsel of record will receive notice via the ECF system.

Notice by other means will be sent to:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, Maine 04488

Alfred Harris pro se
P.O. Box 1107
Pawtucket, Rhode Island 02862

Betty Barney, pro se
77 Dorr Avenue
East Providence, Rhode Island 02915

Kevin Kernan, President
Jones Moving & Storage
59 Central Street
Providence, Rhode Island 02903

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on November 20, 2007; that it is available for viewing and downloading from the ECF system, and that all counsel of record will receive notice via the ECF system.

Notice by other means will be sent to:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, Maine 04488

Alfred Harris pro se
P.O. Box 1107
Pawtucket, Rhode Island 02862

Betty Barney, pro se
77 Dorr Avenue
East Providence, Rhode Island 02915

Kevin Kernan, President
Jones Moving & Storage
59 Central Street
Providence, Rhode Island 02903

Ava M. Martinelli, President and Treasurer
Diamond Funding Corp.
872 Park Avenue
Cranston, Rhode Island 02910

s/ Robert W. Smith
Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
401-751-1500
FAX: 401-751-4124
e-mail: rsmith@agglaw.com