UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. & OLIVIA A. MARCELLO

Plaintiffs

vs. **CA NO: 07-055 ML**

STATE OF RHODE ISLAND, ET AL

Defendants

**MOTION TO AMEND ORDER AND JUDGMENT**

Now Comes the Plaintiffs, James C and Olivia A Marcello, and asks leave of Court, by reason of the question of jurisdiction, to amend the Order dated 11/2/2007 and Judgment dated 11/5/2007 (see docs. ## 161 + 162) entered by the District Court of New Hampshire Judge Steven J. McAuliffe for the above captioned matter filed in the District Court of Rhode Island.

Plaintiffs respectfully amend as follows:

1. that the order at conclusion page 23 shall read: "the clerk of Court shall enter judgment ... Without Prejudice."

2. that the judgment at page 1 shall read: "Judgment hereby enters ... Olivia A. Marcello Without Prejudice.

Respectfully submitted,

**PLAINTIFFS * IN PRO SE**

JAMES C. MARCELLO
OLIVIA A. MARCELLO

/s/ James C. Marcello

/s/ Olivia A. Marcello

James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488
(207) 296-3433

Respectfully submitted,

PLAINTIFFS * IN PRO SE

JAMES C. MARCELLO
OLIVIA A. MARCELLO

/s/ James C. Marçello

/s/ Olivia A. Marcello

James & Olivia Marcello
152 Cross Rd.
Stetson, ME 04488
207 296 3433

**CERTIFICATION**

I, the undersigned, hereby certify that I have mailed a conformed copy of the following:

1. MOTION TO AMEND ORDER AND JUDGMENT
2. ______
3. ______
4. ______
5. ______

by regular U.S. Mail, postage prepaid, on the **15th day of November, 2007,** to counsels of record and parties as indicated below:

Michael DeSisto,esq
211 Angell St
Providence RI 02906

Robert Smith,esq
155 S Main St
Providence RI 02903

Thomas Palombo,esq
150 S Main St
Providence RI 02903

Mark Dolan,esq
175 Westminister St
Providence RI 02903

James Moretti,esq
300 Centerville Rd
Warwick RI 02886

Mark Charleson,esq
928 Park Avenue
Cranston RI 02910

Frederick Connelly,jr,esq
30 Rowes Wharf
Boston MA 02110

Alfred Harris
287 Rand St - Box 1107
Central Falls RI 02862

Betty Barney
77 Dorr Avenue
E Providence RI 02915

/s/ James C. Marcello