UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. & OLIVIA A. MARCELLO

Plaintiffs

vs. **CA NO: 07-055 ML**

STATE OF RHODE ISLAND, ET AL

Defendants

**MOTION FOR LEAVE TO OPEN THE JUDGMENT**

Now come Plaintiffs, James C. Marcello and Olivia A. Marcello, and hereby Motions for Leave to Open the Judgment (doc. # 162) respectfully dated November 5, 2007.

Plaintiffs inferr that they have a good and meritorious cause of action and assigns the following basis in law:

**Grounds in Law**

1. That the Order signed on April 21, 2003 by Defendant Judge Marvin Homonoff, admitting the "last" Will of Plaintiff's father Nicholas F. Marcello dated March 6, 2002, and appointing Defendant Arthur T. Marcello as Executor of the Estate, is entirely **Void** for want of jurisdiction over subject matter and person plaintiff James C. Marcello named as defendant at the time for notice lacking as required under **RIGL § 33-22-7,** a copy of said order hereby annexed and viewed both as **ADD:** 1 and Exhibit A of said plaintiff's RICO Complaint.

2. Plaintiff's inferr in law that because the said Order of Barrington Probate Court, that is void for want of subject matter or of the person defendant and purports to probate a will and appoint an executor of an estate, legally admitts no will into probate and appoints no executor to an estate, and "...cannot be vitalized by any subsequent action of the parties,... **Owens v. Cocroft, 14 Ga. App. 322, 80 S.E. 906,907.**"

3. and that the said void order of Barrington Probate constitutes in law that the decedent died **intestate**, and that the real and personal property of said decedent left behind constitutionally falls into the legal ownership of said decedent's children or child, as the case may be, **(4 Kent Comm. p 375) "ARK--McClelland v Lowry, 21 Ark. 452"**, "The right to an inheritance is transmitted immediately to the heirs by operation of law, at the moment of the death of their predecessor in interest. **PH--Caballo v Dandoy, 27 Philippine 606.**"

4. Plaintiff James C. Marcello is the only son and child of decedent Nicholas F. Marcello, a copy of plaintiff's birth certificate is hereby annexed and viewed at **ADD: 2.**

5. Decedent Nicholas F. Marcello died on September 28, 2002, a copy of his death certificate is hereby annexed and viewd at **ADD: 3.**

6. That Defendant Arthur T. Marcello acted under said void order of Barrington Probate and illegally evicted, arrested, and false imprisoned said plaintiff James C. Marcello on August 13, 2003 and again on December 10, 2003 who resided at his deceased father's property, and subsequently committed larceny of ($200,000.00) in antiques, etc., and furthermore commited larceny of the ($500,000.00) real estate property on February 6, 2004.

## Conclusion

Therefore, for the reasons set forth above, plaintiffs respectfully request that the judgment be opened and vacated; that the Court may review and rule upon the Summary Judgment enclosed against Defendant Arthur T Marcello for charges of Embezzlement and Fraudulent Conversion under RIGL § 11-41-3; and that the court may grant such other and further relief as to the circumstance and justice may require.

Respectfully submitted,

PLAINTIFFS * IN PRO SE

JAMES C. MARCELLO
OLIVIA A. MARCELLO

/s/ James C. Marcello

/s/ Olivia A. Marcello

James & Olivia Marcello
152 Cross Rd.
Stetson, ME 04488
207 296 3433

**CERTIFICATION**

I, the undersigned, hereby certify that I have mailed a conformed copy of the following:

1. MOTION FOR LEAVE TO OPEN THE JUDGMENT
2. ADDENDUM (1-3)
3. ________
4. ________
5. ________

by regular U.S. Mail, postage prepaid, on the **15th** day of **November**, 2007, to counsels of record and parties as indicated below:

Michael DeSisto,esq
211 Angell St
Providence RI 02906

Robert Smith,esq
155 S Main St
Providence RI 02903

Thomas Palombo,esq
150 S Main St
Providence RI 02903

Mark Dolan,esq
175 Westmininster St
Providence RI 02903

James Moretti,esq
300 Centerville Rd
Warwick RI 02886

Mark Charleson,esq
928 Park Avenue
Cranston RI 02910

Frederick Connelly,jr,esq
30 Rowes Wharf
Boston MA 02110

Alfred Harris
287 Rand St - Box 1107
Central Falls RI 02862

Betty Barney
77 Dorr Avenue
E Providence RI 02915

/s/ James C. Marcello

# ADDENDUM

STATE OF RHODE ISLAND
BRISTOL, SC.

PROBATE COURT OF THE
TOWN OF BARRINGTON

ESTATE OF NICHOLAS F. MARCELLO, : No. 5148
a/k/a NICHOLAS RUDOLPH MARCELLO :

**ORDER**

This matter came before the Probate Court of the Town of Barrington on April 7, 2003, upon the petition of Arthur Marcello for admission to probate as the Last Will and Testament of Nicholas F. Marcello that instrument dated March 6, 2002, together with the appointment of Arthur Marcello as Executor pursuant to said Last Will and Testament and the motion of Arthur Marcello for assessment of penalties and fees against James C. Marcello. After hearing thereon and consideration thereof, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. the Last Will and Testament of Nicholas F. Marcelo a/k/a Nicholas Rudolph Marcello dated March 6, 2002, may be and hereby is admitted to Probate as the Last Will and Testament of the decedent.

