UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. MARCELLO AND OLIVIA A. MARCELLO<br>Plaintiff<br><br>v.<br><br>STATE OF RHODE ISLAND, ET AL.<br>Defendant | CIVIL ACTION NO. 07-055 ML |

DEFENDANTS, DAVID STRACHMAN AND MCINTYRE, TATE, LYNCH & HOLT'S MOTION FOR ORDER PROHIBITING THE PLAINTIFFS FROM FILING ADDITIONAL PLEADINGS

Now come defendants David Strachman and McIntyre, Tate, Lynch & Holt (two of many in this case) and move this Court to prohibit the plaintiffs from filing any additional motions or pleadings. As grounds the defendants argue that the Court entered judgment for all defendants on November 5, 2007.[1]

Despite the Court's decision, the plaintiffs have chosen to act as if the judgment had never been entered, filing five motions since that date.

As has been their modus operandi in prior suits, the plaintiffs chose not to file an appeal by the 30 day deadline, which was December 5, 2007 for all defendants other than David Strachman. That deadline passed on December 13, 2007.

This motion is necessitated by the Court's apparent willingness to accept the plaintiffs' motions for filing. Despite posting a message on the U.S. District Court for the District of Rhode Island's electronic filing cite as follows: WARNING: CASE CLOSED 11/05/2007, the

[1] The Court's original judgment was amended on November 13, 2007 to include defendant, David Strachman.

plaintiffs' recent filings have been given a docket number. Further, with each electronic filing the Court instructs the defendants as to the date that responses are due. It is not clear whether this is an automatic function of the system or whether the Court has actually decided to accept the plaintiffs' recent pleadings for filing.

In its order dated November 2, 2007 the Court wrote, in part, in describing the plaintiffs: "Their reputation in the federal forum is poor and their litigation conduct has been characterized as abusive and obstructive." The Court also cited a prior decision concerning the plaintiffs as follows: "They have been found to have manifested a disregard for orders of the Court" and "have acted in flagrant derogation of a direct order of the Court."

The Court concluded its order by writing that while it is clear that plaintiffs do not, and likely will never accept the various decisions by the Court, it is time for plaintiffs to at least recognize that this dispute has been fully resolved. Unfortunately, the Court's premonition proved accurate.

The defendants therefore ask the Court to specifically order the plaintiffs not to file any more pleadings or motions in this case. Although, given the plaintiffs' history in this and prior cases, sanctions may not work to curtail their behavior, they are the appropriate next step under the circumstances. Therefore, the defendants ask that the plaintiffs be ordered to pay sanctions if they file any additional pleadings or motions. Pursuant to Federal Rule 11, sanctions are also sought in a separate motion which has been served upon the plaintiffs.

DEFENDANTS DAVID STRACHMAN
AND MCINTYRE, TATE, LYNCH & HOLT

By their Attorneys,

/s/ Frederick E. Connelly, Jr.
Frederick E. Connelly, Jr., #6772
PEABODY & ARNOLD LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261
(617) 951-2100

CERTIFICATE OF SERVICE

I, Frederick E. Connelly, Jr., hereby certify that I have this ___ day of December, 2007, electronically filed the above document. The document is available for viewing and downloading from the ECF system. I have electronically served a copy of the foregoing upon the defendants through their counsel, as follows:

| | |
|---|---|
| Michael A. DeSisto | michael@desistolaw.com |
| Mark P. Dolan | ricedolan@ricedolan.com |
| James Moretti | jmoretti@resnickandcaffrey.com |
| Thomas A. Palombo | tpalombo@riag.ri.gov |
| Robert W. Smith | rsmith@agglaw.com |

The foregoing document was served upon the following parties via first class mail as follows:

James C. Marcello
152 Cross Road
Stetson, ME 04488

Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

Alfred Harris
P.O. Box 1107
Pawtucket, RI 02862

Betty Barney, RN
77 Dorr Avenue
East Providence, RI 02915

Mark A. Charleson, Esq.
928 Park Avenue
Cranston, RI 02910

/s/ Frederick E. Connelly, Jr.
Frederick E. Connelly, Jr.

PABOS2:FCONNEL:673286_1
14881-92570