MPD:fm 07-139

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO AND
OLIVIA A. MARCELLO

VS C.A. NO. 07-055 ML

STATE OF RHODE ISLAND, ET AL

**DEFENDANT DAVID COLEMAN,
PROPRIETOR OF COLEMAN REALTY IN BARRINGTON'S
OBJECTION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND
OBJECTION TO DCNH JUDGE MCAULIFFE'S ORDER & JUDGMENT
AND MOTION FOR REMAND OF ENTIRE CASE**

Defendant David Coleman hereby objects to plaintiffs' motion for leave to amend objection to DCNH Judge McAuliffe's Order and Judgment and motion for remand of entire case. In support of the objection, defendant submits the attached memorandum.

/s/ Mark Dolan
Mark P. Dolan, Esq. #3280
Rice Dolan & Kershaw
Attorneys for Defendant
*David Coleman, proprietor of
Coleman Realty in Barrington*
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800 Phone
(401) 421-7218 Fax

CERTIFICATION

I hereby certify that the following individuals have received a copy of the within document via regular mail:

James and Olivia Marcello
152 Cross Road
Stetson, ME 04488

Betty Barney
77 Dorr Avenue
East Providence, RI 02915

All other counsel of record have received the within document electronically via the Court's ECF system.

DATED: December 18, 2007 /s/ Mark Dolan

MPD:fm 07-139

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO AND
OLIVIA A. MARCELLO

VS C.A. NO. 07-055 ML

STATE OF RHODE ISLAND, ET AL

**MEMORANDUM IN SUPPORT OF DEFENDANT DAVID COLEMAN, PROPRIETOR OF COLEMAN REALTY IN BARRINGTON'S OBJECTION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND OBJECTION TO DCNH JUDGE MCAULIFFE'S ORDER & JUDGMENT AND MOTION FOR REMAND OF ENTIRE CASE**

Defendant David Coleman has now objected to plaintiffs' motion for leave to amend objection to DCNH Judge McAuliffe's Order and Judgment and motion for remand of entire case. It is unclear as to the basis for the plaintiffs' motion and the reasons therefore. However, it is uncontroverted that the Court's prior Order was appropriate, is in no further need for clarification, and the plaintiffs' motion to amend and remand should now be denied.

__/s/ Mark Dolan_______________

Mark P. Dolan, Esq. #3280
Rice Dolan & Kershaw
Attorneys for Defendant
*David Coleman, proprietor of*
*Coleman Realty in Barrington*
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800 Phone
(401) 421-7218 Fax

CERTIFICATION

I hereby certify that the following individuals have received a copy of the within document via regular mail:

James and Olivia Marcello
152 Cross Road
Stetson, ME 04488

Betty Barney
77 Dorr Avenue
East Providence, RI 02915

All other counsel of record have received the within document electronically via the Court's ECF system.

DATED: December 18, 2007

/s/ Mark Dolan___________