MPD:fm 07-139

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO AND
OLIVIA A. MARCELLO

VS C.A. NO. 07-055 ML

STATE OF RHODE ISLAND, ET AL

**DEFENDANT DAVID COLEMAN,**
**PROPRIETOR OF COLEMAN REALTY IN BARRINGTON'S**
**MOTION FOR ORDER PROHIBITING THE PLAINTIFFS**
**FROM FILING ADDITIONAL PLEADINGS**

Defendant David Coleman hereby moves for the Court to enter an Order prohibiting the plaintiffs from filing any additional motions or pleadings. Defendant joins in support of the motion filed by defendants David Strachman and McIntyre, Tate, Lynch & Holt (doc. #173) in this regard.

/s/ Mark Dolan
Mark P. Dolan, Esq. #3280
Rice Dolan & Kershaw
Attorneys for Defendant
*David Coleman, proprietor of*
*Coleman Realty in Barrington*
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800 Phone
(401) 421-7218 Fax

CERTIFICATION

I hereby certify that the following individuals have received a copy of the within document via regular mail:

James and Olivia Marcello
152 Cross Road
Stetson, ME 04488

Betty Barney
77 Dorr Avenue
East Providence, RI 02915

All other counsel of record have received the within document electronically via the Court's ECF system.

DATED: December 14, 2007 /s/ Mark Dolan

MPD:fm 07-139

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO AND
OLIVIA A. MARCELLO

VS C.A. NO. 07-055 ML

STATE OF RHODE ISLAND, ET AL

**MEMORANDUM IN SUPPORT OF DEFENDANT DAVID COLEMAN, PROPRIETOR OF COLEMAN REALTY IN BARRINGTON'S OBJECTION TO PLAINTIFFS' MOTION FOR LEAVE TO OPEN THE JUDGMENT**

Defendant David Coleman has now objected to plaintiffs' motion for leave to open the judgment (doc. #162) dated November 5, 2007. Plaintiffs' motion to open the judgment should be denied since there is no just reason to open the judgment which was appropriately entered by the Court.

__/s/ Mark Dolan________________

Mark P. Dolan, Esq. #3280
Rice Dolan & Kershaw
Attorneys for Defendant
*David Coleman, proprietor of Coleman Realty in Barrington*
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800 Phone
(401) 421-7218 Fax

CERTIFICATION

I hereby certify that the following individuals have received a copy of the within document via regular mail:

James and Olivia Marcello
152 Cross Road
Stetson, ME 04488

Betty Barney
77 Dorr Avenue
East Providence, RI 02915

All other counsel of record have received the within document electronically via the Court's ECF system.

DATED: December 14, 2007

/s/ Mark Dolan___________