UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. & OLIVIA A. MARCELLO

Plaintiffs

vs. **CA NO: 07-055 ML**

STATE OF RHODE ISLAND, ET AL

Defendants

**MOTION FOR RELIEF FROM JUDGMENT OR ORDER**

Now comes Plaintiffs, James C. Marcello and Olivia A. Marcello (collectively, the "Marcellos" or "Plaintiffs) and, pursuant to Rule 60(b)(1)-(6) of the Federal Rules of Civil Procedure, hereby move to vacate the Order dated 11/2/2007 (doc. # 161) signed by Chief Judge Steven J. McAuliffe of the U.S. District Court of New Hampshire, and to vacate the Judgment dated November 5, 2007 (doc. # 162) signed by Deputy Clerk Ryan H. Jackson of the U.S. District Court of Rhode Island. For reasons set forth, Plaintiffs respectfully submit the accompanying Memorandum of Law.

WHEREFORE, Plaintiffs respectfully request that the Motion for Relief from Judgment or Order be granted; that the Order and Judgment be vacated for being void for want of jurisdiction and obtained by fraud, etc.; and such other and further relief a justice may require.

Respectfully submitted,

**PLAINTIFFS * IN PRO SE**

JAMES C. MARCELLO
OLIVIA A. MARCELLO

/s/ James C. Marcello
/s/ Olivia A. Marcello

James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488
(207) 296-3433

Respectfully submitted,

PLAINTIFFS * IN PRO SE

JAMES C. MARCELLO
OLIVIA A. MARCELLO

/s/ James C. Marcello

/s/ Olivia A. Marcello

James & Olivia Marcello
152 Cross Rd.
Stetson, ME 04488
207 296 3433

## CERTIFICATION

I, the undersigned, hereby certify that I have mailed a conformed copy of the following:

1. MOTION FOR RELIEF FROM JUDGMENT OR ORDER
2. __________
3. __________
4. __________
5. __________

by regular U.S. Mail, postage prepaid, on the **12th** day of **February**, 2008, to counsels of record and parties as indicated below:

Michael DeSisto,esq
211 Angell St
Providence RI 02906

Robert Smith,esq
155 S Main St
Providence RI 02903

Thomas Palombo,esq
150 S Main St
Providence RI 02903

Mark Dolan,esq
175 Westminister St
Providence RI 02903

James Moretti,esq
300 Centerville Rd
Warwick RI 02886

Mark Charleson,esq
928 Park Avenue
Cranston RI 02910

Frederick Connelly,jr,esq
30 Rowes Wharf
Boston MA 02110

Alfred Harris
287 Rand St - Box 1107
Central Falls RI 02862

Betty Barney
77 Dorr Avenue
E Providence RI 02915

/s/ James C. Marcello

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. & OLIVIA A. MARCELLO

Plaintiffs

vs. CA NO: 07-055 ML

STATE OF RHODE ISLAND, ET AL

Defendants

**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR RELIEF FROM JUDGMENT OR ORDER**

**INTRODUCTION**

This Memorandum of Law supports the Motion for Relief from Judgment or Order (the "Order" doc. # 161 and "Judgment" doc. # 162) filed by Plaintiffs, James C. Marcello and Olivia A. Marcello, (collectively, the "Marcellos" or "Plaintiffs"), pursuant to Rule 60(b)(1)-(6) of the Fed. R. Civ. P. for being **void** for want of jurisdiction and obtained by fraud, etc.

With all due respect, Plaintiffs hereby oppose the misguided and futile attempt of the U.S. DCRI "Judges", whom without lawful justification under Federal Statutes, assigned and transfer to a non-ajoining state such as the U.S. DCNH, the Plaintiffs (RICO Complaint), for mere purpose of denying justice to said plaintiffs, regarding cruel acts of criminal activity perpetrated by the Defendants will attorney John A. DeSano, Albert Mastriano, and Arthur T. Marcello on March 6, 2002, against 83½ year plaintiff's father Rudolph N. Marcello, insane by reason of Alzheimer Dementia disqualifing him in signing a will contract, but vulnerably targeted by said defendants with a purported will, for the mere purpose of committing larceny.

For the reasons set forth, Plaintiffs respectfully request that the Motion for Relief from Judgment or Order be granted; that the Order and Judgment be vacated; and such other and further relief as jutice may require.

## I. STANDARD OF REVIEW

Rule 60(b) of the Federal Rules of Civil Procedure Provides That:

(b) Mistakes; Inadvertence; Excusable Neglect; Newly Discovered Evidence; Fraud, Etc. On motion and upon such terms as are just, the court may relieve a party or a party's legal representative from a final judgment, order, or proceeding for the following reasons:

(1) mistake, inadvertence, surprise, or excusable neglect;

(2) newly discovered evidence which by diligence could not been discovered in time to move for new trial under Rule 59(b);

(3) fraud (whether heretofore denominated intrinsic or extrinsic), misrepresentation, or other misconduct of an adverse party;

(4) the judgment is void;

(5) the judgment has been satisfied, released, or discharged, or a prior judgment upon which it is based has been reversed or otherwise vacated, or it is no longer equitable that the judgment should have prospective application; or

(6) any other reason justifying relief from the operation of the judgment.

The motion shall be made within a reasonable time, and for reasons (1), (2), and (3) not more than one year after the judgment, order, or proceeding was entered or taken. A motion under this subdivision (b) does not affect the finality of a judgment or suspend its operation. This rule does not limit the power of a court to entertain an independent action to relieve a party from a judgment, order, or proceeding, or to grant relief to a defendant not actually personaly notified as provided in Title 28, U.S.C. § 1655. or to set aside a judgment for fraud upon the court. Writs of coram nobis, coram vobis, audiata querela, and bills of review and bills in the nature of a bill of review, are abolished, and the procedure for obtaining any relief from a judgment shall be by motion as prescibed in these rules or by an independent action.

