UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. & OLIVIA A. MARCELLO

Plaintiffs

vs. **CA NO: 07-055 ML**

STATE OF RHODE ISLAND, ET AL

Defendants

**RENEWAL OF MOTION**

Now come Plaintiffs, James C. and Olivia A. Marcello, and without leave of court required, respectfully moves to renew the Motion for Relief from Judgment or Order (doc. # 177) filed by said plaintiff on grounds as follows:

**Ground 1**

**New State of facts:**

For the first time come to the knowledge by said plaintiffs, since the decision of the former motion on 2/27/08, that the Town of Barrington on October 31, 2003 and again on December 29, 2003 had declared in the tax accessors office, and notarized, that by intestate sessession, James C. Marcello the said plaintiff, is verified ownership of [redacted] Barrington Rhode Island, the property in question of larceny by said Defendant Arthur T. Marcello on subsequent date 2/6/2004, see annexed **(Exhibit 3 - Executor's Sale Deed)**.

Two copies of Town of Barrington's said declarations are hereby annexed as **(Exhibit 1 + 2)**.

**Ground 2**

**Questions Not Determined on First Motion:**

The (3) questions of "The Referral Order (Doc. # 31 - Dt. 4/13/2007) of DCRI Judge Lisi is void, "The Order (Doc. # 161 - Dt. 11/2/2007) of DCNH Judge Steven McAuliffe is void, and "The Judgement (Doc. # 162 - Dt. 11/5/2007) signed by DCRI Deputy Clerk Ryan H. Jackson is void, that were sighted in former motion by said plaintiffs as ground 1, 2, & 3, were not determined on first said motion by this court.

**Conclusion**

Therefore, for the reasons set forth above, Plaintiffs respectfully request that their Motion to Renew be granted; and such other and further relief as justice may require.

Respectfully submitted,

PLAINTIFFS * IN PRO SE

JAMES C. MARCELLO
OLIVIA A. MARCELLO

/s/ James C. Marcello

/s/ Olivia A. Marcello

James & Olivia Marcello
152 Cross Rd.
Stetson, ME 04488
207 296 3433

**CERTIFICATION**

I, the undersigned, hereby certify that I have mailed a conformed copy of the following:

1. RENEWAL OF MOTION
2. ATTACHED EXHIBITS (1 - 3)
3. __________
4. __________
5. __________

by regular U.S. Mail, postage prepaid, on the **27th** day of **March**, **2008**, to counsels of record and parties as indicated below:

Michael DeSisto,esq
211 Angell St
Providence RI 02906

Thomas Palombo,esq
150 S Main St
Providence RI 02903

James Moretti,esq
300 Centerville Rd
Warwick RI 02886

Frederick Connelly,jr,esq
30 Rowes Wharf
Boston MA 02110

Betty Barney
77 Dorr Avenue
E Providence RI 02915

Robert Smith,esq
155 S Main St
Providence RI 02903

Mark Dolan,esq
175 Westminister St
Providence RI 02903

Mark Charleson,esq
928 Park Avenue
Cranston RI 02910

Alfred Harris
287 Rand St - Box 1107
Central Falls RI 02862

/s/ James C. Marcello