2. Arthur Marcello is hereby appointed Executor of the Estate of Nicholas F. Marcello a/k/a Nicholas Rudolph Marcello and shall file a bond in the principal sum of $600,000 without surety.

3. The motion to Arthur Marcello for assessment of penalties and/or fees against James C. Marcello is continued to the probate calendar of June 2, 2003.

4. Arthur Marcello, through his attorneys, did duly notify James C. Marcello of the within hearing by certified and ordinary mail sent January 10, 2003; January 16, 2003; February 7, 2003; and March 5, 2003.

ENTER

[signature]
4/21/03

PER ORDER

Lorraine A. DeBrois
Probate Clerk

CERTIFICATION OF VITAL RECORD

STATE OF RHODE ISLAND
AND
PROVIDENCE PLANTATIONS

TE
ULLY
LEGAL
D AND
BE
IENTLY
ED
LAINLY
FADING
K
S TO BE
TE AND
RATE
NT MUST
SONALLY
E FORM
ED FOR
HILD IF
E BIRTH
THER'S
DDRESS
ON 21B

# RHODE ISLAND DEPARTMENT OF HEALTH

Division of Vital Statistics

CERTIFICATE OF BIRTH

Birth No. 4295

State File No. 951

City or Town No. 933

**1. PLACE OF BIRTH:** STATE OF RHODE ISLAND
(a) County
(b) City or town Providence, R.I.
(c) Name of hospital or institution: Providence Lying-in Hospital
(If not in hospital or institution, give street number or location)
(d) Mother's stay before delivery:
In hospital or institution ... days ... hrs.

**2. USUAL RESIDENCE OF MOTHER:**
(a) State R.I.
(b) County
(c) City or town Providence 7
(d) Street No. [redacted]
(If rural, give location)

3. Full name of child James Christian Marcello
(If child is not yet named, make supplemental report, as directed)

4. (a) Sex male
4. (b) Color wh
5. Twin or triplet
If so, born 1st, 2nd, or 3rd
6. Number weeks of pregnancy 40
7. If stillborn: see other side
8. Date of birth [redacted] (Month, day, year)

**FATHER OF CHILD**
9. Full name Rudolph Marcello
10. Color or race wh 11. Age at time of this birth 33 yrs.
12. Birthplace Barrington R.I.
(City, town, or county) (State or foreign country)
13. Usual occupation Carpenter 121
14. Industry or business

**MOTHER OF CHILD**
15. Full maiden name Lucia ~~Louise~~ Ruggieri
16. Color or race wh 17. Age at time of this birth 27 yrs.
18. Birthplace Prov. R.I.
(City, town, or county) (State or foreign country)
19. Usual occupation housekeeper own home
20. Industry or business

21. (a) Father's usual residence: [redacted]

21. (b) Mother's mailing address for registration notice: [redacted]

22. OTHER Children Born To This Mother
(a) How many other children of this mother are now living? 1 3
(b) How many other children were born alive but are now dead? 0 1
(c) How many children were born dead? 1 0

**CERTIFICATE OF ATTENDING PHYSICIAN OR MIDWIFE**

I hereby certify that I attended the birth of this child, who was alive (Born alive or stillborn) 1:06 a.m. on the date above stated, and that the information given was furnished by ... related to this child as ...

(When there was no attending physician or midwife, then the parent, householder, etc., should make this return.)

Attendant's own signature [signature] M.D.
Date signed 2/7/54
(M.D., midwife, father, etc.)
Address 160 Waterman St.

Given name added from a supplemental report ... 1954
(Date of)

Filed [redacted] 19 ...
(Date received by local registrar)

Local Registrar    Local Registrar

VS 30-2M-5-53    FILL IN COMPLETE INFORMATION ON REVERSE SIDE

I hereby certify that this is a true and exact copy of the document officially registered and placed on file in the issuing office.

03503715

Issuing Office ______    Date of Issuance JAN ...

Signature of Registrar ______

THIS COPY VALID ONLY IF ISSUED ON PAPER WITH ENGRAVED BORDER DISPLAYING RAISED SEAL AND SIGNATURE OF STATE OR LOCAL REGISTRAR.