## II. ARGUMENT AND LAW

There Are 3 Reasons Why The Order (Doc. # 161) And Judgment (Doc. # 162) Of DCNH Judge Steven J. McAuliffe Should Be Vacated:

### Ground 1

The Referral Order (Doc. # 31 - Dt. 4/13/2007) of DCRI Judge Lisi is Void:

The Referral Order is Void because it was made by DCRI Judge Lisi on 4/13/2007 subsequent to her disqualification as an acting Judge by Order of the DCRI on 2/22/2007. A copy of the DCRI Order (Doc. # 2) disqualifying Judge Lisi from acting as a judge dated February 22, 2007 is viewed at **(EXHIBIT 1)**. A copy of the subsequent Void DCRI Referral Order (Doc. # 31) unlawfully signed by DCRI Judge Lisi on April 13, 2007 is viewed at **(EXHIBIT 2)**. A copy of a subsequent Void Concurring Order (Doc. # 53 - Dt. 4/17/2007) unlawfully signed by DCNH Judge Steven J. McAuliffe is viewed at **(EXHIBIT 3)**.

It was found in GA--JAMES v. DOUGLASVILLE BANKING CO., 26 Ga. A. 509, 106 SE 595 that: "Disqualification of the judge rendering a judgment is ground for vacating it, particularly where such disqualification renders the judgment void."

It was found in KAN--ARMOUR PACKING CO. v. HOWE, 68 Kan. 663, 75 P 1014 that: "...where an order of transfer is void, jurisdiction remains in the court in which the action was brought, and the exercise of such jurisdiction may be presumed without the issuance or service of new process."

## Ground 2

The Order (Doc. # 161 - Dt. 11/2/2007) Of DCNH Judge Steven McAuliffe Is Void

The Order (Doc. # 161) of DCNH Judge Steven J. McAuliffe is Void for total want of jurisdiction because DCNH Judge McAuliffe cannot obtain jurisdiction in the DCNH from a void order of transfer made by DCRI Judge Lisi who was disqualified at the time of issuing the tranfer.

It is found in R.I.--WESTERLY PROBATE CT. v. POTTER, 26 R.I. 202, 58 A 661 that: "Where a judgment is void for want of jurisdiction, whether of the subject matter or of the person of defendant, it is of no effect whatever as an estoppel, does not merge the cause of action, and constitutes no bar to further litigation upon the same cause of action....".

It is further found in R.I.--WESTERLY PROBATE CT. v. POTTER, (citations omitted) that: "The effect of res judicata cannot be ascribed to a judgment rendered without authority of law, as where it assumes to determine the rights of a party not before the court."

## Ground 3

The Judgment (Doc. # 162 - Dt. 11/5/2007 Signed By DCRI Deputy Clerk Ryan H. Jackson Is Void

The Judgment (Doc. # 162) signed by DCRI Deputy Clerk Ryan H. Jackson is void because DCNH Judge McAuliffe had no authority of law to order, in his void Order (Doc. # 161), DCRI Deputy Clerk Ryan to enter the judment.

It was found in U.S.--MEDFORD v. DORSEY, 16 F. Cas. No. 9,389, 2 Wash. C. C. 433 that: "A judgment may be set aside where it was entered by the clerk without any authority therefor,..., and whether there was a total lack of authority to enter any judgment, or only a lack of authority to enter the particular judgment."

## III. CONCLUSION

Accordingly, and with all due respect to the DCRI and DCNH, the Order (Doc. # 161) and Judgment (Doc. # 162) are entirely void for want of juridiction and obtained by fraud. Therefore, for the reasons set forth above, Plaintiffs, James C. Marcello and Olivia A. Marcello, respectfully request that their Motion for Relief From Judgment or Order be granted; that the Order and Judgment be vacated and set aside for being entirely void for want of jurisdiction and obtained by fraud; and such other and further relief as justice may require.

Respectfully Submitted,

**PLAINTIFFS * IN PRO SE**

JAMES C. MARCELLO
OLIVIA A. MARCELLO

/s/ James C. Marcello
/s/ Olivia A. Marcello

James & Olivia Marcello
152 Cross Rd.
Stetson, ME 04488
(207) 296-3433

Respectfully submitted,

PLAINTIFFS * IN PRO SE

JAMES C. MARCELLO
OLIVIA A. MARCELLO

/s/ James C. Marcello

/s/ Olivia A. Marcello

James & Olivia Marcello
152 Cross Rd.
Stetson, ME 04488
207 296 3433

## CERTIFICATION

I, the undersigned, hereby certify that I have mailed a conformed copy of the following:

1. MEMORANDUM OF LAW IN SUPPORT OF
2. MOTION FOR RELIEF FROM JUDGMENT OR ORDER
3. WITH ATTACHED EXHIBITS (1-3)
4. 
5. 

by regular U.S. Mail, postage prepaid, on the **12th** day of **February**, **2008**, to counsels of record and parties as indicated below:

Michael DeSisto,esq
211 Angell St
Providence RI 02906

Thomas Palombo,esq
150 S Main St
Providence RI 02903

James Moretti,esq
300 Centerville Rd
Warwick RI 02886 .

Frederick Connelly,jr,esq
30 Rowes Wharf
Boston MA 02110

Betty Barney
77 Dorr Avenue
E Providence RI 02915

Robert Smith,esq
155 S Main St
Providence RI 02903

Mark Dolan,esq
175 Westminister St
Providence RI 02903

Mark Charleson,esq
928 Park Avenue
Cranston RI 02910

Alfred Harris
287 Rand St - Box 1107
Central Falls RI 02862

/s/ James C. Marcello