VS-81

2

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

CERTIFICATION OF VITAL RECORD

# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

PLANS MUST COMPLETE SHADED ONLY. FUNERAL HOME MUST COMPLETE UNSHADED AREAS

2002-58
LOCAL FILE NUMBER

RHODE ISLAND DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

STATE FILE NUMBER

**DECEDENT**

1. DECEASED — FIRST NAME / MIDDLE / LAST: Rudolph Nicholas Marcello
2. SEX: Male
3. DATE OF DEATH (Month, day, year): [illegible]
4a. HOSPITAL OR OTHER INSTITUTION — NAME (If not in either, give street and number): [redacted]
4b. CITY, TOWN, OR LOCATION OF DEATH: Barrington
5a. AGE — LAST BIRTHDAY (Years): 82
5b. UNDER 1 YEAR (MOS / DAYS)
5c. UNDER 1 DAY (HOURS / MIN)
6. DATE OF BIRTH (Month, day, year): [redacted]
7. BIRTHPLACE (City and State or Foreign Country): Barrington
8. WAS DECEDENT EVER IN U.S. ARMED FORCES? (Specify Yes or No) NAME WAR: yes WWII
9a. RACE — Am. Indian, Black, White, etc. (Specify): White
9b. ETHNIC ORIGIN — Cuban, Mexican, P. Rican, Hmong, Laotian, etc. (Specify): Italian
10. MARRIED, NEVER MARRIED, WIDOWED, DIVORCED (Specify): Divorced
11. SPOUSE (If wife, give maiden name): no
12. SOCIAL SECURITY NUMBER: [redacted]
13a. USUAL OCCUPATION (Give kind of work done during most of working life. Do NOT use retired): Owner-operator
13b. KIND OF BUSINESS OR INDUSTRY: Construction
14a. RESIDENCE ADDRESS (House number, street name): [redacted]
14b. CITY OR TOWN OF RESIDENCE, STATE & ZIP CODE: Barrington RI 02806
15. MAILING ADDRESS — If different from residence address in item above (P.O. Box, RR, City/Town or Village, State, Zip Code)

**PARENTS**

16. FATHER — FIRST NAME / MIDDLE / LAST: Peter Marcello
17. MOTHER — FIRST NAME / MIDDLE / MAIDEN NAME: Jennie DelSanto

18a. INFORMANT — NAME: James C. Marcello
18b. MAILING ADDRESS (Street or R.F.D. Number, City or Town, State, Zip Code): [redacted] Stetson Maine 04488

**DISPOSITION**

19a. BURIAL, CREMATION, DONATION, OTHER (Specify): Burial
19b. PLACE OF DISPOSITION (Name of cemetery, crematory, or other place) / CITY OR TOWN / STATE: Santa Maria del Campo Cemetery
20a. SIGNATURE OF FUNERAL HOME LICENSEE: William R. Watson
20b. FUNERAL HOME — NAME: W. Raymond Watson
20c. FUNERAL HOME/DIR LICENSE NUMBER: 94
20d. FUNERAL HOME ADDRESS (Street or R.F.D. Number, City or Town, State, Zip Code): [redacted] East Prov. RI 02914

ITEMS BELOW TO BE COMPLETED BY CERTIFYING PHYSICIAN ONLY

**CERTIFIER**

21a. To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) stated (Signature): [signature]
DEGREE OR TITLE
21b. RI LICENSE NUMBER: 4858
21c. DATE SIGNED (Month, day, year): 9-30-02
22. NAME OF CERTIFIER (Type or print): F. Capizzo
23. IF HOSP. OR INST. Indicate DOA, OP/Emer. Rm., Inpatient (Specify)
24. HOUR OF DEATH (If unknown, so state): 8 AM
25. ADDRESS OF CERTIFIER (Street or R.F.D. Number, City or Town, State, Zip Code): 147 County Rd Barrington RI
26. WAS DEATH REFERRED TO MEDICAL EXAMINER (Specify Yes or No): NO
27a. NAME AND ADDRESS OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (Type or Print): /
27b. LENGTH OF ATTENDANCE (Specify) (Hrs., days, mos., yrs.): 2

**REGISTRAR**

28a. REGISTRAR (Signature): [signature]
28b. FILE DATE & DATE RECEIVED BY REGISTRAR (Month, day, yr.): Oct. 1, 2002

**CAUSE OF DEATH**

29. PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure.

Approximate Interval Between Onset and Death

IMMEDIATE CAUSE (Final disease or condition resulting in death)
a. Cardiopulm Arrest
DUE TO (OR AS A CONSEQUENCE OF):
b. CAD c/o MI
DUE TO (OR AS A CONSEQUENCE OF):
c. COPD
DUE TO (OR AS A CONSEQUENCE OF):
d. CVA

Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.
30a. AUTOPSY (Yes or No): No
30b. If yes, were findings considered in determining cause of death?

31a. ACCIDENT (Specify)
31b. DATE OF INJURY (Mo., day, yr.)
31c. HOUR OF INJURY
31d. DESCRIBE HOW INJURY OCCURRED
31e. INJURY AT WORK
31f. PLACE OF INJURY — At home, farm, street, factory, office building, etc. (Specify)
31g. LOCATION — STREET OR R.F.D. NUMBER / CITY OR TOWN / STATE

RI Law requires Funeral Director to file this certificate with the City or Town Clerk at the Place of Death within 7 days.

I hereby certify that this is a true and exact copy of the document officially registered and placed on file in the issuing office.

90604

Issuing Office: TOWN OF BARRINGTON, RI

Date of Issuance: OCT - 1 2002

Signature of Registrar: [signature]

THIS COPY VALID ONLY IF ISSUED ON PAPER WITH ENGRAVED BORDER DISPLAYING RAISED SEAL AND SIGNATURE OF STATE OR LOCAL REGISTRAR.

VS-81

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

239